WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
| | |
|---|---|
| **In re** : | **Chapter 11** |
| : | |
| **SAS AB,** *et al.*, : | **Case No. 22-10925 (MEW)** |
| : | |
| Debtors.[1] : | (Jointly Administered) |

---------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR TELEPHONIC
HEARING ON NOVEMBER 29, 2022 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

       **PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") has been scheduled for November 29, 2022 at 11:00 a.m. (Prevailing Eastern Time) before the Honorable Michael E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

       **PLEASE TAKE FURTHER NOTICE that, in accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted through Court Solutions LLC. Parties should not appear in person and those wishing to appear telephonically or participate at the Hearing (whether "live" or "listen only") must schedule an appearance prior to 4:00 p.m. (Prevailing Eastern Time) on November 28, 2022 by using the following link: https://www.court-solutions.com/.  Instructions for making a telephonic appearance and additional information on the Bankruptcy Court's telephonic procedures can be found at https://www.nysb.uscourts.gov/sites/default/files/m543.pdf.**

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd.  The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading identified below can be viewed or obtained by (i) accessing the Bankruptcy Court's website at www.nysb.uscourts.gov or (ii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, at https://cases.ra.kroll.com/SAS or by calling (844) 242-7491 (toll free) for U.S. and Canada based parties or +1 (347) 338-6450 for international parties. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that an agenda for the Hearing is set forth below.

**MATTER GOING FORWARD**

1. Notice of Presentment of Stipulation and Agreement Among Debtors and Citibank (Switzerland) AG, as Principal Paying Agent and Bondholder Representative, Regarding Filing of a Master Proof of Claim on Behalf of Holders of Swiss Bonds **(ECF No. 594)**

   Response Deadline: November 11, 2022 at 4:00 p.m. (Prevailing Eastern Time)

   Responses Received: None.

   Related Document:

   A. Notice of Hearing **(ECF No. 625)**

   Status: This matter is going forward on an uncontested basis.

Dated: November 25, 2022
New York, New York

*/s/ Gary T. Holtzer*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors and Debtors in Possession*