WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| In re | : | Chapter 11 |
|---|---|---|
| | : | |
| SAS AB, *et al.*, | : | Case No. 22-10925 (MEW) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 12, 2023 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**Time and Date of Hearing**: October 12, 2023 at 11:00 a.m. (Prevailing Eastern Time)

**Location of Hearing**: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House (the "**Bankruptcy Court**"), before the Honorable Michael E. Wiles, United States Bankruptcy Judge, **Room 617**, One Bowling Green, New York, NY 10004-1408

**Copies of Pleadings**: Copies of each pleading identified below can be viewed or obtained by (i) accessing the Bankruptcy Court's website at www.nysb.uscourts.gov or (ii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, at https://cases.ra.kroll.com/SAS or by calling (844) 242-7491 (toll free) for U.S. and Canada based parties or +1 (347) 338-6450 for international parties. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

.

# AGENDA

**RESOLVED MATTER**

1. Motion to Shorten Notice with Respect to Motion of Debtors for Authority to Pay Expense Reimbursement in Connection with Equity Solicitation Process **(ECF No. 1493)** (the "**Motion to Shorten Notice**")

   Response Deadline:    N/A

   Response Received:

   A. Objection of Apollo Management Holdings, L.P. to Motion to Shorten Notice with Respect to Motion of Debtors for Authority to Pay Expense Reimbursement in Connection with Equity Solicitation Process **(ECF No. 1495)**

   Related Documents:

   B. Motion of Debtors for Authority to Pay Expense Reimbursement in Connection with Equity Solicitation Process **(ECF No. 1492)**

   C. Order Shortening Notice with Respect to Motion of Debtors for Authority to Pay Expense Reimbursement Motion in Connection with Equity Solicitation Process **(ECF No. 1497)** (the "**Order Shortening Notice**")

   Status:  On October 10, 2023, the Bankruptcy Court entered the Order Shortening Notice.

**UNCONTESTED MATTER GOING FORWARD**

2. Motion of Debtors for Authority to Pay Expense Reimbursement in Connection with Equity Solicitation Process **(ECF No. 1492)**

   Response Deadline:    October 11, 2023 at 4:00 p.m. (Prevailing Eastern Time)

   Responses Received:  N/A

   Related Documents:

   A. Motion to Shorten Notice **(ECF No. 1493)**

   B. Order Shortening Notice **(ECF No. 1497)**

Status:  This matter is going forward on an uncontested basis.

Dated: October 10, 2023
      New York, New York

                                                */s/  Lauren Tauro*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*