WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re                                                                :      Chapter 11
                                                                       :
SAS AB, *et al.*,                                            :      Case No. 22-10925 (MEW)
                                                                       :
                       Debtors.[1]      :      (Jointly Administered)
------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTER
SCHEDULED FOR TELEPHONIC STATUS CONFERENCE
ON OCTOBER 24, 2023 AT 1:30 P.M. (PREVAILING EASTERN TIME)**

       **PLEASE TAKE NOTICE** that a Status Conference (the "**Status Conference**") has been scheduled for October 24, 2023 at 1:30 p.m. (Prevailing Eastern Time) before the Honorable Michael E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

       **PLEASE TAKE FURTHER NOTICE** that the Status Conference will be conducted through Court Solutions LLC. Parties should not appear in person and those wishing to appear telephonically or participate at the Status Conference (whether "live" or "listen only") must schedule an appearance prior to 4:00 p.m. (Prevailing Eastern Time) on October 23, 2023 by using the following link: https://www.court-solutions.com/. Instructions for making a telephonic appearance and additional information on the Bankruptcy Court's telephonic procedures can be found at https://www.nysb.uscourts.gov/sites/default/files/m543.pdf.

       **PLEASE TAKE FURTHER NOTICE** that copies of each pleading identified below can be viewed or obtained by (i) accessing the Bankruptcy Court's website at www.nysb.uscourts.gov or (ii) from the Debtors' notice and claims agent, Kroll Restructuring

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

Administration LLC, at https://cases.ra.kroll.com/SAS or by calling (844) 242-7491 (toll free) for U.S. and Canada based parties or +1 (347) 338-6450 for international parties. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that an agenda for the Status Conference is set forth below.

## STATUS CONFERENCE

1. Motion of Debtors for Authority to Pay Expense Reimbursement in Connection with Equity Solicitation Process **(ECF No. 1492)**

   Response Deadline:   October 11, 2023 at 4:00 p.m. (Prevailing Eastern Time)

   Response Received:

   A. Objection of the United States Trustee to Debtors' (I) Motion for Authority to Pay Expense Reimbursement in Connection with Equity Solicitation Process; and (II) Motion to Shorten Notice with Respect to Same **(ECF No. 1506)**

   Related Documents:

   B. Order Shortening Notice with Respect to Motion of Debtors for Authority to Pay Expense Reimbursement in Connection with Equity Solicitation Process **(ECF No. 1497)**

   C. Statement of Official Committee of Unsecured Creditors in Support of Motion of Debtors for Authority to Pay Expense Reimbursement in Connection with Equity Solicitation Process **(ECF No. 1513)**

   D. Notice of Scheduling Status Conference **(ECF No. 1534)**

   Status:  This matter is going forward.

Dated: October 23, 2023
     New York, New York

                                           */s/ Lauren Tauro*
                                           WEIL, GOTSHAL & MANGES LLP
                                           767 Fifth Avenue
                                           New York, New York  10153
                                           Telephone:  (212) 310-8000
                                           Facsimile:   (212) 310-8007
                                           Gary T. Holtzer
                                           Kelly DiBlasi
                                           David Griffiths
                                           Lauren Tauro

                                           *Attorneys for Debtors*
                                           *and Debtors in Possession*