Hearing Date and Time: January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)
Response Deadline: January 16, 2024 at 4:00 p.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SAS AB, *et al.*,** | : | **Case No. 22-10925 (MEW)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

------------------------------------------------------------ x

## NOTICE OF FIRST OMNIBUS OBJECTION OF
## DEBTORS TO DISALLOW AND EXPUNGE CLAIMS
### (Duplicate Claims)

> **THE ATTACHED OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS. PLEASE CAREFULLY REVIEW THE ATTACHED OBJECTION AND THE ATTACHMENTS THERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

**PLEASE TAKE NOTICE** that, on December 23, 2023, SAS AB and its debtor

subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

(collectively, the "**Debtors**") filed the *First Omnibus Objection of Debtors to Disallow and Expunge Claims (Duplicate Claims)* (the "**Objection**").

          **PLEASE TAKE FURTHER NOTICE** that a hearing to consider entry of an order approving the Objection (the "**Hearing**") will be conducted before the Honorable Michael E. Wiles, in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), on **January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)**.

          **PLEASE TAKE FURTHER NOTICE** that the Objection requests the Bankruptcy Court disallow and expunge from the claims register the claims listed on Exhibits 1 – 3 to the proposed form of order annexed to the Objection as Exhibit A (the "**Proposed Order**") on the ground that each such claim is duplicative of another filed proof of claim or scheduled claim identified on Exhibits 1 – 3 of the Proposed Order.

          **PLEASE TAKE FURTHER NOTICE** that any responses (the "**Responses**") to the Objection must (i) be in writing, (ii) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**"), and the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292] (the "**Case Management Order**"), (iii) be filed with the Bankruptcy Court by (a) attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) and (b) all other parties in interest on a CD-ROM, in text-searchable portable document format (PDF) (with two single-sided hard copies delivered to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and (iv) be served in accordance with General Order M-399, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Case Management Order, upon (a) the attorneys for the Debtors, Weil, Gotshal & Manges LLP,

767 Fifth Avenue, New York, New York 10153 (Attn: Gary Holtzer, Kelly DiBlasi, David Griffiths, and Lauren Tauro), (b) the Office of the United States Trustee for Region 2 (Attn: Greg Zipes, Esq. & Annie Wells, Esq.), and (c) the attorneys for the Official Committee of Unsecured Creditors (Attn: Brett H. Miller, Todd M. Goren, Debra M. Sinclair, Craig A. Damast, and James H. Burbage), so as to be filed and received no later than **4:00 p.m. (Prevailing Eastern Time) on January 16, 2024** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that any Response must contain the following: (i) the name of the claimant and description of the basis for the amount of the claim; (ii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged from the claims register for the reasons set forth in the Objection, including the specific factual and legal bases which will be relied upon in opposing the Objection; and (iii) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, which will be relied upon in opposing the Objection.

**PLEASE TAKE FURTHER NOTICE** that if no Responses are timely filed and served with respect to the Objection by the Response Deadline, the Bankruptcy Court may grant the relief requested in the Objection without further notice or an opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE that any claim that the Bankruptcy Court disallows and expunges will be treated as if it had not been filed and will not be entitled to any distribution on account thereof.**

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required

to attend any Hearing and failure to appear may result in relief being granted upon default.

Dated: December 23, 2023
      New York, New York

<div style="margin-left:50%">

*/s/ Lauren Tauro*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

</div>

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SAS AB, *et al.*,** | : | **Case No. 22-10925 (MEW)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

----------------------------------------------------------- x

### FIRST OMNIBUS OBJECTION OF
### <u>DEBTORS TO DISALLOW AND EXPUNGE CLAIMS</u>
### (Duplicate Claims)

---

> **THIS OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW AND
> EXPUNGE CERTAIN CLAIMS.  PLEASE CAREFULLY REVIEW THIS
> OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER
> THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

---

SAS AB and its debtor subsidiaries, as debtors and debtors in possession in the

above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows

in support of this objection (the "**Objection**"):

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

**Background**

1.      On July 5, 2022 (the "**Commencement Date**"), each Debtor commenced

with the Court a voluntary case under chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.  No trustee or examiner has been appointed in these chapter 11 cases.  On

July 22, 2022, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed

the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") [ECF No. 75].

2.      The Debtors' chapter 11 cases are being jointly administered for procedural

purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**").

3.      Additional information regarding the Debtors' businesses, capital structure,

and the circumstances leading to the commencement of these chapter 11 cases is set forth in the

*Declaration of Erno Hildén Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern*

*District of New York*, dated July 5, 2022 [ECF No. 3], and the *Declaration of Michael Healy in*

*Support of First Day Motions and Applications*, dated July 5, 2022 [ECF No. 4].

**Jurisdiction**

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested**

5.      By this Objection, pursuant to section 502(b) of the Bankruptcy Code and

Bankruptcy Rule 3007(d), the Debtors request entry of an order disallowing and expunging the

claims listed on <u>Exhibits 1 – 3</u>  annexed to the Proposed Order (as defined below).

6.      A proposed form of order granting the relief requested herein is annexed hereto as Exhibit A (the "**Proposed Order**").

### Claims Reconciliation

7.      On November 8, 2022, the Court entered an order [ECF No. 605] establishing January 10, 2023 at 5:00 p.m. (Prevailing Eastern Time) as the deadline for all persons and entities (including governmental units) to file proofs of claim (each, a "**Proof of Claim**") against the Debtors for claims that arose on or prior to the Commencement Date (each, a "**Claim**"), subject to certain exceptions (including for claims based on the rejection of executory contracts or unexpired leases).

8.      The Debtors have examined the Proofs of Claim identified on Exhibit 1 – 3 to the Proposed Order and have determined that each Claim under the heading "*Claims to be Disallowed and Expunged*" (each, a "**Duplicate Claim**" and, collectively, the "**Duplicate Claims**") is a duplicate of another Claim under the heading "*Surviving Claims*" (each, a "**Surviving Claim**" and, collectively, the "**Surviving Claims**").

9.      The Duplicate Claims and Surviving Claims listed on Exhibit 1 to the Proposed Order are exact duplicates.  In each case, the earlier-filed Proofs of Claim has been identified as the Duplicate Claim and the later-filed Proof of Claim has been identified as the Surviving Claims.

10.      The Duplicate Claims and Surviving Claims listed on Exhibit 2 to the Proposed Order are non-exact duplicates.  Specifically, in each case, certain non-substantive aspects of the Duplicate and Surviving Claim are different, but they assert the same underlying

Claims against the same Debtor.  The Debtors have categorized these Duplicate Claims and Surviving Claims as follows:

(a)    where one Proof of Claim asserts a higher amount, the Debtors designated the Proof of Claim asserting the higher amount as the Surviving Claim;

(b)    where the same amount is asserted in both Proofs of Claim, the Debtors have designated the Proof of Claim that contained additional or greater supporting documentation as the Surviving Claim; and

(c)    where the Debtors scheduled the Claim and a claimant filed a Proof of Claim, the Debtors designated the Proof of Claim as the Surviving Claim.

11.    The Debtors have examined the Proofs of Claim identified on Exhibit 3 to the Proposed Order and have determined that the Claims are duplicates, except that the Claims are asserted against different Debtors.  Based on the review of the Debtors' books and records, each Claim under the heading "*Claims to be Disallowed and Expunged*" is asserted against a Debtor that is not liable for such Claim, and that the liability for such Claim, if any, should be properly asserted against a different Debtor, and through a Proof of Claim, identified under the heading "*Surviving Claims*."  In each instance, the Debtors believe that the claimant does not have a valid and independent basis for asserting a Claim against the Debtor identified under the heading "*Claims to be Disallowed and Expunged*" on Exhibit 3.

### Duplicate Claims Should Be Disallowed

12.    A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).

13.    As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof of claim constitutes prima facie evidence of the validity and the amount of the claim under section 502(a) of the Bankruptcy Code.  Prima facie validity under Bankruptcy Rule 3001(f), however,

can be overcome by rebuttal evidence. *See In re Ditech Holding Corp.*, No. 19-10412 (JLG), 2021 WL 408984, at *4 (Bankr. S.D.N.Y. Feb. 2, 2021); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  Accordingly, pursuant to Bankruptcy Rule 3007(a), a party in interest may object to the allowance of a claim in a writing filed with the Bankruptcy Court.  Fed. R. Bankr. P. 3007(a).  Upon an objection, the claimant has the burden to demonstrate the validity of the claim.  *See Rozier v. Rescap Borrower Claims Tr. (In re Residential Cap., LLC)*, No. 15-cv-3248 (KPF), 2016 WL 796860, at *9 (S.D.N.Y. Feb. 22, 2016); *In re Arcapita Bank B.S.C.(c)*, No. 12–11076 (SHL), 2013 WL 6141616, at *1 (Bankr. S.D.N.Y. Nov. 21, 2013), *aff'd sub nom. In re Arcapita Bank B.S.C.(c)*, 508 B.R. 814 (S.D.N.Y. 2014); *Hasson v. Motors Liquidation Co. GUC Tr. (In re Motors Liquidation Co.)*, No. 11-cv-8444 (RJS), 2012 WL 1886755, at *3 (S.D.N.Y. May 12, 2012); *In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd sub nom. Peter J. Solomon Co., L.P. v. Oneida Ltd.*, No. 09-cv-2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010).

14.     Further, Bankruptcy Rule 3007(d) permits the Debtors to file objections to more than one claim on the basis that, among other things, such claims "duplicate other claims," or "have been filed in the wrong case."  Fed. R. Bankr. P. 3007(d)(1), (2).

15.     The Debtors have determined that each Duplicate Claim is based on the same obligations and liabilities of the applicable Debtor in the corresponding Surviving Claim. Accordingly, to ensure that the claims register is accurate and does not inaccurately overstate the Debtors' liabilities, and to avoid the possibility of multiple recoveries on account of the same Claim, the Debtors believe such Duplicate Claims should be disallowed and expunged from the claims register.

**Reservation of Rights**

16.     Nothing contained herein is intended or shall be construed as (i) an admission as to the validity of any Claim against the Debtors, (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any Claim against the Debtors, (iii) an agreement or obligation to pay any Claims, (iv) a waiver of any claims or causes of action that may exist against any creditor or interest holder, or (v) an approval, assumption, or adoption of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.  Likewise, if the Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended to be and should not be construed as an admission to the validity of any claim or a waiver of the Debtors' or any appropriate party in interest's rights to subsequently dispute such claim.

**Notice**

17.     Notice of this Objection will be provided in accordance with Bankruptcy Rule 3007 and the procedures set forth in the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292].  The Debtors respectfully submit that no further notice is required.

18.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated:  December 23, 2023
        New York, New York

/s/  Lauren Tauro
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

## Exhibit A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x

In re                                                    :        **Chapter 11**

                                                         :

**SAS AB**, *et al.*,                                    :        **Case No. 22-10925 (MEW)**

                                                         :

        **Debtors.**[1]                                  :        **(Jointly Administered)**

                                                         :        **ECF No. [●]**

-------------------------------------------------------------- x

## ORDER GRANTING FIRST OMNIBUS OBJECTION
## OF DEBTORS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS
### (Duplicate Claims)

Upon the objection, dated December 23, 2023 (the "**Objection**"),[2] of SAS AB and

its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), pursuant to section 502(b) of the Bankruptcy Code and

Bankruptcy Rule 3007(d), for entry of an order disallowing and expunging the Duplicate Claims,

all as more fully set forth in the Objection; and this Court having jurisdiction to consider the

Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

*Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of

the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §

157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Objection having been provided, and such notice having been

adequate and appropriate under the circumstances; and it appearing that no other or further notice

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Objection.

need be provided; and this Court having reviewed the Objection; and upon any hearing held on the Objection; and all responses, if any, to the Objection having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is granted to the extent set forth herein.

2.      Pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Duplicate Claim identified under the heading "*Claims to be Disallowed and Expunged*" on **Exhibits 1 – 3** annexed to this Order is hereby disallowed and expunged.

3.      Nothing in this Order or the Objection shall constitute an admission or finding concerning the amount, priority, or validity of any Surviving Claim listed under the heading "*Surviving Claims*" on **Exhibits 1 – 3** annexed to this Order.

4.      To the extent a response was filed regarding any Duplicate Claim, each such Duplicate Claim, and the Objection as it pertains to such Duplicate Claim, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order will be deemed a separate order with respect to each Duplicate Claim.

5.      Nothing contained in the Objection or this Order shall be construed as (i) an admission as to the validity of any Claim, (ii) an agreement or obligation to pay any Claims, (iii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute any Claim, (iv) a waiver of any claims or causes of action which may exist against any creditor or interest holder,

or (v) an approval or assumption of any agreement, contract, program, policy or lease under section 365 of the Bankruptcy Code.

6.    The Debtors' claims and noticing agent, Kroll Restructuring Administration, LLC, is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

7.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2024
          New York, New York

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

3

**Exhibit 1**

**Exact Duplicate Claims**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| JETPAK DANMARK AS | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 369 | Scandinavian Airlines System Denmark-Norway-Sweden | 462.90 | JETPAK DANMARK AS | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 454 | Scandinavian Airlines System Denmark-Norway-Sweden | 462.90 |
| JETPAK DANMARK AS | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 441 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,979.30 | JETPAK DANMARK AS | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 450 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,979.30 |
| JETPAK DANMARK AS | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 449 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,979.30 | JETPAK DANMARK AS | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 450 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,979.30 |
| JETPAK DANMARK AS | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 865 | Scandinavian Airlines System Denmark-Norway-Sweden | 993.10 | JETPAK DANMARK AS | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 957 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,931.00 |
| JETPAK DANMARK AS | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 452 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,152.59 | JETPAK DANMARK AS | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 421 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,152.59 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| KRAUS, PETER | NIEMANDSBERG 63, REMCHINGEN, DE-75196, GERMANY | 232 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,825.57 | KRAUS, PETER | NIEMANDSBERG 63, REMCHINGEN, DE-75196, GERMANY | 229 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,825.57 |
| LUFTHANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 607 | Gorm Deep Blue Limited | 4,009,202.52 | LUFTHANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 609 | Gorm Deep Blue Limited | 4,009,202.52 |
| LYHR, DORRIT MERETE | WEIMARGADE 7 4.TV, KOBENHAVN S, 2300, DENMARK | 613 | Scandinavian Airlines System Denmark-Norway-Sweden | 104,829.36 | LYHR, DORRIT MERETE | WEIMARGADE 7 4.TV, KOBENHAVN S, 2300, DENMARK | 649 | Scandinavian Airlines System Denmark-Norway-Sweden | 104,829.36 |
| NAVEGACAO AEREA DE PORTUGAL - NAV PORTUGAL, E.P.E. | NAV PORTUGAL, E.P.E RUA D, AEROPORTO DE LISBOA, EDIF. 121, LISBOA, 1700-008, PORTUGAL | 125 | SAS AB | 2,036.61 | NAVEGAÇÃO AÉREA DE PORTUGAL- NAV PORTUGAL, E.P.E. | NAV PORTUGAL, E.P.E RUA D, AEROPORTO DE LISBOA, EDIF. 121, LISBOA, 1700-008, PORTUGAL | 187 | SAS AB | 2,065.38 |
| RETRIEVER SVERIGE AB | SOFIE ANNA ÖHRSTRÖM, ACCOUNTING MANAGER BLASIEHOLMSGATAN 4A, STOCKHOLM, SE, 11148, SWEDEN | 1141 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,962.00 | RETRIEVER SVERIGE AB | SOFIE ANNA ÖHRSTRÖM, ACCOUNTING MANAGER BLASIEHOLMSGATAN 4A, STOCKHOLM, SE, 11148, SWEDEN | 1142 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,962.00 |
| SANNMATT AB | SVARDVAGEN 5, SANDERYD, SE-182 33, SWEDEN | 183 | SAS AB | 61,647.45 | SANNMATT AB | SVARDVAGEN 5, SANDERYD, SE-182 33, SWEDEN | 222 | SAS AB | 61,647.45 |
| SKY COURIERS INTERNATIONAL | OFFICE 14, INTERNATIONAL HOUSE DUBLIN AIRPORT, CO DUBLIN, , IRELAND | 172 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,619.23 | SKY COURIERS INTERNATIONAL | OFFICE 14, INTERNATIONAL HOUSE DUBLIN AIRPORT, CO DUBLIN, , IRELAND | 173 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,619.23 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
| --- | --- | --- | --- | --- |
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| TA CONNECTIONS IL, LLC | C/O SEAN KIRK, SENIOR COUNSEL 5301 MARYLAND WAY, BRENTWOOD, TN, 37027, UNITED STATES | 196 | Scandinavian Airlines of North America Inc. | 26,294.30 |
| TELIA SVERIGE AB | SERGEL KREDITTJANSTER AB BOX 1264, VISBY, 621 23, SWEDEN | 127 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,066.32 |

| SURVIVING CLAIMS | | | | |
| --- | --- | --- | --- | --- |
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| TA CONNECTIONS IL, LLC | C/O SEAN KIRK, SENIOR COUNSEL 5301 MARYLAND WAY, BRENTWOOD, TN, 37027, UNITED STATES | 200 | Scandinavian Airlines of North America Inc. | 26,294.30 |
| TELIA SVERIGE AB | SERGEL KREDITTJANSTER AB BOX 1264, VISBY, 621 23, SWEDEN | 388 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,066.32 |

3

## Exhibit 2

## Non-Exact Duplicate Claims

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| AEROSEAL AB | 84 HERBERT AVE, BUILDING B- SUITE 202, CLOSTER, NJ, 07624, UNITED STATES | 224 | Scandinavian Airlines System Denmark- Norway-Sweden | 3,922.44 | AEROSEAL AB | 84 HERBERT AVE, BUILDING B- SUITE 202, CLOSTER, NJ, 07624, UNITED STATES | 1021 | Scandinavian Airlines System Denmark- Norway-Sweden | 39,975.00 |
| AEROSEAL AB | 84 HERBERT AVE, BUILDING B- SUITE 202, CLOSTER, NJ, 07624, UNITED STATES | 225 | Scandinavian Airlines System Denmark- Norway-Sweden | 3,922.44 | AEROSEAL AB | 84 HERBERT AVE, BUILDING B- SUITE 202, CLOSTER, NJ, 07624, UNITED STATES | 1021 | Scandinavian Airlines System Denmark- Norway-Sweden | 39,975.00 |
| BLUE WATER SHIPPING A/S | TRAFIKHAVNSKAJ 9, ESBJERG, 6700, DENMARK | 84 | Scandinavian Airlines System Denmark- Norway-Sweden | 44.43 | BLUE WATER SHIPPING A/S | TRAFIKHAVNSKAJ 9, ESBJERG, 6700, DENMARK | 39 | Scandinavian Airlines System Denmark- Norway-Sweden | 439.03 |
| BOTANY WEAVING MILL LTD | VAUXHALL AVENUE CORK STREET, DUBLIN 8, D08K752, IRELAND | 874 | SAS AB | 16,683.40 | BOTANY WEAVING MILL LTD | VAUXHALL AVENUE CORK STREET, DUBLIN 8, D08K752, IRELAND | 93 | Scandinavian Airlines System Denmark- Norway-Sweden | 20,103.68 |
| DATALEX IRELAND LIMITED | SQUIRE PATTON BOGGS (US) LLP ATTN: MARK A. SALZBERG 2550 M STREET NW, WASHINGTON, DC, 20037, UNITED STATES | 1168 | SAS AB | 1,598.33 | DATALEX IRELAND LIMITED | SQUIRE PATTON BOGGS (US) LLP ATTN: MARK A. SALZBERG 2550 M STREET NW, WASHINGTON, DC, 20037, UNITED STATES | 1198 | Scandinavian Airlines System Denmark- Norway-Sweden | 1,997,760.00 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| DATALEX IRELAND LIMITED | SQUIRE PATTON BOGGS (US) LLP ATTN: MARK A. SALZBERG 2550 M STREET NW, WASHINGTON, DC, 20037, UNITED STATES | 92 | SAS AB | 17,330.27 | DATALEX IRELAND LIMITED | SQUIRE PATTON BOGGS (US) LLP ATTN: MARK A. SALZBERG 2550 M STREET NW, WASHINGTON, DC, 20037, UNITED STATES | 1198 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,997,760.00 |
| DEUGOUE, YVES W. | 105 ASH ST. #10, PITTSBURG, TX, 75686, UNITED STATES | 296 | SAS AB | 25,956.00 | DEUGOUE, YVES W. | 105 ASH ST. #10, PITTSBURG, TX, 75686, UNITED STATES | 809 | SAS AB | 184,344.00 |
| DIRECT MAINTENANCE B.V. | FOKKERWEG 195, BG OUDE MEER, 1438, NETHERLANDS | 169 | Scandinavian Airlines System Denmark-Norway-Sweden | 324.37 | DIRECT MAINTENANCE BV | FOKKERWEG 195, BG OUDE MEER, 1438, NETHERLANDS | 44 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,278.00 |
| DIRECT MAINTENANCE B.V. | FOKKERWEG 195, BG OUDE MEER, 1438, NETHERLANDS | 179 | Scandinavian Airlines System Denmark-Norway-Sweden | 324.37 | DIRECT MAINTENANCE BV | FOKKERWEG 195, BG OUDE MEER, 1438, NETHERLANDS | 44 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,278.00 |
| FOURNIER, CÉDRIC | 100 RUE GUY BRU, PUCH DAGENAIS, 47160, FRANCE | 1192 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,761.71 | FOURNIER CEDRIC | 100 RUE GUY BRU, PUCH DAGENAIS, 47160, FRANCE | 106 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,644.27 |
| FUTU SWEDEN AB | C/O FUTURICE OY KANSAKOULUKATU 3, HELSINKI, 00100, FINLAND | 130 | Scandinavian Airlines System Denmark-Norway-Sweden | 632,416.51 | FUTU SWEDEN AB | C/O FUTURICE OY KANSAKOULUKATU 3, HELSINKI, 00100, FINLAND | 142 | Scandinavian Airlines System Denmark-Norway-Sweden | 713,201.93 |
| JETPAK DANMARK AS | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 421 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,152.59 | JETPAK HELSINKI OY | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 443 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,152.59 |

2

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| JETPAK DANMARK AS | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 429 | Scandinavian Airlines System Denmark-Norway-Sweden | 89.00 | JETPAK SVERIGE AB | JETPAK TOP HOLDING AB TORNVAGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 848 | Scandinavian Airlines System Denmark-Norway-Sweden | 89.00 |
| JETPAK DANMARK AS | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 451 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,854.17 | JETPAK HELSINKI OY | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 438 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,854.17 |
| JETPAK DANMARK AS | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 454 | Scandinavian Airlines System Denmark-Norway-Sweden | 462.90 | JETPAK SVERIGE AB | JETPAK TOP HOLDING AB TORNVAGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 847 | Scandinavian Airlines System Denmark-Norway-Sweden | 462.90 |
| JETPAK DANMARK AS | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 455 | Scandinavian Airlines System Denmark-Norway-Sweden | 883.20 | JETPAK SVERIGE AB | JETPAK TOP HOLDING AB TORNVAGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 846 | Scandinavian Airlines System Denmark-Norway-Sweden | 883.20 |
| JETPAK NORGE AS | JETPAK TOP HOLDING AB TORNVAGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 820 | Scandinavian Airlines System Denmark-Norway-Sweden | 81.00 | JETPAK SVERIGE AB | JETPAK TOP HOLDING AB TORNVAGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 847 | Scandinavian Airlines System Denmark-Norway-Sweden | 462.90 |
| TESS 0ST AS | ATTN: TOM ANDREW CORNELIUSSEN INDUSTRIGATA 8, LIERSTRANDA, 3414, NORWAY | 124 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,964.98 | TESS ØST AS | VEKSTEDSEIER FURULUNDS VEI 9 POSTBOKS 52 ALNABRU, OSLO, 06114, NORWAY | 131 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,000.00 |

3

**Exhibit 3**

**Wrong Debtor Duplicate Claims**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| ADVANCED GROUND SYSTEMS ENGINEERING LLC | 10805 PAINTER AVENUE, SANTA FE SPRINGS, CA, 90670, UNITED STATES | 87 | SAS AB | 34,210.00 | ADVANCED GROUND SYSTEMS ENGINEERING LLC | 10805 PAINTER AVENUE, SANTA FE SPRINGS, CA, 90670, UNITED STATES | 594 | Scandinavian Airlines System Denmark-Norway-Sweden | 34,210.00 |
| ALLIANCE GROUND INTERNATIONAL, LLC | MARKOWITZ RINGEL TRUSTY & HARTOG, P.A. C/O ROSS R. HARTOG 101 NE THIRD AVENUE, SUITE 1210, FORT LAUDERDALE, FL, 33301, UNITED STATES | 962 | Scandinavia n Airlines System Denmark-Norway-Sweden | 127,741.60 | ALLIANCE GROUND INTERNATIONAL, LLC | MARKOWITZ RINGEL TRUSTY & HARTOG, P.A. C/O ROSS R. HARTOG 101 NE THIRD AVENUE, SUITE 1210, FORT LAUDERDALE, FL, 33301, UNITED STATES | 963 | Scandinavia n Airlines of North America Inc. | 127,741.60 |
| ALLIANCE GROUND INTERNATIONAL, LLC | MARKOWITZ RINGEL TRUSTY & HARTOG, P.A. C/O ROSS R. HARTOG 101 NE THIRD AVENUE, SUITE 1210, FORT LAUDERDALE, FL, 33301, UNITED STATES | 1010 | SAS AB | 127,741.60 | ALLIANCE GROUND INTERNATIONAL, LLC | MARKOWITZ RINGEL TRUSTY & HARTOG, P.A. C/O ROSS R. HARTOG 101 NE THIRD AVENUE, SUITE 1210, FORT LAUDERDALE, FL, 33301, UNITED STATES | 963 | Scandinavia n Airlines of North America Inc. | 127,741.60 |
| CITIBANK (SWITZERLAND) AG | MAYER BROWN LLP ATTN: BRIAN TRUST, ESQ. 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020, UNITED STATES | 822 | Scandinavia n Airlines System Denmark-Norway-Sweden | 127,572,610.15 | CITIBANK (SWITZERLAND) AG | MAYER BROWN LLP ATTN: BRIAN TRUST, ESQ. 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020, UNITED STATES | 807 | SAS AB | 127,572,610.15 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| CITIBANK (SWITZERLAND) AG | MAYER BROWN LLP ATTN: BRIAN TRUST, ESQ. 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020, UNITED STATES | 889 | SAS Sverige AB | 127,572,610.15 | CITIBANK (SWITZERLAND) AG | MAYER BROWN LLP ATTN: BRIAN TRUST, ESQ. 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020, UNITED STATES | 807 | SAS AB | 127,572,610.15 |
| CITIBANK (SWITZERLAND) AG | MAYER BROWN LLP ATTN: BRIAN TRUST, ESQ. 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020, UNITED STATES | 945 | SAS Danmark A/S | 127,572,610.15 | CITIBANK (SWITZERLAND) AG | MAYER BROWN LLP ATTN: BRIAN TRUST, ESQ. 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020, UNITED STATES | 807 | SAS AB | 127,572,610.15 |
| CITIBANK (SWITZERLAND) AG | MAYER BROWN LLP ATTN: BRIAN TRUST, ESQ. 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020, UNITED STATES | 947 | SAS Norge AS | 127,572,610.15 | CITIBANK (SWITZERLAND) AG | MAYER BROWN LLP ATTN: BRIAN TRUST, ESQ. 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020, UNITED STATES | 807 | SAS AB | 127,572,610.15 |
| CROTTY, CAROLINE | CIAN OCARROLL SOLICITORS INDAVILLE BOHERCLOGH STREET CASHEL, CO TIPPERARY, E25 V448, IRELAND | 259 | Scandinavian Airlines System Denmark-Norway-Sweden | 0.00 | CROTTY, CAROLINE | CIAN OCARROLL SOLICITORS INDAVILLE BOHERCLOGH STREET CASHEL, CO TIPPERARY, E25 V448, IRELAND | 249 | SAS AB | 0.00 |
| FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 573 | Gorm Dark Blue Limited | 0.00 | FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 576 | Scandinavian Airlines System Denmark-Norway-Sweden | 0.00 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 574 | Gorm Engine Management Limited | 0.00 | FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 576 | Scandinavian System Denmark-Norway-Sweden | 0.00 |
| FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 575 | Scandinavian Airlines of North America Inc. | 0.00 | FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 576 | Scandinavian Airlines System Denmark-Norway-Sweden | 0.00 |
| FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 769 | SAS Danmark A/S | 0.00 | FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 576 | Scandinavian Airlines System Denmark-Norway-Sweden | 0.00 |
| FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 577 | SAS AB | 0.00 | FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 576 | Scandinavian Airlines System Denmark-Norway-Sweden | 0.00 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 580 | SAS Sverige AB | 0.00 | FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 576 | Scandinavian Airlines System Denmark-Norway-Sweden | 0.00 |
| FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 581 | Gorm Asset Management Limited | 0.00 | FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 576 | Scandinavian Airlines System Denmark-Norway-Sweden | 0.00 |
| FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 582 | SAS Norge AS | 0.00 | FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 576 | Scandinavian Airlines System Denmark-Norway-Sweden | 0.00 |
| FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 586 | Gorm Sky Blue Limited | 0.00 | FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 576 | Scandinavian Airlines System Denmark-Norway-Sweden | 0.00 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 663 | Gorm Ocean Blue Limited | 0.00 | FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 576 | Scandinavia n Airlines System Denmark- Norway- Sweden | 0.00 |
| FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 705 | Gorm Deep Blue Limited | 0.00 | FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 576 | Scandinavia n Airlines System Denmark- Norway- Sweden | 0.00 |
| FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 764 | Gorm Light Blue Limited | 0.00 | FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 576 | Scandinavia n Airlines System Denmark- Norway- Sweden | 0.00 |
| FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 773 | Gorm Warm Red Limited | 0.00 | FEDERAL INSURANCE COMPANY | WENDY M. SIMKULAK C/O DUANE MORRIS LLP 30 S. 17TH STREET, PHILADELPHIA, PA, 19103, UNITED STATES | 576 | Scandinavia n Airlines System Denmark- Norway- Sweden | 0.00 |
| GATE GOURMET CANADA INC. | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 965 | Scandinavia n Airlines of North America Inc. | 77,823.29 | GATE GOURMET CANADA INC. | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 959 | Scandinavia n Airlines System Denmark- Norway- Sweden | 77,823.29 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| GATE GOURMET INC. | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE., NEW YORK, NY, 10154, UNITED STATES | 969 | Scandinavian Airlines of North America Inc. | 592,477.21 | GATE GOURMET INC. | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE., NEW YORK, NY, 10154, UNITED STATES | 857 | Scandinavian Airlines System Denmark-Norway-Sweden | 592,477.21 |
| KONINKLIJKE LUCHTVAART MAATSCHAPPIJ N.V. | STIBBE N.V. ATTN. J.S. KORTMANN BEETHOVENPLEIN 10, AMSTERDAM, 1077 WM, NETHERLANDS | 866 | SAS Norge AS | 288,879,604.99 | KONINKLIJKE LUCHTVAART MAATSCHAPPIJ N.V. | STIBBE N.V. ATTN. J.S. KORTMANN BEETHOVENPLEIN 10, AMSTERDAM, 1077 WM, NETHERLANDS | 1051 | Scandinavian Airlines System Denmark-Norway-Sweden | 342,727,131.03 |
| LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1169 | Scandinavian Airlines of North America Inc. | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1170 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,009,202.52 |
| LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1171 | Gorm Asset Management Limited | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1170 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,009,202.52 |
| LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1172 | Gorm Deep Blue Limited | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1170 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,009,202.52 |
| LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1173 | Gorm Engine Management Limited | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1170 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,009,202.52 |
| LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1174 | Gorm Light Blue Limited | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1170 | Scandinavian Airlines System Denmark- | 4,009,202.52 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| | | | | | | | | Norway-Sweden | |
| LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1175 | SAS Norge AS | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1170 | Scandinavia n Airlines System Denmark-Norway-Sweden | 4,009,202.52 |
| LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1176 | SAS Danmark A/S | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1170 | Scandinavia n Airlines System Denmark-Norway-Sweden | 4,009,202.52 |
| LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1177 | SAS AB | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1170 | Scandinavia n Airlines System Denmark-Norway-Sweden | 4,009,202.52 |
| LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1178 | Gorm Sky Blue Limited | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1170 | Scandinavia n Airlines System Denmark-Norway-Sweden | 4,009,202.52 |
| LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1179 | Gorm Warm Red Limited | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1170 | Scandinavia n Airlines System Denmark-Norway-Sweden | 4,009,202.52 |
| LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1180 | Gorm Ocean Blue Limited | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1170 | Scandinavia n Airlines System Denmark-Norway-Sweden | 4,009,202.52 |
| LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1181 | SAS Sverige AB | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1170 | Scandinavia n Airlines System Denmark- | 4,009,202.52 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| | | | | | | | | Norway-Sweden | |
| LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1182 | Gorm Dark Blue Limited | 4,042,937.79 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1170 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,009,202.52 |
| MARTINAIR HOLLAND N.V. | STIBBE N.V. ATTN: J.S. KORTMANN BEETHOVENPLEIN 10, 1077 WM, AMSTERDAM, , NETHERLANDS | 953 | SAS Norge AS | 301,884,065.91 | MARTINAIR HOLLAND N.V. | STIBBE N.V. ATTN: J.S. KORTMANN BEETHOVENPLEIN 10, 1077 WM, AMSTERDAM, , NETHERLANDS | 1034 | Scandinavian Airlines System Denmark-Norway-Sweden | 301,884,065.91 |
| MARTINAIR HOLLAND N.V. | STIBBE N.V. ATTN: J.S. KORTMANN BEETHOVENPLEIN 10, 1077 WM, AMSTERDAM, , NETHERLANDS | 952 | SAS Sverige AB | 301,884,065.91 | MARTINAIR HOLLAND N.V. | STIBBE N.V. ATTN: J.S. KORTMANN BEETHOVENPLEIN 10, 1077 WM, AMSTERDAM, , NETHERLANDS | 1034 | Scandinavian Airlines System Denmark-Norway-Sweden | 301,884,065.91 |
| MARTINAIR HOLLAND N.V. | STIBBE N.V. ATTN: J.S. KORTMANN BEETHOVENPLEIN 10, 1077 WM, AMSTERDAM, , NETHERLANDS | 1042 | SAS Danmark A/S | 301,884,065.91 | MARTINAIR HOLLAND N.V. | STIBBE N.V. ATTN: J.S. KORTMANN BEETHOVENPLEIN 10, 1077 WM, AMSTERDAM, , NETHERLANDS | 1034 | Scandinavian Airlines System Denmark-Norway-Sweden | 301,884,065.91 |
| PALACE INTERNATIONAL LIMITED | HATCHWOOD PLACE FARNHAM ROAD, ODIHAM, HAMPSHIRE, RG29 1AB, UNITED KINGDOM | 295 | SAS AB | 1,455.80 | PALACE INTERNATIONAL LIMITED | HATCHWOOD PLACE FARNHAM ROAD, ODIHAM, HAMPSHIRE, RG29 1AB, UNITED KINGDOM | 80 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,455.80 |

8

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| THE TRUSTEES OF THE SCANDINAVIAN AIRLINES SYSTEM (INVESTMENTS) LIMITED PENSION AND ASSURANCE SCHEME | WEDLAKE BELL LLP JUSTIN MCGILLOWAY, ESQ. 71 QUEEN VICTORIA STREET, LONDON, EC4V 4AY, UNITED KINGDOM | 545 | SAS AB | 3,686,822.40 | THE TRUSTEES OF THE SCANDINAVIAN AIRLINES SYSTEM (INVESTMENTS) LIMITED PENSION AND ASSURANCE SCHEME | WEDLAKE BELL LLP JUSTIN MCGILLOWAY, ESQ. 71 QUEEN VICTORIA STREET, LONDON, EC4V 4AY, UNITED KINGDOM | 541 | Scandinavia n Airlines System Denmark-Norway-Sweden | 3,686,822.40 |
| VASTSVENSKA HANDELSKAMMAREN SERVICE AB | BOX 5253, GOTEBORG, 41138, SWEDEN | 533971 6 | SAS AB | 610.61 | VASTSVENSKA HANDELSKAMMAREN SERVICE AB | BOX 5253, GOTEBORG, 41138, SWEDEN | 533981 6 | Scandinavia n Airlines System Denmark-Norway-Sweden | 610.61 |
| WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 786 | SAS Sverige AB | 7,939,188.60 | WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 784 | Scandinavia n Airlines of North America Inc. | 7,939,188.60 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 787 | Gorm Ocean Blue Limited | 7,939,188.60 | WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 784 | Scandinavian Airlines of North America Inc. | 7,939,188.60 |
| WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 788 | Gorm Light Blue Limited | 7,939,188.60 | WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 784 | Scandinavian Airlines of North America Inc. | 7,939,188.60 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 789 | SAS Danmark A/S | 7,939,188.60 | WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 784 | Scandinavian Airlines of North America Inc. | 7,939,188.60 |
| WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 790 | SAS AB | 7,939,188.60 | WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 784 | Scandinavian Airlines of North America Inc. | 7,939,188.60 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 842 | Gorm Engine Management Limited | 7,939,188.60 | WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 784 | Scandinavian Airlines of North America Inc. | 7,939,188.60 |
| WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 843 | Gorm Asset Management Limited | 7,939,188.60 | WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 784 | Scandinavian Airlines of North America Inc. | 7,939,188.60 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 853 | SAS Norge AS | 7,939,188.60 | WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 784 | Scandinavia n Airlines of North America Inc. | 7,939,188.60 |
| WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 912 | Gorm Sky Blue Limited | 7,939,188.60 | WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 784 | Scandinavia n Airlines of North America Inc. | 7,939,188.60 |

13

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 916 | Gorm Deep Blue Limited | 7,939,188.60 | WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 784 | Scandinavian Airlines of North America Inc. | 7,939,188.60 |
| WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 975 | Gorm Warm Red Limited | 7,939,188.60 | WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 784 | Scandinavian Airlines of North America Inc. | 7,939,188.60 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 976 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,939,188.60 | WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 784 | Scandinavian Airlines of North America Inc. | 7,939,188.60 |
| WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 977 | Gorm Dark Blue Limited | 7,939,188.60 | WESTCHESTER FIRE INSURANCE COMPANY OR ANY OF ITS AFFILIATES, INCLUDING ANY OTHER COMPANY THAT IS PART OF OR ADDED TO ACE GROUP HOLDINGS, INC. | MCELROY DEUTSCH MULVANEY & CARPENTER, LLP ATTN: GARY BRESSLER, ESQ. 300 DELAWARE AVE., SUITE 1014, WILMINGTON, DE, 19801, UNITED STATES | 784 | Scandinavian Airlines of North America Inc. | 7,939,188.60 |