WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SAS AB, *et al.*,** | : | **Case No. 22-10925 (MEW)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

---------------------------------------------------------- x

**NOTICE OF SECOND OMNIBUS OBJECTION OF
<u>DEBTORS TO DISALLOW AND EXPUNGE CLAIMS</u>
(Superseded Claims)**

> **THE ATTACHED OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW
> AND EXPUNGE CERTAIN CLAIMS.  PLEASE CAREFULLY REVIEW THE
> ATTACHED OBJECTION AND THE ATTACHMENT THERETO TO DETERMINE
> WHETHER THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

**PLEASE TAKE NOTICE** that, on December 23, 2023, SAS AB and its debtor

subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

(collectively, the "**Debtors**") filed the *Second Omnibus Objection of Debtors to Disallow and Expunge Claims (Superseded Claims)* (the "**Objection**").

PLEASE TAKE FURTHER NOTICE that a hearing to consider entry of an order approving the Objection (the "**Hearing**") will be conducted before the Honorable Michael E. Wiles, in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), on **January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the Objection requests the Bankruptcy Court disallow and expunge from the claims register the claims listed on Exhibit 1 to the proposed form of order annexed to the Objection as Exhibit A (the "**Proposed Order**") on the ground that each such claim is superseded by a subsequently filed proof of claim identified on Exhibit 1 to the Proposed Order under the heading "*Surviving Claims.*"

PLEASE TAKE FURTHER NOTICE that any responses (the "**Responses**") to the Objection must (i) be in writing, (ii) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**"), and the Order Implementing Certain Notice and Case Management Procedures [ECF No. 292] (the "**Case Management Order**"), (iii) be filed with the Bankruptcy Court by (a) attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) and (b) all other parties in interest on a CD-ROM, in text-searchable portable document format (PDF) (with two single-sided hard copies delivered to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and (iv) be served in accordance with General Order M-399, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Case Management Order, upon (a) the attorneys for the Debtors, Weil, Gotshal & Manges LLP,

767 Fifth Avenue, New York, New York 10153 (Attn: Gary Holtzer, Kelly DiBlasi, David Griffiths, and Lauren Tauro), (b) the Office of the United States Trustee for Region 2 (Attn: Greg Zipes, Esq. & Annie Wells, Esq.), and (c) the attorneys for the Official Committee of Unsecured Creditors (Attn: Brett H. Miller, Todd M. Goren, Debra M. Sinclair, Craig A. Damast, and James H. Burbage), so as to be filed and received no later than **4:00 p.m. (Prevailing Eastern Time) on January 16, 2024** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that any Response must contain the following: (i) the name of the claimant and description of the basis for the amount of the claim; (ii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged from the claims register for the reasons set forth in the Objection, including the specific factual and legal bases which will be relied upon in opposing the Objection; and (iii) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, which will be relied upon in opposing the Objection.

**PLEASE TAKE FURTHER NOTICE** that if no Responses are timely filed and served with respect to the Objection by the Response Deadline, the Bankruptcy Court may grant the relief requested in the Objection without further notice or an opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE that any claim that the Bankruptcy Court disallows and expunges will be treated as if it had not been filed and will not be entitled to any distribution on account thereof.**

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required

to attend any Hearing and failure to appear may result in relief being granted upon default.

Dated: December 23, 2023
      New York, New York

/s/ Lauren Tauro
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SAS AB, *et al.*,** | : | **Case No. 22-10925 (MEW)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

----------------------------------------------------------- x

**SECOND OMNIBUS OBJECTION OF
<u>DEBTORS TO DISALLOW AND EXPUNGE CLAIMS</u>
(Superseded Claims)**

> **THIS OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW AND
> EXPUNGE CERTAIN CLAIMS. PLEASE CAREFULLY REVIEW THIS OBJECTION
> AND THE ATTACHMENT HERETO TO DETERMINE WHETHER THE
> OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

SAS AB and its debtor subsidiaries, as debtors and debtors in possession in the

above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows

in support of this objection (the "**Objection**"):

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB,
Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm
Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd.,
Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is
AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

## Background

1.      On July 5, 2022 (the "**Commencement Date**"), each Debtor commenced

with the Court a voluntary case under chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.  No trustee or examiner has been appointed in these chapter 11 cases.  On

July 22, 2022, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed

the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") [ECF No. 75].

2.      The Debtors' chapter 11 cases are being jointly administered for procedural

purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**").

3.      Additional information regarding the Debtors' businesses, capital structure,

and the circumstances leading to the commencement of these chapter 11 cases is set forth in the

*Declaration of Erno Hildén Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern*

*District of New York*, dated July 5, 2022 [ECF No. 3], and the *Declaration of Michael Healy in*

*Support of First Day Motions and Applications*, dated July 5, 2022 [ECF No. 4].

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

5.      By this Objection, pursuant to section 502(b) of the Bankruptcy Code and

Bankruptcy Rule 3007(d), the Debtors request entry of an order disallowing and expunging the

claims listed on <u>Exhibit 1</u> annexed to the Proposed Order (as defined below).

6.      A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit A** (the "**Proposed Order**").

## Claims Reconciliation

7.      On November 8, 2022, the Court entered an order [ECF No. 605] establishing January 10, 2023 at 5:00 p.m. (Prevailing Eastern Time) as the deadline for all persons and entities (including governmental units) to file proofs of claim (each, a "**Proof of Claim**") against the Debtors for claims  that arose on or prior to the Commencement Date (each, a "**Claim**"), subject to certain exceptions (including for Claims based on the rejection of executory contracts or unexpired leases).

8.      The Debtors have examined the Claims identified on Exhibit 1 to the Proposed Order and have determined that each Claim under the heading "*Claims to be Disallowed and Expunged*" (each, a "**Superseded Claim**" and, collectively, the "**Superseded Claims**") has been superseded by a subsequently filed Proof of Claim under the heading "*Surviving Claims*" (each, a "**Surviving Claim**" and, collectively, the "**Surviving Claims**").

## Superseded Claims Should Be Disallowed

9.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).

10.      As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof of claim constitutes prima facie evidence of the validity and the amount of the claim under section 502(a) of the Bankruptcy Code. Prima facie validity under Bankruptcy Rule 3001(f), however, can be overcome by rebuttal evidence. *See In re Ditech Holding Corp.*, No. 19-10412 (JLG), 2021 WL 408984, at *4 (Bankr. S.D.N.Y. Feb. 2, 2021); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  Accordingly, pursuant to Bankruptcy Rule 3007(a), a party in interest may object to the allowance of a claim in a writing filed with the Bankruptcy Court. Fed. R. Bankr.

P. 3007(a). Upon an objection, the claimant has the burden to demonstrate the validity of the claim.

*See Rozier v. Rescap Borrower Claims Tr. (In re Residential Cap.LLC)*, No. 15-cv-3248 (KPF),

2016 WL 796860, at *9 (S.D.N.Y. Feb. 22, 2016); *In re Arcapita Bank B.S.C.(c)*, No. 12–11076

(SHL), 2013 WL 6141616, at *1 (Bankr. S.D.N.Y. Nov. 21, 2013), *aff'd sub nom. In re Arcapita*

*Bank B.S.C.(c)*, 508 B.R. 814 (S.D.N.Y. 2014); *Hasson v. Motors Liquidation Co. GUC Tr. (In re*

*Motors Liquidation Co.)*, No. 11-cv-8444 (RJS), 2012 WL 1886755, at *3 (S.D.N.Y. May 12,

2012); *In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd sub nom. Peter J.*

*Solomon Co., L.P. v. Oneida Ltd.*, No. 09-cv-2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22,

2010).

11.    Further, Bankruptcy Rule 3007(d) permits the Debtors to file objections to

more than one claim on the basis that, among other things, such claims "have been amended by

subsequently filed proofs of claim." Fed. R. Bankr. P. 3007(d)(3).

12.    The Debtors have determined that each Superseded Claim was superseded,

and thus amended by a Surviving Claim. To ensure that the claims register is accurate and does

not inaccurately overstate the Debtors' liabilities, and to avoid the possibility of multiple

recoveries on account of the same Claim, the Debtors believe the Superseded Claims should be

disallowed and expunged from the claims register.

## **Reservation of Rights**

13.    Nothing contained herein is intended or shall be construed as (i) an

admission as to the validity of any Claim against the Debtors, (ii) a waiver of the Debtors' or any

appropriate party in interest's rights to dispute the amount of, basis for, or validity of any Claim

against the Debtors, (iii) an agreement or obligation to pay any Claims, (iv) a waiver of any claims

or causes of action that may exist against any creditor or interest holder, or (v) an approval,

assumption, or adoption of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.  Likewise, if the Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended to be and should not be construed as an admission to the validity of any claim or a waiver of the Debtors' or any appropriate party in interest's rights to subsequently dispute such claim.

## **Notice**

14.     Notice of this Objection will be provided in accordance with Bankruptcy Rule 3007 and the procedures set forth in the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292].  The Debtors respectfully submit that no further notice is required.

15.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: December 23, 2023
      New York, New York

*/s/  Lauren Tauro*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

In re                                              :        **Chapter 11**

                                                   :

**SAS AB**, *et al.*,                              :        **Case No. 22-10925 (MEW)**

                                                   :

            **Debtors.**[1]                        :        **(Jointly Administered)**

                                                   :        **ECF No. [●]**

------------------------------------------------------------ x

## ORDER GRANTING SECOND OMNIBUS OBJECTION OF
## DEBTORS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS
### (Superseded Claims)

Upon the objection, dated December 23, 2023 (the "**Objection**"),[2] of SAS AB and

its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), pursuant to section 502(b) of the Bankruptcy Code and

Bankruptcy Rule 3007(d) for entry of an order disallowing and expunging the Superseded Claims,

all as more fully set forth in the Objection; and this Court having jurisdiction to consider the

Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

*Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of

the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §

157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Objection having been provided, and such notice having been

adequate and appropriate under the circumstances; and it appearing that no other or further notice

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Objection.

need be provided; and this Court having reviewed the Objection; and upon any hearing held on the Objection; and all responses, if any, to the Objection having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT:

1.      The Objection is granted to the extent set forth herein.

2.      Pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Superseded Claim identified under the heading "*Claims to be Disallowed and Expunged*" on **Exhibit 1** annexed to this Order is hereby disallowed and expunged.

3.      Nothing in this Order or the Objection shall constitute an admission or finding concerning the amount, priority, or validity of any Surviving Claim listed under the hearing "*Surviving Claims*" on **Exhibit 1** to this Order.

4.      To the extent a response was filed regarding any Superseded Claim, each such Superseded Claim, and the Objection as it pertains to such Superseded Claim, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This order will be deemed a separate order with respect to each Superseded Claim.

5.      Nothing contained in the Objection or this Order shall be construed as (i) an admission as to the validity of any Claim, (ii) an agreement or obligation to pay any Claims, (iii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute any Claim, (iv) a waiver of any claims or causes of action which may exist against any creditor or interest holder,

2

or (v) an approval or assumption of any agreement, contract, program, policy or lease under section 365 of the Bankruptcy Code.

6.      The Debtors' claims and noticing agent, Kroll Restructuring Administration, LLC, is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

7.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2024
        New York, New York

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

**Superseded Claims**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| 1ST CLASS LAUNDRY | 84 HERBERT AVE, BUILDING B-SUITE 202, CLOSTER, NJ, 07624, UNITED STATES | 5339722 | Scandinavian Airlines System Denmark-Norway-Sweden | 16,629.72 | 1ST CLASS LAUNDRY | 84 HERBERT AVE, BUILDING B-SUITE 202, CLOSTER, NJ, 07624, UNITED STATES | 1066 | Scandinavian Airlines System Denmark-Norway-Sweden | 16,629.72 |
| AAP AVIATION NORGE AS | STRANDVEIEN 50, LYSAKER, 1366, NORWAY | 5339729 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,883.88 | AAP AVIATION NORGE AS | STRANDVEIEN 50, LYSAKER, 1366, NORWAY | 1 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,910.00 |
| AB MÖLLERS MÖBELRENOVERING | SÖDERGATAN 5, MÄRSTA, 195 34, SWEDEN | 5339730 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,455.66 | MOLLERS MOBELRENOVERING AB | SODERGATAN 5A, MARSTA, 195 34, SWEDEN | 29 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,293.00 |
| ABOUTBAGS NV DK | WESTERRING 17, OUDENAARDE, 9700, BELGIUM | 5339733 | Scandinavian Airlines System Denmark-Norway-Sweden | 12,851.06 | ABOUTBAGS NV DKK | WESTERRING 17, OUDENAARDE, 9700, BELGIUM | 24 | Scandinavian Airlines System Denmark-Norway-Sweden | 12,810.75 |
| ABOUTBAGS NV NO | WESTERRING 17, OUDENAARDE, 9700, BELGIUM | 5339734 | Scandinavian Airlines System Denmark-Norway-Sweden | 129,612.45 | ABOUTBAGS NV DKK | WESTERRING 17, OUDENAARDE, 9700, BELGIUM | 26 | Scandinavian Airlines System Denmark-Norway-Sweden | 87,674.12 |
| ABOUTBAGS NV SE | WESTERRING 17, OUDENAARDE, 9700, BELGIUM | 5339735 | Scandinavian Airlines System Denmark- | 44,313.11 | ABOUTBAGS NV SEK | WESTERRING 17, OUDENAARDE, 9700, BELGIUM | 23 | Scandinavian Airlines System Denmark- | 41,816.69 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| | | | Norway-Sweden | | | | | Norway-Sweden | |
| ACADEMIC WORK SWEDEN AB | GAMLA TANNEFORSVAGEN 92, LINKOPING, 582 52, SWEDEN | 5339736 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,664.55 | ACADEMIC WORK SWEDEN AB | GAMLA TANNEFORSVAGEN 92, LINKOPING, 582 52, SWEDEN | 1136 | Scandinavian Airlines System Denmark-Norway-Sweden | 22,016.95 |
| ACADEMIC WORK TECHNOLOGY AB | GAMLA TANNEFORSVÄGEN 92, LINKÖPING, 582 25, SWEDEN | 5339737 | Scandinavian Airlines System Denmark-Norway-Sweden | 37,349.35 | ACADEMIC WORK TECHNOLOGY AB | GAMLA TANNEFORSVÄGEN 92, LINKÖPING, 582 25, SWEDEN | 1111 | Scandinavian Airlines System Denmark-Norway-Sweden | 46,526.70 |
| ACCELYA UK LIMITED | FIRST FLOOR, BUILDING 10 WATCHMOORE PARK CAMBERLEY, SURREY, GU15 3YL, UNITED KINGDOM | 5339739 | Scandinavian Airlines System Denmark-Norway-Sweden | 21,229.75 | ACCELYA UK LIMITED | FIRST FLOOR, BUILDING 10 WATCHMOORE PARK CAMBERLEY, SURREY, GU15 3YL, UNITED KINGDOM | 262 | Scandinavian Airlines System Denmark-Norway-Sweden | 44,639.75 |
| ADAPTIVE CHANNEL | 16 AVENUE DE LEUROPE BAT A - ESPACE CANAL PARC TECHNOLOGIQUE DU CANAL, RAMONVILLE ST AGNE, 31520, FRANCE | 5339744 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,155.43 | ADAPTIVE CHANNEL | 16 AVENUE DE LEUROPE BAT A - ESPACE CANAL PARC TECHNOLOGIQUE DU CANAL, RAMONVILLE ST AGNE, 31520, FRANCE | 185 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,880.97 |
| ADVANCED GROUND SYSTEMS ENGINEERING LLC | 10805 PAINTER AVENUE, SANTA FE SPRINGS, CA, 90670, UNITED STATES | 5339747 | Scandinavian Airlines System Denmark-Norway-Sweden | 13,115.00 | ADVANCED GROUND SYSTEMS ENGINEERING LLC | 10805 PAINTER AVENUE, SANTA FE SPRINGS, CA, 90670, UNITED STATES | 87 | SAS AB | 34,210.00 |

2

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| ADVANTAGE TURBINE SERVICES SWEDEN AB | MARMA 113, KNIVSTA, 74193, SWEDEN | 5339748 | Scandinavian Airlines System Denmark-Norway-Sweden | 15,005.76 | ADVANTAGE TURBINE SERVICES SWEDEN AB | MARMA 113, KNIVSTA, 74193, SWEDEN | 37 | Scandinavian Airlines System Denmark-Norway-Sweden | 33,810.00 |
| ADVOKATFIRMAET THOMMESSEN AS | POSTBOKS 1484 VIKA, OSLO, 116, NORWAY | 5339750 | Scandinavian Airlines System Denmark-Norway-Sweden | 298,714.59 | ADVOKATFIRMAET THOMMESSEN AS | POSTBOKS 1484 VIKA, OSLO, 116, NORWAY | 322 | Scandinavian Airlines System Denmark-Norway-Sweden | 18,562.00 |
| AEROSEAL AB | 84 HERBERT AVE, BUILDING B- SUITE 202, CLOSTER, NJ, 07624, UNITED STATES | 5339826 | Scandinavian Airlines System Denmark-Norway-Sweden | 36,406.61 | AEROSEAL AB | 84 HERBERT AVE, BUILDING B- SUITE 202, CLOSTER, NJ, 07624, UNITED STATES | 224 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,922.44 |
| AF DIGITAL SOLUTIONS AB | KRISTINA GEERS HEAD OF LEGAL AF DIGITAL SOLUTIONS AB FROSUNDALEDEN 2A, STOCKHOLM, , SWEDEN | 5339828 | Scandinavian Airlines System Denmark-Norway-Sweden | 21,395.30 | AF DIGITAL SOLUTIONS AB | KRISTINA GEERS HEAD OF LEGAL AF DIGITAL SOLUTIONS AB FROSUNDALEDEN 2A, STOCKHOLM, , SWEDEN | 323 | Scandinavian Airlines System Denmark-Norway-Sweden | 36,674.00 |
| AFSR AICHACH GMBH | HFSR AICHACH GMBH - IF BOGLARKA ANTAL, CREDIT MANAGER HOWMET-KOFEM KFT. VERSECI U. 1-15, SZEKESFEHERVAR, 08000, HUNGARY | 5339858 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,132.63 | AFSR AICHACH GMBH | HFSR AICHACH GMBH - IF BOGLARKA ANTAL, CREDIT MANAGER HOWMET-KOFEM KFT. VERSECI U. 1-15, SZEKESFEHERVAR, 08000, HUNGARY | 1144 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,861.63 |
| AGDER TAXI AS | HÄNESVEIEN 156, KRISTIANSAND, 4635, NORWAY | 5339860 | Scandinavian Airlines System Denmark- | 13,940.85 | AGDER TAXI AS | HÄNESVEIEN 156, KRISTIANSAND, 4635, NORWAY | 561 | Scandinavian Airlines System Denmark- | 17,400.94 |

3

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| | | | Norway-Sweden | | | | | Norway-Sweden | |
| AINA WIRELESS FINLAND OY | JOENSUUNKATU 7G, SALO, 24100, FINLAND | 5339865 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,517.17 | AINA WIRELESS FINLAND OY | JOENSUUNKATU 7G, SALO, 24100, FINLAND | 251 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,544.63 |
| AIR BALTIC CORPORATION A/S | ILZE MALKALNE SENIOR VICE PRESIDENT, FINANCE AND CONTROL TEHNIKAS IELA 3 LIDOSTA "RIGA", MARUPES NOV, LV-1053, LATVIA | 5339866 | Scandinavian Airlines System Denmark-Norway-Sweden | 902,021.78 | AIR BALTIC CORPORATION AS | ILZE MALKALNE SENIOR VICE PRESIDENT, FINANCE AND CONTROL TEHNIKAS IELA 3 LIDOSTA "RIGA", MARUPES NOV, LV-1053, LATVIA | 1194 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,087,762.84 |
| AIR COST CONTROL GERMANY GMBH | OBENHAUPTSTR. 15, HAMBURG, 22335, GERMANY | 5339871 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,178.84 | AIR COST CONTROL | 11 RUE DU COMMANDANT COUSTEAU ZAC PONT PEYRRIN II, LISLE JOURDAIN, 32600, FRANCE | 38 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,662.59 |
| ALS DENMARK A/S | BAKKEGAARDSVEJ 406 A, HUMAEBAEK, 3050, DENMARK | 5339901 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,433.12 | ALS DENMARK A/S | BAKKEGAARDSVEJ 406 A, HUMAEBAEK, 3050, DENMARK | 235 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,460.97 |
| ALUMNI INTERIM AB | KUNGSBRON 1 P.O BOX 843, STOCKHOLM, SE-101 36, SWEDEN | 5339905 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,347.30 | ALUMNI INTERIM AB | KUNGSBRON 1 P.O BOX 843, STOCKHOLM, SE-101 36, SWEDEN | 931 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,017.69 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| AMAZON WEB SERVICES EMEA SARL | 38 AVENUE JOHN F, KENNEDY, LUXEMBOURG, L-1855, LUXEMBOURG | 5339911 | Scandinavian Airlines System Denmark-Norway-Sweden | 14,232.34 | AMAZON WEB SERVICES LLP | C/O K&L GATES LLP ATTN: BRIAN PETERSON 925 FOURTH AVENUE, SUITE 2900, SEATTLE, WA, 98124, UNITED STATES | 785 | Scandinavian Airlines System Denmark-Norway-Sweden | 29,592.71 |
| AN GARDA SIOCHANA | GARDA NATIONAL IMMIGRATION BUREAU 13-14 BURGH QUAY, DUBLIN, , IRELAND | 5339918 | SAS Norge AS | 1,539.75 | AN GARDA SIOCHANA | GARDA NATIONAL IMMIGRATION BUREAU 13-14 BURGH QUAY, DUBLIN, , IRELAND | 1153 | SAS Norge AS | 1,567.62 |
| ANTAEUS TRAVEL & TOURISM P.C | GKINIS STAMATIOS 33, ZEPPOU STREET, GLYFADA, 166 75, GREECE | 5339921 | Scandinavian Airlines System Denmark-Norway-Sweden | 860.74 | ANTAEUS TRAVEL & TOURISM P.C | GKINIS STAMATIOS 33, ZEPPOU STREET, GLYFADA, 166 75, GREECE | 1183 | Scandinavian Airlines System Denmark-Norway-Sweden | 676.29 |
| AON ASSESSMENT SWEDEN AB | VALHALLAVÄGEN 117H BOX 27093, STOCKHOLM, 102 51, SWEDEN | 5339940 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,608.73 | AON ASSESSMENT (SWEDEN) AB | VALHALLAVÄGEN 117H BOX 27093, STOCKHOLM, 102 51, SWEDEN | 143 | Scandinavian Airlines System Denmark-Norway-Sweden | 24,923.00 |
| ARINC INCORPORATED | C/O CLAIRE MORGAN PEGASUS ONE, PEGASUS PLACE, GATWICK ROAD CRAWLEY, WEST SUSSEX, RH10 9AY, UNITED KINGDOM | 5339944 | Scandinavian Airlines System Denmark-Norway-Sweden | 297,648.23 | ARINC INCORPORATED | C/O CLAIRE MORGAN PEGASUS ONE, PEGASUS PLACE, GATWICK ROAD CRAWLEY, WEST SUSSEX, RH10 9AY, UNITED KINGDOM | 579 | Scandinavian Airlines System Denmark-Norway-Sweden | 344,819.53 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| ARINC INCORPORATED - GBP | C/O CLAIRE MORGAN PEGASUS ONE, PEGUSUS PLACE, GATWICK ROAD CRAWLEY, WEST SUSSEX, RH10 9AY, UNITED KINGDOM | 5339951 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,189.05 | ARINC INCORPORATED | C/O CLAIRE MORGAN PEGASUS ONE, PEGUSUS PLACE, GATWICK ROAD CRAWLEY, WEST SUSSEX, RH10 9AY, UNITED KINGDOM | 579 | Scandinavian Airlines System Denmark-Norway-Sweden | 344,819.53 |
| ASSENTLY AB | HOLLANDARGATAN 20, STOCKHOLM, 11160, SWEDEN | 5339959 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,227.33 | ASSENTLY AB | HOLLANDARGATAN 20, STOCKHOLM, 11160, SWEDEN | 880 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,023.37 |
| ASTRONICS ADVANCED ELECTRONIC SYSTEMS | HODGSON RUSS LLP JAMES C. THOMAN, ESQ 140 PEARL STREET SUITE 100, BUFFALO, NY, 14202, UNITED STATES | 5339960 | Scandinavian Airlines System Denmark-Norway-Sweden | 72,234.75 | ASTRONICS ADVANCED ELECTRONIC SYSTEMS | HODGSON RUSS LLP JAMES C. THOMAN, ESQ 140 PEARL STREET SUITE 100, BUFFALO, NY, 14202, UNITED STATES | 858 | Scandinavian Airlines System Denmark-Norway-Sweden | 72,234.75 |
| ATEA SVERIGE AB | HELENA PACTWA, FINANCE ASSISTANT 1, KRONBORGSGRAND, KISTA, 16493, SWEDEN | 5339965 | Scandinavian Airlines System Denmark-Norway-Sweden | 26,570.44 | ATEA SVERIGE AB | HELENA PACTWA, FINANCE ASSISTANT 1, KRONBORGSGRAND, KISTA, 16493, SWEDEN | 635 | Scandinavian Airlines System Denmark-Norway-Sweden | 26,570.44 |
| AVONOVA HELSE AS | KLARABERGSVIADUKTEN 90 B, STOCKHOLM, S-111 64, SWEDEN | 5340056 | Scandinavian Airlines System Denmark-Norway-Sweden | 29,236.12 | AVONOVA HELSE AS | KLARABERGSVIADUKTEN 90 B, STOCKHOLM, S-111 64, SWEDEN | 832 | Scandinavian Airlines System Denmark-Norway-Sweden | 24,713.00 |
| AXHOLMEN AB | INGMAR BERGMANS GATA 2, 3TR, STOCKHOLM, 11434, SWEDEN | 5340065 | Scandinavian Airlines System Denmark- | 191,412.93 | AXHOLMEN AB | INGMAR BERGMANS GATA 2, 3TR, STOCKHOLM, 11434, SWEDEN | 43 | Scandinavian Airlines System Denmark- | 88,707.19 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| | | | Norway-Sweden | | | | | Norway-Sweden | |
| B/E AEROSPACE (UK) LTD | COLLINS AEROSPACE C/O ALLISON NOLD FOUR COLISEUM CENTRE 2730 W. TYVOLA ROAD, CHARLOTTE, NC, 28217, UNITED STATES | 5340066 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,046.17 | B/E AEROSPACE (UK) LTD. | COLLINS AEROSPACE C/O ALLISON NOLD FOUR COLISEUM CENTRE 2730 W. TYVOLA ROAD, CHARLOTTE, NC, 28217, UNITED STATES | 1012 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,349.46 |
| BACHER A/S | KIRSTINEHOJ 5, KASTRUP, 2770, DENMARK | 5340068 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,218.95 | BACHER A/S | KIRSTINEHOJ 5, KASTRUP, 2770, DENMARK | 264 | Scandinavian Airlines System Denmark-Norway-Sweden | 14,413.88 |
| BANNERFLOW AB | ATT: ERIC BERG SANKT ERIKSGATAN 46, STOCKHOLM, 11234, SWEDEN | 5340071 | Scandinavian Airlines System Denmark-Norway-Sweden | 54,570.43 | BANNERFLOW AB | ATT: ERIC BERG SANKT ERIKSGATAN 46, STOCKHOLM, 11234, SWEDEN | 137 | Scandinavian Airlines System Denmark-Norway-Sweden | 61,664.00 |
| BARDUFOSSTUN AS | OLE REISTADSVEI 116, BARDUFOSS, N-9325, NORWAY | 5340072 | Scandinavian Airlines System Denmark-Norway-Sweden | 14,736.55 | BARDUFOSSTUN AS | OLE REISTADSVEI 116, BARDUFOSS, N-9325, NORWAY | 268 | Scandinavian Airlines System Denmark-Norway-Sweden | 15,106.98 |
| BDO AUDIT GMBH | QBC 4-AM BELVEDERE 4 ENTRANCE KARL-POPPER-STRAßE 4, VIENNA, A-1100, AUSTRIA | 5340076 | Scandinavian Airlines System Denmark-Norway-Sweden | 492.72 | BDO AUDIT GMBH | QBC 4-AM BELVEDERE 4 ENTRANCE KARL-POPPER-STRAßE 4, VIENNA, A-1100, AUSTRIA | 171 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,468.37 |

7

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| BEIRHOLMS VAEVERIER A/S | 20 NORDAGER, KOLDING, 6000, DENMARK | 5340078 | Scandinavian Airlines System Denmark-Norway-Sweden | 26,286.61 | BEIRHOLMS VAEVERIER A/S | 20 NORDAGER, KOLDING, 6000, DENMARK | 107 | Scandinavian Airlines System Denmark-Norway-Sweden | 26,762.43 |
| BERG-HANSEN REISEBUREAU TRONDHEIM AS | IATA 602 00744 PIR-SENETERET NO-7005 TRONDHEIM, TRONDHEIM, , NORWAY | 5340153 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,560.22 | BERG HANSEN REISEBUREAU TRONDHEIM AS | IATA 602 00744 PIR-SENETERET NO-7005 TRONDHEIM, TRONDHEIM, , NORWAY | 824 | SAS Norge AS | 2,161.00 |
| BLUE WATER SHIPPING A/S | TRAFIKHAVNSKAJ 9, ESBJERG, 6700, DENMARK | 5340165 | Scandinavian Airlines System Denmark-Norway-Sweden | 432.39 | BLUE WATER SHIPPING A/S | TRAFIKHAVNSKAJ 9, ESBJERG, 6700, DENMARK | 39 | Scandinavian Airlines System Denmark-Norway-Sweden | 439.03 |
| BOTANY WEAVING MILL LTD. | VAUXHALL AVENUE CORK STREET, DUBLIN 8, D08K752, IRELAND | 5340170 | Scandinavian Airlines System Denmark-Norway-Sweden | 20,636.43 | BOTANY WEAVING MILL LTD | VAUXHALL AVENUE CORK STREET, DUBLIN 8, D08K752, IRELAND | 93 | Scandinavian Airlines System Denmark-Norway-Sweden | 20,103.68 |
| BRANDON AB | PO BOX 2071, SÄVEDALEN, 43302, SWEDEN | 5340225 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,491.01 | BRANDON AB | PO BOX 2071, SÄVEDALEN, 43302, SWEDEN | 831 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,244.20 |
| BRENNTAG DISINFECTION | BORUPNAVG 5B, BELLARUP, 2750, DENMARK | 5340226 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,368.44 | BRENNTAG NORDIC A/S | BORUP VAGN 5 B, BALLERUP, 2750, DENMARK | 120 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,249.67 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| BRUBAKKEN RENTAL AS | JAN OLAV THALBERG - FINANCIAL CONTROLLER FLOODMYRVEIEN 26, PORSGRUNN, 3940, NORWAY | 5340233 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,637.37 | BRUBAKKEN RENTAL AS | JAN OLAV THALBERG - FINANCIAL CONTROLLER FLOODMYRVEIEN 26, PORSGRUNN, 3940, NORWAY | 1145 | Scandinavian Airlines System Denmark-Norway-Sweden | 391.80 |
| BRUSSELS AIRPORT COMPANY SA | DIAMANT BUILDING A.REYERSLAAN 80, BRUSSEL, 1030, BELGIUM | 5339346 | Scandinavian Airlines System Denmark-Norway-Sweden | 29,489.40 | BRUSSELS AIRPORT COMPANY NV/SA | DIAMANT BUILDING A.REYERSLAAN 80, BRUSSEL, 1030, BELGIUM | 22 | Scandinavian Airlines System Denmark-Norway-Sweden | 243,251.64 |
| CABONLINE REGION NORR AB | BOX 1054, SOLNA, 171 54, SWEDEN | 5340241 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,697.45 | CABONLINE REGION NORR AB | BOX 1054, SOLNA, 171 54, SWEDEN | 191 | Scandinavian Airlines System Denmark-Norway-Sweden | 48.00 |
| CAE CENTRE COPENHAGEN A/S | KYSLVEJEN 40, KASTRUP, DK2770, DENMARK | 5340242 | Scandinavian Airlines System Denmark-Norway-Sweden | 226,195.89 | CAE CENTRE COPENHAGEN A/S | KYSLVEJEN 40, KASTRUP, DK2770, DENMARK | 109 | Scandinavian Airlines System Denmark-Norway-Sweden | 441,610.37 |
| CAE CENTRE OSLO AS | HENRIK IBSENS VEG 12 GARDERMOEN, OSLO, 2060, NORWAY | 5340243 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,391.28 | CAE CENTRE OSLO AS | HENRIK IBSENS VEG 12 GARDERMOEN, OSLO, 2060, NORWAY | 110 | Scandinavian Airlines System Denmark-Norway-Sweden | 450,892.07 |
| CAE CENTRE STOCKHOLM AB | KABINBAGEN 5, STOCKHOLM-ARLANDA, 195 87, SWEDEN | 5340244 | Scandinavian Airlines System Denmark-Norway-Sweden | 123,984.83 | CAE CENTRE STOCKHOLM AB | KABINBAGEN 5, STOCKHOLM-ARLANDA, 195 87, SWEDEN | 111 | Scandinavian Airlines System Denmark-Norway-Sweden | 271,557.08 |
| CANON DANMARK A/S | ØSTMARKEN 3A, SØBORG, 2860, DENMARK | 5340249 | Scandinavian Airlines System Denmark-Norway-Sweden | 21,688.85 | CANON DANMARK A/S | ØSTMARKEN 3A, SØBORG, 2860, DENMARK | 1135 | Scandinavian Airlines System Denmark-Norway-Sweden | 26,044.00 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| CAPIO NÄRSJUKVÅRD AB | BOX 1064, GÖTEBORG, 40522, SWEDEN | 5340257 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,927.79 | CAPIO NÄRSJUKVÅRD AB | BOX 1064, GÖTEBORG, 40522, SWEDEN | 88 | Scandinavian Airlines System Denmark-Norway-Sweden | 187.00 |
| CBH CORNELIUS BARTENBACH HAESEMANN & PARTNER | BISMARCKSTRABE 11-13, KÖLN, 50672, GERMANY | 5340263 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,148.24 | CBH RECHTSANWÄLTE CORNELIUS BARTENBACH HAESEMANN & PARTNER | HABSBURGERRING 24, KOLN, 50672, GERMANY | 1067 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,521.11 |
| CEDRIC FOURNIER | 100 RUE GUY BRU, LOTISSEMENT BELLEVUE, PUCH DAGENAIS, 47160, FRANCE | 5340861 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,127.37 | FOURNIER CEDRIC | 100 RUE GUY BRU, PUCH DAGENAIS, 47160, FRANCE | 106 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,644.27 |
| CFM INTERNATIONAL SA | C/O SIDLEY AUSTIN LLP 787 SEVENTH AVENUE, NEW YORK, NY, 10019, UNITED STATES | 5340268 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,587,763.79 | CFM INTERNATIONAL, S.A. | C/O SIDLEY AUSTIN LLP 787 SEVENTH AVENUE, NEW YORK, NY, 10019, UNITED STATES | 1007 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,704.56 |
| CITIBANK N.A., ZURICH | PRIME TOWER HARDSTRASSE 201, ZURICH, 8010, SWITZERLAND | 5339704 | SAS AB | 131,716,439.97 | CITIBANK (SWITZERLAND) AG | MAYER BROWN LLP ATTN: BRIAN TRUST, ESQ. 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020, UNITED STATES | 807 | SAS AB | 127,572,610.15 |

10

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| CITIBANK N.A., ZURICH | PRIME TOWER HARDSTRASSE 201, ZURICH, 8010, SWITZERLAND | 5340278 | Scandinavian Airlines System Denmark-Norway-Sweden | 131,716,439.97 | CITIBANK (SWITZERLAND) AG | MAYER BROWN LLP ATTN: BRIAN TRUST, ESQ. 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020, UNITED STATES | 822 | Scandinavian Airlines System Denmark-Norway-Sweden | 127,572,610.15 |
| COMARCH AB | FLYGFALTSGATAN 1, SKARPNACK, 12830, SWEDEN | 5340296 | Scandinavian Airlines System Denmark-Norway-Sweden | 171,380.43 | COMARCH AB | FLYGFALTSGATAN 1, SKARPNACK, 12830, SWEDEN | 606 | Scandinavian Airlines System Denmark-Norway-Sweden | 162,314.45 |
| COMFORT INN OHARE | 2175 EAST TOUHY AVENUE, DES PLAINES, IL, 60018, UNITED STATES | 5340338 | Scandinavian Airlines System Denmark-Norway-Sweden | 658.80 | COMFORT INN OHARE | 2175 EAST TOUHY AVENUE, DES PLAINES, IL, 60018, UNITED STATES | 254 | Scandinavian Airlines of North America Inc. | 1,188.00 |
| CSC CORPORATE DOMAINS, INC. | C/O UNITED STATES 2711, CENTERVILLE ROAD, WILMINGTON, DE, 19808, UNITED STATES | 5340362 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,785.32 | CSC CORPORATE DOMAINS, INC. | C/O UNITED STATES 2711, CENTERVILLE ROAD, WILMINGTON, DE, 19808, UNITED STATES | 35 | Scandinavian Airlines System Denmark-Norway-Sweden | 46,825.81 |
| CYGATE AB | BOX 4045, SOLNA, 16904, SWEDEN | 5340369 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,074.88 | TELIA CYGATE AB | STJÄRNTORGET 1, SOLNA, SE-169 79, SWEDEN | 289 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,073.49 |
| DACON AS | DURUDVEIEN 35,, HASLUM, NO-1344, NORWAY | 5340373 | Scandinavian Airlines System Denmark-Norway-Sweden | 10,997.52 | DACON AS | DURUDVEIEN 35,, HASLUM, NO-1344, NORWAY | 119 | Scandinavian Airlines System Denmark-Norway-Sweden | 12,788.00 |

11

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| DASI, LLC. | 10000 NW 25TH ST., DORAL, FL, 33172, UNITED STATES | 5340382 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,341.00 | EULER HERMES N. A. INSURANCE CO. AS AGENT FOR DASI, LLC | 800 RED BROOK BLVD, #400C, OWINGS MILLS, MD, 21117, UNITED STATES | 129 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,841.00 |
| DATALEX (IRELAND) LIMITED | SQUIRE PATTON BOGGS (US) LLP ATTN: MARK A. SALZBERG 2550 M STREET NW, WASHINGTON, DC, 20037, UNITED STATES | 5340383 | Scandinavian Airlines System Denmark-Norway-Sweden | 16,351.04 | DATALEX IRELAND LIMITED | SQUIRE PATTON BOGGS (US) LLP ATTN: MARK A. SALZBERG 2550 M STREET NW, WASHINGTON, DC, 20037, UNITED STATES | 1198 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,997,760.00 |
| DELOITTE AB | REHNSGATAN 11, STOCKHOLM, 113 79, SWEDEN | 5340390 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,794.52 | DELOITTE AB | REHNSGATAN 11, STOCKHOLM, 113 79, SWEDEN | 180 | Scandinavian Airlines System Denmark-Norway-Sweden | 67,313.00 |
| DESTER BVBA | GELMELSTRAAT 96, HOOGSTRATEN, BE 2320, BELGIUM | 5340398 | Scandinavian Airlines System Denmark-Norway-Sweden | 312,531.50 | DESTER BV TRADING | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 1028 | Scandinavian Airlines System Denmark-Norway-Sweden | 238,284.95 |
| DIRECT MAINTENANCE | FOKKERWEG 195, BG OUDE MEER, 1438, NETHERLANDS | 5340404 | Scandinavian Airlines System Denmark-Norway-Sweden | 324.37 | DIRECT MAINTENANCE BV | FOKKERWEG 195, BG OUDE MEER, 1438, NETHERLANDS | 44 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,278.00 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| EAGLE AVIATION | 2 INCHMUIR ROAD WHITEHILL INDUSTRIAL ESTATE, BATHGATE, EH482EP, UNITED KINGDOM | 5340421 | Scandinavian Airlines System Denmark-Norway-Sweden | 15,550.91 | EAGLE COURIERS (SCOTLAND) LTD T/A EAGLE AVIATION | 2 INCHMUIR ROAD WHITEHILL INDUSTRIAL ESTATE, BATHGATE, WEST LOTHIAN, EH48 2EP, UNITED KINGDOM | 326 | Scandinavian Airlines System Denmark-Norway-Sweden | 36,806.14 |
| EJENDALS AB | LIMAVAGEN 28, LEKSAND, 79332, SWEDEN | 5340429 | Scandinavian Airlines System Denmark-Norway-Sweden | 20,638.00 | EJENDALS AB | LIMAVAGEN 28, LEKSAND, 79332, SWEDEN | 77 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,479.93 |
| ELBE FLUGZEUGWERKE GMBH | HRB 1378, AMTSGERICHT DRESDEN GRENZSTR. 1, DRESDEN, 01109, GERMANY | 5340432 | Scandinavian Airlines System Denmark-Norway-Sweden | 867,580.80 | ELBE FLUGZEUGWERKE (EFW) GMBH | HRB 1378, AMTSGERICHT DRESDEN GRENZSTR. 1, DRESDEN, 01109, GERMANY | 260 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,226.00 |
| ELFLY AS | 84 HERBERT AVE, BILDING B- SUITE 202, CLOSTER, NJ, 07624, UNITED STATES | 5340462 | Scandinavian Airlines System Denmark-Norway-Sweden | 24,154.20 | ELFLY AS | 84 HERBERT AVE, BILDING B- SUITE 202, CLOSTER, NJ, 07624, UNITED STATES | 968 | Scandinavian Airlines System Denmark-Norway-Sweden | 24,576.09 |
| ELIS DANMARK A/S | TOBAKSVEJEN 22, SØBORG, 2860, DENMARK | 5340463 | Scandinavian Airlines System Denmark-Norway-Sweden | 302.60 | ELIS DANMARK A/S | TOBAKSVEJEN 22, SØBORG, 2860, DENMARK | 28 | Scandinavian Airlines System Denmark-Norway-Sweden | 180,088.16 |
| EPI USE DENMARK APS | NY CARLSBERG VEJ 80, KOBENHAVN K, 1799, DENMARK | 5340516 | Scandinavian Airlines System Denmark-Norway-Sweden | 347,329.08 | EPI-USE DENMARK APS | NY CARLSBERG VEJ 80, KOBENHAVN K, 1799, DENMARK | 9 | Scandinavian Airlines System Denmark-Norway-Sweden | 358,969.52 |

13

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| FDM BUSINESS SERVICES S.R.L. A SOCIO UNICO | VIA DEI VALTORTA, 47, MILANO, 20127, ITALY | 5340544 | Scandinavian Airlines System Denmark-Norway-Sweden | 753.34 | FDM BUSINESS SERVICES SRL | AMMINISTRAZIONE CLIENTI CARLO FERRETTI DIRETTORE AMMINISTRAZIONE FINANZA VIA DEI VALTORTA 47, MILAN, 20127, ITALY | 263 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,615.62 |
| FIGGJO AS | AALANDSBAKKEN 1, FIGGJO, 4332, NORWAY | 5340576 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,938.52 | FIGGJO AS | AALANDSBAKKEN 1, FIGGJO, 4332, NORWAY | 578 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,938.52 |
| FL TECHNICS UAB | RODUNIOS ROAD 18, VILNIUS, LT-02188, LITHUANIA | 5340581 | Scandinavian Airlines System Denmark-Norway-Sweden | 40,220.33 | UAB FL TECHNICS | RODUNIOS KEL. 2, VILNIUS, 02189, LITHUANIA | 966 | Scandinavian Airlines System Denmark-Norway-Sweden | 13,377.00 |
| FLYING FOOD GROUP | 1650 NORTHWEST 70TH AVENUE, MIAMI, FL, 33126-1312, UNITED STATES | 5340588 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,692,954.08 | FLYING FOOD GROUP, LLC | C/O MARK V. NOFFKE 212 N. SANGAMON STREET, SUITE 1A, CHICAGO, IL, 60607, UNITED STATES | 971 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,844,134.63 |
| FLYING SOLUTIONS AB | STENHUGGARVÄGEN 9F, SATLSJÖ-BOO, 132 38, SWEDEN | 5340589 | Scandinavian Airlines System Denmark-Norway-Sweden | 40,739.64 | FLYING SOLUTIONS AB | STENHUGGARVÄGEN 9F, SATLSJÖ-BOO, 132 38, SWEDEN | 1085 | Scandinavian Airlines System Denmark-Norway-Sweden | 38,137.56 |
| FUTU SWEDEN AB | C/O FUTURICE OY KANSAKOULUKATU 3, HELSINKI, 00100, FINLAND | 5340616 | Scandinavian Airlines System Denmark-Norway-Sweden | 642,060.95 | FUTU SWEDEN AB | C/O FUTURICE OY KANSAKOULUKATU 3, HELSINKI, 00100, FINLAND | 142 | Scandinavian Airlines System Denmark-Norway-Sweden | 713,201.93 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| GATE GOURMET CANADA | 2498 BRITANNIA ROAD EAST, MISSISSAUGA, L5P 1A2, CANADA | 5340624 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,192.72 | GATE GOURMET CANADA INC. | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 959 | Scandinavian Airlines System Denmark-Norway-Sweden | 77,823.29 |
| GATE GOURMET DENMARK APS | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 5340625 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,287,486.40 | GATE GOURMET DENMARK APS | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 829 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,089,011.69 |
| GATE GOURMET NORGE AS | P. O. BOX B, GARDERMOEN LUFTHAVN, 2061, NORWAY | 5340627 | Scandinavian Airlines System Denmark-Norway-Sweden | 823,102.06 | GATE GOURMET NORWAY A/S | SCHUYLER G. CARROLL LOEB & LOEB LLP 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 1138 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,225,960.80 |
| GATE GOURMET SWEDEN AB | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 5340628 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,540,955.77 | GATE GOURMET SWEDEN AB | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 991 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,308,784.49 |
| GATE GOURMET, INC | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE., NEW YORK, NY, 10154, UNITED STATES | 5340629 | Scandinavian Airlines System Denmark-Norway-Sweden | 561,567.77 | GATE GOURMET INC. | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 857 | Scandinavian Airlines System Denmark-Norway-Sweden | 592,477.21 |
| GEMINI A/S | LYNGBYVEJ 415, GENTOFTE, DK-2820, DENMARK | 5340635 | Scandinavian Airlines System Denmark- | 1,076.56 | GEMINI KONCEPTHUSET A/S | LYNGBYVEJ 415, GENTOFTE, DK-2820, DENMARK | 199 | Scandinavian Airlines System Denmark- | 1,097.41 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| | | | Norway-Sweden | | | | | Norway-Sweden | |
| GEODIS DENMARK A/S | MULLINS RILEY & SCARBOROUGH, LLP SHANE G. RAMSEY, ESQ., NELSON 150 NORTH FOURTH AVENUE, SUITE 1100, NASHVILLE, TN, 37219, UNITED STATES | 5340636 | Scandinavian Airlines System Denmark-Norway-Sweden | 257,447.90 | GEODIS DENMARK A/S | MULLINS RILEY & SCARBOROUGH, LLP SHANE G. RAMSEY, ESQ., NELSON 150 NORTH FOURTH AVENUE, SUITE 1100, NASHVILLE, TN, 37219, UNITED STATES | 973 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,718,115.38 |
| GOLDAIR HANDLING SA. | CARGO TERMINAL BUILDING NO 24 ATHENS INTERNATIONAL AIRPORT, ATHENS, SPATA, 19019, GREECE | 5339403 | Scandinavian Airlines System Denmark-Norway-Sweden | 292,569.67 | GOLDAIR HANDLING SA | CARGO TERMINAL BUILDING NO 24 ATHENS INTERNATIONAL AIRPORT, ATHENS, SPATA, 19019, GREECE | 893 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,531.19 |
| GOODRICH AIRCRAFT WHEELS & BRAKES | P.O. BOX 840576, DALLAS,, TX, 75284-0576, UNITED STATES | 5340651 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,105.20 | GOODRICH CORPORATION | COLLINS AEROSPACE C/O ALLISON NOLD FOUR COLISEUM CENTRE 2730 W. TYVOLA ROAD, CHARLOTTE, NC, 28217, UNITED STATES | 920 | Scandinavian Airlines System Denmark-Norway-Sweden | 191,776.80 |

16

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| GOODRICH-MESSIER INC | COLLINS AEROSPACE C/O ALLISON NOLD FOUR COLISEUM CENTRE 2730 W. TYVOLA ROAD, CHARLOTTE, NC, 28217, UNITED STATES | 5340652 | Scandinavian Airlines System Denmark-Norway-Sweden | 65,440.90 | | GOODRICH-MESSIER INC. | COLLINS AEROSPACE C/O ALLISON NOLD FOUR COLISEUM CENTRE 2730 W. TYVOLA ROAD, CHARLOTTE, NC, 28217, UNITED STATES | 837 | Scandinavian Airlines System Denmark-Norway-Sweden | 129,762.00 |
| GOOGLE IRELAND LIMITED | 1ST AND 2ND FLOORS GORDON HOUSE , BARROW STREET, DUBLIN, DUBLIN 4, IRELAND | 5340653 | Scandinavian Airlines System Denmark-Norway-Sweden | 449,808.00 | | GOOGLE LLC | WHITE AND WILLIAMS LLP C/O AMY E. VULPIO, ESQ 1650 MARKET STREET, FL. 18, PHILADELPHIA, PA, 19103, UNITED STATES | 98 | Scandinavian Airlines System Denmark-Norway-Sweden | 274,166.46 |
| HACOR, INC. | ATTN: KEONJO KIM, CFO 8506 OSAGE AVENUE, LOS ANGELES, CA, 90045, UNITED STATES | 5340680 | Scandinavian Airlines System Denmark-Norway-Sweden | 51,057.40 | | HACOR INC. | ATTN: KEONJO KIM, CFO 8506 OSAGE AVENUE, LOS ANGELES, CA, 90045, UNITED STATES | 625 | Scandinavian Airlines System Denmark-Norway-Sweden | 551,028.53 |
| HALLVARSSON & HALVARSSON AB | AMAROUCHE BOX 3666, STOCKHOLM, 10359, SWEDEN | 5340684 | Scandinavian Airlines System Denmark-Norway-Sweden | 22,993.65 | | HALLVARSSON & HALVARSSON AB | AMAROUCHE BOX 3666, STOCKHOLM, 10359, SWEDEN | 815 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,071.94 |
| HANSAIR LOGISTICS GMBH | 51A GUTENBERGRING, NORDERSTEDT, SH, 22848, GERMANY | 5340688 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,127.63 | | HANSAIR LOGISTICS GMBH | 51A GUTENBERGRING, NORDERSTEDT, SH, 22848, GERMANY | 145 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,904.00 |
| HISSBESIKTNINGAR I SVERIGE AB | 1B ENHAGSSLINGAN, TABY, , SWEDEN | 5340699 | Scandinavian Airlines System Denmark- | 299.84 | | HISSBESIKTNINGAR I SVERIGE AB | 1B ENHAGSSLINGAN, TABY, , SWEDEN | 1197 | Scandinavian Airlines System Denmark- | 287.10 |

17

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| | | | Norway-Sweden | | | | | Norway-Sweden | |
| HONEYWELL INTERNATIONAL INC, | PO BOX 52170 M/S 2102-216, PHOENIX, AZ, 85072-2710, UNITED STATES | 5340705 | Scandinavian Airlines System Denmark-Norway-Sweden | 234.58 | HONEYWELL INTERNATIONAL INC. | PO BOX 52170 M/S 2102-216, PHOENIX, AZ, 85072-2710, UNITED STATES | 41 | Scandinavian Airlines System Denmark-Norway-Sweden | 34,468.33 |
| HONEYWELL INTERNATIONAL, INC. | PO BOX 52170 M/S 2102-216, PHOENIX, AZ, 85072-2710, UNITED STATES | 5340706 | Scandinavian Airlines System Denmark-Norway-Sweden | 336.54 | HONEYWELL INTERNATIONAL INC. | PO BOX 52170 M/S 2102-216, PHOENIX, AZ, 85072-2710, UNITED STATES | 41 | Scandinavian Airlines System Denmark-Norway-Sweden | 34,468.33 |
| HOTEL NIKKO SAN FRANCISCO | ATTN: VINCENT RAFANAN 222 MASON STREET, SAN FRANCISCO, CA, 94102, UNITED STATES | 5340707 | Scandinavian Airlines System Denmark-Norway-Sweden | 62,683.25 | HOTEL NIKKO SAN FRANCISCO, INC. | ATTN: VINCENT RAFANAN 222 MASON STREET, SAN FRANCISCO, CA, 94102, UNITED STATES | 79 | Scandinavian Airlines of North America Inc. | 71,089.75 |
| HP NORGE AS | RAMONA S. NEAL 11311 CHINDEN BLVD, BOISE, ID, 83714, UNITED STATES | 5340711 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,786.89 | HP NORGE AS | RAMONA S. NEAL 11311 CHINDEN BLVD, BOISE, ID, 83714, UNITED STATES | 136 | Scandinavian Airlines System Denmark-Norway-Sweden | 521,008.78 |
| HRC DEKOR & DESIGN AB | ATTN: MIKAEL STILLMAN 25 C HANTVERKARVÄGEN, HANDEN, 13644, SWEDEN | 5340713 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,015.16 | HRC DEKOR & DESIGN AB | ATTN: MIKAEL STILLMAN 25 C HANTVERKARVÄGEN, HANDEN, 13644, SWEDEN | 195 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,015.16 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
| --- | --- | --- | --- | --- |
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| HUNTLEIGH USA CORPORATION | ATTENTION: RICHARD SPORN, CEO 545 EAST JOHN CARPENTER FREEWAY, SUITE 175, IRVING, TX, 75014, UNITED STATES | 5339446 | Scandinavian Airlines System Denmark-Norway-Sweden | 680.31 |

| SURVIVING CLAIMS | | | | |
| --- | --- | --- | --- | --- |
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| HUNTLEIGH USA CORPORATION | ATTENTION: RICHARD SPORN, CEO 545 EAST JOHN CARPENTER FREEWAY, SUITE 175, IRVING, TX, 75014, UNITED STATES | 1152 | Scandinavian Airlines of North America Inc. | 680.31 |

19