WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11** |
|  | : |  |
| **SAS AB, *et al.*,** | : | **Case No. 22-10925 (MEW)** |
|  | : |  |
| Debtors.[1] | : | **(Jointly Administered)** |

---------------------------------------------------------- x

**NOTICE OF THIRD OMNIBUS OBJECTION OF**
**<u>DEBTORS TO DISALLOW AND EXPUNGE CLAIMS</u>**
**(Superseded Claims)**

> **THE ATTACHED OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS.  PLEASE CAREFULLY REVIEW THE ATTACHED OBJECTION AND THE ATTACHMENT THERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

> **PLEASE TAKE NOTICE** that, on December 23, 2023, SAS AB and its debtor
subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

(collectively, the "**Debtors**") filed the *Third Omnibus Objection of Debtors to Disallow and Expunge Claims (Superseded Claims)* (the "**Objection**").

PLEASE TAKE FURTHER NOTICE that a hearing to consider entry of an order approving the Objection (the "**Hearing**") will be conducted before the Honorable Michael E. Wiles, in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), on **January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the Objection requests the Bankruptcy Court disallow and expunge from the claims register the claims listed on <u>Exhibit 1</u> to the proposed form of order annexed to the Objection as <u>Exhibit A</u> (the "**Proposed Order**") on the ground that each such claim is superseded by a subsequently filed proof of claim identified on <u>Exhibit 1</u> to the Proposed Order under the heading "*Surviving Claims.*"

PLEASE TAKE FURTHER NOTICE that any responses (the "**Responses**") to the Objection must (i) be in writing, (ii) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**"), and the Order Implementing Certain Notice and Case Management Procedures [ECF No. 292] (the "**Case Management Order**"), (iii) be filed with the Bankruptcy Court by (a) attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) and (b) all other parties in interest on a CD-ROM, in text-searchable portable document format (PDF) (with two single-sided hard copies delivered to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and (iv) be served in accordance with General Order M-399, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Case Management Order, upon (a) the attorneys for the Debtors, Weil, Gotshal & Manges LLP,

767 Fifth Avenue, New York, New York 10153 (Attn: Gary Holtzer, Kelly DiBlasi, David

Griffiths, and Lauren Tauro), (b) the Office of the United States Trustee for Region 2 (Attn: Greg

Zipes, Esq. & Annie Wells, Esq.), and (c) the attorneys for the Official Committee of Unsecured

Creditors (Attn: Brett H. Miller, Todd M. Goren, Debra M. Sinclair, Craig A. Damast, and James

H. Burbage), so as to be filed and received no later than **4:00 p.m. (Prevailing Eastern Time) on**

**January 16, 2024** (the "**Response Deadline**").

        **PLEASE TAKE FURTHER NOTICE** that any Response must contain the

following: (i) the name of the claimant and description of the basis for the amount of the claim;

(ii) a concise statement setting forth the reasons why the claim should not be disallowed and

expunged from the claims register for the reasons set forth in the Objection, including the specific

factual and legal bases which will be relied upon in opposing the Objection; and (iii) all

documentation or other evidence of the claim, to the extent not included with the proof of claim

previously filed with the Bankruptcy Court, which will be relied upon in opposing the Objection.

        **PLEASE TAKE FURTHER NOTICE** that if no Responses are timely filed and

served with respect to the Objection by the Response Deadline, the Bankruptcy Court may grant

the relief requested in the Objection without further notice or an opportunity to be heard.

        **PLEASE TAKE FURTHER NOTICE that any claim that the Bankruptcy**

**Court disallows and expunges will be treated as if it had not been filed and will not be entitled**

**to any distribution on account thereof.**

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required

to attend any Hearing and failure to appear may result in relief being granted upon default.

Dated:  December 23, 2023
      New York, New York

                                                */s/  Lauren Tauro*

                                                WEIL, GOTSHAL & MANGES LLP
  767 Fifth Avenue
  New York, New York 10153
  Telephone: (212) 310-8000
  Facsimile: (212) 310-8007
  Gary T. Holtzer
  Kelly DiBlasi
  David Griffiths
  Lauren Tauro

  *Attorneys for Debtors*
  *and Debtors in Possession*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SAS AB, *et al.*,** | : | **Case No. 22-10925 (MEW)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------ x

### THIRD OMNIBUS OBJECTION OF
### DEBTORS TO DISALLOW AND EXPUNGE CLAIMS
### (Superseded Claims)

---

**THIS OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW AND
EXPUNGE CERTAIN CLAIMS.  PLEASE CAREFULLY REVIEW THIS OBJECTION
AND THE ATTACHMENT HERETO TO DETERMINE WHETHER THE
OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

---

SAS AB and its debtor subsidiaries, as debtors and debtors in possession in the

above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows

in support of this objection (the "**Objection**"):

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

**Background**

1.       On July 5, 2022 (the "**Commencement Date**"), each Debtor commenced

with the Court a voluntary case under chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.  No trustee or examiner has been appointed in these chapter 11 cases.  On

July 22, 2022, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed

the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") [ECF No. 75].

2.       The Debtors' chapter 11 cases are being jointly administered for procedural

purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**").

3.       Additional information regarding the Debtors' businesses, capital structure,

and the circumstances leading to the commencement of these chapter 11 cases is set forth in the

*Declaration of Erno Hildén Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern*

*District of New York*, dated July 5, 2022 [ECF No. 3], and the *Declaration of Michael Healy in*

*Support of First Day Motions and Applications*, dated July 5, 2022 [ECF No. 4].

**Jurisdiction**

4.       This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested**

5.       By this Objection, pursuant to section 502(b) of the Bankruptcy Code and

Bankruptcy Rule 3007(d), the Debtors request entry of an order disallowing and expunging the

claims listed on <u>Exhibit 1</u> annexed to the Proposed Order (as defined below).

6.      A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit A** (the "**Proposed Order**").

## Claims Reconciliation

7.      On November 8, 2022, the Court entered an order [ECF No. 605] establishing January 10, 2023 at 5:00 p.m. (Prevailing Eastern Time) as the deadline for all persons and entities (including governmental units) to file proofs of claim (each, a "**Proof of Claim**") against the Debtors for claims that arose on or prior to the Commencement Date (each, a "**Claim**"), subject to certain exceptions (including for Claims based on the rejection of executory contracts or unexpired leases).

8.      The Debtors have examined the Claims identified on Exhibit 1 to the Proposed Order and have determined that each Claim under the heading "*Claims to be Disallowed and Expunged*" (each, a "**Superseded Claim**" and, collectively, the "**Superseded Claims**") has been superseded by a subsequently filed Proof of Claim under the heading "*Surviving Claims*" (each, a "**Surviving Claim**" and, collectively, the "**Surviving Claims**").

## Superseded Claims Should Be Disallowed

9.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).

10.      As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof of claim constitutes prima facie evidence of the validity and the amount of the claim under section 502(a) of the Bankruptcy Code. Prima facie validity under Bankruptcy Rule 3001(f), however, can be overcome by rebuttal evidence. *See In re Ditech Holding Corp.*, No. 19-10412 (JLG), 2021 WL 408984, at *4 (Bankr. S.D.N.Y. Feb. 2, 2021); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  Accordingly, pursuant to Bankruptcy Rule 3007(a), a party in interest may object to the allowance of a claim in a writing filed with the Bankruptcy Court. Fed. R. Bankr.

P. 3007(a). Upon an objection, the claimant has the burden to demonstrate the validity of the claim.

*See Rozier v. Rescap Borrower Claims Tr. (In re Residential Cap.LLC)*, No. 15-cv-3248 (KPF),

2016 WL 796860, at *9 (S.D.N.Y. Feb. 22, 2016); *In re Arcapita Bank B.S.C.(c)*, No. 12–11076

(SHL), 2013 WL 6141616, at *1 (Bankr. S.D.N.Y. Nov. 21, 2013), *aff'd sub nom. In re Arcapita*

*Bank B.S.C.(c)*, 508 B.R. 814 (S.D.N.Y. 2014); *Hasson v. Motors Liquidation Co. GUC Tr. (In re*

*Motors Liquidation Co.)*, No. 11-cv-8444 (RJS), 2012 WL 1886755, at *3 (S.D.N.Y. May 12,

2012); *In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd sub nom. Peter J.*

*Solomon Co., L.P. v. Oneida Ltd.*, No. 09-cv-2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22,

2010).

11.     Further, Bankruptcy Rule 3007(d) permits the Debtors to file objections to

more than one claim on the basis that, among other things, such claims "have been amended by

subsequently filed proofs of claim." Fed. R. Bankr. P. 3007(d)(3).

12.     The Debtors have determined that each Superseded Claim was superseded,

and thus amended by a Surviving Claim.  To ensure that the claims register is accurate and does

not inaccurately overstate the Debtors' liabilities, and to avoid the possibility of multiple

recoveries on account of the same Claim, the Debtors believe the Superseded Claims should be

disallowed and expunged from the claims register.

## **Reservation of Rights**

13.     Nothing contained herein is intended or shall be construed as (i) an

admission as to the validity of any Claim against the Debtors, (ii) a waiver of the Debtors' or any

appropriate party in interest's rights to dispute the amount of, basis for, or validity of any Claim

against the Debtors, (iii) an agreement or obligation to pay any Claims, (iv) a waiver of any claims

or causes of action that may exist against any creditor or interest holder, or (v) an approval,

assumption, or adoption of any agreement, contract, lease, program, or policy between the Debtors

and any third party under section 365 of the Bankruptcy Code.  Likewise, if the Court grants the

relief sought herein, any payment made pursuant to the Court's order is not intended to be and

should not be construed as an admission to the validity of any claim or a waiver of the Debtors' or

any appropriate party in interest's rights to subsequently dispute such claim.

### **Notice**

14.     Notice of this Objection will be provided in accordance with Bankruptcy

Rule 3007 and the procedures set forth in the *Order Implementing Certain Notice and Case

Management Procedures* [ECF No. 292].  The Debtors respectfully submit that no further notice

is required.

15.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: December 23, 2023
New York, New York

/s/  Lauren Tauro

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x

In re                                              :          **Chapter 11**

                                                   :

**SAS AB,** *et al.*,                              :          **Case No. 22-10925 (MEW)**

                                                   :

               **Debtors.**[1]                     :          **(Jointly Administered)**

                                                   :          **ECF No. [●]**

--------------------------------------------------------------- x

### ORDER GRANTING THIRD OMNIBUS OBJECTION OF
### DEBTORS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS
### (Superseded Claims)

Upon the objection, dated December 23, 2023 (the "**Objection**"),[2] of SAS AB and

its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), pursuant to section 502(b) of the Bankruptcy Code and

Bankruptcy Rule 3007(d) for entry of an order disallowing and expunging the Superseded Claims,

all as more fully set forth in the Objection; and this Court having jurisdiction to consider the

Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

*Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of

the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §

157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Objection having been provided, and such notice having been

adequate and appropriate under the circumstances; and it appearing that no other or further notice

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Objection.

need be provided; and this Court having reviewed the Objection; and upon any hearing held on the

Objection; and all responses, if any, to the Objection having been withdrawn, resolved, or

overruled; and this Court having determined that the legal and factual bases set forth in the

Objection establish just cause for the relief granted herein; and is in the best interests of the

Debtors, their estates, their creditors, and all parties in interest; and upon all of the proceedings

had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is granted to the extent set forth herein.

2.      Pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule

3007, each Superseded Claim identified under the heading "*Claims to be Disallowed and

Expunged*" on **Exhibit 1** annexed to this Order is hereby disallowed and expunged.

3.      Nothing in this Order or the Objection shall constitute an admission or

finding concerning the amount, priority, or validity of any Surviving Claim listed under the hearing

"*Surviving Claims*" on **Exhibit 1** to this Order.

4.      To the extent a response was filed regarding any Superseded Claim, each

such Superseded Claim, and the Objection as it pertains to such Superseded Claim, constitutes a

separate contested matter as contemplated by Bankruptcy Rule 9014.  This order will be deemed

a separate order with respect to each Superseded Claim.

5.      Nothing contained in the Objection or this Order shall be construed as (i) an

admission as to the validity of any Claim, (ii) an agreement or obligation to pay any Claims, (iii)

a waiver of the Debtors' or any appropriate party in interest's rights to dispute any Claim, (iv) a

waiver of any claims or causes of action which may exist against any creditor or interest holder,

or (v) an approval or assumption of any agreement, contract, program, policy or lease under section 365 of the Bankruptcy Code.

6.    The Debtors' claims and noticing agent, Kroll Restructuring Administration, LLC, is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

7.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2024
       New York, New York

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

3

**Exhibit 1**

**Superseded Claims**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| HYATT REGENCY BOSTON | P.O. BOX 842446, DALLAS, TX, 75284, UNITED STATES | 5340766 | Scandinavian Airlines System Denmark-Norway-Sweden | 85,280.32 | HYATT REGENCY BOSTON | P.O. BOX 842446, DALLAS, TX, 75284, UNITED STATES | 68 | Scandinavian Airlines of North America Inc. | 88,524.68 |
| HYATT REGENCY JERSEY CITY | HYATT CORPORATION ATTN GENERAL COUNSEL 150 NORTH RIVERSIDE PLAZA, CHICAGO, IL, 60606, UNITED STATES | 5340767 | Scandinavian Airlines System Denmark-Norway-Sweden | 320,562.44 | HYATT REGENCY JERSEY CITY | HYATT CORPORATION ATTN GENERAL COUNSEL 150 NORTH RIVERSIDE PLAZA, CHICAGO, IL, 60606, UNITED STATES | 144 | Scandinavian Airlines of North America Inc. | 331,711.40 |
| IATA QR-157 QATAR AIRWAYS | QATAR AIRWAYS GROUP Q.C.S.C TOWER 1 P.O. BOX 22550, DOHA, , QATAR | 5340831 | Scandinavian Airlines System Denmark-Norway-Sweden | 375.86 | IATA QR-157 QATAR AIRWAYS | QATAR AIRWAYS GROUP Q.C.S.C TOWER 1 P.O. BOX 22550, DOHA, , QATAR | 890 | SAS AB | 1,697.56 |
| IMAB HALLANDS INDUSTRIMATERIAL AB | BOX 504, HALMSTAD, 301 80, SWEDEN | 5340855 | Scandinavian Airlines System Denmark-Norway-Sweden | 18,349.17 | IMAB HALLANDS INDUSTRI MATERIAL AKTIEBOLAG | BJURUMSVAGEN 14, VEDDIGE, 432 87, SWEDEN | 91 | Scandinavian Airlines System Denmark-Norway-Sweden | 17,926.61 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| INFLIGHT SERVICE EUROPE AB | P.O. BOX 102, STOCKHOLM-ARLANDA, 190 46, SWEDEN | 5339090 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,063,449.67 | IFS EUROPE AB | SCHUYLER G. CARROLL LOEB & LOEB LLP 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 1030 | Scandinavian Airlines System Denmark-Norway-Sweden | 646,014.17 |
| INNOVINT AIRCRAFT INTERIOR GMBH | HOLZMUEHLENSTR. 84 - 86, HAMBURG, 22041, GERMANY | 5339168 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,527.43 | INNOVINT AIRCRAFT INTERIOR GMBH | HOLZMUEHLENSTR. 84 - 86, HAMBURG, 22041, GERMANY | 510 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,206.34 |
| INSIGHTONE NORDIC AB | DROTTNINGGATAN 29, STOCKHOLM, 11151, SWEDEN | 5339171 | Scandinavian Airlines System Denmark-Norway-Sweden | 116,053.14 | INSIGHTONE NORDIC AB, 556459-3068 | BOX 160, STOCKHOLM, 101 23, SWEDEN | 178 | Scandinavian Airlines System Denmark-Norway-Sweden | 90,066.00 |
| INTRUSTWORLD SYSTEMS AB | BANGÅRDSGATAN 13, UPPSALA, 753 20, SWEDEN | 5339180 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,356.31 | INTRUSTWORLD SYSTEMS AB | BANGÅRDSGATAN 13, UPPSALA, 753 20, SWEDEN | 168 | Scandinavian Airlines System Denmark-Norway-Sweden | 10,852.83 |
| ISOVOLTA AG | COFACE NORDEN SERVICES A/S ATTN: MS RIKKE HYLDIG JENS RAVNS VEJ 11 C, VEJLE, DK-7100, DENMARK | 5339368 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,200.06 | ISOVOLTA AG | COFACE NORDEN SERVICES A/S ATTN: MS RIKKE HYLDIG JENS RAVNS VEJ 11 C, VEJLE, DK-7100, DENMARK | 148 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,040.00 |
| JEPPESEN SYSTEMS AB | JOHN D. PENN PERKINS COIE LLP 500 N. AKARD STREET, SUITE 3300, DALLAS, TX, 75201, UNITED STATES | 5339422 | Scandinavian Airlines System Denmark-Norway-Sweden | 162,618.95 | JEPPESEN SYSTEMS AB | JOHN D. PENN PERKINS COIE LLP 500 N. AKARD STREET, SUITE 3300, DALLAS, TX, 75201, UNITED STATES | 938 | Scandinavian Airlines System Denmark-Norway-Sweden | 306,931.41 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| JETPAK DANMARK A/S | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 5339423 | Scandinavian Airlines System Denmark-Norway-Sweden | 178,022.17 | JETPAK DANMARK AS | JETPAK TOP HOLDING AB TORNVÄGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 871 | Scandinavian Airlines System Denmark-Norway-Sweden | 45,993.33 |
| JETPAK FINLAND OY | JETPAK TOP HOLDING AB TORNVAGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 5339424 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,011.69 | JETPAK FINLAND OY | JETPAK TOP HOLDING AB TORNVAGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 873 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,160.09 |
| JETPAK KURIIRI OY | C/O JETPAK FINLAND OY RAHTIKUJA 1, VANTAA, 1530, FINLAND | 5339425 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,316.27 | JETPAK HELSINKI OY | JETPAK TOP HOLDING AB TORNVAGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 443 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,152.59 |
| JETPAK NORGE AS | JETPAK  TOP HOLDING AB TORNVAGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 5339426 | Scandinavian Airlines System Denmark-Norway-Sweden | 584.47 | JETPAK NORGE AS | JETPAK  TOP HOLDING AB TORNVAGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 870 | Scandinavian Airlines System Denmark-Norway-Sweden | 588.00 |
| JETPAK SVERIGE AB | JETPAK TOP HOLDING AB TORNVAGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 5339427 | Scandinavian Airlines System Denmark-Norway-Sweden | 564.01 | JETPAK SVERIGE AB | JETPAK TOP HOLDING AB TORNVAGEN 17 A, STOCKHOLM-ARLANDA, 19060, SWEDEN | 847 | Scandinavian Airlines System Denmark-Norway-Sweden | 462.90 |
| KARINGBERGETS TRANSPORT AB | BOX 4055, VASTRA FROLUNDA, 426 04, SWEDEN | 5339532 | Scandinavian Airlines System Denmark-Norway-Sweden | 51,043.12 | KARINGBERGETS TRANSPORT AB | BOX 4055, VASTRA FROLUNDA, 426 04, SWEDEN | 656 | Scandinavian Airlines System Denmark-Norway-Sweden | 51,043.12 |

3

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| KUEHNE & NAGEL A/S | BREDEBJERGVEJ 1 HOVEDSTADEN, TAASTRUP, 2630, DENMARK | 5339597 | Scandinavian Airlines System Denmark-Norway-Sweden | 343,593.50 | KUEHNE + NAGEL A/S | BREDEBJERGVEJ 1 HOVEDSTADEN, TAASTRUP, 2630, DENMARK | 215 | Scandinavian Airlines System Denmark-Norway-Sweden | 228,440.00 |
| L3 HARRIS FLIGHT DATA SERVICES LTD | C/O L3HARRIS TECHNOLOGIES, INC. 1025 W. NASA BOULEVARD MS A-11A, MELBOURNE, FL, 32919, UNITED STATES | 5339623 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,271.97 | L3 HARRIS FLIGHT DATA SERVICES LTD | C/O L3HARRIS TECHNOLOGIES, INC. 1025 W. NASA BOULEVARD MS A-11A, MELBOURNE, FL, 32919, UNITED STATES | 223 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,125.63 |
| LANTAL TEXTILES AG | DORFGASSE 5 PO BOX 1330, LANGENTHAL, 4900, SWITZERLAND | 5339656 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,177.05 | LANTAL TEXTILES AG | DORFGASSE 5 PO BOX 1330, LANGENTHAL, 4900, SWITZERLAND | 40 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,675.00 |
| LEKI AVIATION A/S | AMAGERLANDEVEJ 278, KASTRUP, 2770, DENMARK | 5339663 | Scandinavian Airlines System Denmark-Norway-Sweden | 30,223.79 | LEKI AVIATION A/S | AMAGERLANDEVEJ 278, KASTRUP, 2770, DENMARK | 6 | Scandinavian Airlines System Denmark-Norway-Sweden | 30,223.79 |
| LEXICON INTERACTIVE AB | MALIN MARIA WINGSTRAND, ACCOUNTING BOX 863, STOCKHOLM, 10137, SWEDEN | 5339664 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,894.03 | LEXICON INTERACTIVE AB | MALIN MARIA WINGSTRAND, ACCOUNTING BOX 863, STOCKHOLM, 10137, SWEDEN | 1104 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,817.56 |
| LILLRENT AS | INDUSTRIGATA 22 POSTBOKS 1128 INDUSTRIGATA 22, LILLEHAMMER, 2619, NORWAY | 5339676 | Scandinavian Airlines System Denmark-Norway-Sweden | 17,282.05 | LILLRENT AS | INDUSTRIGATA 22 POSTBOKS 1128 INDUSTRIGATA 22, LILLEHAMMER, 2619, NORWAY | 980 | Scandinavian Airlines System Denmark-Norway-Sweden | 25,415.87 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| LOMAX A/S | CELINA EDDAU SORENSEN 37 ELSENBAKKEN, FREDERIKSSUND, , DENMARK | 5339765 | Scandinavian Airlines System Denmark-Norway-Sweden | 170.51 | LOMAX A/S | CELINA EDDAU SORENSEN 37 ELSENBAKKEN, FREDERIKSSUND, , DENMARK | 139 | Scandinavian Airlines System Denmark-Norway-Sweden | 195.60 |
| LS TECHNICS SP. ZO.O. | 02-158 WARSZAWA,WIRAZOWA 35, WARSZAWA, 2158, POLAND | 5339831 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,206.98 | LS TECHNICS SP. Z O.O. | 5 CENTRALNA, PYRZOWICE, 42625, POLAND | 105 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,206.98 |
| LUFTHANSA SYSTEMS GMBH & CO. KG | AM MESSEPLATZ 1, RAUNHEIM, , GERMANY | 5339924 | Scandinavian Airlines System Denmark-Norway-Sweden | 164,109.38 | LUFTHANSA SYSTEMS GMBH & CO. KG | AM MESSEPLATZ 1, RAUNHEIM, , GERMANY | 903 | Scandinavian Airlines System Denmark-Norway-Sweden | 168,668.56 |
| LUFTHANSA TECHNIK AG | PO BOX 630 300, HAMBURG, 22313, GERMANY | 5339925 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,057,547.43 | LUFTHANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 597 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,009,202.52 |
| MACH II MAINTENANCE | JKF INTL AIRPORT-TERMINAL 1, JAMAICA, NY, 11430, UNITED STATES | 5339933 | Scandinavian Airlines System Denmark-Norway-Sweden | 64,993.32 | MACH II MAINTENANCE CORP | ATTENTION: ROBERT FISHER TERMINAL ONE (BLDG 55), JFK AIRPORT, JAMAICA, NY, 11430, UNITED STATES | 294 | SAS AB | 132,305.41 |
| MACO DESIGN | ROLF BENTSEN VALLAVÄGEN 113, HANINGE, 13641, SWEDEN | 5339934 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,984.13 | MACO DESIGN | ROLF BENTSEN VALLAVÄGEN 113, HANINGE, 13641, SWEDEN | 94 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,984.13 |
| MAGNETIC MRO AS | VAIKE-SOJAMAE 1A, TALLINN, 11415, ESTONIA | 5339935 | Scandinavian Airlines System Denmark-Norway-Sweden | 396,731.04 | MAGNETIC MRO AS | VAIKE-SOJAMAE 1A, TALLINN, 11415, ESTONIA | 46 | Scandinavian Airlines System Denmark-Norway-Sweden | 484,313.55 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| MALMO ARENA HOTEL MALMO | BOX 31055, MALMO, 20049, SWEDEN | 5339937 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,126.36 | MALMÖ ARENA HOTEL AB | 12 HYLLIE BOULEVARD, MALMÖ, 21532, SWEDEN | 1196 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,388.00 |
| MBH AVIATION SERVICES AB | HYVELGATAN 44 /VILLEBRÅDSGATAN 19 (POSTAL), KNIVSTA, 74171, SWEDEN | 5339973 | Scandinavian Airlines System Denmark-Norway-Sweden | 31,431.30 | MBH AVIATION SERVICES AB | HYVELGATAN 44 /VILLEBRÅDSGATAN 19 (POSTAL), KNIVSTA, 74171, SWEDEN | 65 | Scandinavian Airlines System Denmark-Norway-Sweden | 28,604.55 |
| MBH MASKINUTHYRNING AB | HYVELGATAN 44, KNIVSTA, 74171, SWEDEN | 5339974 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,280.29 | MBH AVIATION SERVICES AB | HYVELGATAN 44 /VILLEBRÅDSGATAN 19 (POSTAL), KNIVSTA, 74171, SWEDEN | 65 | Scandinavian Airlines System Denmark-Norway-Sweden | 28,604.55 |
| MEDIUS SVERIGE AB | LISA ERIKSSON PLATENSGATAN 8, LINKOPING, 582 20, SWEDEN | 5339980 | Scandinavian Airlines System Denmark-Norway-Sweden | 12,773.93 | MEDIUS SVERIGE AB | LISA ERIKSSON PLATENSGATAN 8, LINKOPING, 582 20, SWEDEN | 285 | Scandinavian Airlines System Denmark-Norway-Sweden | 24,462.67 |
| MENZIES AVIATION WASHING | FOLEY & LARDNER LLP 321 N. CLARK STREET SUITE 3000, CHICAGO, IL, 60654, UNITED STATES | 5339983 | Scandinavian Airlines System Denmark-Norway-Sweden | 38,707.47 | MENZIES AVIATION WASHING OSLO A/S | FOLEY & LARDNER LLP 321 N. CLARK STREET SUITE 3000, CHICAGO, IL, 60654, UNITED STATES | 902 | Scandinavian Airlines System Denmark-Norway-Sweden | 48,482.25 |
| MENZIES AVIATION WASHING OSLO | FOLEY & LARDNER LLP 321 N. CLARK STREET SUITE 3000, CHICAGO, IL, 60654, UNITED STATES | 5339984 | Scandinavian Airlines System Denmark-Norway-Sweden | 41,782.67 | MENZIES AVIATION WASHING DENMARK A/S | FOLEY & LARDNER LLP EMIL KHATCHATOURIAN, ESQ. 321 N. CLARK STREET SUITE 3000, CHICAGO, IL, 60654, UNITED STATES | 1107 | Scandinavian Airlines System Denmark-Norway-Sweden | 42,515.00 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| MICROSOFT AB | FOX ROTHSCHILD LLP ATTN: MARIA A. MILANO 1001 4TH AVE. SUITE 4400, SEATTLE, WA, 98154, UNITED STATES | 5340036 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,210,605.63 | MICROSOFT AB | FOX ROTHSCHILD LLP ATTN: MARIA A. MILANO 1001 4TH AVE. SUITE 4400, SEATTLE, WA, 98154, UNITED STATES | 823 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,219,177.32 |
| MICROSOFT IRELAND OPERATIONS LIMITED | FOX ROTHSCHILD LLP ATTN: MARIA A. MILANO 1001 4TH AVE. SUITE 4400, SEATTLE, WA, 98154, UNITED STATES | 5340037 | Scandinavian Airlines System Denmark-Norway-Sweden | 25,521.78 | MICROSOFT IRELAND OPERATIONS LIMITED | FOX ROTHSCHILD LLP ATTN: MARIA A. MILANO 1001 4TH AVE. SUITE 4400, SEATTLE, WA, 98154, UNITED STATES | 919 | Scandinavian Airlines System Denmark-Norway-Sweden | 25,882.15 |
| MICROSOFT ONLINE INC. | FOX ROTHSCHILD LLP ATTN: MARIA A. MILANO 1001 4TH AVE. SUITE 4400, SEATTLE, WA, 98154, UNITED STATES | 5340038 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,009.13 | MICROSOFT ONLINE INC. | FOX ROTHSCHILD LLP ATTN: MARIA A. MILANO 1001 4TH AVE. SUITE 4400, SEATTLE, WA, 98154, UNITED STATES | 1016 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,009.13 |
| MITCHELL AIRCRAFT INC. | 1160 ALEXANDER COURT, CARY, IL, 60013, UNITED STATES | 5340048 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,931.50 | MITCHELL AIRCRAFT SPARES, INC. | 1160 ALEXANDER COURT, CARY, IL, 60013, UNITED STATES | 348 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,931.50 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| MLT MASKIN & LASERTEKNIKK AS | C/O MLT MASKIN OCH LASERTEKNIK AB ÄNGPANNEGATAN 6, GOTHENBURG, 41715, SWEDEN | 5340059 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,943.89 | MLT MASKIN & LASERTEKNIKK AS | C/O MLT MASKIN OCH LASERTEKNIK AB ÄNGPANNEGATAN 6, GOTHENBURG, 41715, SWEDEN | 291 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,405.00 |
| MODULAR FINANCE AB | 24 DOBELNSGATAN, STOCKHOLM, 11352, SWEDEN | 5339096 | SAS AB | 7,198.01 | MODULAR FINANCE AB | 24 DOBELNSGATAN, STOCKHOLM, 11352, SWEDEN | 496 | SAS AB | 19,516.30 |
| MOOSE AVIATION SERVICES AB | BOX 2, STOCKHOLM ARLANDA, 19045, SWEDEN | 5340081 | Scandinavian Airlines System Denmark-Norway-Sweden | 25,239.26 | MOOSE AVIATION AB | FOLEY & LARDNER LLP EMIL KHATCHATOURIAN 321 N. CLARK STREET, SUITE 3000, CHICAGO, IL, 60654, UNITED STATES | 653 | Scandinavian Airlines System Denmark-Norway-Sweden | 25,803.06 |
| MTU MAINTENANCE HANNOVER GMBH | ATTN: JENS RAMMING–SENIOR COUNSEL MUENCHNER STRASSE 31, LANGENHAGEN, 30855, GERMANY | 5340085 | Scandinavian Airlines System Denmark-Norway-Sweden | 363,494.60 | MTU MAINTENANCE HANNOVER GMBH | ATTN: JENS RAMMING–SENIOR COUNSEL MUENCHNER STRASSE 31, LANGENHAGEN, 30855, GERMANY | 551 | Scandinavian Airlines System Denmark-Norway-Sweden | 27,927.98 |
| MULTIQ SYSTEM AB | SCHEELEVAGEN 17, LUND, 22370, SWEDEN | 5340087 | Scandinavian Airlines System Denmark-Norway-Sweden | 48,123.36 | MULTIQ SYSTEMS AB | SCHEELEVAGEN 17, LUND, 22370, SWEDEN | 250 | Scandinavian Airlines System Denmark-Norway-Sweden | 191.15 |
| NARVA COMMUNICATIONS AB | BOX 3357, STOCKHOLM, 103 67, SWEDEN | 5339097 | SAS AB | 5,722.86 | NARVA COMMUNICATIONS AB | BOX 3357, STOCKHOLM, 103 67, SWEDEN | 189 | SAS AB | 5,392.34 |

8

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| NAV PORTUGAL E.P.E. | RUA D - EDIFICIO 121 AEROPORTO DE LISBOA, LISBOA, 1700-008, PORTUGAL | 5339515 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,664.05 | NAVEGACAO AEREA DE PORTUGAL - NAV PORTUGAL, E.P.E. | NAV PORTUGAL, E.P.E RUA D, AEROPORTO DE LISBOA, EDIF. 121, LISBOA, 1700-008, PORTUGAL | 125 | SAS AB | 2,036.61 |
| NAYAK AIRCRAFT SERVICE NETHERLANDS B.V. | SAN FRANCISCOSTRAAT 130-132, LIJNDEN, , NETHERLANDS | 5340096 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,203.45 | NAYAK AIRCRAFT SERVICE NETHERLANDS B.V. | SAN FRANCISCOSTRAAT 130-132, LIJNDEN, , NETHERLANDS | 74 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,040.25 |
| NEMO-Q INTERNATIONAL AB | BOX 210, SOLLENTUNA, 191 23, SWEDEN | 5340176 | Scandinavian Airlines System Denmark-Norway-Sweden | 668.14 | NEMO-Q INTERNATIONAL AB | BOX 210, SOLLENTUNA, 191 23, SWEDEN | 440 | Scandinavian Airlines System Denmark-Norway-Sweden | 700.00 |
| NEPA AB | BRÄNNKYRKAGATAN 14 A, STOCKHOLM, 11820, SWEDEN | 5340299 | Scandinavian Airlines System Denmark-Norway-Sweden | 39,505.13 | NEPA SWEDEN AB | MARIA SKOLGATA 83, STOCKHOLM, 118 53, SWEDEN | 113 | Scandinavian Airlines System Denmark-Norway-Sweden | 34,867.00 |
| NEWREST GROUP HOLDING, S.A. | CALA BONA NO 15 POLIG SON FUSTER, PALMA DE MALLORCA, 7009, SPAIN | 5340303 | Scandinavian Airlines System Denmark-Norway-Sweden | 173,308.45 | NEWREST GROUP HOLDING SA | CALA BONA NO 15 POLIG SON FUSTER, PALMA DE MALLORCA, 7009, SPAIN | 15 | Scandinavian Airlines System Denmark-Norway-Sweden | 306,235.96 |
| NEWREST HELLAS CATERING SERVICES S.A | ATHENS INT. AIRPORT ELEFTHERIOS VENIZELOS, SPATA, ATHENS, 190 19, GREECE | 5340304 | Scandinavian Airlines System Denmark-Norway-Sweden | 272,972.90 | NEWCREST HELLAS CATERING SERVICES S.A. | ATHENS INT. AIRPORT ELEFTHERIOS VENIZELOS, SPATA, ATHENS, 190 19, GREECE | 19 | Scandinavian Airlines System Denmark-Norway-Sweden | 283,835.71 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| NORDEA FINANCE EQUIPMENT | C/O NORDEA BANK ABP, FILIAL I SVERIGE ATTENTION: FREDRIK STJERNSTROM SMALANDSGATAN 17, SE 105 71, STOCKHOLM, , SWEDEN | 5340311 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,471.35 | NORDEA FINANCE EQUIPMENT AS | C/O NORDEA BANK ABP, FILIAL I SVERIGE ATTENTION: FREDRIK STJERNSTROM SMALANDSGATAN 17, SE 105 71, STOCKHOLM, , SWEDEN | 677 | SAS AB | 0.00 |
| NORSTAT SVERIGE AB | ATTN: HENRIK ÅQUIST SVEAVÄGEN 61, STOCKHOLM, 113 59, SWEDEN | 5340438 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,644.56 | NORSTAT SVERIGE AB | ATTN: HENRIK ÅQUIST SVEAVÄGEN 61, STOCKHOLM, 113 59, SWEDEN | 511 | Scandinavian Airlines System Denmark-Norway-Sweden | 26,412.00 |
| NOVARE INTERIM & RECRUITMENT | BLASIEHOLMSGATAN 4B, STOCKHOLM, 111 48, SWEDEN | 5340440 | Scandinavian Airlines System Denmark-Norway-Sweden | 21,473.51 | NOVARE INTERIM / RECRUITMENT AB | BLASIEHOLMSGATAN 4B, STOCKHOLM, 111 48, SWEDEN | 253 | Scandinavian Airlines System Denmark-Norway-Sweden | 40,621.27 |
| NYDAN STEMPLER A/S | ISLEVDALVEJ 124, ROEDOVRE, 2610, DENMARK | 5340444 | Scandinavian Airlines System Denmark-Norway-Sweden | 681.23 | NYDAN STEMPLER A/S | ISLEVDALVEJ 124, ROEDOVRE, 2610, DENMARK | 324 | SAS Danmark A/S | 318.57 |
| ORREFORS KOSTA BODA AB | MARIKA GUSTAFSSIN STORA VÄGEN 96, KOSTA, 36052, SWEDEN | 5340489 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,340.65 | ORREFORS KOSTA BODA AB | MARIKA GUSTAFSSIN STORA VÄGEN 96, KOSTA, 36052, SWEDEN | 258 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,404.60 |
| PANASONIC AVIONICS CORP | PO BOX 7247-6922, PHILADELPHIA, PA, 19170-6922, UNITED STATES | 5340549 | Scandinavian Airlines System Denmark-Norway-Sweden | 136,927.00 | PANASONIC AVIONICS CORPORATION | CHRISTOPHER J. GIAIMO SQUIRE PATTON BOGGS (US) LLP 2550 M STREET, NW, WASHINGTON, DC, 20037, UNITED STATES | 932 | Scandinavian Airlines System Denmark-Norway-Sweden | 304,441.20 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| PARK INN OSLO AIRPORT | HENRIK IBSENS VEI,, GARDERMOEN, 2060, NORWAY | 5340551 | Scandinavian Airlines System Denmark-Norway-Sweden | 41,489.72 | RADISSON HOSPITALITY SWEDEN AB | EVERSHEDS SUTHERLAND (US) LLP ATTN: PHILIP EHRLICH THE GRACE BUILDING 1114 4TH AVENUE, NEW YORK, NY, 10036, UNITED STATES | 645 | Scandinavian Airlines System Denmark-Norway-Sweden | 391,316.67 |
| PAXIA, INC. | 101 S CAPITAL BLVD, STE 610, BOISE, ID, 83702, UNITED STATES | 5340554 | Scandinavian Airlines System Denmark-Norway-Sweden | 217,500.00 | PAXIA, INC. | 101 S CAPITAL BLVD, STE 610, BOISE, ID, 83702, UNITED STATES | 95 | Scandinavian Airlines System Denmark-Norway-Sweden | 217,385.87 |
| PDC A/S | H.J. HOLST VEJ 3-5, BRØNDBY, 2605, DENMARK | 5340557 | Scandinavian Airlines System Denmark-Norway-Sweden | 41,649.83 | PDC A/S | H.J. HOLST VEJ 3-5, BRØNDBY, 2605, DENMARK | 198 | Scandinavian Airlines System Denmark-Norway-Sweden | 43,275.00 |
| PORT AUTHORITY OF NEW YORK & NEW JERSEY | BUILDING ONE CONRAD ROAD NEWARK LIBERTY INTERNATIONAL AIRPORT, NEWARK, NJ, 07114, UNITED STATES | 5339281 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,566,093.63 | PORT AUTHORITY OF NEW YORK AND NEW JERSEY | BUILDING ONE CONRAD ROAD NEWARK LIBERTY INTERNATIONAL AIRPORT, NEWARK, NJ, 07114, UNITED STATES | 31 | SAS AB | 193,875.84 |
| PORT AUTHORITY OF NEW YORK & NEW JERSEY | BUILDING ONE CONRAD ROAD NEWARK LIBERTY INTERNATIONAL AIRPORT, NEWARK, NJ, 07114, UNITED STATES | 5339282 | Scandinavian Airlines System Denmark-Norway-Sweden | 40,709.44 | PORT AUTHORITY OF NEW YORK AND NEW JERSEY | BUILDING ONE CONRAD ROAD NEWARK LIBERTY INTERNATIONAL AIRPORT, NEWARK, NJ, 07114, UNITED STATES | 34 | SAS AB | 204,397.84 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| PORT LOTNICZY RZESZOW-JASIONKA SP.Z O.O | JASIONKA 942, JASIONKA, 36-002, POLAND | 5340795 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,311.20 | PORT LOTNICZY RZESZOW-JASIONKA SP.Z O.O | JASIONKA 942, JASIONKA, 36-002, POLAND | 248 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,552.00 |
| POURSHINS LIMITED SE | ASH HOUSE LITTLETON ROAD ASHFORD, MIDDLESEX, TW151TZ, UNITED KINGDOM | 5339104 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,931,142.92 | POURSHINS LTD. | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 864 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,818,346.68 |
| PROPONENT | KIRKHILL AIRCRAFT PARTS CO. DEPARTMENT 1349, LOS ANGELES, CA, 90084-1349, UNITED STATES | 5339114 | Scandinavian Airlines System Denmark-Norway-Sweden | 44,404.24 | KIRKHILL AIRCRAFT PARTS CO DBA PROPONENT | PROPONENT 3120 E. ENTERPRISE STREET, BREA, CA, 92821, UNITED STATES | 13 | Scandinavian Airlines System Denmark-Norway-Sweden | 54,928.58 |
| PS PARTNER STOCKHOLM AB | C/O PS PARTNER AB FORSTA LANGGATAN 18, GOTEBORG, 41328, SWEDEN | 5339455 | Scandinavian Airlines System Denmark-Norway-Sweden | 37,231.42 | PS PARTNER STOCKHOLM AB | C/O PS PARTNER AB FORSTA LANGGATAN 18, GOTEBORG, 41328, SWEDEN | 30 | Scandinavian Airlines System Denmark-Norway-Sweden | 190,321.00 |
| QUALITAIR AVIATION SERVICES LIMITED | FRANCIS COURT, FEN DITTON, CAMBRIDGE, CB5 8TE, UNITED KINGDOM | 5339461 | Scandinavian Airlines System Denmark-Norway-Sweden | 49,348.37 | QUALITAIR AVIATION SERVICES LIMITED | FRANCIS COURT, FEN DITTON, CAMBRIDGE, CB5 8TE, UNITED KINGDOM | 881 | Scandinavian Airlines System Denmark-Norway-Sweden | 288,110.57 |
| QUALITY AIRPORT HOTEL ARLANDA | BOX 902, ALRANDASTAD, 19586, SWEDEN | 5339462 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,439.88 | QUALITY AIRPORT HOTEL ARLANDA | BOX 902, ALRANDASTAD, 19586, SWEDEN | 217 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,334.03 |

12

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| QUALITY AIRPORT HOTEL GARDEMOEN AS | JESSHEIM ROAD, JESSHEIM, 2050, NORWAY | 5339463 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,442.29 | QUALITY AIRPORT HOTEL GARDERMOEN AS | JESSHEIM ROAD, JESSHEIM, 2050, NORWAY | 53 | Scandinavian Airlines System Denmark-Norway-Sweden | 242.00 |
| QUALITY AIRPORT HOTEL STAVANGER | SØMMEVEIEN 1, SOLA, 4050, NORWAY | 5339464 | Scandinavian Airlines System Denmark-Norway-Sweden | 364.80 | QUALITY AIRPORT HOTEL STAVANGER AS | SØMMEVEIEN 1, SOLA, 4050, NORWAY | 54 | Scandinavian Airlines System Denmark-Norway-Sweden | 608.00 |
| QUALITY HOTEL LULEÅ AB | STORGATAN 17 BOX 932, LULEÅ, 971 28, SWEDEN | 5339466 | Scandinavian Airlines System Denmark-Norway-Sweden | 173.73 | QUALITY HOTEL LULEA AB | STORGATAN 17 BOX 932, LULEÅ, 971 28, SWEDEN | 64 | Scandinavian Airlines System Denmark-Norway-Sweden | 12,236.00 |
| RADISSON BLU ARLANDIA HOTEL AB | C/O REZIDOR BOX 1504, SUNDBYBERG, 172 29, SWEDEN | 5339469 | Scandinavian Airlines System Denmark-Norway-Sweden | 110,988.40 | RADISSON HOSPITALITY SWEDEN AB | EVERSHEDS SUTHERLAND (US) LLP ATTN: PHILIP EHRLICH THE GRACE BUILDING 1114 4TH AVENUE, NEW YORK, NY, 10036, UNITED STATES | 645 | Scandinavian Airlines System Denmark-Norway-Sweden | 391,316.67 |
| RADISSON BLU HOTEL TRONDHEIM AIRPORT | LUFTHAVNSVEIEN 30, STJØRDAL, 7501, NORWAY | 5339535 | Scandinavian Airlines System Denmark-Norway-Sweden | 44,118.55 | RADISSON HOSPITALITY SWEDEN AB | EVERSHEDS SUTHERLAND (US) LLP ATTN: PHILIP EHRLICH THE GRACE BUILDING 1114 4TH AVENUE, NEW YORK, NY, 10036, UNITED STATES | 645 | Scandinavian Airlines System Denmark-Norway-Sweden | 391,316.67 |

13

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| RADISSON BLU LIMFJORD HOTEL | POSTBOKS 254 VED STRANDEN 14-16, ÅLBORG, 9100, DENMARK | 5339536 | Scandinavian Airlines System Denmark-Norway-Sweden | 14,408.71 | RADISSON HOSPITALITY SWEDEN AB | EVERSHEDS SUTHERLAND (US) LLP ATTN: PHILIP EHRLICH THE GRACE BUILDING 1114 4TH AVENUE, NEW YORK, NY, 10036, UNITED STATES | 645 | Scandinavian Airlines System Denmark-Norway-Sweden | 391,316.67 |
| RADISSON BLU PLAZA HOTEL AS OSLO | POSTBOKS 9206, OSLO, 134, NORWAY | 5339537 | Scandinavian Airlines System Denmark-Norway-Sweden | 53,336.25 | RADISSON HOSPITALITY SWEDEN AB | EVERSHEDS SUTHERLAND (US) LLP ATTN: PHILIP EHRLICH THE GRACE BUILDING 1114 4TH AVENUE, NEW YORK, NY, 10036, UNITED STATES | 645 | Scandinavian Airlines System Denmark-Norway-Sweden | 391,316.67 |
| RADISSON BLU SKYCITY HOTEL AB | BOX 82, STOCKHOLM, 190 45, SWEDEN | 5339538 | Scandinavian Airlines System Denmark-Norway-Sweden | 34,872.99 | RADISSON HOSPITALITY SWEDEN AB | EVERSHEDS SUTHERLAND (US) LLP ATTN: PHILIP EHRLICH THE GRACE BUILDING 1114 4TH AVENUE, NEW YORK, NY, 10036, UNITED STATES | 645 | Scandinavian Airlines System Denmark-Norway-Sweden | 391,316.67 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| RADISSON HOTEL & CONFERENCE CENTRE OSLO AIRPORT | HENRIK IBSENS VEL, GARDEMOEN, 2060, NORWAY | 5339539 | Scandinavian Airlines System Denmark-Norway-Sweden | 126,263.43 | RADISSON HOSPITALITY SWEDEN AB | EVERSHEDS SUTHERLAND (US) LLP ATTN: PHILIP EHRLICH THE GRACE BUILDING 1114 4TH AVENUE, NEW YORK, NY, 10036, UNITED STATES | 645 | Scandinavian Airlines System Denmark-Norway-Sweden | 391,316.67 |
| RETRIEVER SVERIGE AB | SOFIE ANNA ÖHRSTRÖM, ACCOUNTING MANAGER BLASIEHOLMSGATAN 4A, STOCKHOLM, SE, 11148, SWEDEN | 5339611 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,396.45 | RETRIEVER SVERIGE AB | SOFIE ANNA ÖHRSTRÖM, ACCOUNTING MANAGER BLASIEHOLMSGATAN 4A, STOCKHOLM, SE, 11148, SWEDEN | 1142 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,962.00 |
| REUTEROS AB | C/O JEANETTE REUTERSKIOLD ENGELBREKTSGATAN 33, STOCKHOLM, SE, 11432, SWEDEN | 5339613 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,983.91 | REUTEROS AB | C/O JEANETTE REUTERSKIOLD ENGELBREKTSGATAN 33, STOCKHOLM, SE, 11432, SWEDEN | 327 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,234.00 |
| REZIDOR SCANDINAVIA APS | AMAGER BOULEVARD 70, COPENHAGEN, 2300, DENMARK | 5339626 | Scandinavian Airlines System Denmark-Norway-Sweden | 31,820.78 | RADISSON HOSPITALITY SWEDEN AB | EVERSHEDS SUTHERLAND (US) LLP ATTN: PHILIP EHRLICH THE GRACE BUILDING 1114 4TH AVENUE, NEW YORK, NY, 10036, UNITED STATES | 645 | Scandinavian Airlines System Denmark-Norway-Sweden | 391,316.67 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| ROHR, INC., OPERATING AS GOODRICH AEROSTRUCTURES | ROHR, INC 850 LAGOON DRIVE CHULA VISTA, CHULA VISTA, CA, 91910, UNITED STATES | 5339781 | Scandinavian Airlines System Denmark-Norway-Sweden | 380,120.00 | ROHR, INC. | COLLINS AEROSPACE C/O ALLISON NOLD FOUR COLISEUM CENTRE 2730 W. TYVOLA ROAD, CHARLOTTE, NC, 28217, UNITED STATES | 859 | Scandinavian Airlines System Denmark-Norway-Sweden | 417,846.00 |
| SAFRAN CABIN FRANCE | 12 RUE JEAN MERMOZ, COLOMIERS, 31770, FRANCE | 5339836 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,956.30 | SAFRAN CABIN FRANCE (S.A.S.U.) | 12 RUE JEAN MERMOZ, COLOMIERS, 31770, FRANCE | 3 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,229.20 |
| SAFRAN CABIN GERMANY GMBH | DR. SIEGFRIED-STRASSE, HERBORN, 35745, GERMANY | 5339837 | Scandinavian Airlines System Denmark-Norway-Sweden | 15,305.30 | SAFRAN CABIN GERMANY GMBH | DR. SIEGFRIED-STRASSE, HERBORN, 35745, GERMANY | 10 | Scandinavian Airlines System Denmark-Norway-Sweden | 50,970.70 |
| SAFRAN LANDING SYSTEMS | EMMANUEL BLUET, ASSISTANT GENERAL COUNSEL SAFRAN LANDING SYSTEMS, INOVEL PARC SUD 7, RUE GÉNÉRAL VALÉRIE ANDRÉ, VELIZY-VILLACOUBLAY CEDEX, 78146, FRANCE | 5339839 | Scandinavian Airlines System Denmark-Norway-Sweden | 210,589.75 | SAFRAN LANDING SYSTEMS | EMMANUEL BLUET, ASSISTANT GENERAL COUNSEL SAFRAN LANDING SYSTEMS, INOVEL PARC SUD 7, RUE GÉNÉRAL VALÉRIE ANDRÉ, VELIZY-VILLACOUBLAY CEDEX, 78146, FRANCE | 943 | Scandinavian Airlines System Denmark-Norway-Sweden | 25,525.47 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| SAFRAN LANDING SYSTEMS SERVICES UK LTD | METEOR BUSINESS PARK GLOUCESTER, CHELTENHAM ROAD EAST, GL29QL, UNITED KINGDOM | 5339840 | Scandinavian Airlines System Denmark-Norway-Sweden | 266,951.70 | SAFRAN LANDING SYSTEMS SERVICES UK LIMITED | EMMANUEL BLUET, ASSISTANT GENERAL COUNSEL SAFRAN LANDING SYSTEMS, INOVEL PARC SUD 7, RUE GÉNÉRAL VALÉRIE ANDRÉ, VELIZY-VILLACOUBLAY CEDEX, 78146, FRANCE | 939 | Scandinavian Airlines System Denmark-Norway-Sweden | 32,837.43 |
| SAFRAN NACELLES | ROUTE DU PONT 8, GONFREVILLE LORCHER, 76700, FRANCE | 5339985 | Scandinavian Airlines System Denmark-Norway-Sweden | 73,471.00 | SAFRAN NACELLES | ROUTE DU PONT 8, GONFREVILLE LORCHER, 76700, FRANCE | 423 | Scandinavian Airlines System Denmark-Norway-Sweden | 138,953.80 |
| SAFRAN SEATS FRANCE | 61 RUE PIERRE CURIE Z.L LA LIMOISE, PLAISIR, 78370, FRANCE | 5339987 | Scandinavian Airlines System Denmark-Norway-Sweden | 98.91 | SAFRAN SEATS | PHI-LOAN VO - CREDIT MANAGER 61,RUE PIERRE CURIE, PLAISIR, 78373, FRANCE | 27 | Scandinavian Airlines System Denmark-Norway-Sweden | 76,101.77 |
| SAMSONITE A/S | CENTER BOULEVARD 5, COPENHAGEN, 2300, DENMARK | 5339991 | Scandinavian Airlines System Denmark-Norway-Sweden | 23,211.00 | SAMSONITE A/S | CENTER BOULEVARD 5, COPENHAGEN, 2300, DENMARK | 20 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,776.66 |
| SAMSONITE AB | DRAKEGATAN 2, GOTEBORG, 412 50, SWEDEN | 5339992 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,484.19 | SAMSONITE AB | DRAKEGATAN 2, GOTEBORG, 412 50, SWEDEN | 21 | Scandinavian Airlines System Denmark-Norway-Sweden | 13,780.60 |

17

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| SAMSONITE NORGE AS | C/O ARNTZEN DE BESCHE BYGDØY ALLE 2, OSLO, 257, NORWAY | 5339993 | Scandinavian Airlines System Denmark-Norway-Sweden | 15,500.43 | SAMSONITE NORWAY AS | DRAKEGATAN 2, GOTEBORG, 41250, SWEDEN | 25 | Scandinavian Airlines System Denmark-Norway-Sweden | 21,819.03 |
| SAP SVENSKA AB | SVEAVÄGEN 44, 5 TR, STOCKHOLM, SE- 111 34, SWEDEN | 5339995 | Scandinavian Airlines System Denmark-Norway-Sweden | 148.11 | SAP SVENSKA AB | SVEAVÄGEN 44, 5 TR, STOCKHOLM, SE- 111 34, SWEDEN | 292 | Scandinavian Airlines System Denmark-Norway-Sweden | 49,820.00 |
| SAPOS AB | UPPSALA SCIENCE PARK, UPPSALA, 751 83, SWEDEN | 5339996 | Scandinavian Airlines System Denmark-Norway-Sweden | 30,837.04 | SAPOS AB | UPPSALA SCIENCE PARK, UPPSALA, 751 83, SWEDEN | 177 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,956.00 |
| SATAIR A/S | AMAGERLANDEVEJ 147 A COPENHAGEN AIRPORT, KASTRUP, 2770, DENMARK | 5340107 | Scandinavian Airlines System Denmark-Norway-Sweden | 131,452.25 | SATAIR A/S | AMAGERLANDEVEJ 147 A COPENHAGEN AIRPORT, KASTRUP, 2770, DENMARK | 116 | SAS AB | 142,456.32 |
| SCA HYGIENE PRODUCTS AB | BACKSTENSGATAN 5, GÖTEBORG, 405 03, SWEDEN | 5340109 | Scandinavian Airlines System Denmark-Norway-Sweden | 49,490.55 | ESSITY HYGIENE AND HEALTH AB | LAUREN A. ISAACOFF 2929 ARCH STREET, 26TH FLOOR, PHILADELPHIA, PA, 19104, UNITED STATES | 246 | Scandinavian Airlines System Denmark-Norway-Sweden | 46,888.02 |
| SCANAEROTECH APS | USTUN HARC MANAGER KIRSTINEHØJ 65, KASTRUP, 27700, DENMARK | 5340111 | Scandinavian Airlines System Denmark-Norway-Sweden | 49,404.75 | SCANAEROTECH APS | USTUN HARC MANAGER KIRSTINEHØJ 65, KASTRUP, 27700, DENMARK | 286 | Scandinavian Airlines System Denmark-Norway-Sweden | 51,185.00 |
| SEAL DYNAMICS INC. | PO BOX 5454, NEW YORK, NY, 10087-5454, UNITED STATES | 5340326 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,578.22 | SEAL DYNAMICS, LLC | 2 ADAMS AVE., HAUPPAUGE, NY, 11788, UNITED STATES | 5 | SAS AB | 2,578.22 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| SEGERS FABRIKER AB | FORETAGSGATAN 30, BORAS, 504 64, SWEDEN | 5340330 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,320.09 | SEGERS FABRIKER AB | FORETAGSGATAN 30, BORAS, 504 64, SWEDEN | 167 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,900.00 |
| SHANGHAI AIRPORT CHINA AVIATION GATE GOURMET AIR CATERING CO.LTD | SKY QIAN NO. 100 LINGHANG ROAD PUDONG NEW AREA, SHANGHAI, , CHINA | 5340460 | Scandinavian Airlines System Denmark-Norway-Sweden | 45,684.12 | SHANGHAI AIRPORT CHINA AVIATION GATE GOURMET AIR CATERING CO., LTD. | SKY QIAN NO. 100 LINGHANG ROAD PUDONG NEW AREA, SHANGHAI, , CHINA | 243 | Scandinavian Airlines System Denmark-Norway-Sweden | 243,197.08 |
| SKELLEFTEÅ TAXI AB | ANDREAS OLOFSSON LÖFTESGRÄND 2, SKELLEFTEÅ, 93150, SWEDEN | 5340562 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,558.40 | SKELLEFTEA TAXI AB | ANDREAS OLOFSSON LÖFTESGRÄND 2, SKELLEFTEÅ, 93150, SWEDEN | 1158 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,814.00 |
| SKEYES | 303 TERVUURSESTEENWEG, STEENOKKERZEEL, 1820, BELGIUM | 5339581 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,193.66 | SKEYES | 303 TERVUURSESTEENWEG, STEENOKKERZEEL, 1820, BELGIUM | 76 | Scandinavian Airlines System Denmark-Norway-Sweden | 12,186.42 |

19