WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SAS AB, *et al.*,** | : | **Case No. 22-10925 (MEW)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

------------------------------------------------------------ x

## NOTICE OF FOURTH OMNIBUS OBJECTION OF DEBTORS TO DISALLOW AND EXPUNGE CLAIMS
### (Superseded and Amended Claims)

> **THE ATTACHED OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS. PLEASE CAREFULLY REVIEW THE ATTACHED OBJECTION AND THE ATTACHMENT THERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

**PLEASE TAKE NOTICE** that, on December 23, 2023, SAS AB and its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

(collectively, the "**Debtors**") filed the *Fourth Omnibus Objection of Debtors to Disallow and Expunge Claims (Superseded and Amended Claims)* (the "**Objection**").

PLEASE TAKE FURTHER NOTICE that a hearing to consider entry of an order approving the Objection (the "**Hearing**") will be conducted before the Honorable Michael E. Wiles, in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), on **January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the Objection requests the Bankruptcy Court disallow and expunge from the claims register the claims listed on Exhibit 1 and Exhibit 2 to the proposed form of order annexed to the Objection as Exhibit A (the "**Proposed Order**") on the ground that each such claim is superseded by a subsequently filed proof of claim identified on Exhibit 1 or Exhibit 2 to the Proposed Order under the heading "*Surviving Claims.*"

PLEASE TAKE FURTHER NOTICE that any responses (the "**Responses**") to the Objection must (i) be in writing, (ii) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**"), and the Order Implementing Certain Notice and Case Management Procedures [ECF No. 292] (the "**Case Management Order**"), (iii) be filed with the Bankruptcy Court by (a) attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) and (b) all other parties in interest on a CD-ROM, in text-searchable portable document format (PDF) (with two single-sided hard copies delivered to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and (iv) be served in accordance with General Order M-399, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Case Management Order, upon (a) the attorneys for the Debtors, Weil, Gotshal & Manges LLP,

767 Fifth Avenue, New York, New York 10153 (Attn: Gary Holtzer, Kelly DiBlasi, David Griffiths, and Lauren Tauro), (b) the Office of the United States Trustee for Region 2 (Attn: Greg Zipes, Esq. & Annie Wells, Esq.), and (c) the attorneys for the Official Committee of Unsecured Creditors (Attn: Brett H. Miller, Todd M. Goren, Debra M. Sinclair, Craig A. Damast, and James H. Burbage), so as to be filed and received no later than **4:00 p.m. (Prevailing Eastern Time) on January 16, 2024** (the "**Response Deadline**").

   **PLEASE TAKE FURTHER NOTICE** that any Response must contain the following: (i) the name of the claimant and description of the basis for the amount of the claim; (ii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged from the claims register for the reasons set forth in the Objection, including the specific factual and legal bases which will be relied upon in opposing the Objection; and (iii) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, which will be relied upon in opposing the Objection.

   **PLEASE TAKE FURTHER NOTICE** that if no Responses are timely filed and served with respect to the Objection by the Response Deadline, the Bankruptcy Court may grant the relief requested in the Objection without further notice or an opportunity to be heard.

   **PLEASE TAKE FURTHER NOTICE that any claim that the Bankruptcy Court disallows and expunges will be treated as if it had not been filed and will not be entitled to any distribution on account thereof.**

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required

to attend any Hearing and failure to appear may result in relief being granted upon default.

Dated: December 23, 2023
       New York, New York

                                          */s/ Lauren Tauro*
                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007
                                          Gary T. Holtzer
                                          Kelly DiBlasi
                                          David Griffiths
                                          Lauren Tauro

                                          *Attorneys for Debtors*
                                          *and Debtors in Possession*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SAS AB, *et al.*,** | : | **Case No. 22-10925 (MEW)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------ x

## FOURTH OMNIBUS OBJECTION OF
## DEBTORS TO DISALLOW AND EXPUNGE CLAIMS
### (Superseded and Amended Claims)

> **THIS OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS. PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENT HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

SAS AB and its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows in support of this objection (the "**Objection**"):

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

**Background**

1.      On July 5, 2022 (the "**Commencement Date**"), each Debtor commenced with the Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these chapter 11 cases.  On July 22, 2022, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") [ECF No. 75].

2.      The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

3.      Additional information regarding the Debtors' businesses, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Erno Hildén Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern District of New York*, dated July 5, 2022 [ECF No. 3], and the *Declaration of Michael Healy in Support of First Day Motions and Applications*, dated July 5, 2022 [ECF No. 4].

**Jurisdiction**

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested**

5.      By this Objection, pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007(d), the Debtors request entry of an order disallowing and expunging the claims listed on Exhibit 1 and Exhibit 2 annexed to the Proposed Order (as defined below).

6. A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit A** (the "**Proposed Order**").

## Claims Reconciliation

7. On November 8, 2022, the Court entered an order [ECF No. 605] establishing January 10, 2023 at 5:00 p.m. (Prevailing Eastern Time) as the deadline for all persons and entities (including governmental units) to file proofs of claim (each, a "**Proof of Claim**") against the Debtors for claims that arose on or prior to the Commencement Date (each, a "**Claim**"), subject to certain exceptions (including for Claims based on the rejection of executory contracts or unexpired leases).

8. The Debtors have examined the Claims identified on Exhibit 1 to the Proposed Order and have determined that each Claim under the heading "*Claims to be Disallowed and Expunged*" (each, a "**Superseded Claim**" and, collectively, the "**Superseded Claims**") has been superseded by a subsequently filed Proof of Claim under the heading "*Surviving Claims*" (each, a "**Surviving Claim**" and, collectively, the "**Surviving Claims**").

9. The Debtors have examined the Proofs of Claim identified on Exhibit 2 to the Proposed Order and have determined that each Claim under the heading "*Claims to be Disallowed and Expunged*" (each, an "**Amended Claim**" and, collectively, the "**Amended Claims**") has been superseded by a subsequently filed Proof of Claim under the heading "*Surviving Claims*" (each, a "**Surviving Claim**" and, collectively, the "**Surviving Claims**"), and the claimant has ticked the box in the Surviving Claim to identify that the Proof of Claim amends the earlier Amended Claim.

## Superseded Claims Should Be Disallowed

10. A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).

11.     As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof of claim constitutes prima facie evidence of the validity and the amount of the claim under section 502(a) of the Bankruptcy Code. Prima facie validity under Bankruptcy Rule 3001(f), however, can be overcome by rebuttal evidence. *See In re Ditech Holding Corp.*, No. 19-10412 (JLG), 2021 WL 408984, at *4 (Bankr. S.D.N.Y. Feb. 2, 2021); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).   Accordingly, pursuant to Bankruptcy Rule 3007(a), a party in interest may object to the allowance of a claim in a writing filed with the Bankruptcy Court. Fed. R. Bankr. P. 3007(a). Upon an objection, the claimant has the burden to demonstrate the validity of the claim. *See Rozier v. Rescap Borrower Claims Tr. (In re Residential Cap.LLC)*, No. 15-cv-3248 (KPF), 2016 WL 796860, at *9 (S.D.N.Y. Feb. 22, 2016); *In re Arcapita Bank B.S.C.(c)*, No. 12–11076 (SHL), 2013 WL 6141616, at *1 (Bankr. S.D.N.Y. Nov. 21, 2013), *aff'd sub nom. In re Arcapita Bank B.S.C.(c)*, 508 B.R. 814 (S.D.N.Y. 2014); *Hasson v. Motors Liquidation Co. GUC Tr. (In re Motors Liquidation Co.)*, No. 11-cv-8444 (RJS), 2012 WL 1886755, at *3 (S.D.N.Y. May 12, 2012); *In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd sub nom. Peter J. Solomon Co., L.P. v. Oneida Ltd.*, No. 09-cv-2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010).

12.     Further, Bankruptcy Rule 3007(d) permits the Debtors to file objections to more than one claim on the basis that, among other things, such claims "have been amended by subsequently filed proofs of claim." Fed. R. Bankr. P. 3007(d)(3).

13.     The Debtors have determined that (i) each Superseded Claim was superseded, and thus amended by a Surviving Claim, and (ii) each Amended Claim was amended by a Surviving Claim.  To ensure that the claims register is accurate and does not inaccurately overstate the Debtors' liabilities, and to avoid the possibility of multiple recoveries on account of

the same Claim, the Debtors believe the Superseded Claims and Amended Claims should be disallowed and expunged from the claims register.

## **Reservation of Rights**

14.     Nothing contained herein is intended or shall be construed as (i) an admission as to the validity of any Claim against the Debtors, (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any Claim against the Debtors, (iii) an agreement or obligation to pay any Claims, (iv) a waiver of any claims or causes of action that may exist against any creditor or interest holder, or (v) an approval, assumption, or adoption of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.  Likewise, if the Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended to be and should not be construed as an admission to the validity of any claim or a waiver of the Debtors' or any appropriate party in interest's rights to subsequently dispute such claim.

## **Notice**

15.     Notice of this Objection will be provided in accordance with Bankruptcy Rule 3007 and the procedures set forth in the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292].  The Debtors respectfully submit that no further notice is required.

16.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: December 23, 2023
New York, New York

/s/  Lauren Tauro
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors
and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x
In re                                                      :        **Chapter 11**
                                                           :
**SAS AB**, *et al.*,                                       :        **Case No. 22-10925 (MEW)**
                                                           :
                    **Debtors.**[1]                         :        **(Jointly Administered)**
                                                           :        **ECF No. [●]**
-------------------------------------------------------------- x

## ORDER GRANTING FOURTH OMNIBUS OBJECTION OF
## DEBTORS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS
### (Superseded and Amended Claims)

Upon the objection, dated December 23, 2023 (the "**Objection**"),[2] of SAS AB and

its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), pursuant to section 502(b) of the Bankruptcy Code and

Bankruptcy Rule 3007(d) for entry of an order disallowing and expunging the Superseded Claims

and Amended Claims, all as more fully set forth in the Objection; and this Court having jurisdiction

to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334

and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and

consideration of the Objection and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409; and due and proper notice of the Objection having been provided, and such notice having

been adequate and appropriate under the circumstances; and it appearing that no other or further

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Objection.

notice need be provided; and this Court having reviewed the Objection; and upon any hearing held on the Objection; and all responses, if any, to the Objection having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is granted to the extent set forth herein.

2.      Pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Superseded Claim identified under the heading "*Claims to be Disallowed and Expunged*" on **Exhibit 1**, and each Amended Claim identified under the heading "*Claims to be Disallowed and Expunged*" on **Exhibit 2,** annexed to this Order is hereby disallowed and expunged.

3.      Nothing in this Order or the Objection shall constitute an admission or finding concerning the amount, priority, or validity of any Surviving Claim listed under the hearing "*Surviving Claims*" on **Exhibit 1** or **Exhibit 2** to this Order.

4.      To the extent a response was filed regarding any Superseded Claim or Amended Claim, each such Superseded Claim or Amended Claim, and the Objection as it pertains to such Superseded Claim or Amended Claim, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This order will be deemed a separate order with respect to each Superseded Claim and Amended Claim.

5.      Nothing contained in the Objection or this Order shall be construed as (i) an admission as to the validity of any Claim, (ii) an agreement or obligation to pay any Claims, (iii)

a waiver of the Debtors' or any appropriate party in interest's rights to dispute any Claim, (iv) a

waiver of any claims or causes of action which may exist against any creditor or interest holder,

or (v) an approval or assumption of any agreement, contract, program, policy or lease under section

365 of the Bankruptcy Code.

6.     The Debtors' claims and noticing agent, Kroll Restructuring

Administration, LLC, is authorized and directed to update the claims register maintained in these

chapter 11 cases to reflect the relief granted in this Order.

7.     This Court shall retain jurisdiction to hear and determine all matters arising

from or related to the implementation, interpretation, or enforcement of this Order.


Dated: _____, 2024
        New York, New York


_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

**Superseded Claims**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| SKY COURIERS INTERNATIONAL LIMITED | ROOM 14 INTERNATIONAL HOUSE CORBALLIS PARK,DUBLIN AIRPORT, CO DUBLIN, , IRELAND | 5340565 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,572.67 | SKY COURIERS INTERNATIONAL | OFFICE 14, INTERNATIONAL HOUSE DUBLIN AIRPORT, CO DUBLIN, , IRELAND | 173 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,619.23 |
| SKYLOGISTIX GMBH | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 5340568 | Scandinavian Airlines System Denmark-Norway-Sweden | 23,521.41 | SKYLOGISTIX GMBH | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 887 | Scandinavian Airlines System Denmark-Norway-Sweden | 25,089.18 |
| SODEXO AB | PETER MELLIN, CEO DALVAGEN 22 ARENASTADEN, SOLNA, STOCKHOLM, 169 79, SWEDEN | 5340802 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,159,183.88 | SODEXO AB | PETER MELLIN, CEO DALVAGEN 22 ARENASTADEN, SOLNA, STOCKHOLM, 169 79, SWEDEN | 442 | Scandinavian Airlines System Denmark-Norway-Sweden | 778,512.78 |
| SODEXO AS | THOMAS HAVNEGJERDE, CEO LILLEAKERVEIEN 10 PO BOX 166 LILLEAKER, OSLO, 0216, NORWAY | 5340803 | Scandinavian Airlines System Denmark-Norway-Sweden | 387,385.23 | SODEXO AS | THOMAS HAVNEGJERDE, CEO LILLEAKERVEIEN 10 PO BOX 166 LILLEAKER, OSLO, 0216, NORWAY | 428 | Scandinavian Airlines System Denmark-Norway-Sweden | 540,685.42 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| SOLLENTUNA BILSADELMAKERI AB | BOX 22, STOCKHOLM-ARLANDA, SE-19045, SWEDEN | 5340806 | Scandinavian Airlines System Denmark-Norway-Sweden | 16,349.00 | SOLLENTUNA BILSADELMAKERI AB | BOX 22, STOCKHOLM-ARLANDA, SE-19045, SWEDEN | 70 | Scandinavian Airlines System Denmark-Norway-Sweden | 16,971.96 |
| SOS INTERNATIONAL A/S | NITIVEJ 6, FREDERIKSBERG, 2000, DENMARK | 5340809 | Scandinavian Airlines System Denmark-Norway-Sweden | 17,346.82 | SOS INTERNATIONAL A/S | NITIVEJ 6, FREDERIKSBERG, 2000, DENMARK | 32 | Scandinavian Airlines System Denmark-Norway-Sweden | 17,493.00 |
| SPEED SERVICES AB | BOX 634, TYRESO, 13526, SWEDEN | 5340812 | Scandinavian Airlines System Denmark-Norway-Sweden | 69,324.62 | SPEED SERVICES AB | BOX 634, TYRESO, 13526, SWEDEN | 882 | Scandinavian Airlines System Denmark-Norway-Sweden | 35,254.34 |
| STANGESKOVENE BJERKE AS | NANNESTADVEGEN 321, MAURA, 2032, NORWAY | 5339123 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,202.46 | STANGESKOVENE BJERKE AS | NANNESTADVEGEN 321, MAURA, 2032, NORWAY | 242 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,297.66 |
| SVALBARD ADVENTURE GROUP DRIFT AS | POSTBOKS 538, LONGYEARBYEN, 9171, NORWAY | 5339484 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,759.27 | SVALBARD ADVENTURES AS | PO BOX 538, LONGYEARBYEN, 9171, NORWAY | 186 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,792.00 |
| SVEA INKASSO AB | EVENEMANGSGATAN 31 A, SOLNA, 16981, SWEDEN | 5339486 | Scandinavian Airlines System Denmark-Norway-Sweden | 30.45 | SVEA INKASSO AB | EVENEMANGSGATAN 31 A, SOLNA, 16981, SWEDEN | 1146 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,485.80 |
| SVENNS TRANSPORT AS | TERMINALVEIEN 5, BODØ, 8012, NORWAY | 5339561 | Scandinavian Airlines System Denmark-Norway-Sweden | 29,090.57 | SVENN`S TRANSPORT AS | TERMINALVEIEN 5, BODØ, 8012, NORWAY | 153 | Scandinavian Airlines System Denmark-Norway-Sweden | 29,822.98 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| SWISS AVIATION SOFTWARE LTD. | LACHENSTRASSE 18, BASEL, 4123, SWITZERLAND | 5339794 | Scandinavian Airlines System Denmark-Norway-Sweden | 189,960.75 | SWISS AVIATION SOFTWARE LTD. | LACHENSTRASSE 18, BASEL, 4123, SWITZERLAND | 42 | Scandinavian Airlines System Denmark-Norway-Sweden | 27,019.94 |
| SWISSPORT GB LTD | SWISSPORT HOUSE HAMPTON COURT TUDOR ROAD, RUNCORN, WA7 1TT, UNITED KINGDOM | 5339801 | Scandinavian Airlines System Denmark-Norway-Sweden | 647,986.53 | SWISSPORT GB LTD | SWISSPORT HOUSE HAMPTON COURT TUDOR ROAD, RUNCORN, WA7 1TT, UNITED KINGDOM | 86 | SAS AB | 1,306,879.11 |
| SWISSPORT USA, INC. | 227 FAYETTEVILLE ST 9TH FLOOR, RALEIGH, NC, 27601, UNITED STATES | 5339802 | Scandinavian Airlines System Denmark-Norway-Sweden | 405,979.99 | SWISSPORT USA, INC | 227 FAYETTEVILLE ST 9TH FLOOR, RALEIGH, NC, 27601, UNITED STATES | 103 | Scandinavian Airlines System Denmark-Norway-Sweden | 396,469.68 |
| SYNOPTIK SWEDEN AB | SEBASTIAN JOHANSSON, KEY ACCOUNT MANAGER JAN STENBECKS TORG 17, PLAN 4, STOCKHOLM, 16440, SWEDEN | 5339841 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,623.12 | SYNOPTIK SWEDEN AB | SEBASTIAN JOHANSSON, KEY ACCOUNT MANAGER JAN STENBECKS TORG 17, PLAN 4, STOCKHOLM, 16440, SWEDEN | 1167 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,278.24 |
| SÖP SCHLICHTUNGSSTELLE FÜR DEN ÖFFENTLICHEN PERSONENVERKEHR E.V. | DR. SABINE COFALLA, GESCHÄFTSFÜHRER FASANENSTRAßE 81, BERLIN, D-10623, GERMANY | 5340808 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,335.29 | SÖP SCHLICHTUNGSSTELLE FÜR DEN ÖFFENTLICHEN PERSONENVERKEHR E.V. | DR. SABINE COFALLA, GESCHÄFTSFÜHRER FASANENSTRAßE 81, BERLIN, D-10623, GERMANY | 1157 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,054.91 |

3

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| TA CONNECTIONS IL LLC | C/O SEAN KIRK, SENIOR COUNSEL 5301 MARYLAND WAY, BRENTWOOD, TN, 37027, UNITED STATES | 5339843 | Scandinavian Airlines System Denmark-Norway-Sweden | 10,905.03 | TA CONNECTIONS IL, LLC | C/O SEAN KIRK, SENIOR COUNSEL 5301 MARYLAND WAY, BRENTWOOD, TN, 37027, UNITED STATES | 196 | Scandinavian Airlines of North America Inc. | 26,294.30 |
| TAXI SKANE AB | CABONLINE GROUP AB BOX 1054, SOLNA, 17154, SWEDEN | 5340116 | Scandinavian Airlines System Denmark-Norway-Sweden | 359.72 | TAXI SKÅNE AB | CABONLINE GROUP AB BOX 1054, SOLNA, 17154, SWEDEN | 192 | Scandinavian Airlines System Denmark-Norway-Sweden | 335.00 |
| TELIASONERA SVERIGE AB | FAKTURASERVICE, NACKA STRAND, 131 80, SWEDEN | 5340196 | Scandinavian Airlines System Denmark-Norway-Sweden | 12.92 | TELIA SVERIGE AB | SERGEL KREDITTJANSTER AB BOX 1264, VISBY, 621 23, SWEDEN | 388 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,066.32 |
| TESS ØST AS | VEKSTEDSEIER FURULUNDS VEI 9 POSTBOKS 52 ALNABRU, OSLO, 06114, NORWAY | 5340198 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,859.69 | TESS ØST AS | VEKSTEDSEIER FURULUNDS VEI 9 POSTBOKS 52 ALNABRU, OSLO, 06114, NORWAY | 131 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,000.00 |
| TESTORI AERO SUPPLY S.R.L. | VIA DON G. BRAMBILLA 19, SIRONE, 23844, ITALY | 5340199 | Scandinavian Airlines System Denmark-Norway-Sweden | 84,710.37 | TESTORI AERO SUPPLY SRL | VIA DON G. BRAMBILLA 19, SIRONE, 23844, ITALY | 132 | SAS AB | 84,710.37 |
| TFK CORPORATION | 141, FURUGOME NARITAKOKUSAIKUKONAI CHIBA, NARITA, 286-0104, JAPAN | 5340200 | Scandinavian Airlines System Denmark-Norway-Sweden | 441.66 | TFK CORPORATION | 141, FURUGOME NARITAKOKUSAIKUKONAI CHIBA, NARITA, 286-0104, JAPAN | 72 | SAS AB | 440.75 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| THE BOEING COMPANY | PERKINS COIE LLP C/O JOHN D. PENN 500 N. AKARD STREET, SUITE 3300, DALLAS, TX, 75201, UNITED STATES | 5340203 | Scandinavian Airlines System Denmark-Norway-Sweden | 88,427.57 | THE BOEING COMPANY | PERKINS COIE LLP C/O JOHN D. PENN 500 N. AKARD STREET, SUITE 3300, DALLAS, TX, 75201, UNITED STATES | 923 | Scandinavian Airlines System Denmark-Norway-Sweden | 49,618.98 |
| THE NEW YORK TIMES COMPANY | 620 EIGHTH AVENUE, NEW YORK, NY, 10018, UNITED STATES | 5340205 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,753.97 | THE NEW YORK TIMES COMPANY | 620 EIGHTH AVENUE, NEW YORK, NY, 10018, UNITED STATES | 134 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,803.82 |
| THE WESTIN MICHIGAN AVENUE | 909 N MICHIGAN AVENUE, CHICAGO, IL, 60611, UNITED STATES | 5340717 | Scandinavian Airlines System Denmark-Norway-Sweden | 104,747.02 | 909 NORTH MICHIGAN AVENUE CORPORATION, A DELAWARE CORPORATION, AS OPERATOR OF | JOHN C JOSEFSBERG RUDNER LAW OFFICES 12740 HILLCREST ROAD, SUITE 240, DALLAS, TX, 75230, UNITED STATES | 1103 | Scandinavian Airlines System Denmark-Norway-Sweden | 112,187.95 |
| TIRANA INTERNATIONAL AIRPORT SHPK | TIRANA INTERNATIONAL AIRPORT NENE TEREZA ADMINISTRATION BUILDING, RINAS, TIRANA, 1504, ALBANIA | 5339643 | Scandinavian Airlines System Denmark-Norway-Sweden | 47,042.44 | TIRANA INTERNATIONAL AIRPORT SHPK | TIRANA INTERNATIONAL AIRPORT NENE TEREZA ADMINISTRATION BUILDING, RINAS, TIRANA, 1504, ALBANIA | 632 | Scandinavian Airlines System Denmark-Norway-Sweden | 0.00 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| TOTAL AIRPORT SERVICES LLC | 28420 HARDY TOLL ROAD, SUITE 220, SPRING, TX, 77373, UNITED STATES | 5339136 | Scandinavian Airlines System Denmark-Norway-Sweden | 127,964.71 | ALLIANCE GROUND INTERNATIONAL, LLC | MARKOWITZ RINGEL TRUSTY & HARTOG, P.A. C/O ROSS R. HARTOG 101 NE THIRD AVENUE, SUITE 1210, FORT LAUDERDALE, FL, 33301, UNITED STATES | 963 | Scandinavian Airlines of North America Inc. | 127,741.60 |
| TOYOTA MATERIAL HANDLING SWEDEN | BOX 6021 SOLNA GATE, HEMVÄRNSGATAN  9, SOLNA, 171 06, SWEDEN | 5339139 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,836.26 | TOYOTA MATERIAL HANDLING SWEDEN AB | BOX 6021 SOLNA GATE, HEMVÄRNSGATAN  9, SOLNA, 171 06, SWEDEN | 275 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,592.23 |
| TRANSPERFECT TRANSLATIONS AB | METROGROUP, INC. ATTN: LEE STEPNER 49 WEST MOUNT PLEASANT AVENUE BOX 2371, LIVINGSTON, NJ, 07039, UNITED STATES | 5339142 | Scandinavian Airlines System Denmark-Norway-Sweden | 31,215.16 | TRANSPERFECT TRANSLATIONS | METROGROUP, INC. ATTN: LEE STEPNER 49 WEST MOUNT PLEASANT AVENUE BOX 2371, LIVINGSTON, NJ, 07039, UNITED STATES | 1193 | SAS Danmark A/S | 24,166.89 |
| TRIUMPH AIRBORNE STRUCTURE | 115 CENTENNIAL DRIVE, HOT SPRINGS, AR, 71913, UNITED STATES | 5339148 | Scandinavian Airlines System Denmark-Norway-Sweden | 770.00 | TRIUMPH AIRBORNE STRUCTURES | 115 CENTENNIAL DRIVE, HOT SPRINGS, AR, 71913, UNITED STATES | 907 | SAS AB | 770.00 |
| TROMSØ TAXI AS | 84 HERBERT AVE, BUILDING B- SUITE 202, CLOSTER, NJ, 07624, UNITED STATES | 5339149 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,088.38 | TROMSO TAXI AS | 84 HERBERT AVE, BUILDING B- SUITE 202, CLOSTER, NJ, 07624, UNITED STATES | 1055 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,907.17 |

6

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
| --- | --- | --- | --- | --- |
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| U.S. CUSTOMS AND BORDER PROTECTION. | ATTN: REVENUE DIVISION BANKRUPTCY TEAM 6650 TELECOM DR., SUITE 100, INDIANAPOLIS, IN, 46278, UNITED STATES | 5339670 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,451,372.78 |
| ULVEMAN & BORSTING | CHRISTIAN IXS GADE 7, 4TH FLOOR, COPENHAGEN, DK, 1111, DENMARK | 5339415 | Scandinavian Airlines System Denmark-Norway-Sweden | 20,670.00 |
| VCK TRAVEL B.V. | ARNO SCHREUDER VALREEP 13, AMSTERDAM, AN, 1042, NETHERLANDS | 5339817 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,504.59 |
| VIASAT INC | C/O HALPERIN BATTAGLIA BENZIJA, LLP ATTN: DONNA H. LIEBERMAN, ESQ. 40 WALL STREET, 37TH FLOOR, NEW YORK, NY, 10005, UNITED STATES | 5339822 | Scandinavian Airlines System Denmark-Norway-Sweden | 379,764.64 |

| SURVIVING CLAIMS | | | | |
| --- | --- | --- | --- | --- |
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| U.S. CUSTOMS AND BORDER PROTECTION | ATTN: REVENUE DIVISION BANKRUPTCY TEAM 6650 TELECOM DR., SUITE 100, INDIANAPOLIS, IN, 46278, UNITED STATES | 221 | Scandinavian Airlines of North America Inc. | 0.00 |
| ULVEMAN & BORSTING | CHRISTIAN IXS GADE 7, 4TH FLOOR, COPENHAGEN, DK, 1111, DENMARK | 402 | Scandinavian Airlines System Denmark-Norway-Sweden | 22,632.00 |
| VCK TRAVEL B.V. | ARNO SCHREUDER VALREEP 13, AMSTERDAM, AN, 1042, NETHERLANDS | 995 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,452.41 |
| VIASAT, INC. | C/O HALPERIN BATTAGLIA BENZIJA, LLP ATTN: DONNA H. LIEBERMAN, ESQ. 40 WALL STREET, 37TH FLOOR, NEW YORK, NY, 10005, UNITED STATES | 197 | SAS AB | 1,262,951.20 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| VISTAIR SYSTEMS LIMITED | BROADWAY HOUSE ALMONDSBURY BUSINESS CENTRE, WOODLANDS BRADLEY STOKE, BRISTOL, BS324QH, UNITED KINGDOM | 5339848 | Scandinavian Airlines System Denmark-Norway-Sweden | 77,627.37 | VISTAIR SYSTEMS LTD | BROADWAY HOUSE ALMONSBURY BUSINESS CENTER WOODLANDS, BRISTOL, BS32 4QH, UNITED KINGDOM | 71 | Scandinavian Airlines System Denmark-Norway-Sweden | 81,392.70 |
| VWR INTERNATIONAL A/S | TOBAKSVEJEN 21, SØBORG, 2860, DENMARK | 5340131 | Scandinavian Airlines System Denmark-Norway-Sweden | 12,855.28 | VWR INTERNATIONAL A/S | TOBAKSVEJEN 21, SØBORG, 2860, DENMARK | 114 | Scandinavian Airlines System Denmark-Norway-Sweden | 13,145.08 |
| VWR INTERNATIONAL AS | TOBAKSVEJEN 21, SØBORG, 2860, DENMARK | 5340132 | Scandinavian Airlines System Denmark-Norway-Sweden | 780.45 | VWR INTERNATIONAL A/S | TOBAKSVEJEN 21, SØBORG, 2860, DENMARK | 114 | Scandinavian Airlines System Denmark-Norway-Sweden | 13,145.08 |
| WASHINGTON HILTON | 1919 CONNECTICUT AVE, WASHINGTON, DC, 20009, UNITED STATES | 5340135 | Scandinavian Airlines System Denmark-Norway-Sweden | 64,458.65 | WASHINGTON HILTON, HILTON HOTELS OF WASHINGTON DC | 1919 CONNECTICUT AVE NW, WASHINGTON, DC, 20009, UNITED STATES | 181 | Scandinavian Airlines of North America Inc. | 67,090.62 |
| WIDEROE TECHNICAL SERVICES AS | PB247, BODO, 8001, NORWAY | 5340147 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,769.52 | WIDEROE TECHNICAL SERVICES AS | PB247, BODO, 8001, NORWAY | 102 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,194.32 |
| WNS GLOBAL SERVICES (UK) LIMITED | MALTA HOUSE 36-38 PICCADILLY, LONDON, WJ1 0DP, UNITED KINGDOM | 5340217 | Scandinavian Airlines System Denmark-Norway-Sweden | 56,895.83 | WNS GLOBAL SERVICES (UK) LIMITED | MALTA HOUSE 36-38 PICCADILLY, LONDON, WJ1 0DP, UNITED KINGDOM | 133 | Scandinavian Airlines System Denmark-Norway-Sweden | 92,043.00 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| WORLD SERVICE COMPANY | PO BOX 62225, HOUSTON, TX, 77205, UNITED STATES | 5340221 | Scandinavian Airlines System Denmark-Norway-Sweden | 26,091.60 | TEXASWORLD SERVICE COMPANY, INC. DBA WORLD SERVICE COMPANY | PO BOX 62225, HOUSTON, TX, 77205, UNITED STATES | 89 | SAS AB | 30,151.17 |
| WUNDERMAN A/S | 61 GLENTEVEJ, COPENHAGEN, 2400, DENMARK | 5340732 | Scandinavian Airlines System Denmark-Norway-Sweden | 392,459.74 | WUNDERMAN A/S | 61 GLENTEVEJ, COPENHAGEN, 2400, DENMARK | 782 | SAS Sverige AB | 392,459.74 |
| YX DANMARK A/S | BUDDINGEVEJ 195, SOEBORG, 2860, DENMARK | 5340736 | Scandinavian Airlines System Denmark-Norway-Sweden | 114.72 | YX DANMARK A/S | BUDDINGEVEJ 195, SOEBORG, 2860, DENMARK | 115 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,853.32 |

9

**Exhibit 2**

**Amended Claims**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| CAE CENTRE COPENHAGEN A/S | KYSLVEJEN 40, KASTRUP, DK2770, DENMARK | 109 | Scandinavian Airlines System Denmark-Norway-Sweden | 441,610.37 | CAE CENTRE COPENHAGEN A/S | KYSLVEJEN 40, KASTRUP, DK2770, DENMARK | 112 | Scandinavian Airlines System Denmark-Norway-Sweden | 320,911.14 |
| CAE CENTRE STOCKHOLM AB | KABINBAGEN 5, STOCKHOLM-ARLANDA, 195 87, SWEDEN | 118 | Scandinavian Airlines System Denmark-Norway-Sweden | 299,297.78 | CAE CENTRE STOCKHOLM AB | KABINBAGEN 5, STOCKHOLM-ARLANDA, 195 87, SWEDEN | 111 | Scandinavian Airlines System Denmark-Norway-Sweden | 271,557.08 |
| FUTU SWEDEN AB | C/O FUTURICE OY KANSAKOULUKATU 3, HELSINKI, 00100, FINLAND | 73 | Scandinavian Airlines System Denmark-Norway-Sweden | 642,060.95 | FUTU SWEDEN AB | C/O FUTURICE OY KANSAKOULUKATU 3, HELSINKI, 00100, FINLAND | 142 | Scandinavian Airlines System Denmark-Norway-Sweden | 713,201.93 |
| GEODIS DENMARK A/S | MULLINS RILEY & SCARBOROUGH, LLP SHANE G. RAMSEY, ESQ., NELSON 150 NORTH FOURTH AVENUE, SUITE 1100, NASHVILLE, TN, 37219, UNITED STATES | 973 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,718,115.38 | GEODIS DENMARK A/S | MULLINS RILEY & SCARBOROUGH, LLP SHANE G. RAMSEY, ESQ., NELSON 150 NORTH FOURTH AVENUE, SUITE 1100, NASHVILLE, TN, 37219, UNITED STATES | 1166 | Scandinavian Airlines System Denmark-Norway-Sweden | 389,307.51 |
| LUFTHANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 588 | SAS Danmark A/S | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1176 | SAS Danmark A/S | 4,009,202.52 |
| LUFTHANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 596 | Gorm Engine Management Limited | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1173 | Gorm Engine Management Limited | 4,009,202.52 |

10

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| LUFTHANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 597 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1170 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,009,202.52 |
| LUFTHANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 598 | Gorm Warm Red Limited | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1179 | Gorm Warm Red Limited | 4,009,202.52 |
| LUFTHANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 599 | SAS Sverige AB | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1181 | SAS Sverige AB | 4,009,202.52 |
| LUFTHANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 600 | Scandinavian Airlines of North America Inc. | 4,042,937.79 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1169 | Scandinavian Airlines of North America Inc. | 4,009,202.52 |
| LUFTHANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 601 | SAS Norge AS | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1175 | SAS Norge AS | 4,009,202.52 |
| LUFTHANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 609 | Gorm Deep Blue Limited | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1172 | Gorm Deep Blue Limited | 4,009,202.52 |
| LUFTHANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 610 | SAS AB | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1177 | SAS AB | 4,009,202.52 |
| LUFTHANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 614 | Gorm Dark Blue Limited | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1182 | Gorm Dark Blue Limited | 4,042,937.79 |
| LUFTHANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 615 | Gorm Asset Management Limited | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1171 | Gorm Asset Management Limited | 4,009,202.52 |

11

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) | Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| LUFTHANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 617 | Gorm Sky Blue Limited | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1178 | Gorm Sky Blue Limited | 4,009,202.52 |
| LUFTHANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 618 | Gorm Light Blue Limited | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1174 | Gorm Light Blue Limited | 4,009,202.52 |
| LUFTHANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 619 | Gorm Ocean Blue Limited | 4,009,202.52 | LUFTANSA TECHNIK AKTIENGESELLSCHAFT | HAM T/TJA WEG BEIM JAGER 193, HAMBURG, 22335, GERMANY | 1180 | Gorm Ocean Blue Limited | 4,009,202.52 |
| PAXIA, INC. | 101 S CAPITAL BLVD, STE 610, BOISE, ID, 83702, UNITED STATES | 95 | Scandinavian Airlines System Denmark-Norway-Sweden | 217,385.87 | PAXIA, INC. | 101 S CAPITAL BLVD, STE 610, BOISE, ID, 83702, UNITED STATES | 97 | Scandinavian Airlines System Denmark-Norway-Sweden | 217,385.87 |
| QUALITAIR AVIATION SERVICES LIMITED | FRANCIS COURT, FEN DITTON, CAMBRIDGE, CB5 8TE, UNITED KINGDOM | 881 | Scandinavian Airlines System Denmark-Norway-Sweden | 288,110.57 | QUALITAIR AVIATION SERVICES LIMITED | FRANCIS COURT, FEN DITTON, CAMBRIDGE, CB5 8TE, UNITED KINGDOM | 935 | Scandinavian Airlines System Denmark-Norway-Sweden | 212,878.54 |