WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SAS AB, *et al.*,** | : | **Case No. 22-10925 (MEW)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

---------------------------------------------------------- x

### NOTICE OF FIFTH OMNIBUS OBJECTION OF
### DEBTORS TO DISALLOW AND EXPUNGE CLAIMS
### (Satisfied Claims)

> **THE ATTACHED OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS. PLEASE CAREFULLY REVIEW THE ATTACHED OBJECTION AND THE ATTACHMENT THERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

**PLEASE TAKE NOTICE** that, on December 23, 2023, SAS AB and its debtor

subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

(collectively, the "**Debtors**") filed the *Fifth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims)* (the "**Objection**").

    **PLEASE TAKE FURTHER NOTICE** that a hearing to consider entry of an order approving the Objection (the "**Hearing**") will be conducted before the Honorable Michael E. Wiles, in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), on **January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)**.

    **PLEASE TAKE FURTHER NOTICE** that the Objection requests the Bankruptcy Court disallow and expunge from the claims register the claims listed on Exhibit 1 to the proposed form of order annexed to the Objection as Exhibit A (the "**Proposed Order**") on the ground that each such claim has been satisfied in full during the Debtors' chapter 11 cases.

    **PLEASE TAKE FURTHER NOTICE** that any responses (the "**Responses**") to the Objection must (i) be in writing, (ii) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**"), and the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292] (the "**Case Management Order**"), (iii) be filed with the Bankruptcy Court by (a) attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) and (b) all other parties in interest on a CD-ROM, in text-searchable portable document format (PDF) (with two single-sided hard copies delivered to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and (iv) be served in accordance with General Order M-399, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Case Management Order, upon (a) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Gary Holtzer, Kelly DiBlasi, David

Griffiths, and Lauren Tauro), (b) the Office of the United States Trustee for Region 2 (Attn: Greg Zipes, Esq. & Annie Wells, Esq.), and (c) the attorneys for the Official Committee of Unsecured Creditors (Attn: Brett H. Miller, Todd M. Goren, Debra M. Sinclair, Craig A. Damast, and James H. Burbage), so as to be filed and received no later than **January 16, 2024 at 4:00 p.m. (Prevailing Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that any Response must contain the following: (i) the name of the claimant and description of the basis for the amount of the claim; (ii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged from the claims register for the reasons set forth in the Objection, including the specific factual and legal bases which will be relied upon in opposing the Objection; and (iii) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, which will be relied upon in opposing the Objection.

**PLEASE TAKE FURTHER NOTICE** that if no Responses are timely filed and served with respect to the Objection by the Response Deadline, the Bankruptcy Court may grant the relief requested in the Objection without further notice or an opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE that any claim that the Bankruptcy Court disallows and expunges will be treated as if it had not been filed and will not be entitled to any distribution on account thereof.**

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required

to attend any Hearing and failure to appear may result in relief being granted upon default.

Dated: December 23, 2023
      New York, New York

                                      */s/  Lauren Tauro*
                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007
                                      Gary T. Holtzer
                                      Kelly DiBlasi
                                      David Griffiths
                                      Lauren Tauro

                                      *Attorneys for Debtors*
                                      *and Debtors in Possession*

4

Hearing Date and Time: January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)
Response Deadline: January 16, 2024 at 4:00 p.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x
|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11** |
|  | : |  |
| **SAS AB,** *et al.*, | : | **Case No. 22-10925 (MEW)** |
|  | : |  |
| **Debtors.**[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------- x

**FIFTH OMNIBUS OBJECTION OF**
**DEBTORS TO DISALLOW AND EXPUNGE CLAIMS**
**(Satisfied Claims)**

> **THIS OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW AND**
> **EXPUNGE CERTAIN CLAIMS. PLEASE CAREFULLY REVIEW THIS**
> **OBJECTION AND THE ATTACHMENT HERETO TO DETERMINE WHETHER**
> **THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

SAS AB and its debtor subsidiaries, as debtors and debtors in possession in the

above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows

in support of this objection (the "**Objection**"):

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

## Background

1.     On July 5, 2022 (the "**Commencement Date**"), each Debtor commenced

with the Court a voluntary case under chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.  No trustee or examiner has been appointed in these chapter 11 cases.  On

July 22, 2022, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed

the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") [ECF No. 75].

2.     The Debtors' chapter 11 cases are being jointly administered for procedural

purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**").

3.     Additional information regarding the Debtors' businesses, capital structure,

and the circumstances leading to the commencement of these chapter 11 cases is set forth in the

*Declaration of Erno Hildén Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern*

*District of New York*, dated July 5, 2022 [ECF No. 3], and the *Declaration of Michael Healy in*

*Support of First Day Motions and Applications*, dated July 5, 2022 [ECF No. 4].

## Jurisdiction

4.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

5.     By this Objection, pursuant to section 502(b) of the Bankruptcy Code and

Bankruptcy Rule 3007(d), the Debtors request entry of an order disallowing and expunging the

claims listed on <u>Exhibit 1</u> annexed to the Proposed Order (as defined below).

6.      A proposed form of order granting the relief requested herein is annexed

hereto as Exhibit A (the "**Proposed Order**").

## Claims Reconciliation

7.      On November 8, 2022, the Court entered an order [ECF No. 605]

establishing January 10, 2023 at 5:00 p.m. (Prevailing Eastern Time) as the deadline for all persons

and entities (including governmental units) to file proofs of claim (each, a "**Proof of Claim**")

against the Debtors for claims (each a "**Claim**") that arose on or prior to the Commencement Date,

subject to certain exceptions (including for claims based on the rejection of executory contracts or

unexpired leases).

8.      The Debtors have examined the Proofs of Claim identified on Exhibit 1 to

the Proposed Order and have determined that each Claim under the heading "*Claims to be*

*Disallowed and Expunged*" (each, a "**Satisfied Claim**" and, collectively, the "**Satisfied Claims**")

has been satisfied in full during the Debtors' chapter 11 cases, including because (i) the claimed

amounts have been paid by the Debtors during these chapter 11 cases pursuant to "first day" or

other relief granted by the Court authorizing such payments, (ii) the Debtors paid such amounts in

the ordinary course of business, or (iii) the Debtors assumed, and cured all prepetition amounts

owing under, the contract(s) that form the basis of a Satisfied Claim.

## Satisfied Claims Should Be Disallowed

9.      A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).

10.      As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof

of claim constitutes prima facie evidence of the validity and the amount of the claim under section

502(a) of the Bankruptcy Code.  Prima facie validity under Bankruptcy Rule 3001(f), however,

can be overcome by rebuttal evidence. *See In re Ditech Holding Corp.*, No. 19-10412 (JLG), 2021

3

WL 408984, at *4 (Bankr. S.D.N.Y. Feb. 2, 2021); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  Accordingly, pursuant to Bankruptcy Rule 3007(a), a party in interest may object to the allowance of a claim in a writing filed with the Bankruptcy Court.  Fed. R. Bankr. P. 3007(a).  Upon an objection, the claimant has the burden to demonstrate the validity of the claim.  *See Rozier v. Rescap Borrower Claims Tr. (In re Residential Cap., LLC)*, No. 15-cv-3248 (KPF), 2016 WL 796860, at *9 (S.D.N.Y. Feb. 22, 2016); *In re Arcapita Bank B.S.C.(c)*, No. 12–11076 (SHL), 2013 WL 6141616, at *1 (Bankr. S.D.N.Y. Nov. 21, 2013), *aff'd sub nom. In re Arcapita Bank B.S.C.(c)*, 508 B.R. 814 (S.D.N.Y. 2014); *Hasson v. Motors Liquidation Co. GUC Tr. (In re Motors Liquidation Co.)*, No. 11-cv-8444 (RJS), 2012 WL 1886755, at *3 (S.D.N.Y. May 12, 2012); *In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd sub nom. Peter J. Solomon Co., L.P. v. Oneida Ltd.*, No. 09-cv-2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010).

11.    Further, Bankruptcy Rule 3007(d) permits the Debtors to file objections to more than one claim on the basis that, among other things, such claims "have been satisfied or released during the case in accordance with the Code, applicable rules, or a court order." Fed. R. Bankr. P. 3007(d)(5).

12.    The Debtors have carefully examined each Satisfied Claim and compared it to their books and records and have determined that each Satisfied Claim identified on <u>Exhibit 1</u> to the Proposed Order has already been satisfied in full during the Debtors' cases.  As no amounts are owed on account of the Satisfied Claims, to ensure that the claims register is accurate and does not inaccurately overstate the Debtors' liabilities, and to avoid the possibility of multiple recoveries on account of already-satisfied liabilities, the Debtors seek entry of the Proposed Order disallowing and expunging the Satisfied Claims from the claims register.

## **Reservation of Rights**

13.     Nothing contained herein is intended or shall be construed as (i) an admission as to the validity of any Claim against the Debtors, (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any Claim against the Debtors, (iii) an agreement or obligation to pay any Claims, (iv) a waiver of any claims or causes of action that may exist against any creditor or interest holder, or (v) an approval, assumption, or adoption of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.  Likewise, if the Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended to be and should not be construed as an admission to the validity of any claim or a waiver of the Debtors' or any appropriate party in interest's rights to subsequently dispute such claim.

## **Notice**

14.     Notice of this Objection will be provided in accordance with Bankruptcy Rule 3007 and the procedures set forth in the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292].  The Debtors respectfully submit that no further notice is required.

15.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

5

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: December 23, 2023
       New York, New York

                                                    /s/  Lauren Tauro
                                                    WEIL, GOTSHAL & MANGES LLP
                                                    767 Fifth Avenue
                                                    New York, New York 10153
                                                    Telephone: (212) 310-8000
                                                    Facsimile: (212) 310-8007
                                                    Gary T. Holtzer
                                                    Kelly DiBlasi
                                                    David Griffiths
                                                    Lauren Tauro

                                                    *Attorneys for Debtors*
                                                    *and Debtors in Possession*

**Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SAS AB**, *et al.*, | : | **Case No. 22-10925 (MEW)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |
| | : | **ECF No. [●]** |

------------------------------------------------------------ x

## ORDER GRANTING FIFTH OMNIBUS OBJECTION
## OF DEBTORS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS
### (Satisfied Claims)

Upon the objection, dated December 23, 2023 (the "**Objection**"),[2] of SAS AB and

its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), pursuant to section 502(b) of the Bankruptcy Code and

Bankruptcy Rule 3007(d), for entry of an order disallowing and expunging the Satisfied Claims,

all as more fully set forth in the Objection; and this Court having jurisdiction to consider the

Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

*Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of

the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §

157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Objection having been provided, and such notice having been

adequate and appropriate under the circumstances; and it appearing that no other or further notice

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Objection.

need be provided; and this Court having reviewed the Objection; and upon any hearing held on the Objection; and all responses, if any, to the Objection having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is granted to the extent set forth herein.

2.      Pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Satisfied Claim identified under the heading "*Claims to be Disallowed and Expunged*" on **Exhibit 1** annexed to this Order is hereby disallowed and expunged.

3.      To the extent a response was filed regarding any Satisfied Claim, each such Satisfied Claim, and the Objection as it pertains to such Satisfied Claim, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order will be deemed a separate order with respect to each satisfied Claim.

4.      Nothing contained in the Objection or this Order shall be construed as (i) an admission as to the validity of any Claim, (ii) an agreement or obligation to pay any Claims, (iii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute any Claim, (iv) a waiver of any claims or causes of action which may exist against any creditor or interest holder, or (v) an approval or assumption of any agreement, contract, program, policy or lease under section 365 of the Bankruptcy Code.

5.      The Debtors' claims and noticing agent, Kroll Restructuring Administration, LLC, is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2024
         New York, New York

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

3

**Exhibit 1**

**Satisfied Claims**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| 44TH STREET DEVELOPMENT LLC | GOTHAM PROPERTIES P.O. BOX 61011, NEWARK, NJ, 07101, UNITED STATES | 5339724 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,021.27 |
| A.R.E. AIRLINES REPRESENTATIVE EUROPE S.R.L. | 15/19, CIAMPINO, 43, ITALY | 5339727 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,876.36 |
| AAGAARD ENGROS AS | HAAKON VII GATE 19B, TRONDHEIM, NO 7041, NORWAY | 5339728 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,127.20 |
| AALBORG LUFTHAVN AMBA | NY LUFTHAVNSVEJ 100, NØRRESUNDBY, 9400, DENMARK | 5339313 | Scandinavian Airlines System Denmark-Norway-Sweden | 29,773.20 |
| AAP AVIATION NORGE AS | STRANDVEIEN 50, LYSAKER, 1366, NORWAY | 1 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,910.00 |
| ABERDEEN INTERNATIONAL AIRPORT LTD | DYCE, ABERDEEN, AB217DU, UNITED KINGDOM | 5339314 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,912.81 |
| ABQ ALBUQUERQUE INTERNATIONAL SUNPORT | ALBUQUERQUE INTERNATIONAL SUPPORT P.O. BOX 9948 ATTN: PFC ACCOUNTING, ALBUQUERQUE, NM, 87119-1048, UNITED STATES | 5339315 | Scandinavian Airlines System Denmark-Norway-Sweden | 8.67 |
| ACCA | 12 BUILDING. XI BA HE BEILI, CHAOYANG DISTRICT BOX 5402, BEIJING, 100028, CHINA | 5339738 | Scandinavian Airlines System Denmark-Norway-Sweden | 718.83 |
| ACCOUNTOR SERVICES OY | KEILANIEMENTIE 1, ESPOO, 02150, FINLAND | 5339740 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,820.02 |
| ACL AIRSHOP LLC | 126 MILLPORT CIRCLE, GREENVILLE, SC, 29607-5566, UNITED STATES | 5339741 | Scandinavian Airlines System Denmark-Norway-Sweden | 57,704.68 |
| ACTIVE SEARCH A/S | VALKENDORFSGADE 16, 1. SAL, KØBENHAVN K, 1151, DENMARK | 5339742 | Scandinavian Airlines System Denmark-Norway-Sweden | 35,267.03 |
| ACTS-AVIATION SECURITY INC. | P.O. BOX 843708, DALLAS, TX, 75284-3738, UNITED STATES | 5339316 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,235.21 |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
|---|---|---|---|---|
| ADB SAFEGATE AIRPORT SYSTEMS UK LTD | THE OAKS CREWE ROAD WYTHENSHAWE, MANCHESTER, M23 9SS, UNITED KINGDOM | 5339745 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,097.98 |
| ADECCO NORGE AS | ROSENKRANTZ GATE 16 PB 2013 VIKA, OSLO, 125, NORWAY | 5339746 | Scandinavian Airlines System Denmark-Norway-Sweden | 56,626.94 |
| ADYEN B.V. | SIMON CARMIGGELTSTRAAT 6-50, AMSTERDAM, 1011, NETHERLANDS | 5339751 | Scandinavian Airlines System Denmark-Norway-Sweden | 29,252.88 |
| AENA AEROPUERTOS SA | C/PEONIAS 12, 5A PLANTA, MADRID, 28042, SPAIN | 5339317 | Scandinavian Airlines System Denmark-Norway-Sweden | 620,068.49 |
| AERO NEWARK LLC | P.O. BOX 780309, PHILADELPHIA, PA, 19178-0309, UNITED STATES | 5339753 | Scandinavian Airlines System Denmark-Norway-Sweden | 270,043.40 |
| AEROGROUND BERLIN GMBH | AM AIRPORT 1, SCHONEFELD, 12529, GERMANY | 5339755 | Scandinavian Airlines System Denmark-Norway-Sweden | 14,435.87 |
| AEROMED.DK | BUKHOLMVEJ 43 HALK, HADERSLEV, 6100, DENMARK | 5339756 | Scandinavian Airlines System Denmark-Norway-Sweden | 422.01 |
| AEROPORT DE BIARRITZ | 7 ESPLANADE DE LEUROPE, ANGLET, 64600, FRANCE | 5339825 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,322.81 |
| AEROPORT DE MONTPELLIER MEDITERRANEE | AEROPORT MONTPELLIER MEDITERRANEE CS 10001, MAUGUIO CEDEX, 34137, FRANCE | 5339318 | Scandinavian Airlines System Denmark-Norway-Sweden | 159.49 |
| AEROPORT NICE COTE DAZUR | RUE COSTES ET BELLONTE BP 3331, NICE CEDEX3, 06 206, FRANCE | 5339320 | Scandinavian Airlines System Denmark-Norway-Sweden | 53,235.02 |
| AEROPORTO GUGLIELMO MARCONI DI BOLOGNA SPA. | VIA TRIUMVIATO 84, BOLOGNA, 40132, ITALY | 5339322 | Scandinavian Airlines System Denmark-Norway-Sweden | 33.66 |
| AEROPORTS DE PARIS | 1 RUE DE FRANCE, TREMBIA, 93290, FRANCE | 5339323 | Scandinavian Airlines System Denmark-Norway-Sweden | 242,103.20 |
| AEROSTAR AIRPORT HOLDINGS LLC | PO BOX 38085, SAN JUAN, PR, 00937-1085, UNITED STATES | 5339324 | Scandinavian Airlines System Denmark-Norway-Sweden | 8.78 |
| AFIGEC | 26-28, RUE MARIUS AUFAN, LEVALLOIS PERRET, 92300, FRANCE | 5339856 | Scandinavian Airlines System Denmark-Norway-Sweden | 249.44 |
| AF-INFRASTRUCTURE AB | FRÖSUNDALEDEN 2 SOLNA, STOCKHOLM, 169 75, SWEDEN | 5339702 | SAS AB | 8,849.39 |
| AFL AER FTI LINIENFLUGEINKAUFS GMBH | BOPPSTRABE 10, BERLIN, 10967, GERMANY | 5339857 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,125.36 |
| AG INSURANCE | E. JACQMAINLAAN 53 B-, BRUSSEL, 1000, BELGIUM | 5339859 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,303.09 |
| AGENT BAUER AKTIEBOLAG | DROTTNINGGATAN 81A, STOCKHOLM, 111 60, SWEDEN | 5339862 | Scandinavian Airlines System Denmark-Norway-Sweden | 29,304.13 |

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| AHRA | C/O SAS, 301 ROUTE 17N, STE 500, RUTHERFORD, NJ, 07070, UNITED STATES | 5339863 | Scandinavian Airlines System Denmark-Norway-Sweden | 50.00 |
| AIR BP - A DIVISION OF BP PRODUCTS NORTH AMERICA INC. | SOUTH WACKER DRIVE 30, CHICAGO, IL, 60606, UNITED STATES | 5339867 | Scandinavian Airlines System Denmark-Norway-Sweden | 316,621.23 |
| AIR BP LIMITED | BP HOUSE BREAKSPEARWAY, HEMEL HEMPSTEAD, , UNITED KINGDOM | 5339868 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,363,214.31 |
| AIR CARGO | CENTRO DE CARGA AEREA AEROPUERTO DE BARAJAS, MADRID, 28042, SPAIN | 5339869 | Scandinavian Airlines System Denmark-Norway-Sweden | 625.36 |
| AIR CARGO LOGISTICS, INC. | 2224 FERRY RD. SUITE 108, NAPERVILLE, IL, 60190, UNITED STATES | 5339870 | Scandinavian Airlines System Denmark-Norway-Sweden | 15,000.00 |
| AIR CHINA CARGO | XIDAN CIVIL AVIATION BUILDING NO 15, CHANGAN WEST STREET, BEIJING, 100031, CHINA | 5339325 | Scandinavian Airlines System Denmark-Norway-Sweden | 141.11 |
| AIR DISPATCH (CLC) S.R.O | AVIATICKA 12/1048, PRAGUE, 16 100, CZECH REPUBLIC | 5339872 | Scandinavian Airlines System Denmark-Norway-Sweden | 44,709.88 |
| AIR FRANCE INDUSTRIES | ORLY SUD 124, ORLY AEROGARE CEDEX, 94396, FRANCE | 5339873 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,645.75 |
| AIR GREENLAND AS | PO BOX 1012, NUUK, 3900, GREENLAND | 5339874 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,719.54 |
| AIR HUDIK ENGINEERING AB | NORRA INDUSTRIVÄGEN 1C, HUDIKSVALL SVERIGE, 824 34, SWEDEN | 5339875 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,652.53 |
| AIR LOGISTICS SRL | VIA MODIGLIANI 45, SEGRATE/MI, 20090, ITALY | 5339876 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,630.53 |
| AIR TOTAL INTERNATIONAL SA | ATTN. S. DAIROU, BUREAU NO A1347 24 COURS MICHELET LA DEFENSE 10, PARIS LA DEFENSE CEDEX, 92069, FRANCE | 5339877 | Scandinavian Airlines System Denmark-Norway-Sweden | 737,508.24 |
| AIRBRIDGE INTERNATIONAL AGENCIES LIMITED | INTERNATIONAL HOUSE CORBALLIS PARK DUBLIN AIRPORT, DUBLIN, K67 K5DO, IRELAND | 5339878 | Scandinavian Airlines System Denmark-Norway-Sweden | 295.35 |
| AIRBRIDGE INTERNATIONAL AGENCIES LTD | C/O WFS SHED 10 WORLD CARGO TERMINAL GATWICK AIRPORT, W. SESSEX, RH60SQ, UNITED KINGDOM | 5339879 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,933.00 |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
|---|---|---|---|---|
| AIRPLUS S.R.I. | SEDE LEGALE ED OPERATIVA PESCHIERA BORROMEO, MILAN, , ITALY | 5339884 | Scandinavian Airlines System Denmark-Norway-Sweden | 53,718.93 |
| AIRPORT HANDLING S.P.A | AEROPORTO MILANO LINATE SEGRATE, MILANO, 20090, ITALY | 5339885 | Scandinavian Airlines System Denmark-Norway-Sweden | 100,229.40 |
| AIRPORT SKY VARDCENTRAL AB | BOX 50, STOCKHOLM, 19045, SWEDEN | 5339886 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,102.48 |
| AIRPORT SOLUTIONS LOGISTICS APS | KYSTEJEN 42, KASTRUP, 2770, DENMARK | 961 | SAS AB | 17,569 |
| AIRPROXY | KESK-SOJAMAE 10A, TALLINN, 11415, ESTONIA | 5339888 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,223.20 |
| AIRSAFE SWEDEN AB/FOLA | POST BOX 834, UPPLANDS VÄSBY, 19428, SWEDEN | 5339889 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,356.63 |
| AIRTOURS | SVEAVÄGEN 92, STOCKHOLM, 113 50, SWEDEN | 5339890 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,193.37 |
| AKESTAM HOLST AB | TULEGATAN 5 13 STOCKHOLM, STOCKHOLM, 1138, SWEDEN | 5339892 | Scandinavian Airlines System Denmark-Norway-Sweden | 416,847.41 |
| ALB-ALBANY COUNTY AIRPORT AUTHORITY | PFC DEPT STE 204 ARFF BLDG., ALBANY, NY, 12211-1057, UNITED STATES | 5339326 | Scandinavian Airlines System Denmark-Norway-Sweden | 109.75 |
| ALL NIPPON AIRWAYS TYO | SHIODOME-CITY CENTER 1-5-2, HIGASHI-SHIMBASHI MINATO-KU, TOKYO, 105-7140, JAPAN | 5339897 | Scandinavian Airlines System Denmark-Norway-Sweden | 188.96 |
| ALL SERVICE KITCHEN EQUIPMENTR CORP. | 10 CHARLES ST. PO BOX 310, NEW HYDE PARK, NY, 11040-4862, UNITED STATES | 5339898 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,593.37 |
| ALTA TAXI AS | PO BOKS 1040, ALTA, 9503, NORWAY | 5339903 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,783.66 |
| ALTON PAULSSON HEDMAN ARKITEKTER AB | KOCKSGATAN 25, STOCKHOLM, 116 24, SWEDEN | 5339904 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,405.17 |
| ALYZIA | 4 PLACE DE BERLIN, BP, 12664, BELGIUM | 5339907 | Scandinavian Airlines System Denmark-Norway-Sweden | 475,450.65 |
| AMENDO BEMANNING & REKRYTERING AB | HUMLEGARDSGATAN 17, STOCKHOLM, 114 46, SWEDEN | 5339913 | Scandinavian Airlines System Denmark-Norway-Sweden | 15,865.62 |
| ANA - AEROPORTOS DE PORTUGAL, SA | RUA D-EDIFICIO 120 AEROPORTO DE LISBOA, LISBOA, 1700-008, PORTUGAL | 5339328 | Scandinavian Airlines System Denmark-Norway-Sweden | 40,167.87 |
| ANDER-CLEAN SP. Z O.O. | APOLONIUSZA KEDZIERSKIEGO 8/23, WARSZAWA, 01-493, POLAND | 5339919 | Scandinavian Airlines System Denmark-Norway-Sweden | 287.33 |

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | |
| --- | --- | --- | --- | --- |
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| ANGELHOLMS FLYGPLATS AB | MARGRETETORPSVÄGEN, ÄNGELHOLM, 26291, SWEDEN | 5339920 | Scandinavian Airlines System Denmark-Norway-Sweden | 26,217.26 |
| ANTAEUS TRAVEL & TOURISM P.C | GKINIS STAMATIOS 33, ZEPPOU STREET, GLYFADA, 166 75, GREECE | 1183 | Scandinavian Airlines System Denmark-Norway-Sweden | 676.29 |
| AOB TRAVEL | BRÄDGÅRDSVÄGEN 28, HÖLVIKEN, 23632, SWEDEN | 5339939 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,808.16 |
| AON ASSESSMENT (SWEDEN) AB | VALHALLAVÄGEN 117H BOX 27093, STOCKHOLM, 102 51, SWEDEN | 143 | Scandinavian Airlines System Denmark-Norway-Sweden | 24,923.00 |
| ARBOVITALE B.V. | POSTBUS 30514, JA UTRECHT, 3502, NETHERLANDS | 5339943 | Scandinavian Airlines System Denmark-Norway-Sweden | 6.32 |
| ARPI AVIATION POLAND SP. Z O.O. | UL. WIERTNICZA 165, WARSZAWA, 2952, POLAND | 5339956 | Scandinavian Airlines System Denmark-Norway-Sweden | 54.08 |
| AS CARGO HANDLING | KESK SÕJAMÄE 10A TALLIAN, HARJU, 11415, ESTONIA | 5339957 | Scandinavian Airlines System Denmark-Norway-Sweden | 551.41 |
| ASE-ASPEN-PITKIN AIRPORT DIRECTOR | 233 EAST AIRPORT RD, ASPEN, CO, 81611, UNITED STATES | 5339329 | Scandinavian Airlines System Denmark-Norway-Sweden | 4.39 |
| ASSENTLY AB | HOLLANDARGATAN 20, STOCKHOLM, 11160, SWEDEN | 880 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,023.37 |
| ATC AVIATION SERVICES | 3 RUE DU CERCLE, ZONE FRET 4 BP 13 526, ROISSY, 95705, FRANCE | 5339963 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,340.60 |
| ATC AVIATION SERVICES SA | 3 RUE DU CERCLE, ZONE FRET 4 BP 13 526, ROISSY, 95705, FRANCE | 5339964 | Scandinavian Airlines System Denmark-Norway-Sweden | 357.22 |
| ATHENS AEROSERVICES S.A. | 201 VARIS-KOROPIOU AVENUE VARI, ATHENS, 16672, GREECE | 5339966 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,790.38 |
| ATL-CITY OF ATLANTA | DEPARTMENT OF AVIATION - PFC P O BOX 945876, ATLANTA, GA, 30394, UNITED STATES | 5339331 | Scandinavian Airlines System Denmark-Norway-Sweden | 401.79 |
| ATON OY | PUUSTELLINPOLKU 8, HELSINKI, 411, FINLAND | 5340003 | Scandinavian Airlines System Denmark-Norway-Sweden | 90.37 |
| ATRIUM COMPLEX SP ZOO | AL. JEROZOLIMSKIE 81,, WARSZAWA, 02-001, POLAND | 5340004 | Scandinavian Airlines System Denmark-Norway-Sweden | 466.60 |
| ATT AVIATION TAX TRUST GMBH | VON-WERTH STR 1, KOLN, 50670, GERMANY | 5340005 | Scandinavian Airlines System Denmark-Norway-Sweden | 12,318.00 |
| ATW-OUTAGAMIE COUNTY AIRPORT | ATTN. AIRPORT MANAGER W6390 CHALLENGER DRIVE STE201, APPLETON, WI, 54915, UNITED STATES | 5339332 | Scandinavian Airlines System Denmark-Norway-Sweden | 65.52 |
| AUGUST LUNDH AB | HEJARGATAN 14, ESKILSTUNA, SE-632 29, SWEDEN | 5340006 | Scandinavian Airlines System Denmark-Norway-Sweden | 53,217.93 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| AUS-ROBERT MUELLER AIRPORT | CITY OF AUSTIN DEPT OF AVIATION 3600 PRESIDENTAL BLVD, AUSTIN, TX, 78719, UNITED STATES | 5339333 | Scandinavian Airlines System Denmark-Norway-Sweden | 328.59 |
| AUSTRO CONTROL GMBH | SCHNIRCHGASSE 11, WIEN, A-1030, AUSTRIA | 5339334 | Scandinavian Airlines System Denmark-Norway-Sweden | 848.11 |
| AVARN SECURITY AVIATION AS | TRAELEBORGODDEN 6, TONSBERG, 3112, NORWAY | 5339335 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,639.04 |
| AVIAPARTNER B.V. | VESTIGING ROTTERDAM AOIRPORT PO BOX 75629, SCHIPHOL, 1118ZR, NETHERLANDS | 5340023 | Scandinavian Airlines System Denmark-Norway-Sweden | 178,787.40 |
| AVIAPARTNER HANDLING S.P.A. | VIA DELLE ARTI, 123 I 00054 FIUMICINO ROMA ITALY C.C.I.A.A. 28835/2000, ROMA, 936691, ITALY | 5340026 | Scandinavian Airlines System Denmark-Norway-Sweden | 150,698.63 |
| AVIAPARTNER NICE | TERMINAL 1, NICE CEDEX 3, 6281, FRANCE | 5340028 | Scandinavian Airlines System Denmark-Norway-Sweden | 75,211.86 |
| AVIAPARTNER S.P.A. | VIA DELLE ARTI, 123, FIUMICINO (RM), 50, ITALY | 5340029 | Scandinavian Airlines System Denmark-Norway-Sweden | 40,732.89 |
| AVIAPARTNER SICILY S.R.L. | VIA DELLE ARTI 123 FIUMICINO, ROMA, 00054, ITALY | 5340030 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,814.35 |
| AVIAPARTNER TENERIFE SA | CTRA.DEL AEROCLUB TERMINAL AVIACION GRAL., MALAGA, 29004, SPAIN | 5340031 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,792.83 |
| AVIATION & CONSULTING | VIA GIOVANNI FALCONE 13, BERGAMO, 24126, ITALY | 5340033 | Scandinavian Airlines System Denmark-Norway-Sweden | 68.88 |
| AVIATION SERVICES SPA | CAPODICHINO AIRPORT NAPOLI VIALE FULCO RUFFO DI CALABRIA, NAPOLI, 80144, ITALY | 5340034 | Scandinavian Airlines System Denmark-Norway-Sweden | 42,573.06 |
| AVIATOR AIRPORT ALLIANCE AS | HOTELLGATA 2, STJORDAL, 7500, NORWAY | 5340035 | Scandinavian Airlines System Denmark-Norway-Sweden | 515,311.49 |
| AVINOR | AVINOR AS POSTBOKS 150, GARDERMOEN, 2061, NORWAY | 5339218 | Scandinavian Airlines System Denmark-Norway-Sweden | 181,749.63 |
| AVINOR | AVINOR AS POSTBOKS 150, GARDERMOEN, 2061, NORWAY | 5339219 | Scandinavian Airlines System Denmark-Norway-Sweden | 355,938.22 |
| AVINOR | AVINOR AS POSTBOKS 150, GARDERMOEN, 2061, NORWAY | 5339220 | Scandinavian Airlines System Denmark-Norway-Sweden | 47,066.31 |
| AVINOR | AVINOR AS POSTBOKS 150, GARDERMOEN, 2061, NORWAY | 5339221 | Scandinavian Airlines System Denmark-Norway-Sweden | 884,717.79 |
| AVINOR | AVINOR AS POSTBOKS 150, GARDERMOEN, 2061, NORWAY | 5339222 | Scandinavian Airlines System Denmark-Norway-Sweden | 10,127,036.29 |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
|---|---|---|---|---|
| AVINOR | AVINOR AS POSTBOKS 150, GARDERMOEN, 2061, NORWAY | 5339223 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,825,715.54 |
| AVINOR | AVINOR AS POSTBOKS 150, GARDERMOEN, 2061, NORWAY | 5339224 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,209,478.42 |
| AVINOR | AVINOR AS POSTBOKS 150, GARDERMOEN, 2061, NORWAY | 5339225 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,437.82 |
| AVINOR | AVINOR AS POSTBOKS 150, GARDERMOEN, 2061, NORWAY | 5339226 | Scandinavian Airlines System Denmark-Norway-Sweden | 63,375.55 |