WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SAS AB, *et al.*,** | : | **Case No. 22-10925 (MEW)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

------------------------------------------------------------- x

**NOTICE OF SIXTH OMNIBUS OBJECTION OF
<u>DEBTORS TO DISALLOW AND EXPUNGE CLAIMS</u>
(Satisfied Claims)**

---

**THE ATTACHED OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW
AND EXPUNGE CERTAIN CLAIMS.  PLEASE CAREFULLY REVIEW THE
ATTACHED OBJECTION AND THE ATTACHMENT THERETO TO DETERMINE
WHETHER THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

---

         **PLEASE TAKE NOTICE** that, on December 23, 2023, SAS AB and its debtor

subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB,
Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm
Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd.,
Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is
AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

(collectively, the "**Debtors**") filed the *Sixth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims)* (the "**Objection**").

PLEASE TAKE FURTHER NOTICE that a hearing to consider entry of an order approving the Objection (the "**Hearing**") will be conducted before the Honorable Michael E. Wiles, in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), on **January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the Objection requests the Bankruptcy Court disallow and expunge from the claims register the claims listed on Exhibit 1 to the proposed form of order annexed to the Objection as Exhibit A (the "**Proposed Order**") on the ground that each such claim has been satisfied in full during the Debtors' chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that any responses (the "**Responses**") to the Objection must (i) be in writing, (ii) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**"), and the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292] (the "**Case Management Order**"), (iii) be filed with the Bankruptcy Court by (a) attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) and (b) all other parties in interest on a CD-ROM, in text-searchable portable document format (PDF) (with two single-sided hard copies delivered to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and (iv) be served in accordance with General Order M-399, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Case Management Order, upon (a) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Gary Holtzer, Kelly DiBlasi, David

Griffiths, and Lauren Tauro), (b) the Office of the United States Trustee for Region 2 (Attn: Greg Zipes, Esq. & Annie Wells, Esq.), and (c) the attorneys for the Official Committee of Unsecured Creditors (Attn: Brett H. Miller, Todd M. Goren, Debra M. Sinclair, Craig A. Damast, and James H. Burbage), so as to be filed and received no later than **January 16, 2024 at 4:00 p.m. (Prevailing Eastern Time)** (the "**Response Deadline**").

PLEASE TAKE FURTHER NOTICE that any Response must contain the following: (i) the name of the claimant and description of the basis for the amount of the claim; (ii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged from the claims register for the reasons set forth in the Objection, including the specific factual and legal bases which will be relied upon in opposing the Objection; and (iii) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, which will be relied upon in opposing the Objection.

PLEASE TAKE FURTHER NOTICE that if no Responses are timely filed and served with respect to the Objection by the Response Deadline, the Bankruptcy Court may grant the relief requested in the Objection without further notice or an opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE that any claim that the Bankruptcy Court disallows and expunges will be treated as if it had not been filed and will not be entitled to any distribution on account thereof.**

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required

to attend any Hearing and failure to appear may result in relief being granted upon default.

Dated:  December 23, 2023
        New York, New York

*/s/  Lauren Tauro*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

Hearing Date and Time: January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)
Response Deadline: January 16, 2024 at 4:00 p.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SAS AB, *et al.*,** | : | **Case No. 22-10925 (MEW)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------- x

## SIXTH OMNIBUS OBJECTION OF
## DEBTORS TO DISALLOW AND EXPUNGE CLAIMS
### (Satisfied Claims)

> **THIS OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW AND
> EXPUNGE CERTAIN CLAIMS. PLEASE CAREFULLY REVIEW THIS
> OBJECTION AND THE ATTACHMENT HERETO TO DETERMINE WHETHER
> THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

SAS AB and its debtor subsidiaries, as debtors and debtors in possession in the

above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows

in support of this objection (the "**Objection**"):

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

**Background**

1.      On July 5, 2022 (the "**Commencement Date**"), each Debtor commenced

with the Court a voluntary case under chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.  No trustee or examiner has been appointed in these chapter 11 cases.  On

July 22, 2022, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed

the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") [ECF No. 75].

2.      The Debtors' chapter 11 cases are being jointly administered for procedural

purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**").

3.      Additional information regarding the Debtors' businesses, capital structure,

and the circumstances leading to the commencement of these chapter 11 cases is set forth in the

*Declaration of Erno Hildén Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern*

*District of New York*, dated July 5, 2022 [ECF No. 3], and the *Declaration of Michael Healy in*

*Support of First Day Motions and Applications*, dated July 5, 2022 [ECF No. 4].

**Jurisdiction**

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested**

5.      By this Objection, pursuant to section 502(b) of the Bankruptcy Code and

Bankruptcy Rule 3007(d), the Debtors request entry of an order disallowing and expunging the

claims listed on Exhibit 1 annexed to the Proposed Order (as defined below).

2

6.      A proposed form of order granting the relief requested herein is annexed hereto as <u>Exhibit A</u> (the "**Proposed Order**").

<u>**Claims Reconciliation**</u>

7.      On November 8, 2022, the Court entered an order [ECF No. 605] establishing January 10, 2023 at 5:00 p.m. (Prevailing Eastern Time) as the deadline for all persons and entities (including governmental units) to file proofs of claim (each, a "**Proof of Claim**") against the Debtors for claims (each a "**Claim**") that arose on or prior to the Commencement Date, subject to certain exceptions (including for claims based on the rejection of executory contracts or unexpired leases).

8.      The Debtors have examined the Proofs of Claim identified on <u>Exhibit 1</u> to the Proposed Order and have determined that each Claim under the heading "*Claims to be Disallowed and Expunged*" (each, a "**Satisfied Claim**" and, collectively, the "**Satisfied Claims**") has been satisfied in full during the Debtors' chapter 11 cases, including because (i) the claimed amounts have been paid by the Debtors during these chapter 11 cases pursuant to "first day" or other relief granted by the Court authorizing such payments, (ii) the Debtors paid such amounts in the ordinary course of business, or (iii) the Debtors assumed, and cured all prepetition amounts owing under, the contract(s) that form the basis of a Satisfied Claim.

<u>**Satisfied Claims Should Be Disallowed**</u>

9.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).

10.     As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof of claim constitutes prima facie evidence of the validity and the amount of the claim under section 502(a) of the Bankruptcy Code. Prima facie validity under Bankruptcy Rule 3001(f), however, can be overcome by rebuttal evidence. *See In re Ditech Holding Corp.*, No. 19-10412 (JLG), 2021

3

WL 408984, at *4 (Bankr. S.D.N.Y. Feb. 2, 2021); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000). Accordingly, pursuant to Bankruptcy Rule 3007(a), a party in interest may object to the allowance of a claim in a writing filed with the Bankruptcy Court. Fed. R. Bankr. P. 3007(a). Upon an objection, the claimant has the burden to demonstrate the validity of the claim. *See Rozier v. Rescap Borrower Claims Tr. (In re Residential Cap., LLC)*, No. 15-cv-3248 (KPF), 2016 WL 796860, at *9 (S.D.N.Y. Feb. 22, 2016); *In re Arcapita Bank B.S.C.(c)*, No. 12–11076 (SHL), 2013 WL 6141616, at *1 (Bankr. S.D.N.Y. Nov. 21, 2013), *aff'd sub nom. In re Arcapita Bank B.S.C.(c)*, 508 B.R. 814 (S.D.N.Y. 2014); *Hasson v. Motors Liquidation Co. GUC Tr. (In re Motors Liquidation Co.)*, No. 11-cv-8444 (RJS), 2012 WL 1886755, at *3 (S.D.N.Y. May 12, 2012); *In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd sub nom. Peter J. Solomon Co., L.P. v. Oneida Ltd.*, No. 09-cv-2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010).

11.     Further, Bankruptcy Rule 3007(d) permits the Debtors to file objections to more than one claim on the basis that, among other things, such claims "have been satisfied or released during the case in accordance with the Code, applicable rules, or a court order." Fed. R. Bankr. P. 3007(d)(5).

12.     The Debtors have carefully examined each Satisfied Claim and compared it to their books and records and have determined that each Satisfied Claim identified on Exhibit 1 to the Proposed Order has already been satisfied in full during the Debtors' cases. As no amounts are owed on account of the Satisfied Claims, to ensure that the claims register is accurate and does not inaccurately overstate the Debtors' liabilities, and to avoid the possibility of multiple recoveries on account of already-satisfied liabilities, the Debtors seek entry of the Proposed Order disallowing and expunging the Satisfied Claims from the claims register.

## **Reservation of Rights**

13.     Nothing contained herein is intended or shall be construed as (i) an admission as to the validity of any Claim against the Debtors, (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any Claim against the Debtors, (iii) an agreement or obligation to pay any Claims, (iv) a waiver of any claims or causes of action that may exist against any creditor or interest holder, or (v) an approval, assumption, or adoption of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.  Likewise, if the Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended to be and should not be construed as an admission to the validity of any claim or a waiver of the Debtors' or any appropriate party in interest's rights to subsequently dispute such claim.

## **Notice**

14.     Notice of this Objection will be provided in accordance with Bankruptcy Rule 3007 and the procedures set forth in the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292].  The Debtors respectfully submit that no further notice is required.

15.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: December 23, 2023
      New York, New York

/s/ Lauren Tauro
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SAS AB**, *et al.*, | : | **Case No. 22-10925 (MEW)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |
| | : | **ECF No. [●]** |

------------------------------------------------------------- x

## ORDER GRANTING SIXTH OMNIBUS OBJECTION
## OF DEBTORS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS
### (Satisfied Claims)

Upon the objection, dated December 23, 2023 (the "**Objection**"),[2] of SAS AB and

its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), pursuant to section 502(b) of the Bankruptcy Code and

Bankruptcy Rule 3007(d), for entry of an order disallowing and expunging the Satisfied Claims,

all as more fully set forth in the Objection; and this Court having jurisdiction to consider the

Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

*Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of

the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §

157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Objection having been provided, and such notice having been

adequate and appropriate under the circumstances; and it appearing that no other or further notice

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Objection.

need be provided; and this Court having reviewed the Objection; and upon any hearing held on the Objection; and all responses, if any, to the Objection having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is granted to the extent set forth herein.

2.      Pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Satisfied Claim identified under the heading "*Claims to be Disallowed and Expunged*" on **Exhibit 1** annexed to this Order is hereby disallowed and expunged.

3.      To the extent a response was filed regarding any Satisfied Claim, each such Satisfied Claim, and the Objection as it pertains to such Satisfied Claim, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order will be deemed a separate order with respect to each satisfied Claim.

4.      Nothing contained in the Objection or this Order shall be construed as (i) an admission as to the validity of any Claim, (ii) an agreement or obligation to pay any Claims, (iii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute any Claim, (iv) a waiver of any claims or causes of action which may exist against any creditor or interest holder, or (v) an approval or assumption of any agreement, contract, program, policy or lease under section 365 of the Bankruptcy Code.

5.      The Debtors' claims and noticing agent, Kroll Restructuring Administration, LLC, is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2024
        New York, New York

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

3

**Exhibit 1**

**Satisfied Claims**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| AVINOR | AVINOR AS POSTBOKS 150, GARDERMOEN, 2061, NORWAY | 5339227 | Scandinavian Airlines System Denmark-Norway-Sweden | 59,086.01 |
| AVINOR | AVINOR AS POSTBOKS 150, GARDERMOEN, 2061, NORWAY | 5339228 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,853,190.39 |
| AVINOR AS | POSTBOKS 150, GARDERMOEN, 2061, NORWAY | 5339336 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,270,565.17 |
| AVL-ASHERVILLE REGIONAL AIRPORT AUTHORITY | 61 TERMINAL DRIVE SUITE 1, FLETCHER, NC, 28732, UNITED STATES | 5339337 | Scandinavian Airlines System Denmark-Norway-Sweden | 70.24 |
| AVONOVA HALSA AB | FABRIKSGATAN 4, LIDKOPING, 53130, SWEDEN | 5340055 | Scandinavian Airlines System Denmark-Norway-Sweden | 517.41 |
| AVONOVA HELSE AS | KLARABERGSVIADUKTEN 90 B, STOCKHOLM, S-111 64, SWEDEN | 832 | Scandinavian Airlines System Denmark-Norway-Sweden | 24,713.00 |
| AVP-PORT MANAGER | W-B/SCRANTON INTL AIRPORT 100 TERMINAL ROAD, AVOCA, PA, 18641, UNITED STATES | 5339338 | Scandinavian Airlines System Denmark-Norway-Sweden | 35.12 |
| AXHOLMEN AB | INGMAR BERGMANS GATA 2, 3TR, STOCKHOLM, 11434, SWEDEN | 43 | Scandinavian Airlines System Denmark-Norway-Sweden | 88,707.19 |
| AXHOLMEN AB | INGMAR BERGMANS GATA 2, 3TR, STOCKHOLM, 11434, SWEDEN | 45 | Scandinavian Airlines System Denmark-Norway-Sweden | 52,559.31 |
| BALTIC CARGO CENTER | STARPTAUTISKA LIDOSTA RIGA ZIEMEJU IELA MARUPES NOVADS, LATVIJA, LV1053, LATVIA | 5340069 | Scandinavian Airlines System Denmark-Norway-Sweden | 205.86 |
| BAMBORA AB | P.O. BOX 17026 VASAGATAN 16, STOCKHOLM, 10462, SWEDEN | 5340070 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,139.87 |
| BDL-BRADLEY INTL AIRPORT | ATTN:FINANCIAL OFFICE 334 ELLA GRASSO TURNPIKE, WINDSOR LOCKS, CT, 06096, UNITED STATES | 5339339 | Scandinavian Airlines System Denmark-Norway-Sweden | 30.73 |
| BEIJING SUNFLOWER TOWER CO., LTD | SUITE 430 SUNFLOWER TOWER NO. 37 MAIZIDIAN STREET CHAOYANG DISTRICT, BEIJING, , CHINA | 5339230 | Scandinavian Airlines System Denmark-Norway-Sweden | 158,134.52 |

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | |
|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| BEIJING SUNFLOWER TOWER CO., LTD | SUITE 430 SUNFLOWER TOWER NO. 37 MAIZIDIAN STREET CHAOYANG DISTRICT, BEIJING, , CHINA | 5339231 | Scandinavian Airlines System Denmark-Norway-Sweden | 27,479.89 |
| BENIFY A/S | RADHUSGATA 4, OSLO, 151, NORWAY | 5340079 | Scandinavian Airlines System Denmark-Norway-Sweden | 104,990.65 |
| BENIFY AB | APELBERGSGATAN 33A, STOCKHOLM, 11137, SWEDEN | 5340080 | Scandinavian Airlines System Denmark-Norway-Sweden | 117,456.16 |
| BENIFY AS | RADHUSGATA 4, OSLO, 151, NORWAY | 5340148 | Scandinavian Airlines System Denmark-Norway-Sweden | 57,145.66 |
| BERENDSEN TEKSTIL SERVICE AS | POSTBOKS 6852 RODELØKKA, OSLO, 504, NORWAY | 5340149 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,338 |
| BERENDSEN TEXTIL SERVICE A/S | TOBAKSVEJEN 22, SØBORG, 2860, DENMARK | 5340150 | Scandinavian Airlines System Denmark-Norway-Sweden | 101,935 |
| BERG HANSEN REISEBUREAU AS. | POSTBOKS 465 SENTRUM, OSLO, 105, NORWAY | 5340151 | Scandinavian Airlines System Denmark-Norway-Sweden | 284,226.07 |
| BERG HANSEN REISEBUREAU TRONDHEIM AS | IATA 602 00744 PIR-SENETERET NO-7005 TRONDHEIM, TRONDHEIM, , NORWAY | 824 | SAS Norge AS | 2,161.00 |
| BEST BROADCAST HIRE AB | INDUSTRIVAGEN 17 GELBGJUTAREVAGEN 3, SOLNA, 171 48, SWEDEN | 5340154 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,000.90 |
| BHM-BIRMINGHAM A/P AUTH. PFC | 5900 AIRPORT HIGHWAY, BIRMINGHAM, AL, 35212, UNITED STATES | 5340158 | Scandinavian Airlines System Denmark-Norway-Sweden | 30.73 |
| BIEBER, ERICH | KOPMANGATAN 2C, OSTERSUND, 83130, SWEDEN | 155 | SAS Sverige AB | 496.60 |
| BILLETKONTORET A/S | VESTERBROGADE 112B, KØBENHAVN V, 1620, DENMARK | 5340160 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,212.20 |
| BILLUND LUFTHAVN A/S | POSTBOKS 10, BILLUND, 7190, DENMARK | 5339341 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,225.43 |
| BIS-BISMARCK MUN. AIRPORT | P O BOX 991, BISMARCK, ND, 58502-0991, UNITED STATES | 5339342 | Scandinavian Airlines System Denmark-Norway-Sweden | 13.17 |
| BJS MEI CHENG LV XING SHE | , , , CHINA | 5340162 | Scandinavian Airlines System Denmark-Norway-Sweden | 327.36 |
| BJS OFFICE PETTY CASH | , , , CHINA | 5340163 | Scandinavian Airlines System Denmark-Norway-Sweden | 178.41 |
| BJS SHENGFU HUIDA WUYE | , , , CHINA | 5340164 | Scandinavian Airlines System Denmark-Norway-Sweden | 109.04 |
| BLENDOW GROUP AB | HUMLEGARDSGATAN 14, STOCKHOLM, 11446, SWEDEN | 5339703 | SAS AB | 1,670.87 |

2

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| BNA-METROPOLITAN NASHVILLE A/P | AUTHORITY PFC ACCOUNT P O BOX 440316, NASHVILLE, TN, 37244-0316, UNITED STATES | 5339343 | Scandinavian Airlines System Denmark-Norway-Sweden | 445.80 |
| BOI-BOISE AIR TERMINAL | ATTN. AIRPORT DIR/PFC ACCTNG 3201 AIRPORT WAY, BOISE, ID, 83705, UNITED STATES | 5339344 | Scandinavian Airlines System Denmark-Norway-Sweden | 69.91 |
| BONNIER BUSINESS MEDIA SWEDEN AB | TORSGATAN 21, STOCKHOLM, 113 21, SWEDEN | 5340168 | Scandinavian Airlines System Denmark-Norway-Sweden | 104.63 |
| BONORUM AB | BOX 41, JOHANNESHOV, 121 21, SWEDEN | 5340169 | Scandinavian Airlines System Denmark-Norway-Sweden | 29,382.49 |
| BOS-MASSPORT - PFC | ONE HARBORSIDE DRIVE SUITE 200S ATT: TREASURY, EAST BOSTON, MA, 02128-2090, UNITED STATES | 5339345 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,947.66 |
| BRIDGESTONE AIRCRAFT TIRE (EUROPE), S.A. | ROUTE DE BAVAY, FRAMERIES, 7080, BELGIUM | 5340227 | Scandinavian Airlines System Denmark-Norway-Sweden | 85,196.13 |
| BRODALS SMEDIE & ENTREPRENOR APS | BREDAGERVEJ 9, SKIBBY, 4050, DENMARK | 5340230 | Scandinavian Airlines System Denmark-Norway-Sweden | 107,053.38 |
| BRUSSELS AIRPORT COMPANY NV/SA | DIAMANT BUILDING A.REYERSLAAN 80, BRUSSEL, 1030, BELGIUM | 22 | Scandinavian Airlines System Denmark-Norway-Sweden | 243,251.64 |
| BTR-BATON ROUGE METRO AIRPORT | PFC REMITTANCE 9430 JACKIE COCHRAN DRIVE SUITE 300, BATON ROUGE, LA, 70807, UNITED STATES | 5339347 | Scandinavian Airlines System Denmark-Norway-Sweden | 4.39 |
| BTV-BURLINGTON INTL AIRPORT | ATTN. PFC REMITTANCE 1200 AIRPORT DRIVE #1, SOUTH BURLINGTON, VT, 05403, UNITED STATES | 5339348 | Scandinavian Airlines System Denmark-Norway-Sweden | 61.46 |
| BUF-NIAGARA FRONTIER TRANSP. A | 181 ELLICOFT STREET, BUFFALO, NY, 14203, UNITED STATES | 5339349 | Scandinavian Airlines System Denmark-Norway-Sweden | 289.52 |
| BUNDESPOLIZEIDIREKTION SANKT AUGUSTIN | BUNDESGREUZSCHUTZSTRAIBE 100, SANKT AUGUSTIN, 53757, GERMANY | 1162 | SAS AB | 110,743.31 |
| BUNDESPOLIZEIDIREKTION SANKT AUGUSTIN | BUNDESGREUZSCHUTZSTRAIBE 100, SANKT AUGUSTIN, 53757, GERMANY | 290 | SAS AB | 110,743.31 |
| BUNDESPOLIZEIDIREKTION SANKT AUGUSTIN | BUNDESGREUZSCHUTZSTRAIBE 100, SANKT AUGUSTIN, 53757, GERMANY | 293 | Scandinavian Airlines System Denmark-Norway-Sweden | 118,283.26 |
| BUPA | BUPA PLACE 102 THE QUAY, SALFORD, M50 3SP, UNITED KINGDOM | 5340235 | Scandinavian Airlines System Denmark-Norway-Sweden | 309.74 |

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | |
|---|---|---|---|---|
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| BWI-MARYLAND AVIATION ADMIN | PFC ACCOUNTING MANAGER MARYLAND AVIATION ADMINISTRATION PO BOX 46129, BALTIMORE, MD, 21240-6129, UNITED STATES | 5339350 | Scandinavian Airlines System Denmark-Norway-Sweden | 26.12 |
| BYGGNADSFIRMA J. KJELLANDER AB | LANGGATAN 7, SIGTUNA, 193 30, SWEDEN | 5340860 | Scandinavian Airlines System Denmark-Norway-Sweden | 65,623.88 |
| BZN-GALLATIN AIRPORT AUTHORITY | 850 GALLATIN FIELD ROAD SUITE 6, BELGRADE, MT, 59714, UNITED STATES | 5339351 | Scandinavian Airlines System Denmark-Norway-Sweden | 4.39 |
| CABINN METRO HOTEL | ARNE JACOBSENS ALLE 2, KØBENHAVN DK-, 2300, DENMARK | 5340240 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,537.71 |
| CAE-COLUMBIA METRO AIRPORT | 125 A SUMMER LAKE DR., WEST COLUMBIA, SC, 29170, UNITED STATES | 5339352 | Scandinavian Airlines System Denmark-Norway-Sweden | 30.73 |
| CAK-AKRON-CANTON REGIONAL A/P | DIRECTOR OF AVIATION 5400 LAUBY RD N.W., CANTON, OH, 44720, UNITED STATES | 5339353 | Scandinavian Airlines System Denmark-Norway-Sweden | 4.39 |
| CAMPO GRAFISK APS | TORVEGADE 3, AUNING, 8963, DENMARK | 5340247 | Scandinavian Airlines System Denmark-Norway-Sweden | 15,240.46 |
| CANON MARKETING JAPAN | 2-16-6, KONAN CANNON S TOWER MINATO-KU, TOKYO, 108-0075, JAPAN | 5340251 | Scandinavian Airlines System Denmark-Norway-Sweden | 53.77 |
| CANON MARKETING JAPAN BUSINESS SUPPORT | CANON S TOWER 16-6 KONAN 2-CHOME MINATO-KU, TOKYO, 108-8011, JAPAN | 5340252 | Scandinavian Airlines System Denmark-Norway-Sweden | 16.84 |
| CANON OY | PL 1  PL 1, HELSINKI, 351, FINLAND | 5340254 | Scandinavian Airlines System Denmark-Norway-Sweden | 53.42 |
| CANON POLSKA SP. Z O.O. | UL GOTTLIEBA DAIMLERA 2, WARSZAWA, 02-460, POLAND | 5340255 | Scandinavian Airlines System Denmark-Norway-Sweden | 58.96 |
| CARGONAUT NEDERLAND B.V. | FOLKSTONEWEG 42, SCHIPHOL, 1118 LM, NETHERLANDS | 5340259 | Scandinavian Airlines System Denmark-Norway-Sweden | 133.34 |
| CDI CENTRO DIAGNOSTICO ITALIANO SPA | VIA SAINT BON 20, MILANO, 20147, ITALY | 5340264 | Scandinavian Airlines System Denmark-Norway-Sweden | 607.69 |
| CENTRE DE PERCEPTION-TAXES DIVERSES | BOULEVARD ROI ALBERT II 33, BTE 431, BRUXELLES, 1030, BELGIUM | 5340265 | Scandinavian Airlines System Denmark-Norway-Sweden | 15,779.36 |
| CENTRUM MEDYCZNE ENEL-MED S.A. | UL. SLOMINSKIEGO 19 LOK.524, WARSZAWA, 00-195, POLAND | 5340266 | Scandinavian Airlines System Denmark-Norway-Sweden | 720.11 |
| CEPSA INTERNATIONAL BV | AVENIDA DE AMERICA 32, MADRID 2, 28028, SPAIN | 5340267 | Scandinavian Airlines System Denmark-Norway-Sweden | 20,789.00 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| CHINA CIVIL AIR | NO.155 DONGSI WEST AVENUE, BEIJING, 100710, CHINA | 5340270 | Scandinavian Airlines System Denmark-Norway-Sweden | 20.83 |
| CHINA EASTERN AIRLINES | 2550 HONGQIAO ROAD HONGQIAO INTERNATIONAL AIRPORT, SHANGHAI, 200335, CHINA | 5340271 | Scandinavian Airlines System Denmark-Norway-Sweden | 34,331.14 |
| CHINA UNICOM | 75TH FLOOR, THE CENTER 99 QUEENS ROAD CENTRAL, HONG KONG, , HONG KONG | 5340272 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,457.42 |
| CHO-DIRECTOR OF AVIATION | CHARLOTTESVILLE-ALBERMARLE A/P 100 BOWEN LOOP #200, CHARLOTTESVILLE, VA, 22911, UNITED STATES | 5339354 | Scandinavian Airlines System Denmark-Norway-Sweden | 4.39 |
| CHS - CHARLESTON INTERNATIONAL AIRPORT | ATTN: PFC PAYMENTS 5500 INTERNATIONAL BLVD #101, CHARLESTON, SC, 29418-6911, UNITED STATES | 5339355 | Scandinavian Airlines System Denmark-Norway-Sweden | 87.03 |
| CID-THE EASTERN IOWA AIRPORT | 2515 ARTHUR COLLINS PKWY SW., CEDAR RAPIDS, IA, 52406, UNITED STATES | 5339356 | Scandinavian Airlines System Denmark-Norway-Sweden | 118.09 |
| CIRCLE K NORGE AS | POSTBOKS 1176 SENTRUM, OSLO, 191, NORWAY | 5340275 | Scandinavian Airlines System Denmark-Norway-Sweden | 189.23 |
| CISALPINA TOURS SPA | C.SO MONCENISIO 41, ROSTA, 10090, ITALY | 5340276 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,987.78 |
| CITY OF CHICAGO | DEPARTMENT OF FINANCE-PFC REMITTANCE 121 N. LASALLE,ROOM 700, CHICAGO, IL, 60602, UNITED STATES | 5339239 | Scandinavian Airlines System Denmark-Norway-Sweden | 514,148.22 |
| CITY OF CHICAGO | DEPARTMENT OF FINANCE-PFC REMITTANCE 121 N. LASALLE,ROOM 700, CHICAGO, IL, 60602, UNITED STATES | 5339240 | Scandinavian Airlines System Denmark-Norway-Sweden | 178,834.17 |
| CITY OF CHICAGO | DEPARTMENT OF FINANCE-PFC REMITTANCE 121 N. LASALLE,ROOM 700, CHICAGO, IL, 60602, UNITED STATES | 5339357 | Scandinavian Airlines System Denmark-Norway-Sweden | 605,615.18 |
| CITY OF NEWARK | PAYROLL TAX P.O. BOX 15118, NEWARK, NJ, 07192, UNITED STATES | 5340279 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,092.83 |
| CITYJET | IMBUS HOUSE, DUBLIN AIRPORT, DUBLIN, K67 T680, IRELAND | 5340280 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,478,972.87 |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
|---|---|---|---|---|
| CIVIL AVIATION AUTHORITY | AVIATION HOUSE BEEHIVE RING ROAD,, CRAWLEY, RH6 0YR, UNITED KINGDOM | 5339358 | Scandinavian Airlines System Denmark-Norway-Sweden | 26,496.54 |
| CLE-TREASURER-CITY OF CLEVELAND | BANK OF NEW YORK MELLON TRUST PO BOX 70275, CLEVELAND, OH, 44190-0275, UNITED STATES | 5339359 | Scandinavian Airlines System Denmark-Norway-Sweden | 332.43 |
| CLIFFORD CHANCE LLP | 10 UPPER BANK STREET, LONDON, E14 5JJ, UNITED KINGDOM | 5340291 | Scandinavian Airlines System Denmark-Norway-Sweden | 44,626.26 |
| CLT- CHARLOTTE DOUGLAS AIRPORT | PO BOX 63091, CHARLOTTE, NC, 28263-3091, UNITED STATES | 5339360 | Scandinavian Airlines System Denmark-Norway-Sweden | 639.60 |
| CMAC GROUP UK LTD (ONTRACCS LIMITED) | SUITE 1, THE GLOBE CENTRE, ACCRINGTON, BB5 0RE, UNITED KINGDOM | 5340292 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,775.71 |
| C-MAC PARTNERSHIP LTD T/A FLIGHT DELAY SERVICES | ROOM 110 REGUS BUIDING 3000 AVIATOR WAY, MANCHESTER AIRPORT, M225TG, UNITED KINGDOM | 5340293 | Scandinavian Airlines System Denmark-Norway-Sweden | 61,327.21 |
| CMH-COLUMBUS AIRPORT AUTHORITY | P O BOX 636852, CINCINNATI, OH, 45263-6852, UNITED STATES | 5339361 | Scandinavian Airlines System Denmark-Norway-Sweden | 293.14 |
| CMI-U. OF ILLINOIS WILLARD AIR | 11 AIRPORT ROAD PFC ADMIN, SAVOY, IL, 61874, UNITED STATES | 5339362 | Scandinavian Airlines System Denmark-Norway-Sweden | 13.17 |
| COLITEL | 24 AVANUE DES MONDAULTS, FLOIRAC, 33270, FRANCE | 5340295 | Scandinavian Airlines System Denmark-Norway-Sweden | 12,613.47 |
| COMBIENT MIX AB | SVEAVAGEN 17, 4TR, STOCKHOLM, 11157, SWEDEN | 5340297 | Scandinavian Airlines System Denmark-Norway-Sweden | 99,947.37 |
| COMPREND AB | SVEAVAGEN 20 BOX 3666, STOCKHOLM, SE 103 59, SWEDEN | 5340340 | Scandinavian Airlines System Denmark-Norway-Sweden | 166.07 |
| COOKIN FOOD SWEDEN | MEKANIKERVÄGEN 2, STOCKHOLM, 19060, SWEDEN | 5340346 | Scandinavian Airlines System Denmark-Norway-Sweden | 24,829.47 |
| COOR SERVICE MANAGEMENT A/S | VOLLSVEIEN 6, LYSAKER, 1366, NORWAY | 5340348 | Scandinavian Airlines System Denmark-Norway-Sweden | 681,278.34 |
| COOR SERVICE MANAGEMENT AB | KNARRARNASGATAN 7, KISTA, 164 99, SWEDEN | 5340349 | Scandinavian Airlines System Denmark-Norway-Sweden | 585,447.76 |
| COOR SERVICE MANAGEMENT AS | VOLLSVEIEN 6, LYSAKER, 1366, NORWAY | 5340350 | Scandinavian Airlines System Denmark-Norway-Sweden | 422,666.47 |
| COROMATIC A/S | AGERHATTEN 5, ODENSE SO, 5220, DENMARK | 5340354 | Scandinavian Airlines System Denmark-Norway-Sweden | 849.14 |
| CORPORATE TRAVEL MANAGEMENT (UNITED KINGDOM) LIMITED | 1 CARTER LANE, LONDON, EC4V 5ER, UNITED KINGDOM | 5340355 | Scandinavian Airlines System Denmark-Norway-Sweden | 710.51 |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
|---|---|---|---|---|
| COS COLORADO SPRINGS AIRPORT | 7770 MILTON E PROBY PKWY STE 50, COLORADO SPRINGS, CO, 80916-4928, UNITED STATES | 5339363 | Scandinavian Airlines System Denmark-Norway-Sweden | 13.17 |
| CRG FINANCIAL LLC (AS ASSIGNEE OF BRUBAKKEN RENTAL AS) | 84 HERBERT AVE, BUILDING B-SUITE 202, CLOSTER, NJ, 07624, UNITED STATES | 1127 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,475.57 |
| CROATIAN CIVIL AVIATION AGENCY | ULICA GRADA VUKOVARA 284, ZAGREB, 10000, CROATIA | 5339364 | Scandinavian Airlines System Denmark-Norway-Sweden | 15,948.02 |
| CROSSRACER TRANSPORT SERVICES S.A. | CARLOS PELLEGRINI 1069 9 PISO UF.102/103, CIUDAD AUTONOMA DE BUENOS AIRES, C1009ABU, ARGENTINA | 5340359 | Scandinavian Airlines System Denmark-Norway-Sweden | 440.44 |
| CROWNE PLAZA LONDON GATWICK AIRPORT | LANGLEY DRIVE CRAWLEY, WEST SX, RH117SX, UNITED KINGDOM | 5340361 | Scandinavian Airlines System Denmark-Norway-Sweden | 377.87 |
| CRW-CENTRAL WEST VIRGINIA | REGIONAL AIRPORT AUTHORITY 100 AIRPORT ROAD - #175, CHARLESTON, WV, 25311, UNITED STATES | 5339365 | Scandinavian Airlines System Denmark-Norway-Sweden | 74.52 |
| CUALTIS SL | C/ ARGOS 4-6, MADRID, 28037, SPAIN | 5340363 | Scandinavian Airlines System Denmark-Norway-Sweden | 224.93 |
| CVG-GREATER CINCINNATI INTL AIRPORT | KENTON COUNTRY AIRPORT BOARD FINANCE P.O. BOX 752000, CINCINNATI, OH, 45275-2000, UNITED STATES | 5339366 | Scandinavian Airlines System Denmark-Norway-Sweden | 310.92 |