**Hearing Date and Time: January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)**
**Response Deadline: January 16, 2024 at 4:00 p.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
|  |  |  |
|---|---|---|
| In re | : | **Chapter 11** |
|  | : |  |
| **SAS AB, *et al.*,** | : | **Case No. 22-10925 (MEW)** |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |

------------------------------------------------------------- x

**NOTICE OF SEVENTH OMNIBUS OBJECTION OF**
**DEBTORS TO DISALLOW AND EXPUNGE CLAIMS**
**(Satisfied Claims)**

---

**THE ATTACHED OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS. PLEASE CAREFULLY REVIEW THE ATTACHED OBJECTION AND THE ATTACHMENT THERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

---

**PLEASE TAKE NOTICE** that, on December 23, 2023, SAS AB and its debtor

subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

(collectively, the "**Debtors**") filed the *Seventh Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims)* (the "**Objection**").

PLEASE TAKE FURTHER NOTICE that a hearing to consider entry of an order approving the Objection (the "**Hearing**") will be conducted before the Honorable Michael E. Wiles, in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), on **January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the Objection requests the Bankruptcy Court disallow and expunge from the claims register the claims listed on Exhibit 1 to the proposed form of order annexed to the Objection as Exhibit A (the "**Proposed Order**") on the ground that each such claim has been satisfied in full during the Debtors' chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that any responses (the "**Responses**") to the Objection must (i) be in writing, (ii) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**"), and the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292] (the "**Case Management Order**"), (iii) be filed with the Bankruptcy Court by (a) attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) and (b) all other parties in interest on a CD-ROM, in text-searchable portable document format (PDF) (with two single-sided hard copies delivered to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and (iv) be served in accordance with General Order M-399, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Case Management Order, upon (a) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Gary Holtzer, Kelly DiBlasi, David

Griffiths, and Lauren Tauro), (b) the Office of the United States Trustee for Region 2 (Attn: Greg

Zipes, Esq. & Annie Wells, Esq.), and (c) the attorneys for the Official Committee of Unsecured

Creditors (Attn: Brett H. Miller, Todd M. Goren, Debra M. Sinclair, Craig A. Damast, and James

H. Burbage), so as to be filed and received no later than **January 16, 2024 at 4:00 p.m.**

**(Prevailing Eastern Time)** (the "**Response Deadline**").

> **PLEASE TAKE FURTHER NOTICE** that any Response must contain the

following: (i) the name of the claimant and description of the basis for the amount of the claim;

(ii) a concise statement setting forth the reasons why the claim should not be disallowed and

expunged from the claims register for the reasons set forth in the Objection, including the specific

factual and legal bases which will be relied upon in opposing the Objection; and (iii) all

documentation or other evidence of the claim, to the extent not included with the proof of claim

previously filed with the Bankruptcy Court, which will be relied upon in opposing the Objection.

> **PLEASE TAKE FURTHER NOTICE** that if no Responses are timely filed and

served with respect to the Objection by the Response Deadline, the Bankruptcy Court may grant

the relief requested in the Objection without further notice or an opportunity to be heard.

> **PLEASE TAKE FURTHER NOTICE that any claim that the Bankruptcy**
> **Court disallows and expunges will be treated as if it had not been filed and will not be entitled**
> **to any distribution on account thereof.**

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required to attend any Hearing and failure to appear may result in relief being granted upon default.

Dated: December 23, 2023
New York, New York

*/s/ Lauren Tauro*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**Hearing Date and Time: January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)**
**Response Deadline: January 16, 2024 at 4:00 p.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SAS AB,** *et al.*, | : | **Case No. 22-10925 (MEW)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------- x

## SEVENTH OMNIBUS OBJECTION OF
## DEBTORS TO DISALLOW AND EXPUNGE CLAIMS
### (Satisfied Claims)

---

**THIS OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS. PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENT HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

---

SAS AB and its debtor subsidiaries, as debtors and debtors in possession in the

above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows

in support of this objection (the "**Objection**"):

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

**Background**

1.      On July 5, 2022 (the "**Commencement Date**"), each Debtor commenced

with the Court a voluntary case under chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.  No trustee or examiner has been appointed in these chapter 11 cases.  On

July 22, 2022, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed

the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") [ECF No. 75].

2.      The Debtors' chapter 11 cases are being jointly administered for procedural

purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**").

3.      Additional information regarding the Debtors' businesses, capital structure,

and the circumstances leading to the commencement of these chapter 11 cases is set forth in the

*Declaration of Erno Hildén Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern*

*District of New York*, dated July 5, 2022 [ECF No. 3], and the *Declaration of Michael Healy in*

*Support of First Day Motions and Applications*, dated July 5, 2022 [ECF No. 4].

**Jurisdiction**

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested**

5.      By this Objection, pursuant to section 502(b) of the Bankruptcy Code and

Bankruptcy Rule 3007(d), the Debtors request entry of an order disallowing and expunging the

claims listed on Exhibit 1 annexed to the Proposed Order (as defined below).

6.      A proposed form of order granting the relief requested herein is annexed

hereto as Exhibit A (the "**Proposed Order**").

**Claims Reconciliation**

7.      On November 8, 2022, the Court entered an order [ECF No. 605]

establishing January 10, 2023 at 5:00 p.m. (Prevailing Eastern Time) as the deadline for all persons

and entities (including governmental units) to file proofs of claim (each, a "**Proof of Claim**")

against the Debtors for claims (each a "**Claim**") that arose on or prior to the Commencement Date,

subject to certain exceptions (including for claims based on the rejection of executory contracts or

unexpired leases).

8.      The Debtors have examined the Proofs of Claim identified on Exhibit 1 to

the Proposed Order and have determined that each Claim under the heading "*Claims to be

Disallowed and Expunged*" (each, a "**Satisfied Claim**" and, collectively, the "**Satisfied Claims**")

has been satisfied in full during the Debtors' chapter 11 cases, including because (i) the claimed

amounts have been paid by the Debtors during these chapter 11 cases pursuant to "first day" or

other relief granted by the Court authorizing such payments, (ii) the Debtors paid such amounts in

the ordinary course of business, or (iii) the Debtors assumed, and cured all prepetition amounts

owing under, the contract(s) that form the basis of a Satisfied Claim.

**Satisfied Claims Should Be Disallowed**

9.      A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).

10.      As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof

of claim constitutes prima facie evidence of the validity and the amount of the claim under section

502(a) of the Bankruptcy Code.  Prima facie validity under Bankruptcy Rule 3001(f), however,

can be overcome by rebuttal evidence. *See In re Ditech Holding Corp.*, No. 19-10412 (JLG), 2021

WL 408984, at *4 (Bankr. S.D.N.Y. Feb. 2, 2021); *In re Rockefeller Ctr. Props.*, 272 B.R. 524,

539 (Bankr. S.D.N.Y. 2000).   Accordingly, pursuant to Bankruptcy Rule 3007(a), a party in

interest may object to the allowance of a claim in a writing filed with the Bankruptcy Court.  Fed.

R. Bankr. P. 3007(a).  Upon an objection, the claimant has the burden to demonstrate the validity

of the claim.  *See Rozier v. Rescap Borrower Claims Tr. (In re Residential Cap., LLC)*, No. 15-cv-

3248 (KPF), 2016 WL 796860, at *9 (S.D.N.Y. Feb. 22, 2016); *In re Arcapita Bank B.S.C.(c)*,

No. 12–11076 (SHL), 2013 WL 6141616, at *1 (Bankr. S.D.N.Y. Nov. 21, 2013), *aff'd sub nom.*

*In re Arcapita Bank B.S.C.(c)*, 508 B.R. 814 (S.D.N.Y. 2014); *Hasson v. Motors Liquidation Co.*

*GUC Tr. (In re Motors Liquidation Co.)*, No. 11-cv-8444 (RJS), 2012 WL 1886755, at *3

(S.D.N.Y. May 12, 2012); *In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*

*sub nom. Peter J. Solomon Co., L.P. v. Oneida Ltd.*, No. 09-cv-2229 (DC), 2010 WL 234827

(S.D.N.Y. Jan. 22, 2010).

11.     Further, Bankruptcy Rule 3007(d) permits the Debtors to file objections to

more than one claim on the basis that, among other things, such claims "have been satisfied or

released during the case in accordance with the Code, applicable rules, or a court order." Fed. R.

Bankr. P. 3007(d)(5).

12.     The Debtors have carefully examined each Satisfied Claim and compared it

to their books and records and have determined that each Satisfied Claim identified on <u>Exhibit 1</u>

to the Proposed Order has already been satisfied in full during the Debtors' cases.  As no amounts

are owed on account of the Satisfied Claims, to ensure that the claims register is accurate and does

not inaccurately overstate the Debtors' liabilities, and to avoid the possibility of multiple

recoveries on account of already-satisfied liabilities, the Debtors seek entry of the Proposed Order

disallowing and expunging the Satisfied Claims from the claims register.

## **Reservation of Rights**

13.      Nothing contained herein is intended or shall be construed as (i) an admission as to the validity of any Claim against the Debtors, (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any Claim against the Debtors, (iii) an agreement or obligation to pay any Claims, (iv) a waiver of any claims or causes of action that may exist against any creditor or interest holder, or (v) an approval, assumption, or adoption of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.  Likewise, if the Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended to be and should not be construed as an admission to the validity of any claim or a waiver of the Debtors' or any appropriate party in interest's rights to subsequently dispute such claim.

## **Notice**

14.      Notice of this Objection will be provided in accordance with Bankruptcy Rule 3007 and the procedures set forth in the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292].  The Debtors respectfully submit that no further notice is required.

15.      No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: December 23, 2023
New York, New York

/s/ Lauren Tauro
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors
and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SAS AB**, *et al.*, | : | **Case No. 22-10925 (MEW)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |
| | : | **ECF No. [●]** |

---------------------------------------------------------------- x

### ORDER GRANTING SEVENTH OMNIBUS OBJECTION
### OF DEBTORS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS
#### (Satisfied Claims)

Upon the objection, dated December 23, 2023 (the "**Objection**"),[2] of SAS AB and

its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), pursuant to section 502(b) of the Bankruptcy Code and

Bankruptcy Rule 3007(d), for entry of an order disallowing and expunging the Satisfied Claims,

all as more fully set forth in the Objection; and this Court having jurisdiction to consider the

Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

*Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of

the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §

157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Objection having been provided, and such notice having been

adequate and appropriate under the circumstances; and it appearing that no other or further notice

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Objection.

need be provided; and this Court having reviewed the Objection; and upon any hearing held on the

Objection; and all responses, if any, to the Objection having been withdrawn, resolved, or

overruled; and this Court having determined that the legal and factual bases set forth in the

Objection establish just cause for the relief granted herein; and is in the best interests of the

Debtors, their estates, their creditors, and all parties in interest; and upon all of the proceedings

had before this Court and after due deliberation and sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT:

1.      The Objection is granted to the extent set forth herein.

2.      Pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy

Rule 3007, each Satisfied Claim identified under the heading "*Claims to be Disallowed and

Expunged*" on **Exhibit 1** annexed to this Order is hereby disallowed and expunged.

3.      To the extent a response was filed regarding any Satisfied Claim, each such

Satisfied Claim, and the Objection as it pertains to such Satisfied Claim, constitutes a separate

contested matter as contemplated by Bankruptcy Rule 9014.  This Order will be deemed a separate

order with respect to each satisfied Claim.

4.      Nothing contained in the Objection or this Order shall be construed as (i) an

admission as to the validity of any Claim, (ii) an agreement or obligation to pay any Claims, (iii) a

waiver of the Debtors' or any appropriate party in interest's rights to dispute any Claim, (iv) a

waiver of any claims or causes of action which may exist against any creditor or interest holder,

or (v) an approval or assumption of any agreement, contract, program, policy or lease under

section 365 of the Bankruptcy Code.

5.    The Debtors' claims and noticing agent, Kroll Restructuring Administration, LLC, is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

6.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2024
          New York, New York

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

3

**Exhibit 1**

**Satisfied Claims**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| CWT SVERIGE AB | BOX 14047, BROMMA, 16714, SWEDEN | 5340368 | Scandinavian Airlines System Denmark-Norway-Sweden | 37,362.08 |
| CZECH AIRLINES HANDLING A.S. | AVIATICKA 1017 2, PRAHA, 160 08, CZECH REPUBLIC | 5340370 | Scandinavian Airlines System Denmark-Norway-Sweden | 13.39 |
| DAB - DAYTONA BEACH INTL AIRPORT | ATTN: PFC COLLECTION 700 CATALINA DR SUITE 300, DAYTONA BEACH, FL, 32114, UNITED STATES | 5340372 | Scandinavian Airlines System Denmark-Norway-Sweden | 4.39 |
| DANISH AIR TRANSPORT A/S | KOLDING AIRPORT VAMDRUP LUFTHAVNSVEJ 7A P.O.BOX 80, VAMDRUP, 6580, DENMARK | 5340378 | Scandinavian Airlines System Denmark-Norway-Sweden | 235,428.43 |
| DAVIS POLK & WARDWELL LONDON LLP | 5 ALDERMANBURY SQUARE, LONDON, EC2V7HR, UNITED KINGDOM | 5339705 | SAS AB | 198,600.03 |
| DAY & NITE REFRIGERATION SERVICE CORP. | 10 CHARLES ST. PO BOX 310, NEW HYDE PARK, NY, 11040-4862, UNITED STATES | 5340385 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,421.04 |
| DAY-CITY OF DAYTON | DEPARTMENT OF AVIATION 3600 TERMINAL DR SUITE 300, VANDALIA, OH, 45377, UNITED STATES | 5339367 | Scandinavian Airlines System Denmark-Norway-Sweden | 39.51 |
| DBQ-DUBUQUE REGIONAL AIRPORT | 11000 AIRPORT RD PFC, DUBUQUE, IA, 52003-9555, UNITED STATES | 5339376 | Scandinavian Airlines System Denmark-Norway-Sweden | 4.39 |
| DEN DENVER INTL AIRPORT | P O BOX 492065, DENVER, CO, 80249-2065, UNITED STATES | 5339377 | Scandinavian Airlines System Denmark-Norway-Sweden | 385.11 |
| DEPARTMENT OF LABOR & INDUSTRIES | PO BOX 24106, SEATTLE, WA, 98124-6524, UNITED STATES | 5340392 | Scandinavian Airlines System Denmark-Norway-Sweden | 140.73 |
| DEPARTMENT OF MOTOR VEHICLES | TAX SERVICES P.O. BOX 27422, RICHMOND, VA, 23269, UNITED STATES | 5340393 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,495.27 |
| DER TOURISTIK NORDIC AB | BOX 45439, STOCKHOLM, 10431, SWEDEN | 5339706 | SAS AB | 3,079.50 |
| DER TOURISTIK NORDIC AB | BOX 45439, STOCKHOLM, 10431, SWEDEN | 5340396 | Scandinavian Airlines System Denmark-Norway-Sweden | 290,629.21 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| DESTER BV TRADING | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 1025 | Scandinavian Airlines System Denmark-Norway-Sweden | 76,986.64 |
| DESTER BV TRADING | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 1028 | Scandinavian Airlines System Denmark-Norway-Sweden | 238,284.95 |
| DFS DEUTSCHE FLUGSICHERUNG | POSTFACH 1243, LANGEN, 63202, GERMANY | 5339378 | Scandinavian Airlines System Denmark-Norway-Sweden | 18,053.93 |
| DFW AIRPORT | P.O. BOX 975019, DALLAS, TX, 75397-5019, UNITED STATES | 5339379 | Scandinavian Airlines System Denmark-Norway-Sweden | 629.96 |
| DINERS CLUB DANMARK FILIAL AF DINERS CLUB NORDIC AB, SVERIGE | PARK ALLE 292, BRØNDBY, DK 2605, DENMARK | 5340402 | Scandinavian Airlines System Denmark-Norway-Sweden | 13.78 |
| DINERS CLUB NORDIC AB | MAGNUS 1 ADULÅSGATAN 2, STOCKHOLM, 103 83, SWEDEN | 5339707 | SAS AB | 485.01 |
| DINERS CLUB NORDIC AB | MAGNUS 1 ADULÅSGATAN 2, STOCKHOLM, 103 83, SWEDEN | 5340403 | Scandinavian Airlines System Denmark-Norway-Sweden | 17,690.70 |
| DKV BELGIUM | RUE DE LOXUM 25, BRUSSEL, 1000, BELGIUM | 5340405 | Scandinavian Airlines System Denmark-Norway-Sweden | 8.57 |
| DNATA SWITZERLAND AG | FRACHTSTRASSE 9/OPC 4 PO BOX, ZURICH, 8058, SWITZERLAND | 5340406 | Scandinavian Airlines System Denmark-Norway-Sweden | 110,543.92 |
| DNB BANK ASA | POSTBOKS 1600 SENTRUM, OSLO, 21, NORWAY | 5340407 | Scandinavian Airlines System Denmark-Norway-Sweden | 35,367.57 |
| DNB LIVSFORSIKRING ASA | POSTBOKS 7500, BERGEN, 5020, NORWAY | 5340408 | Scandinavian Airlines System Denmark-Norway-Sweden | 660,385.30 |
| DOCTOR AIRHEAD APS | PRINSESSEGADE 29A, 3.1, KOBENHAVN, 1422, DENMARK | 5340410 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,308.15 |
| DSM-CITY OF DES MOINES | DES MOINES INTL AIRPORT 5800 FLEUR DR RM 201, DES MOINES, IA, 50321-2854, UNITED STATES | 5339380 | Scandinavian Airlines System Denmark-Norway-Sweden | 140.48 |
| DSV ROAD AS | POSTBOKS 564, KOLBOTN, 1411, NORWAY | 5340414 | Scandinavian Airlines System Denmark-Norway-Sweden | 999.59 |
| DTW-DETROIT METRO WAYNE COUNTY | WAYNE COUNTY DIV OF AIRPORT L.C. SMITH TERMINAL-MEZZANINE, DETROIT, MI, 48242, UNITED STATES | 5339381 | Scandinavian Airlines System Denmark-Norway-Sweden | 801.83 |
| DUBLIN AIRPORT AUTHORITY PLC. | CLIVE HOUSE NATIONAL TECHNOLOGY PARK PLASSEY, LIMERICK CO CLARE, , IRELAND | 5339382 | Scandinavian Airlines System Denmark-Norway-Sweden | 92,509.93 |

| | | | | Claim Amount |
|---|---|---|---|---|
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **(USD)** |
| DUBROVNIK AIRPORT LTD | CILIPI KONAVLE, CILIPI, 20213, CROATIA | 5340415 | Scandinavian Airlines System Denmark-Norway-Sweden | 40.03 |
| DVD FLYT APS | HØRSKÆTTEN 32 POSTBOX 278, TAASTRUP, 2630, DENMARK | 5340419 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,546.87 |
| EAGLE COURIERS (SCOTLAND) LTD T/A EAGLE AVIATION | 2 INCHMUIR ROAD WHITEHILL INDUSTRIAL ESTATE, BATHGATE, WEST LOTHIAN, EH48 2EP, UNITED KINGDOM | 326 | Scandinavian Airlines System Denmark-Norway-Sweden | 36,806.14 |
| EAU CHIPPEWA VALLEY REGIONAL AIRPORT | 3800 STARR AVE, EAU CLAIRE, WI, 54703, UNITED STATES | 5339383 | Scandinavian Airlines System Denmark-Norway-Sweden | 13.17 |
| EBD LOST & FOUND GMBH I.GR. | POSTFACH 101042, ESSEN, 45010, GERMANY | 5340422 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,647.61 |
| ECOLAB INC | P.O. BOX 32027, NEW YORK, NY, 10087-2027, UNITED STATES | 5340423 | Scandinavian Airlines System Denmark-Norway-Sweden | 122.89 |
| EDEN SPRINGS SP. Z O. O. | UL. PERLA 10, DABROWA GORNICZA, 41-300, POLAND | 5340425 | Scandinavian Airlines System Denmark-Norway-Sweden | 180.97 |
| EDENRED FRANCE | SERVICE CLIENTS 166-180, BOULEVARD GABRIEL PERI, MALAKOFF, 92240, FRANCE | 5340426 | Scandinavian Airlines System Denmark-Norway-Sweden | 378.78 |
| EGENCIA EUROPE | 9-11-TOUR EGEE 9 ALL DE L ARCHE, COURBEVOIE, 92400, FRANCE | 5340427 | Scandinavian Airlines System Denmark-Norway-Sweden | 14,722.11 |
| EKLUND, VINNIE BENTE | BELLEVUEVEJ 5, ST. TH, KLAMPENBORG, 2930, DENMARK | 241 | SAS Denmark A/S | 0.00 |
| ELAG EMBALLAGES S.A.R.L | ZONE INDUSTRIELLE NO 12, MUNSTER, 68140, FRANCE | 5340431 | Scandinavian Airlines System Denmark-Norway-Sweden | 10,997.51 |
| ELIS SVERIGE | BOX 17143, MALMÖ, 20010, SWEDEN | 5340464 | Scandinavian Airlines System Denmark-Norway-Sweden | 19,788.59 |
| ELO | C/O NEWSEC ASSET MANAGEMENT OY,PL 52, HELSINKI, 00101, FINLAND | 5340467 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,725.56 |
| EMEA CRM HUB NETHERLANDS B.V. | TELEPORTBOULEVARD 126, 1ST FLOOR, AMSTERDAM, 1043 EJ, NETHERLANDS | 5340470 | Scandinavian Airlines System Denmark-Norway-Sweden | 97,660.80 |
| ENERGI DANMARK A/S | HEDEAGER 5, AARHUS N, 8200, DENMARK | 5340473 | Scandinavian Airlines System Denmark-Norway-Sweden | 17,640.76 |
| ENERGI FORSALJNING SVERIGE AB | HYLLIE BOULEVARD 34, MALMO, 21532, SWEDEN | 5340474 | Scandinavian Airlines System Denmark-Norway-Sweden | 202,300.59 |
| ENERGI SALG NORGE AS | DRAMMENSVEIEN 123, OSLO, 277, NORWAY | 5340475 | Scandinavian Airlines System Denmark-Norway-Sweden | 321,425.66 |

3

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| ENFO SWEDEN AB | BOX 1054, GOTEBORG2, 40522, SWEDEN | 5340476 | Scandinavian Airlines System Denmark-Norway-Sweden | 275,810.42 |
| EQUITY FINANS AS | STORGATEN 26, TONSBERG, 3126, NORWAY | 5340518 | Scandinavian Airlines System Denmark-Norway-Sweden | 400.00 |
| ERI-ERIE INTL AIRPORT | TOM RIDGE FIELD ATTN: PFC COLLECTIONS 4411 WEST 12TH AVENUE, ERIE, PA, 16505, UNITED STATES | 5339385 | Scandinavian Airlines System Denmark-Norway-Sweden | 4.39 |
| ERNST & YOUNG AB | BOX 7850, STOCKHOLM, 10399, SWEDEN | 5339709 | SAS AB | 5,109.70 |
| ES-HEALTH CARE | ADELVEJ 14,, RISSKOV, 8240, DENMARK | 5340519 | Scandinavian Airlines System Denmark-Norway-Sweden | 447.85 |
| ESKY SP. Z O.O. | PL.JAGIELLONSKI 8, RADOM, 26-600, POLAND | 5340520 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,095.37 |
| ESSITY HYGIENE AND HEALTH AB | LAUREN A. ISAACOFF 2929 ARCH STREET, 26TH FLOOR, PHILADELPHIA, PA, 19104, UNITED STATES | 246 | Scandinavian Airlines System Denmark-Norway-Sweden | 46,888.02 |
| ESTRAVEL VILNIUS UAB | SELMYNISKIU 1A, VILNIUS, LT 09312, LITHUANIA | 5340523 | Scandinavian Airlines System Denmark-Norway-Sweden | 258.66 |
| ETRAVEL S.A. | JEROZOLIMSKIE 142B, WARSZAWA, 02-305, POLAND | 5340524 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,284.96 |
| EURO FINANS AB | BOX 167, LUND, 221 00, SWEDEN | 5340526 | Scandinavian Airlines System Denmark-Norway-Sweden | 22,863.25 |
| EUROCARD/SEB KORT AB | MÄSTER SAMUELSGATAN 34, STOCKHOLM, 103 83, SWEDEN | 5339710 | SAS AB | 7,152.12 |
| EUROCARD/SEB KORT AB | MÄSTER SAMUELSGATAN 34, STOCKHOLM, 103 83, SWEDEN | 5340527 | Scandinavian Airlines System Denmark-Norway-Sweden | 299,932.73 |
| EUROCONTROL | RUE DE LA FUSEE 96, BRUXELLES, 1130, BELGIUM | 5339386 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,996,017.83 |
| EUROPEAN ONLINE FLIGHT AB | BOX 1324, HELSINGBORG, S-25113, SWEDEN | 5340531 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,249.49 |
| EUROTRANSMEX SL | C/. VEREDA DEL MEDIO 81 SANTA CRUZ DE TENERIFE, TACORONTE, 38350, SPAIN | 5340532 | Scandinavian Airlines System Denmark-Norway-Sweden | 64.74 |
| EVENES TAXI AS | KVITFORSVEIEN 77, LILAND, 8534, NORWAY | 5340534 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,748.14 |
| EXPEDIA INC | 333 108TH AVENUE NE, BELLEVUE, WA, 98004, UNITED STATES | 5340536 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,356.16 |

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | |
|---|---|---|---|---|
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| EXPEDIA INC/TRAVELSCAPE LLC | PO BOX 847677, DALLAS, TX, 75284-7677, UNITED STATES | 5340537 | Scandinavian Airlines System Denmark-Norway-Sweden | 50,000.00 |
| EXPEDIA TRAVEL. | 10190 COVINGTON CROSS DRIVE SUITE 300 LASVEGAS, LAS VEGAS, NV, 89144, UNITED STATES | 5340538 | Scandinavian Airlines System Denmark-Norway-Sweden | 109,000.00 |
| EXPENSES BENIFY AB | BANERGATAN 16 BOX 24101, STOCKHOLM, 10451, SWEDEN | 5340540 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,964.36 |
| FADEC ALLIANCE | C/O KEY BANK N.A 117 WEST MAIN STREET, ENDICOTT, NY, 13760, UNITED STATES | 5340542 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,656.00 |
| FAR-HECTOR INTL AIRPORT AUTHORITY | P O BOX 2845, FARGO, ND, 58108-2845, UNITED STATES | 5339387 | Scandinavian Airlines System Denmark-Norway-Sweden | 52.68 |
| FAT-AIRPORT ADMIN/DEV FRESNO C | 4995 E. CLINTON WAY, FRESNO, CA, 93727-1525, UNITED STATES | 5339388 | Scandinavian Airlines System Denmark-Norway-Sweden | 144.43 |
| FEDERAL EXPRESS CORP. | P.O. BOX 371461, PITTSBURGH, PA, 15250-7461, UNITED STATES | 5340545 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,759.38 |
| FEDERAL EXPRESS CORPORATION NORWAY | GNEISVEIEN 40, SKEDSMOKORSET, 2020, NORWAY | 5340546 | Scandinavian Airlines System Denmark-Norway-Sweden | 22.41 |
| FEDEX EXPRESS NETHERLANDS B.V. | EFFECT 9, DUIVEN, 6921 RG, NETHERLANDS | 5340573 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,182.81 |
| FENNIA | UUSIMAA, HELSINKI, 00100, FINLAND | 5340574 | Scandinavian Airlines System Denmark-Norway-Sweden | 162.58 |
| FINERA SP. Z O.O. | UL.NOWOLIPKI 4 LOK 21, WARSZAWA, 00-153, POLAND | 5340578 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,838.40 |
| FIRST ACTUARIAL LLP | NETWORK HOUSE, BASING VIEW BASINGSTOKE, HAMPSHIRE, RG214HG, UNITED KINGDOM | 5340580 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,423.48 |
| FLL-BROWARD CNTY AVIATION DEPT | 2200 SW 45TH ST STE 102, FORT LAUDERDALE, FL, 33312-5731, UNITED STATES | 5339389 | Scandinavian Airlines System Denmark-Norway-Sweden | 126.98 |
| FLUGHAFEN BERLIN BRANDENBURG GMBH | AIRPORT, BERLIN, 12521, GERMANY | 5339390 | Scandinavian Airlines System Denmark-Norway-Sweden | 17,994.69 |
| FLUGHAFEN DUSSELDORF GMBH | FLUGHAFENSTRABE 105, DUSSELDORF, 40474, GERMANY | 5339391 | Scandinavian Airlines System Denmark-Norway-Sweden | 133,649.59 |
| FLUGHAFEN HAMBURG KONSORTIALUND SERVICE-GMBH & CO. OHG | FLUGHAFENSTR 1-3, HAMBURG, D 22335, GERMANY | 5339392 | Scandinavian Airlines System Denmark-Norway-Sweden | 55,324.61 |
| FLUGHAFEN STUTTGART GMBH | FLUGHAFENSTR.32, STUTTGART, 70629, GERMANY | 5340584 | Scandinavian Airlines System Denmark-Norway-Sweden | 42.81 |

| | | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | |
|---|---|---|---|---|---|

| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
|---|---|---|---|---|
| FLYGMEDICINSK SERVICE I SKANE AB | STORMGATAN 14 (2 VAN), MALMÖ, 211 20, SWEDEN | 5340585 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,217.22 |
| FLYGPOOLEN | KUNGSGATAN 48, STOCKHOLM, 111 35, SWEDEN | 5340586 | Scandinavian Airlines System Denmark-Norway-Sweden | 512.63 |
| FLYGSTOLEN NORDIC AB | BERGA ALLE 1, HELSINGBORG, 254 52, SWEDEN | 5340587 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,621.69 |
| FLYING SOLUTIONS AB | STENHUGGARVÄGEN 9F, SATLSJÖ-BOO, 132 38, SWEDEN | 1085 | Scandinavian Airlines System Denmark-Norway-Sweden | 38,137.56 |
| FLYLEGENE AS | ROALD AMUNDSENS VEG, GARDEMOEN, 2060, NORWAY | 5340590 | Scandinavian Airlines System Denmark-Norway-Sweden | 14,462.70 |
| FLYPLASSERVICE AS | FLYPLASSVEGEN 23, VIGRA, 6040, NORWAY | 5340591 | Scandinavian Airlines System Denmark-Norway-Sweden | 90.70 |
| FLYVELAEGEN I BOVLINGBJERG | KLYDEVEJ 22, BOVLINGBJERG, 7650, DENMARK | 5340593 | Scandinavian Airlines System Denmark-Norway-Sweden | 330.72 |
| FLYVEMEDICIN CPH | AMAGER STRANDVEJ 390 3, KASTRUP, 2770, DENMARK | 5340594 | Scandinavian Airlines System Denmark-Norway-Sweden | 15,166.61 |
| FOCUS TRAVEL PARTNERSHIP LIMITED | 6 MANCHESTER ROAD, BUXTON, SK17 6SB, UNITED KINGDOM | 5340595 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,541.40 |
| FOOD STUDIO APS | SUNDKAJ 7, 3, NORDHAVN, 2150, DENMARK | 5340598 | Scandinavian Airlines System Denmark-Norway-Sweden | 66,369.91 |
| FORA AB | SVEAVAGEN 44, STOCKHOLM, 111 34, SWEDEN | 5339079 | SAS AB | 197.75 |
| FORA AB | SVEAVAGEN 44, STOCKHOLM, 111 34, SWEDEN | 5340599 | Scandinavian Airlines System Denmark-Norway-Sweden | 136,205.39 |
| FORCE AEROSPACE TESTING AB | TALLMÄTARGATAN 7, VÄSTERÅS, 721 32, SWEDEN | 5340600 | Scandinavian Airlines System Denmark-Norway-Sweden | 116,716.38 |
| FOXWAY AB | GRUSASVAGEN 7, VAXJO, 35245, SWEDEN | 5340604 | Scandinavian Airlines System Denmark-Norway-Sweden | 44,538.29 |
| FRANCE CARGO HANDLING | AGENCE ROISSY CDG 26-28 RUE DES VOYELLES BAT 3520 CARGO 4 – CS80028, ROISSY CDG CEDEX, 95722, FRANCE | 5340605 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,659.45 |
| FRANK GARAPOLO | 1301 DANCING BEAR LANE, ELGIN, IL, 60120, UNITED STATES | 5340606 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,612.68 |
| FRAPORT AG | FRANKFURT AIRPORT SERVICES WORLDWIDE, FRANKFURT AM MAIN, 60547, GERMANY | 5339393 | Scandinavian Airlines System Denmark-Norway-Sweden | 921.39 |
| FRAPORT REGIONAL AIRPORTS OF GREECE A S.A. | 10 GERMANIKIS SCHOLIS, ATHENS, 15123, GREECE | 5339394 | Scandinavian Airlines System Denmark-Norway-Sweden | 151,928.56 |

6

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
|---|---|---|---|---|
| FRAPORT REGIONAL AIRPORTS OF GREECE B S.A. | 10 GERMANIKIS SCHOLIS, ATHENS, 15123, GREECE | 5339395 | Scandinavian Airlines System Denmark-Norway-Sweden | 139,640.24 |
| FREDERIKSHAVN FLYVE OG DYKKERKLINIK | V/ BJARNE MØLLER STATIONSVEJ 22, STRANDBY, 9970, DENMARK | 5340607 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,104.12 |