WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SAS AB, *et al.*,** | : | **Case No. 22-10925 (MEW)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

---------------------------------------------------------- x

## NOTICE OF EIGHTH OMNIBUS OBJECTION OF
## <u>DEBTORS TO DISALLOW AND EXPUNGE CLAIMS</u>
### (Satisfied Claims)

---

**THE ATTACHED OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS. PLEASE CAREFULLY REVIEW THE ATTACHED OBJECTION AND THE ATTACHMENT THERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

---

       **PLEASE TAKE NOTICE** that, on December 23, 2023, SAS AB and its debtor

subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

(collectively, the "**Debtors**") filed the *Eighth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims)* (the "**Objection**").

PLEASE TAKE FURTHER NOTICE that a hearing to consider entry of an order approving the Objection (the "**Hearing**") will be conducted before the Honorable Michael E. Wiles, in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), on **January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the Objection requests the Bankruptcy Court disallow and expunge from the claims register the claims listed on Exhibit 1 to the proposed form of order annexed to the Objection as Exhibit A (the "**Proposed Order**") on the ground that each such claim has been satisfied in full during the Debtors' chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that any responses (the "**Responses**") to the Objection must (i) be in writing, (ii) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**"), and the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292] (the "**Case Management Order**"), (iii) be filed with the Bankruptcy Court by (a) attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) and (b) all other parties in interest on a CD-ROM, in text-searchable portable document format (PDF) (with two single-sided hard copies delivered to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and (iv) be served in accordance with General Order M-399, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Case Management Order, upon (a) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Gary Holtzer, Kelly DiBlasi, David

2

Griffiths, and Lauren Tauro), (b) the Office of the United States Trustee for Region 2 (Attn: Greg Zipes, Esq. & Annie Wells, Esq.), and (c) the attorneys for the Official Committee of Unsecured Creditors (Attn: Brett H. Miller, Todd M. Goren, Debra M. Sinclair, Craig A. Damast, and James H. Burbage), so as to be filed and received no later than **January 16, 2024 at 4:00 p.m. (Prevailing Eastern Time)** (the "**Response Deadline**").

PLEASE TAKE FURTHER NOTICE that any Response must contain the following: (i) the name of the claimant and description of the basis for the amount of the claim; (ii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged from the claims register for the reasons set forth in the Objection, including the specific factual and legal bases which will be relied upon in opposing the Objection; and (iii) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, which will be relied upon in opposing the Objection.

PLEASE TAKE FURTHER NOTICE that if no Responses are timely filed and served with respect to the Objection by the Response Deadline, the Bankruptcy Court may grant the relief requested in the Objection without further notice or an opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE that any claim that the Bankruptcy Court disallows and expunges will be treated as if it had not been filed and will not be entitled to any distribution on account thereof.**

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required

to attend any Hearing and failure to appear may result in relief being granted upon default.

Dated:  December 23, 2023
        New York, New York

                                    */s/  Lauren Tauro*
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007
                                    Gary T. Holtzer
                                    Kelly DiBlasi
                                    David Griffiths
                                    Lauren Tauro

                                    *Attorneys for Debtors*
                                    *and Debtors in Possession*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SAS AB, *et al.*,** | : | **Case No. 22-10925 (MEW)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

------------------------------------------------------------ x

**EIGHTH OMNIBUS OBJECTION OF**
**DEBTORS TO DISALLOW AND EXPUNGE CLAIMS**
**(Satisfied Claims)**

---

**THIS OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS. PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENT HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

---

SAS AB and its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows in support of this objection (the "**Objection**"):

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

## Background

1. On July 5, 2022 (the "**Commencement Date**"), each Debtor commenced with the Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these chapter 11 cases. On July 22, 2022, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") [ECF No. 75].

2. The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

3. Additional information regarding the Debtors' businesses, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Erno Hildén Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern District of New York*, dated July 5, 2022 [ECF No. 3], and the *Declaration of Michael Healy in Support of First Day Motions and Applications*, dated July 5, 2022 [ECF No. 4].

## Jurisdiction

4. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

5. By this Objection, pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007(d), the Debtors request entry of an order disallowing and expunging the claims listed on Exhibit 1 annexed to the Proposed Order (as defined below).

6.      A proposed form of order granting the relief requested herein is annexed

hereto as Exhibit A (the "**Proposed Order**").

### Claims Reconciliation

7.      On November 8, 2022, the Court entered an order [ECF No. 605]

establishing January 10, 2023 at 5:00 p.m. (Prevailing Eastern Time) as the deadline for all persons

and entities (including governmental units) to file proofs of claim (each, a "**Proof of Claim**")

against the Debtors for claims (each a "**Claim**") that arose on or prior to the Commencement Date,

subject to certain exceptions (including for claims based on the rejection of executory contracts or

unexpired leases).

8.      The Debtors have examined the Proofs of Claim identified on Exhibit 1 to

the Proposed Order and have determined that each Claim under the heading "*Claims to be

Disallowed and Expunged*" (each, a "**Satisfied Claim**" and, collectively, the "**Satisfied Claims**")

has been satisfied in full during the Debtors' chapter 11 cases, including because (i) the claimed

amounts have been paid by the Debtors during these chapter 11 cases pursuant to "first day" or

other relief granted by the Court authorizing such payments, (ii) the Debtors paid such amounts in

the ordinary course of business, or (iii) the Debtors assumed, and cured all prepetition amounts

owing under, the contract(s) that form the basis of a Satisfied Claim.

### Satisfied Claims Should Be Disallowed

9.      A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).

10.     As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof

of claim constitutes prima facie evidence of the validity and the amount of the claim under section

502(a) of the Bankruptcy Code.  Prima facie validity under Bankruptcy Rule 3001(f), however,

can be overcome by rebuttal evidence.  *See In re Ditech Holding Corp.*, No. 19-10412 (JLG), 2021

3

WL 408984, at *4 (Bankr. S.D.N.Y. Feb. 2, 2021); *In re Rockefeller Ctr. Props.*, 272 B.R. 524,

539 (Bankr. S.D.N.Y. 2000).   Accordingly, pursuant to Bankruptcy Rule 3007(a), a party in

interest may object to the allowance of a claim in a writing filed with the Bankruptcy Court.  Fed.

R. Bankr. P. 3007(a).  Upon an objection, the claimant has the burden to demonstrate the validity

of the claim.  *See Rozier v. Rescap Borrower Claims Tr. (In re Residential Cap., LLC)*, No. 15-cv-

3248 (KPF), 2016 WL 796860, at *9 (S.D.N.Y. Feb. 22, 2016); *In re Arcapita Bank B.S.C.(c)*,

No. 12–11076 (SHL), 2013 WL 6141616, at *1 (Bankr. S.D.N.Y. Nov. 21, 2013), *aff'd sub nom.*

*In re Arcapita Bank B.S.C.(c)*, 508 B.R. 814 (S.D.N.Y. 2014); *Hasson v. Motors Liquidation Co.*

*GUC Tr. (In re Motors Liquidation Co.)*, No. 11-cv-8444 (RJS), 2012 WL 1886755, at *3

(S.D.N.Y. May 12, 2012); *In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*

*sub nom. Peter J. Solomon Co., L.P. v. Oneida Ltd.*, No. 09-cv-2229 (DC), 2010 WL 234827

(S.D.N.Y. Jan. 22, 2010).

11.    Further, Bankruptcy Rule 3007(d) permits the Debtors to file objections to

more than one claim on the basis that, among other things, such claims "have been satisfied or

released during the case in accordance with the Code, applicable rules, or a court order." Fed. R.

Bankr. P. 3007(d)(5).

12.    The Debtors have carefully examined each Satisfied Claim and compared it

to their books and records and have determined that each Satisfied Claim identified on Exhibit 1

to the Proposed Order has already been satisfied in full during the Debtors' cases.  As no amounts

are owed on account of the Satisfied Claims, to ensure that the claims register is accurate and does

not inaccurately overstate the Debtors' liabilities, and to avoid the possibility of multiple

recoveries on account of already-satisfied liabilities, the Debtors seek entry of the Proposed Order

disallowing and expunging the Satisfied Claims from the claims register.

## Reservation of Rights

13.     Nothing contained herein is intended or shall be construed as (i) an admission as to the validity of any Claim against the Debtors, (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any Claim against the Debtors, (iii) an agreement or obligation to pay any Claims, (iv) a waiver of any claims or causes of action that may exist against any creditor or interest holder, or (v) an approval, assumption, or adoption of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.  Likewise, if the Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended to be and should not be construed as an admission to the validity of any claim or a waiver of the Debtors' or any appropriate party in interest's rights to subsequently dispute such claim.

## Notice

14.     Notice of this Objection will be provided in accordance with Bankruptcy Rule 3007 and the procedures set forth in the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292].  The Debtors respectfully submit that no further notice is required.

15.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order

granting the relief requested herein and such other and further relief as the Court may deem just

and appropriate.

Dated: December 23, 2023
      New York, New York

/s/ Lauren Tauro

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

6

## Exhibit A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

In re                                    :        **Chapter 11**

                                         :

**SAS AB**, *et al.*,                    :        **Case No. 22-10925 (MEW)**

                                         :

            **Debtors.**[1]              :        **(Jointly Administered)**

                                         :        **ECF No. [●]**

---------------------------------------------------------- x

## ORDER GRANTING EIGHTH OMNIBUS OBJECTION
## OF DEBTORS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS
### (Satisfied Claims)

Upon the objection, dated December 23, 2023 (the "**Objection**"),[2] of SAS AB and

its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), pursuant to section 502(b) of the Bankruptcy Code and

Bankruptcy Rule 3007(d), for entry of an order disallowing and expunging the Satisfied Claims,

all as more fully set forth in the Objection; and this Court having jurisdiction to consider the

Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

*Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of

the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §

157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Objection having been provided, and such notice having been

adequate and appropriate under the circumstances; and it appearing that no other or further notice

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Objection.

need be provided; and this Court having reviewed the Objection; and upon any hearing held on the Objection; and all responses, if any, to the Objection having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is granted to the extent set forth herein.

2.      Pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Satisfied Claim identified under the heading "*Claims to be Disallowed and Expunged*" on **Exhibit 1** annexed to this Order is hereby disallowed and expunged.

3.      To the extent a response was filed regarding any Satisfied Claim, each such Satisfied Claim, and the Objection as it pertains to such Satisfied Claim, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order will be deemed a separate order with respect to each satisfied Claim.

4.      Nothing contained in the Objection or this Order shall be construed as (i) an admission as to the validity of any Claim, (ii) an agreement or obligation to pay any Claims, (iii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute any Claim, (iv) a waiver of any claims or causes of action which may exist against any creditor or interest holder, or (v) an approval or assumption of any agreement, contract, program, policy or lease under section 365 of the Bankruptcy Code.

2

5.      The Debtors' claims and noticing agent, Kroll Restructuring Administration, LLC, is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.


Dated: _____, 2024
         New York, New York


_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

3

**Exhibit 1**

**Satisfied Claims**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| FRONTAVENUE A/S | VERMUNDSGADE 38A 2 SAL, KØBENHAVN Ø, 2100, DENMARK | 5340609 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,928.25 |
| FRONTIFY AG | UNTERSTRASSE 4, ST.GALLEN, 9000, SWITZERLAND | 5340610 | Scandinavian Airlines System Denmark-Norway-Sweden | 27,419.87 |
| FSD-SIOUX FALLS REGIONAL AIRPORT | 2801 N JAYCEE LN, SIOUX FALLS, SD, 57104, UNITED STATES | 5339396 | Scandinavian Airlines System Denmark-Norway-Sweden | 56.63 |
| FSUE STATE ATM CORPORATION | 37, BLOCK 7 LENINGRADSKIY PROSPECT, MOSCOW, 125167, RUSSIAN FEDERATION | 5339397 | Scandinavian Airlines System Denmark-Norway-Sweden | 153,050.90 |
| FUJITSU A/S | LAUTRUPBJERG 9, BALLERUP, 2750, DENMARK | 5340612 | Scandinavian Airlines System Denmark-Norway-Sweden | 341.57 |
| FUNKA NU AB | TEGNERGATAN 23, STOCKHOLM, 11140, SWEDEN | 5340615 | Scandinavian Airlines System Denmark-Norway-Sweden | 319.46 |
| FWA-FT. WAYNE-ALLEN CTY A/P AU | LT. BAER TERM. BLDG. STE 209, FORT WAYNE, IN, 46809, UNITED STATES | 5339398 | Scandinavian Airlines System Denmark-Norway-Sweden | 4.39 |
| FØDEVARESTYRELSEN | STATIONSPARKEN 31, GLOSTRUP, 2600, DENMARK | 5340596 | Scandinavian Airlines System Denmark-Norway-Sweden | 77.58 |
| G TRAVEL AS | RYGGEVEIEN 408, RYGGE, 1580, NORWAY | 5340618 | Scandinavian Airlines System Denmark-Norway-Sweden | 67,290.11 |
| GABLER PENSION SERVICES | POSTBOKS 1818 VIKA, OSLO, 123, NORWAY | 5340621 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,671.38 |
| GAIKOKU UNYU KINYU KENKO HOKEN KUMIAI | , TOKYO, , JAPAN | 5340622 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,879.85 |
| GARDERMOEN CARGO ANS | C/O MALLING & CO FORVALTNING AS, POSTBOKS1883 VIKA, OSLO, 124, NORWAY | 5339246 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,573,607.01 |
| GARDERMOEN CARGO ANS | C/O MALLING & CO FORVALTNING AS, POSTBOKS1883 VIKA, OSLO, 124, NORWAY | 5339399 | Scandinavian Airlines System Denmark-Norway-Sweden | 31,911.13 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| GATE GOURMET DENMARK APS | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 829 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,089,011.69 |
| GATE GOURMET NORWAY A/S | SCHUYLER G. CARROLL LOEB & LOEB LLP 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 1138 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,225,960.80 |
| GATE GOURMET SWEDEN AB | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 991 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,308,784.49 |
| GBG AEROMEDICAL AB | PACKHUSPLATSEN 2, GOTEBORG, 41113, SWEDEN | 5340630 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,512.92 |
| GBT TRAVEL SERVICES UK LIMITED | 5 CHURCHILL PLACE, CANARY WHARF, E145HUA, UNITED KINGDOM | 5340631 | Scandinavian Airlines System Denmark-Norway-Sweden | 253,200.08 |
| GBT US LLC | 101 HUDSON ST SUITE 3400, JERSEY CITY, NJ, 07302, UNITED STATES | 5340632 | Scandinavian Airlines System Denmark-Norway-Sweden | 53,545.00 |
| GEASAR SPA | AEROPORTO OLBIA COSTA SMERALDA, OLBIA (OT), 7026, ITALY | 5340634 | Scandinavian Airlines System Denmark-Norway-Sweden | 12,915.56 |
| GEG-SPOKANE AIRPORT BOARD | 9000 W AIRPORT DR. #204, SPOKANE, WA, 99224, UNITED STATES | 5339400 | Scandinavian Airlines System Denmark-Norway-Sweden | 30.62 |
| GERALD R. FORD INTERNATIONAL AIRPORT AUTHORITY | 5500 44 STREET S.E., GRAND RAPIDS, MI, 49512, UNITED STATES | 5339401 | Scandinavian Airlines System Denmark-Norway-Sweden | 157.49 |
| GERDMANS KONTOR & LAGERUDSTYR A/S | MØLLEVEJ 9 F2 DK-, NIVÅ, 2990, DENMARK | 5340637 | Scandinavian Airlines System Denmark-Norway-Sweden | 392.04 |
| GET-E INTERNATIONAL B.V. | ANTARESLAAN 33, HOOFDDORP, 2132 JE, NETHERLANDS | 5340638 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,241.05 |
| GFB STUDIUM SRL | CORSO SEMPIONE, 76, MILANO, 20154, ITALY | 5340640 | Scandinavian Airlines System Denmark-Norway-Sweden | 690.32 |
| GLA AIRCARGO | FLYGFRAKTSVAGEN 1, LANDVETTER, 431 44, SWEDEN | 5339249 | Scandinavian Airlines System Denmark-Norway-Sweden | 400,508.08 |
| GLA AIRCARGO AB | FLYGFRAKTSVAGEN 1, LANDVETTER, 431 44, SWEDEN | 5340642 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,403.74 |
| GLOBAL TRAVEL AB | EKVÄGEN 13, EKERÖ, 17833, SWEDEN | 5340644 | Scandinavian Airlines System Denmark-Norway-Sweden | 191.00 |
| GLOBALIA HANDLING S.A.U | CTRA. ARENAL- LLUCMAJOR KM, 21.5 LLUCMAJOR, BALEARES, 7620, SPAIN | 5340645 | Scandinavian Airlines System Denmark-Norway-Sweden | 15,159.64 |
| GLOBE AIR CARGO | WALDECKERSTRASSE 9, MÖFELDEN-WALLDORF, 64546, GERMANY | 5340646 | Scandinavian Airlines System Denmark-Norway-Sweden | 240,432.14 |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
|---|---|---|---|---|
| GLOBE AIR CARGO SP. Z O.O. | UL. SABALY 60, WARSAW, 02-174, POLAND | 5340647 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,170.28 |
| GLOMMA PAPP A/S | P.O.BOX 145, SARPSBORG, 1701, NORWAY | 5340648 | Scandinavian Airlines System Denmark-Norway-Sweden | 840.52 |
| GMV A/S | INDUSTRIPARKEN 1, BREDSTEN, 7182, DENMARK | 5340649 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,974.31 |
| GOLDAIR HANDLING SA | CARGO TERMINAL BUILDING NO 24 ATHENS INTERNATIONAL AIRPORT, ATHENS, SPATA, 19019, GREECE | 893 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,531.19 |
| GRB-AUSTIN STRAUBEL INTL AIRPO | 2077 AIRPORT DRIVE SUITE 18, GREEN BAY, WI, 54313-5596, UNITED STATES | 5339404 | Scandinavian Airlines System Denmark-Norway-Sweden | 17.56 |
| GREATER TORONTO AIRPORTS AUTHORITY | FINANCE DEPT. 3111 CONVAIR DRIVE, TORONTO, ON, L5P 1B2, CANADA | 5340666 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,673.11 |
| GSA AIR USA, LLC | 5220 CLARK AVE SUITE NR 350, LAKEWOOD, CA, 90712, UNITED STATES | 5340674 | Scandinavian Airlines System Denmark-Norway-Sweden | 22,078.00 |
| GSO- PIEDMONT TRIAD INTL AIRPORT | 6415 BRYAN BLVD, GREENSBORO, NC, 27409, UNITED STATES | 5339437 | Scandinavian Airlines System Denmark-Norway-Sweden | 78.91 |
| GSP-GREENVILLE SPARTANBURG INTERNATIONAL AIRPORT | 2000 GSP DR, GREER, SC, 29652, UNITED STATES | 5339438 | Scandinavian Airlines System Denmark-Norway-Sweden | 100.97 |
| GT SERVICE | HARESTADVEIEN 77, RANDABERG, 4070, NORWAY | 5340675 | Scandinavian Airlines System Denmark-Norway-Sweden | 29,697.84 |
| GUO HUI | ROOM 202 NO75 LANE195 DONGBO ROAD, SHANGHAI, 200120, CHINA | 5340676 | Scandinavian Airlines System Denmark-Norway-Sweden | 119.04 |
| GYLDENDAL NORSK FORLAG AS | POSTBOKS 6860 ST. OLAVS PLASS 130, OSLO, , NORWAY | 1148 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,701 |
| H. CLAUSEN AKSJESELSKAP | P.B. 115, YTRE ENEBAKK, 1914, NORWAY | 5340862 | Scandinavian Airlines System Denmark-Norway-Sweden | 155.05 |
| HAKONE FLOWLIST | 2-4-1, HIRAKAWACHO CHIYODA-KU, TOKYO, 102-009, JAPAN | 5340681 | Scandinavian Airlines System Denmark-Norway-Sweden | 267.20 |
| HALLMARK CONNECTIONS LIMITED | COACH TRAVEL CENTRE BEDFONT ROAD,STANWELL, MIDDLESEX, TW197LZ, UNITED KINGDOM | 5340683 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,430.39 |
| HAM GROUND HANDLING GMBH & CO. KG | FLUGHAFENSTR. 1-3, HAMBURG, 22335, GERMANY | 5340685 | Scandinavian Airlines System Denmark-Norway-Sweden | 77,205.07 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| HARRIS, ROTHENBERG INTL | ATT: LOCKBOX 3594 3594 RELIABLE PARKWAY, CHICAGO, IL, 60686-0035, UNITED STATES | 5340690 | Scandinavian Airlines System Denmark-Norway-Sweden | 11.04 |
| HAUPTZOLLAMT KÖLN | STOLBERGER STRABE 200, KOLN, 50933, GERMANY | 5340691 | Scandinavian Airlines System Denmark-Norway-Sweden | 447,859.06 |
| HAVAALANLARI YER HIZMETLERI A.S | YESILKOY MAHALLESI HAVAALANI CADDESI NO 2/5 BARKIRKOY, ISTANBUL, 34149, TURKEY | 5339439 | Scandinavian Airlines System Denmark-Norway-Sweden | 58,901.86 |
| HAVAS LATVIA SIA | LIDOSTA RIGA 10/1, MARUPES NOVADS, 1053, LATVIA | 5340692 | Scandinavian Airlines System Denmark-Norway-Sweden | 5.13 |
| HAYES, NANETTE BROMAN | FORNUDDSVÄGEN 92, TYRESÖ, 135 52, SWEDEN | 163 | SAS AB | 1,898.69 |
| HERSKOVITS, ALBERTO | ALTOFILM AB HELENEBORGSGATAN 11 C, STOCHHOLM, 11731, SWEDEN | 151 | SAS AB | 275.00 |
| HERSTAD + PIPER K/S | JERNHOLMEN 48 C, HVIDOVRE, 2650, DENMARK | 5340696 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,305.57 |
| HESTER, STEPHEN & MEREDITH | 7522 JANAK DRIVE, HOUSTON, TX, 77055, UNITED STATES | 1082 | SAS AB | 9,304.00 |
| HMSHOST SCHIPHOL AIRPORT | POSTBUS 75041, SCHIPHOL, 1117 ZN, NETHERLANDS | 5340700 | Scandinavian Airlines System Denmark-Norway-Sweden | 43.88 |
| HNL-HONOLULU INTL AIRPORT | FISCAL OFFICE STATE OF HAWAII, DOT 400 RODGERS BLVD. SUITE 700, HONOLULU, HI, 96819, UNITED STATES | 5339442 | Scandinavian Airlines System Denmark-Norway-Sweden | 47.96 |
| HOLIDAY INN LONDON - HEATHROW BATH ROAD | 276 BATH ROAD, WEST DRAYTON, UB70DQ, UNITED KINGDOM | 5340702 | Scandinavian Airlines System Denmark-Norway-Sweden | 16,940.42 |
| HOLIDAY INN LONDON – HEATHROW ARIEL | 118 BATH ROAD HAYES, LONDON, UB35AJ, UNITED KINGDOM | 5340703 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,752.71 |
| HOME OFFICE | HOME OFFICE SHARED SERVICE CENTRE HQ BOX 5003 NEWPORT, GWENT, NP209BB, UNITED KINGDOM | 5340704 | Scandinavian Airlines System Denmark-Norway-Sweden | 370.60 |
| HORIZON AVIATION SERVICES, INC. | 8939 S SEPULVEDA BLVD STE 110, LOS ANGELES, CA, 90045-3632, UNITED STATES | 5339443 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,891.34 |
| HOU - HOUSTON WILLIAM P HOBBY AIRPORT | HOUSTON AIRPORT SYSTEM 16930 JOHN F. KENNEDY BLVD. ATTN: PFC REMITTANCE SANDY SMITH, HOUSTON, TX, 77032, UNITED STATES | 5339444 | Scandinavian Airlines System Denmark-Norway-Sweden | 661.90 |

| | | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | |
| --- | --- | --- | --- |
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| HOVBY AERO AB | HOVBY FLYGPLATS, LIDKOPING, 53192, SWEDEN | 5340709 | Scandinavian Airlines System Denmark-Norway-Sweden | 119,854.45 |
| HSV-HUNTSVILLE-MADISON COUNTY | AIRPORT AUTHORITY 1000 GLEN HERN BLVD. P.O. BOX 20008, HUNTSVILLE, AL, 35824, UNITED STATES | 5339445 | Scandinavian Airlines System Denmark-Norway-Sweden | 39.51 |
| HUB ONE | CONTINENTAL SQUARE 1 2 PLACE DE LONDRES CS 11665, ROISSY CDG CEDEX, 93290, FRANCE | 5340743 | Scandinavian Airlines System Denmark-Norway-Sweden | 144.12 |
| HUMAN ENTRANCE AB | HYLLIE BOULEVARD 10B, MALMO, 21532, SWEDEN | 5340744 | Scandinavian Airlines System Denmark-Norway-Sweden | 10,756.43 |
| HUMAN HOUSE A/S | DYNAMOVEJ 11, 2TH, SOBORG, 2860, DENMARK | 5340745 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,142.39 |
| HUNDAHL ANDERS | 1-11-3-404 AKASAKA, MINATO-KU, TOKYO, 107-0052, JAPAN | 5340746 | Scandinavian Airlines System Denmark-Norway-Sweden | 935.21 |
| IAD FUELS, LLC | PO BOX 743537, ATLANTA, GA, 30374-3537, UNITED STATES | 5340771 | Scandinavian Airlines System Denmark-Norway-Sweden | 18,388.85 |
| IATA 1G-A73 TRAVELPORT INTERNATIONAL OPERATIONS LIMITED | AXIS ONE, AXIS PARK,10 HURRICANE WAY, LANGLEY BERKSHIRE, SL38AG, UNITED KINGDOM | 5340772 | Scandinavian Airlines System Denmark-Norway-Sweden | 162,170.11 |
| IATA 1S-A01 SABRE | 3150 SABRE DRIVE, SOUTHLAKE, TX, 76092, UNITED STATES | 5340773 | Scandinavian Airlines System Denmark-Norway-Sweden | 58,386.43 |
| IATA A3-390 AEGEAN AIRLINES | 31 VILTANIOTI ST 14 KIFISSIA, ATHENS, 14564, GREECE | 5340774 | Scandinavian Airlines System Denmark-Norway-Sweden | 18,510.98 |
| IATA AA-001 AMERICAN AIRLINES INC | 4333 AMON CARTER BLVD MD 5338 HDQ1, FORT WORTH, TX, 76155-2605, UNITED STATES | 5340775 | Scandinavian Airlines System Denmark-Norway-Sweden | 106.34 |
| IATA AC-014 AIR CANADA | 355 PORTAGE AVE, WINNIPEG, MB, R3B 2C3, CANADA | 5340776 | Scandinavian Airlines System Denmark-Norway-Sweden | 44,156.01 |
| IATA AF-057 AIR FRANCE | 45 RUE DE PARIS, ROISSY CHARLES DE GAULLE CEDEX, 95747, FRANCE | 5340777 | Scandinavian Airlines System Denmark-Norway-Sweden | 863.14 |
| IATA AV-134 AEROVIAS DEL CONTINENTE AMERICANO S.A AVIANCA | URBANIZACION MADRE SELVA SANTA ELENA, LA LIBERTAD, , EL SALVADOR | 5340778 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,123.37 |
| IATA AY-105 FINNAIR PLC | TIETOTIE 11A HELSINKI-VANTAA AIRPORT PO BOX 15, VANTAA, 01053, FINLAND | 5340779 | Scandinavian Airlines System Denmark-Norway-Sweden | 265.66 |

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | |
|---|---|---|---|---|
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| IATA BT-657 AIR BALTIC CORPORATION AS | RIGA INTERNATIONAL AIRPORT 3 TEHNIKAS STREET, MARUPE MUNICIPALITY, LV-1053, LATVIA | 5340780 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,390.39 |
| IATA CA-999 AIR CHINA | WEST 7TH FLOOR BUILDING NO 30 TIANZHU ROAD TIANZHU AIRPORT ECONOMIC DEVELOPMENT ZONE, BEIJING, 100621, CHINA | 5340781 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,948.29 |
| IATA CM-230 COMPANIA PANAMENA DE AVACION | AV PRINCIPAL Y AV DE LA ROTONDA URBANIZACIÓN COSTA DEL ESTE COMPLEJO BUSINESS PARK TORRE NORTE, PANAMA, 0816-06819, PANAMA | 5340814 | Scandinavian Airlines System Denmark-Norway-Sweden | 277.85 |
| IATA EN-101 AIR DOLOMITI S.P.A. LINEE AEREE REGIONALI EUROPEE | VIA PAOLO BEMBO 70-I 37062 FRAZIONE DOSSOBUONO-VILLAFRANCA, VILLAFRANCA, 37062, ITALY | 5340815 | Scandinavian Airlines System Denmark-Norway-Sweden | 244.20 |
| IATA ET-071 ETHIOPIAN AIRLINES | BOLE INTERNATIONAL AIRPORT PO BOX 1755, ADDIS ABABA, , ETHIOPIA | 5340816 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,097.62 |
| IATA EW-104 EUROWINGS GMBH | GROSSENBAUMER WEG 6, DUESSELDORF, D-40472, GERMANY | 5340817 | Scandinavian Airlines System Denmark-Norway-Sweden | 36.43 |
| IATA EY-607 ETIHAD AIRWAYS | KHALIFA CITY A NEW AIRPORT ROAD, ABU DHABI, 35566, UNITED ARAB EMIRATES | 5340818 | Scandinavian Airlines System Denmark-Norway-Sweden | 33.84 |
| IATA IB-075 IBERIA LINEAS AEREAS DE ESPAÑA | CALLE MARTINEZ VILLERGAS 49, MADRID, 28027, SPAIN | 5340819 | Scandinavian Airlines System Denmark-Norway-Sweden | 60.47 |
| IATA KL-074 KLM ROYAL DUTCH AIRLINES | P.O. BOX 7700, SCHIPHOL OOST, 1117ZL, NETHERLANDS | 5340820 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,099.19 |
| IATA LG-149 LUXAIR,SOCIETE LUXEMBOURGEOISE DE | 25, RUE GABRIEL LIPPMANN, MUNSBACH, L-5365, LUXEMBOURG | 5340821 | Scandinavian Airlines System Denmark-Norway-Sweden | 450.11 |
| IATA LH-220 LUFTHANSA | VON-GABLENZ-STRASSE 2-6, COLOGNE, 50679, GERMANY | 5340822 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,399,127.74 |
| IATA LM-682 LOGANAIR LIMITED | GLASGOW AIRPORT 9 MARCHBURN DRIVE PAISLEY, RENFREWSHIRE, PA3 2SJ, UNITED KINGDOM | 5340823 | Scandinavian Airlines System Denmark-Norway-Sweden | 47.83 |
| IATA LO-080 POLSKIE LINIE LOTNICZE | 43,17 STYCZNIA STR., WARSAW, 2146, POLAND | 5340824 | Scandinavian Airlines System Denmark-Norway-Sweden | 23,172.16 |
| IATA LX-724 SWISS INTERNATIONAL AIR LINES | MALZAGASSE 15 BASEL, BASEL, 4052, SWITZERLAND | 5340825 | Scandinavian Airlines System Denmark-Norway-Sweden | 27,057.11 |

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | |
|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| IATA MS-077 EGYPTAIR | ADMIN.COMPLEX - NORTH BLDG., AIRPORT ROAD INTERNATIONAL AFFAIRS DEPARTMENT, CAIRO, 11766, EGYPT | 5340826 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,563.19 |
| IATA NH-205 ALL NIPPON AIRWAYS | SHIODOME CITY CENTER 1-5-2 HIGASHI SHIMBASHI MINATO-KU, TOKYO, 105-7133, JAPAN | 5340827 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,379.04 |
| IATA NZ-086 AIR NEW ZEALAND LTD | 185 FANSHAWE ST PRIVATE BAG, AUCKLAND, 92007, NEW ZEALAND | 5340828 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,584.59 |
| IATA OS-257 AUSTRIAN AIRLINES | OFFICE PARK 2 PO BOX 100, VIENNA, 1300, AUSTRIA | 5340829 | Scandinavian Airlines System Denmark-Norway-Sweden | 126,173.41 |
| IATA OU-831 CROATIA AIRLINES | BANI 75B BUZIN, ZAGREB, 10010, CROATIA | 5340830 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,128.31 |
| IATA QR-157 QATAR AIRWAYS | QATAR AIRWAYS GROUP Q.C.S.C TOWER 1 P.O. BOX 22550, DOHA, , QATAR | 890 | SAS AB | 1,697.56 |
| IATA TG-217 THAI AIRWAYS | 89 VIBHAVADI RANGSIT ROAD PO BOX 1075, BANGKOK, 10900, THAILAND | 5340832 | Scandinavian Airlines System Denmark-Norway-Sweden | 347.38 |
| IATA TP-047 TRANSPORTES AEREOS PORTUGUESES | APARTADO 50194, LISBOA, 1704-801, PORTUGAL | 5340833 | Scandinavian Airlines System Denmark-Norway-Sweden | 21,345.17 |
| IATA UA-016 UNITED AIRLINES | ACCOUNTING OFFICES 600 MAIN STREET, HOUSTON, TX, 77002, UNITED STATES | 5340834 | Scandinavian Airlines System Denmark-Norway-Sweden | 415,717.39 |
| IATA UX-996 AIR EUROPA LINEAS AEREAS | CENTRO EMPRESARIAL GLOBALIA CARRETERA LLUCMAJOR, KM. 215 PO BOX 132, LLUCMAJOR, SPAIN, SPAIN | 5340835 | Scandinavian Airlines System Denmark-Norway-Sweden | 90.58 |