**Hearing Date and Time: January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)**
**Response Deadline: January 16, 2024 at 4:00 p.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                  :        **Chapter 11**
                                                       :
**SAS AB**, *et al.*,                                  :        **Case No. 22-10925 (MEW)**
                                                       :
                               Debtors.[1]             :        **(Jointly Administered)**
------------------------------------------------------------ x

**NOTICE OF TENTH OMNIBUS OBJECTION OF**
**DEBTORS TO DISALLOW AND EXPUNGE CLAIMS**
**(Satisfied Claims)**

---

**THE ATTACHED OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW**
**AND EXPUNGE CERTAIN CLAIMS. PLEASE CAREFULLY REVIEW THE**
**ATTACHED OBJECTION AND THE ATTACHMENT THERETO TO DETERMINE**
**WHETHER THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

---

**PLEASE TAKE NOTICE** that, on December 23, 2023, SAS AB and its debtor

subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

(collectively, the "**Debtors**") filed the *Tenth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims)* (the "**Objection**").

PLEASE TAKE FURTHER NOTICE that a hearing to consider entry of an order approving the Objection (the "**Hearing**") will be conducted before the Honorable Michael E. Wiles, in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), on **January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the Objection requests the Bankruptcy Court disallow and expunge from the claims register the claims listed on Exhibit 1 to the proposed form of order annexed to the Objection as Exhibit A (the "**Proposed Order**") on the ground that each such claim has been satisfied in full during the Debtors' chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that any responses (the "**Responses**") to the Objection must (i) be in writing, (ii) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**"), and the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292] (the "**Case Management Order**"), (iii) be filed with the Bankruptcy Court by (a) attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) and (b) all other parties in interest on a CD-ROM, in text-searchable portable document format (PDF) (with two single-sided hard copies delivered to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and (iv) be served in accordance with General Order M-399, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Case Management Order, upon (a) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Gary Holtzer, Kelly DiBlasi, David

2

Griffiths, and Lauren Tauro), (b) the Office of the United States Trustee for Region 2 (Attn: Greg Zipes, Esq. & Annie Wells, Esq.), and (c) the attorneys for the Official Committee of Unsecured Creditors (Attn: Brett H. Miller, Todd M. Goren, Debra M. Sinclair, Craig A. Damast, and James H. Burbage), so as to be filed and received no later than **January 16, 2024 at 4:00 p.m. (Prevailing Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that any Response must contain the following: (i) the name of the claimant and description of the basis for the amount of the claim; (ii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged from the claims register for the reasons set forth in the Objection, including the specific factual and legal bases which will be relied upon in opposing the Objection; and (iii) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, which will be relied upon in opposing the Objection.

**PLEASE TAKE FURTHER NOTICE** that if no Responses are timely filed and served with respect to the Objection by the Response Deadline, the Bankruptcy Court may grant the relief requested in the Objection without further notice or an opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE that any claim that the Bankruptcy Court disallows and expunges will be treated as if it had not been filed and will not be entitled to any distribution on account thereof.**

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required

to attend any Hearing and failure to appear may result in relief being granted upon default.

Dated:  December 23, 2023
       New York, New York

*/s/  Lauren Tauro*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SAS AB,** *et al.*, | : | **Case No. 22-10925 (MEW)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

---------------------------------------------------------- x

**TENTH OMNIBUS OBJECTION OF**
**DEBTORS TO DISALLOW AND EXPUNGE CLAIMS**
**(Satisfied Claims)**

---

**THIS OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW AND
EXPUNGE CERTAIN CLAIMS. PLEASE CAREFULLY REVIEW THIS
OBJECTION AND THE ATTACHMENT HERETO TO DETERMINE WHETHER
THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

---

SAS AB and its debtor subsidiaries, as debtors and debtors in possession in the

above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows

in support of this objection (the "**Objection**"):

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

## Background

1.      On July 5, 2022 (the "**Commencement Date**"), each Debtor commenced with the Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these chapter 11 cases.  On July 22, 2022, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") [ECF No. 75].

2.      The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

3.      Additional information regarding the Debtors' businesses, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Erno Hildén Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern District of New York*, dated July 5, 2022 [ECF No. 3], and the *Declaration of Michael Healy in Support of First Day Motions and Applications*, dated July 5, 2022 [ECF No. 4].

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

5.      By this Objection, pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007(d), the Debtors request entry of an order disallowing and expunging the claims listed on Exhibit 1 annexed to the Proposed Order (as defined below).

2

6.      A proposed form of order granting the relief requested herein is annexed hereto as Exhibit A (the "**Proposed Order**").

**Claims Reconciliation**

7.      On November 8, 2022, the Court entered an order [ECF No. 605] establishing January 10, 2023 at 5:00 p.m. (Prevailing Eastern Time) as the deadline for all persons and entities (including governmental units) to file proofs of claim (each, a "**Proof of Claim**") against the Debtors for claims (each a "**Claim**") that arose on or prior to the Commencement Date, subject to certain exceptions (including for claims based on the rejection of executory contracts or unexpired leases).

8.      The Debtors have examined the Proofs of Claim identified on Exhibit 1 to the Proposed Order and have determined that each Claim under the heading "*Claims to be Disallowed and Expunged*" (each, a "**Satisfied Claim**" and, collectively, the "**Satisfied Claims**") has been satisfied in full during the Debtors' chapter 11 cases, including because (i) the claimed amounts have been paid by the Debtors during these chapter 11 cases pursuant to "first day" or other relief granted by the Court authorizing such payments, (ii) the Debtors paid such amounts in the ordinary course of business, or (iii) the Debtors assumed, and cured all prepetition amounts owing under, the contract(s) that form the basis of a Satisfied Claim.

**Satisfied Claims Should Be Disallowed**

9.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).

10.     As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof of claim constitutes prima facie evidence of the validity and the amount of the claim under section 502(a) of the Bankruptcy Code. Prima facie validity under Bankruptcy Rule 3001(f), however, can be overcome by rebuttal evidence. *See In re Ditech Holding Corp.*, No. 19-10412 (JLG), 2021

3

WL 408984, at *4 (Bankr. S.D.N.Y. Feb. 2, 2021); *In re Rockefeller Ctr. Props.*, 272 B.R. 524,

539 (Bankr. S.D.N.Y. 2000).    Accordingly, pursuant to Bankruptcy Rule 3007(a), a party in

interest may object to the allowance of a claim in a writing filed with the Bankruptcy Court.  Fed.

R. Bankr. P. 3007(a).  Upon an objection, the claimant has the burden to demonstrate the validity

of the claim.  *See Rozier v. Rescap Borrower Claims Tr. (In re Residential Cap., LLC)*, No. 15-cv-

3248 (KPF), 2016 WL 796860, at *9 (S.D.N.Y. Feb. 22, 2016); *In re Arcapita Bank B.S.C.(c)*,

No. 12–11076 (SHL), 2013 WL 6141616, at *1 (Bankr. S.D.N.Y. Nov. 21, 2013), *aff'd sub nom.*

*In re Arcapita Bank B.S.C.(c)*, 508 B.R. 814 (S.D.N.Y. 2014); *Hasson v. Motors Liquidation Co.*

*GUC Tr. (In re Motors Liquidation Co.)*, No. 11-cv-8444 (RJS), 2012 WL 1886755, at *3

(S.D.N.Y. May 12, 2012); *In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*

*sub nom. Peter J. Solomon Co., L.P. v. Oneida Ltd.*, No. 09-cv-2229 (DC), 2010 WL 234827

(S.D.N.Y. Jan. 22, 2010).

11.    Further, Bankruptcy Rule 3007(d) permits the Debtors to file objections to

more than one claim on the basis that, among other things, such claims "have been satisfied or

released during the case in accordance with the Code, applicable rules, or a court order." Fed. R.

Bankr. P. 3007(d)(5).

12.    The Debtors have carefully examined each Satisfied Claim and compared it

to their books and records and have determined that each Satisfied Claim identified on <u>Exhibit 1</u>

to the Proposed Order has already been satisfied in full during the Debtors' cases.  As no amounts

are owed on account of the Satisfied Claims, to ensure that the claims register is accurate and does

not inaccurately overstate the Debtors' liabilities, and to avoid the possibility of multiple

recoveries on account of already-satisfied liabilities, the Debtors seek entry of the Proposed Order

disallowing and expunging the Satisfied Claims from the claims register.

**Reservation of Rights**

13.    Nothing contained herein is intended or shall be construed as (i) an admission as to the validity of any Claim against the Debtors, (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any Claim against the Debtors, (iii) an agreement or obligation to pay any Claims, (iv) a waiver of any claims or causes of action that may exist against any creditor or interest holder, or (v) an approval, assumption, or adoption of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.  Likewise, if the Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended to be and should not be construed as an admission to the validity of any claim or a waiver of the Debtors' or any appropriate party in interest's rights to subsequently dispute such claim.

**Notice**

14.    Notice of this Objection will be provided in accordance with Bankruptcy Rule 3007 and the procedures set forth in the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292].  The Debtors respectfully submit that no further notice is required.

15.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: December 23, 2023
New York, New York

/s/ Lauren Tauro

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors
and Debtors in Possession*

**Exhibit A**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re                                                      :        **Chapter 11**
                                                           :
**SAS AB**, *et al.*,                                      :        **Case No. 22-10925 (MEW)**
                                                           :
                        **Debtors.**[1]                    :        **(Jointly Administered)**
                                                           :        **ECF No. [●]**
------------------------------------------------------------ x

## ORDER GRANTING TENTH OMNIBUS OBJECTION
## OF DEBTORS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS
### (Satisfied Claims)

Upon the objection, dated December 23, 2023 (the "**Objection**"),[2] of SAS AB and

its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), pursuant to section 502(b) of the Bankruptcy Code and

Bankruptcy Rule 3007(d), for entry of an order disallowing and expunging the Satisfied Claims,

all as more fully set forth in the Objection; and this Court having jurisdiction to consider the

Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended

Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of

the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §

157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Objection having been provided, and such notice having been

adequate and appropriate under the circumstances; and it appearing that no other or further notice

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB,
Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm
Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd.,
Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is
AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Objection.

need be provided; and this Court having reviewed the Objection; and upon any hearing held on the

Objection; and all responses, if any, to the Objection having been withdrawn, resolved, or

overruled; and this Court having determined that the legal and factual bases set forth in the

Objection establish just cause for the relief granted herein; and is in the best interests of the

Debtors, their estates, their creditors, and all parties in interest; and upon all of the proceedings

had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is granted to the extent set forth herein.

2.      Pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy

Rule 3007, each Satisfied Claim identified under the heading "*Claims to be Disallowed and*

*Expunged*" on **Exhibit 1** annexed to this Order is hereby disallowed and expunged.

3.      To the extent a response was filed regarding any Satisfied Claim, each such

Satisfied Claim, and the Objection as it pertains to such Satisfied Claim, constitutes a separate

contested matter as contemplated by Bankruptcy Rule 9014.  This Order will be deemed a separate

order with respect to each satisfied Claim.

4.      Nothing contained in the Objection or this Order shall be construed as (i) an

admission as to the validity of any Claim, (ii) an agreement or obligation to pay any Claims, (iii) a

waiver of the Debtors' or any appropriate party in interest's rights to dispute any Claim, (iv) a

waiver of any claims or causes of action which may exist against any creditor or interest holder,

or (v) an approval or assumption of any agreement, contract, program, policy or lease under

section 365 of the Bankruptcy Code.

5.      The Debtors' claims and noticing agent, Kroll Restructuring Administration, LLC, is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.


Dated: _____, 2024
          New York, New York


                                    _____
                                    THE HONORABLE MICHAEL E. WILES
                                    UNITED STATES BANKRUPTCY JUDGE

3

**Exhibit 1**

**Satisfied Claims**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | | **Claim Amount (USD)** |
| LUFTHANSA CITY CENTER REISEBUROPARTNER GMBH | LYONER STR. 9, FRANKFURT-NIEDERRAD, 60528, GERMANY | 5339922 | Scandinavian Airlines System Denmark-Norway-Sweden | | 8,402.88 |
| LUFTHAVNDRIFT AS | STRANDGATA 92, HAUGESUND, 5528, NORWAY | 5339495 | Scandinavian Airlines System Denmark-Norway-Sweden | | 91,858.16 |
| LYRECO SVERIGE AB | BOX 501, BANKERYD, 564 28, SWEDEN | 5339930 | Scandinavian Airlines System Denmark-Norway-Sweden | | 234.73 |
| MAC CARGO HANDLING LLC | 342 ALLERTON AVENUE, SOUTH SAN FRANCISCO, CA, 94080, UNITED STATES | 5339932 | Scandinavian Airlines System Denmark-Norway-Sweden | | 43,629.40 |
| MAJORNET GMBH | SAALESTRABE 14, STADTALLENDORF, 35260, GERMANY | 5339936 | Scandinavian Airlines System Denmark-Norway-Sweden | | 5,405.55 |
| MANCHESTER AIRPORT PLC | INCOME SECTION, 4TH FLOOR, OLYMPIC HOUSE, MANCHESTER AIRPORT, MANCHESTER, M90 1QX, UNITED KINGDOM | 5339496 | Scandinavian Airlines System Denmark-Norway-Sweden | | 80,247.72 |
| MARGROS MARCIN GROS | UL. POZARNA 2A, ZUKOWO, 83-330, POLAND | 5339947 | Scandinavian Airlines System Denmark-Norway-Sweden | | 5,495.75 |
| MARINE TRAVEL A/S | HEDEGAARDSVEJ 14, IKAST, 7430, DENMARK | 5339948 | Scandinavian Airlines System Denmark-Norway-Sweden | | 3,254.96 |
| MARIO TEO | BLK 6 ROOM 1701 GREEN COURT APARTMENT, SHANGHAI, 200122, CHINA | 5339949 | Scandinavian Airlines System Denmark-Norway-Sweden | | 630.80 |
| MARKETSHARE PARTNERS, LLC | 1906 RESTON METRO PLAZA, SUITE 500, RESTON, VA, 20190, UNITED STATES | 5339950 | Scandinavian Airlines System Denmark-Norway-Sweden | | 30,110.67 |
| MARSH UK LTD | VICTORIA HOUSE QUEENS ROAD, NORWICH, NR13QQ, UNITED KINGDOM | 5339690 | Gorm Engine Management Limited | | 471.37 |
| MARTHINSEN TRADING AS | NORDASBROTET 2 BERGEN, RADAL, 5235, NORWAY | 5339969 | Scandinavian Airlines System Denmark-Norway-Sweden | | 83,896.61 |
| MASSACHUSETTS PORT AUTHORITY | P.O. BOX 3471, BOSTON, MA, 02241-3471, UNITED STATES | 5339497 | Scandinavian Airlines System Denmark-Norway-Sweden | | 146,230.48 |

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| MASTERPIECE INTERNATIONAL LTD | 39 BROADWAY SUITE 1410, NEW YORK, NY, 10006, UNITED STATES | 5339970 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,882.30 |
| MAXIMUS GLOBAL SERVICES,LLC | PO BOX 227295, MIAMI, FL, 33222, UNITED STATES | 5339498 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,767.53 |
| MBS-MBS INTERNATIONAL A/P | P O BOX P PFC REMITTANCE, FREELAND, MI, 48623, UNITED STATES | 5339499 | Scandinavian Airlines System Denmark-Norway-Sweden | 43.90 |
| MCDONALDS RESTAURANTS OF IRELAND LTD | RICHVIEW OFFICE PARK CLONSKEAGH, DUBLIN, 14, IRELAND | 5339975 | Scandinavian Airlines System Denmark-Norway-Sweden | 554.36 |
| MCI-CITY OF KANSAS CITY | AVIATION DEPT LOCK BOX P.O. BOX 844124, KANSAS CITY, MO, 64184-4124, UNITED STATES | 5339500 | Scandinavian Airlines System Denmark-Norway-Sweden | 561.37 |
| MCO-GREATER ORLANDO AVIATION A | P O BOX 947637, ATLANTA, GA, 30394-7637, UNITED STATES | 5339501 | Scandinavian Airlines System Denmark-Norway-Sweden | 648.73 |
| MDT-HARRISBURG INTL AIRPORT | SARAA ONE TERMINAL DRIVE SUITE 300, MIDDLETOWN, PA, 14059, UNITED STATES | 5339502 | Scandinavian Airlines System Denmark-Norway-Sweden | 26.34 |
| MEADOWS LANDMARK, LLC | LOCKBOX-780223 MAC Y1372-045, PHILADELPHIA, PA, 19178-0223, UNITED STATES | 5339272 | Scandinavian Airlines System Denmark-Norway-Sweden | 324,576.40 |
| MEHILAINEN OY | POHJOINEN HESPERIANKATU 17 C, HELSINKI, 00260, FINLAND | 5339981 | Scandinavian Airlines System Denmark-Norway-Sweden | 229.50 |
| MEMPHIS INTERNATIONAL AIRPORT | 2491 WINCHESTER RD 113, MEMPHIS, TN, 38116, UNITED STATES | 5339503 | Scandinavian Airlines System Denmark-Norway-Sweden | 21.40 |
| MERCURY AIR CARGO SERVICES, INC. | 2780 SKYPARK DRIVE, TORRANCE, CA, 90505, UNITED STATES | 5340010 | Scandinavian Airlines System Denmark-Norway-Sweden | 48,486.39 |
| METROPOLITAN WASHINGTON | P.O. BOX 402816, ATLANTA, GA, 30384-2816, UNITED STATES | 5339504 | Scandinavian Airlines System Denmark-Norway-Sweden | 116,240.56 |
| METROPOLITAN WASHINGTON AIRPORTS AUTHORITY | MS. MICHELE BADE 1 AVIATION CIRCLE, WASHINGTON, DC, 20001-6000, UNITED STATES | 5339275 | Scandinavian Airlines System Denmark-Norway-Sweden | 79,840.85 |
| MF TRANSPORT SERVICE AS | HAAKON VII GATE 17 C, TRONDHEIM, 7041, NORWAY | 5340012 | Scandinavian Airlines System Denmark-Norway-Sweden | 59,778.42 |
| MFR-ROGUE VALLEY INTL-MEDFORD | 3650 BIDDLE RD #13, MEDFORD, OR, 97504, UNITED STATES | 5339505 | Scandinavian Airlines System Denmark-Norway-Sweden | 13.17 |
| MIAMI-DADE COUNTY AVIATION DEPT | PO BOX 526624, MIAMI 1, FL, 33152-6624, UNITED STATES | 5339506 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,784.39 |
| MICHAEL SJÖÖS FLIGHT & MEDICAL | FISKARE GUSTAVSVÄG 30, ÅKERSBERGA, 184 70, SWEDEN | 5340013 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,193.56 |

| | | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | |

| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
|---|---|---|---|---|
| MIELE A/S | ERHVERVSVEJ 2 POSTBOKS 1371, GLOSTRUP, 2600, DENMARK | 5340039 | Scandinavian Airlines System Denmark-Norway-Sweden | 110.84 |
| MIKROLAB STOCKHOLM AB | KUNG HANS VAG 3, SOLLENTUNA, 19268, SWEDEN | 5340040 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,218.87 |
| MINDSHARE A/S | ANTONIGADE 4 4 FLOOR, KOBENHAVN, 1106, DENMARK | 5340043 | Scandinavian Airlines System Denmark-Norway-Sweden | 37,938.58 |
| MINDSHARE NORWAY AS | POSTBOKS 787 SENTRUM INKOGNITOGATEN 16, OSLO, N-0106, NORWAY | 5340044 | Scandinavian Airlines System Denmark-Norway-Sweden | 95,173.02 |
| MINDSHARE SWEDEN AB | BIRGER JARLSGATAN 52, STOCKHOLM, 10377, SWEDEN | 5340045 | Scandinavian Airlines System Denmark-Norway-Sweden | 152,634.02 |
| MITCHELL, MICHAEL | 3240 PURDUE AVE, DALLAS, TX, 75225, UNITED STATES | 238 | SAS AB | 8,200.00 |
| MKE-COUNTY OF MILWAUKEE | 5300 S HOWELL AVE, MILWAUKEE, WI, 53207, UNITED STATES | 5339507 | Scandinavian Airlines System Denmark-Norway-Sweden | 48.07 |
| MKG-MUSKEGON COUNTY AIRPORT | 99 SINCLAIR DR, MUSKEGON, MI, 49441, UNITED STATES | 5340049 | Scandinavian Airlines System Denmark-Norway-Sweden | 4.39 |
| MKPCN-CONSULTANT OOO | MURMANSKIY PROEZD, 14, MOSCOW, 129076, RUSSIAN FEDERATION | 5340050 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,358.96 |
| MLE-MALPENSA LOGISTICA EUROPA SPA | AEROPORTO DI MILANO LINATE, SEGRATE MI, 20090, ITALY | 5340058 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,116.26 |
| MLI-AIRPORT DIRECTOR | QUAD CITY A/P P.O. BOX 9009, MOLINE, IL, 61265-9009, UNITED STATES | 5339508 | Scandinavian Airlines System Denmark-Norway-Sweden | 17.56 |
| MOB-MOBILE AIRPORT AUTHORITY | P O BOX 88004 PFC ACCTG, MOBILE, AL, 36608-0004, UNITED STATES | 5339509 | Scandinavian Airlines System Denmark-Norway-Sweden | 4.39 |
| MOHER AVIATION SERVICES LTD | KILCONNELL CO CLARE, LISCANNOR, , IRELAND | 5340062 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,866.20 |
| MONIJA BACKOFFICE | WIJNKERS 13, UDEN, LJ, 5401, NETHERLANDS | 5340063 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,143.95 |
| MSN-DANE COUNTY AIRPORT DIRECTOR | 4000 INTERNATIONAL LANE, MADISON, WI, 53704, UNITED STATES | 5339510 | Scandinavian Airlines System Denmark-Norway-Sweden | 135.98 |
| MSO-MISSOULA COUNTY AIRPORT AUTHORITY | MISSOULA INTERNATIONAL AIRPORT 5225 HIGHWAY 10 WEST, MISSOULA, MT, 59802, UNITED STATES | 5339511 | Scandinavian Airlines System Denmark-Norway-Sweden | 8.78 |
| MSP-METROPOLITAN AIRPORTS COMM | MINNEAPOLIS-ST. PAUL NW - 9227, MINNEAPOLIS, MN, 55485, UNITED STATES | 5339512 | Scandinavian Airlines System Denmark-Norway-Sweden | 349.66 |

3

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| MSY-DIRECTOR OF AVIATION | NEW ORLEANS AVIATION BD P.O. BOX 20007, NEW ORLEANS, LA, 70141, UNITED STATES | 5339513 | Scandinavian Airlines System Denmark-Norway-Sweden | 113.81 |
| MUNCKHOF BUSINEES TRAVEL | CELSIUSWEG 38A, VENLO, 5820, NETHERLANDS | 5340088 | Scandinavian Airlines System Denmark-Norway-Sweden | 441.81 |
| MYR-MYRTLE BEACH AIRPORT | HORRY COUNTY DEPT OF AIRPORTS 1100 JETPORT RD PFC REMIT, MYRTLE BEACH, SC, 29577, UNITED STATES | 5339514 | Scandinavian Airlines System Denmark-Norway-Sweden | 52.57 |
| MØRE OG ROMSDAL TAXITJENESTER AS | POSTBOKS193, KRISTIANSUND, 6501, NORWAY | 5340082 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,472.86 |
| NETS A/S | ENERGIVEJ 1, BALLERUP, 2750, DENMARK | 5340300 | Scandinavian Airlines System Denmark-Norway-Sweden | 15.19 |
| NORDEA FINANCE EQUIPMENT AS | C/O NORDEA BANK ABP, FILIAL I SVERIGE ATTENTION: FREDRIK STJERNSTROM SMALANDSGATAN 17, SE 105 71, STOCKHOLM, , SWEDEN | 677 | SAS AB | 0.00 |
| NORDEA FINANCE EQUIPMENT AS, SVERIGE FILIAL | C/O NORDEA BANK ABP ATTN: FREDRIK STJERNSTROM SMALANDSGATAN 17, STOCKHOLM, 105 71, SWEDEN | 633 | SAS AB | 0.00 |
| NORDICA REGIONAL JET | LENNUJAAMA TEE 13, TALLINN, 11101, ESTONIA | 5339276 | Scandinavian Airlines System Denmark-Norway-Sweden | 46,013,519 |
| NORSTAT SVERIGE AB | ATTN: HENRIK ÅQUIST SVEAVÄGEN 61, STOCKHOLM, 113 59, SWEDEN | 511 | Scandinavian Airlines System Denmark-Norway-Sweden | 26,412.00 |
| NOVARE INTERIM / RECRUITMENT AB | BLASIEHOLMSGATAN 4B, STOCKHOLM, 111 48, SWEDEN | 253 | Scandinavian Airlines System Denmark-Norway-Sweden | 40,621.27 |
| NOVUM SERVICE POINT AS | BROBEKKVEIEN 80, OSLO, 582, NORWAY | 5340441 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,661.44 |
| NTT COMMUNICATION | X, TOKYO, , JAPAN | 5340442 | Scandinavian Airlines System Denmark-Norway-Sweden | 19.43 |
| NYKREDIT | GLADSAXEVEJ 363,2, SÖRBORG, 2860, DENMARK | 5339277 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,310,925.30 |
| NYKREDIT | GLADSAXEVEJ 363,2, SÖRBORG, 2860, DENMARK | 5339278 | Scandinavian Airlines System Denmark-Norway-Sweden | 21,221.82 |
| NYKREDIT LEASING A/S | POSTBOX 20, SØBORG, 2860, DENMARK | 5340445 | Scandinavian Airlines System Denmark-Norway-Sweden | 388,786.44 |
| OAJ ALBERT J. ELLIS AIRPORT. | 264 STATE RD 1265, RICHLANDS, NC, 28574, UNITED STATES | 5339516 | Scandinavian Airlines System Denmark-Norway-Sweden | 4.39 |
| OBJECTIVE SOLUTIONS SWEDEN AB | FLORAGATAN 17, 4 TR, STOCKHOLM, 114 31, SWEDEN | 5340478 | Scandinavian Airlines System Denmark-Norway-Sweden | 89,624.14 |

| | | | | Claim Amount |
|---|---|---|---|---|
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **(USD)** |
| OFC | 3-13-3 SHIBAURA MINATO-KU, TOKYO, , JAPAN | 5340479 | Scandinavian Airlines System Denmark-Norway-Sweden | 455.04 |
| OKC-CITY OF OKLAHOMA CITY PFC | 7100 TERMINAL DRIVE UNIT 937, OKLAHOMA CITY, OK, 73159-0937, UNITED STATES | 5339517 | Scandinavian Airlines System Denmark-Norway-Sweden | 109.53 |
| OMAHA AIRPORT AUTHORITY | 4501 ABBOTT DR STE 2300, OMAHA, NE, 68110, UNITED STATES | 5339518 | Scandinavian Airlines System Denmark-Norway-Sweden | 162.10 |
| ONEPARK AS | POSTBOKS 2033, VIKA, OSLO, 125, NORWAY | 5340481 | Scandinavian Airlines System Denmark-Norway-Sweden | 33,177.83 |
| ONT-ONTARIO INTERNATIONAL AIRPORT AUTHORITY | 2132 E. AVION AVE, ONTARIO, CA, 91761, UNITED STATES | 5339519 | Scandinavian Airlines System Denmark-Norway-Sweden | 8.78 |
| OOMI OY | PB 95, VANDA, 01301, FINLAND | 5340482 | Scandinavian Airlines System Denmark-Norway-Sweden | 189.38 |
| ORANGE | CENTRE DE PAIEMENT TSA 60816, MONTAUBAN CEDEX, 82006, FRANCE | 5340486 | Scandinavian Airlines System Denmark-Norway-Sweden | 5.30 |
| ORBITARENA AS | POSTBOKS 73, JESSHEIM, 2051, NORWAY | 5340487 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,156.80 |
| ORD FUEL COMPANY, LLC | 4333 AMON CARTER BLVD, MD 5223, FORT WORTH, TX, 76155, UNITED STATES | 5340488 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,357.24 |
| ORF-NORFOLK INTL AIRPORT AUTH | 2200 NORVIEW AVE, NORFOLK, VA, 23518-5897, UNITED STATES | 5339520 | Scandinavian Airlines System Denmark-Norway-Sweden | 78.47 |
| OTW COMMUNICATION AB | BOX 3265, STOCKHOLM, 103 65, SWEDEN | 5340490 | Scandinavian Airlines System Denmark-Norway-Sweden | 87,640.94 |
| OU- SAMORDNINGEN | POSTBOKS 386, LYSAKER, 1326, NORWAY | 5340491 | Scandinavian Airlines System Denmark-Norway-Sweden | 15,964.14 |
| P/F VAGA FLOGHAVN | FLOGVOLLURIN 65, SORVAGUR, 380, FAROE ISLANDS | 5339521 | Scandinavian Airlines System Denmark-Norway-Sweden | 49,445.40 |
| PAH - BARKLEY REGIONAL AIRPORT | 2901 FISHER RD, WEST PADUCAH, KY, 42086, UNITED STATES | 5339522 | Scandinavian Airlines System Denmark-Norway-Sweden | 8.78 |
| PAXPORT AB | HOLLÄNDARGATAN 13,3TR, STOCKHOLM, 11136, SWEDEN | 5340555 | Scandinavian Airlines System Denmark-Norway-Sweden | 118,070.72 |
| PAYFLEX SYSTEMS USA, INC | PO BOX 2239, OMAHA, NE, 68103-2239, UNITED STATES | 5340556 | Scandinavian Airlines System Denmark-Norway-Sweden | 6.13 |
| PBI-WEST PALM BEACH INTL AIRPORT | PALM BEACH COUNTY DEPT OF AIRPORTS PFC ACCOUNTING 846 PALM BEACH INTL. AIRPORT, WEST PALM BEACH, FL, 33406-1470, UNITED STATES | 5339523 | Scandinavian Airlines System Denmark-Norway-Sweden | 74.63 |

The table header "**CLAIMS TO BE DISALLOWED AND EXPUNGED**" spans the table.

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | |
|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| PDC A/S | H.J. HOLST VEJ 3-5, BRØNDBY, 2605, DENMARK | 198 | Scandinavian Airlines System Denmark-Norway-Sweden | 43,275.00 |
| PDX-PORT OF PORTLAND | PFC REMITT P.O. BOX 5095, PORTLAND, OR, 97208-5095, UNITED STATES | 5339524 | Scandinavian Airlines System Denmark-Norway-Sweden | 50.37 |
| PERFECT CUSTOMER | POSTFACH 1367, FLOERSHEIM, 65434, GERMANY | 5340784 | Scandinavian Airlines System Denmark-Norway-Sweden | 24.67 |
| PETERSEN, ANDERS | HEJREVEJ 46, ROSKILDE, 4000, DENMARK | 158 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,180.00 |
| PETTERSONAPPS LLC | 4/1 SHAFARYKA STREET, LUIV, 79032, UKRAINE | 5340785 | Scandinavian Airlines System Denmark-Norway-Sweden | 40,342.00 |
| PHL-CITY OF PHILADELPHIA | AVIATION DIVISION P.O. BOX 8500-213966, PHILADELPHIA, PA, 19101, UNITED STATES | 5339525 | Scandinavian Airlines System Denmark-Norway-Sweden | 271.96 |
| PHX-PHOENIX SKY HARBOR INTL | CITY OF PHOENIX AVIATION DEPT P O BOX 29112, PHOENIX, AZ, 85038, UNITED STATES | 5339526 | Scandinavian Airlines System Denmark-Norway-Sweden | 793.60 |
| PIA-GREATER PEORIA AIRPORT AUT | ATTN; PFC PAYMENTS 6100 W.E.M. DIRKSEN PKWY, PEORIA, IL, 61607, UNITED STATES | 5339527 | Scandinavian Airlines System Denmark-Norway-Sweden | 34.79 |
| PIKA SP. Z O.O. | SPADOCHRONIARZY 7, GDANSK, 80298, POLAND | 5340788 | Scandinavian Airlines System Denmark-Norway-Sweden | 869.71 |
| PIOTR KRZYWDA TRANSPORT | OS. PRZYJAZNI 21/13, POZNAN, 61-686, POLAND | 811 | Scandinavian Airlines System Denmark-Norway-Sweden | 134.16 |
| PIT-ALLEGHENY AIRPORT AUTHORITY | P.O. BOX 12370 ATTN: PFC DEPT., PITTSBURGH, PA, 15231-0370, UNITED STATES | 5339528 | Scandinavian Airlines System Denmark-Norway-Sweden | 503.09 |
| POLSKI HOLDING HOTELOWY SP. S O. O. | UL.ZWIRKI I WIGURY 1, WARSZAWA, 00-906, POLAND | 5340792 | Scandinavian Airlines System Denmark-Norway-Sweden | 932.43 |
| PORT AUTHORITY OF NEW YORK AND NEW JERSEY | BUILDING ONE CONRAD ROAD NEWARK LIBERTY INTERNATIONAL AIRPORT, NEWARK, NJ, 07114, UNITED STATES | 31 | SAS AB | 193,875.84 |
| PORT AUTHORITY OF NEW YORK AND NEW JERSEY | BUILDING ONE CONRAD ROAD NEWARK LIBERTY INTERNATIONAL AIRPORT, NEWARK, NJ, 07114, UNITED STATES | 34 | SAS AB | 204,397.84 |
| PORT LOTNICZY GDANSK SP. Z O.O. | SLOWACKIEGO 200, GDANSK, 80-298, POLAND | 5340793 | Scandinavian Airlines System Denmark-Norway-Sweden | 24,682.58 |

6

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
|---|---|---|---|---|
| PORT LOTNICZY LODZ IM. WLADYSLAWA REYMONTA SP. Z O.O. | UL.GEN.S.MACZKA 35, TODZ, 94-328, POLAND | 5340794 | Scandinavian Airlines System Denmark-Norway-Sweden | 205.77 |
| PORT LOTNICZY POZNAN-LAWICA SP.ZOO | BUKOWSKA 285, POZNAN, 60-189, POLAND | 5339540 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,672.31 |
| PORTWAY | RUA C - EDIFICIO 124 AEROPORTO DE LISBOA, LISBOA, 1700-008, PORTUGAL | 5340796 | Scandinavian Airlines System Denmark-Norway-Sweden | 10,839.92 |
| POST DANMARK A/S | WHILSBORG A/S NIELS GRAM-HANSSEN HEDEGAARDSVEJ 88, KOBENHAVN S, 2300, DENMARK | 5339100 | Scandinavian Airlines System Denmark-Norway-Sweden | 7.68 |