**Hearing Date and Time: January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)**
**Response Deadline: January 16, 2024 at 4:00 p.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SAS AB, *et al.*,** | : | **Case No. 22-10925 (MEW)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

------------------------------------------------------------ x

### NOTICE OF ELEVENTH OMNIBUS OBJECTION OF
### DEBTORS TO DISALLOW AND EXPUNGE CLAIMS
### (Satisfied Claims)

---

**THE ATTACHED OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW
AND EXPUNGE CERTAIN CLAIMS.  PLEASE CAREFULLY REVIEW THE
ATTACHED OBJECTION AND THE ATTACHMENT THERETO TO DETERMINE
WHETHER THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

---

**PLEASE TAKE NOTICE** that, on December 23, 2023, SAS AB and its debtor

subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

(collectively, the "**Debtors**") filed the *Eleventh Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims)* (the "**Objection**").

PLEASE TAKE FURTHER NOTICE that a hearing to consider entry of an order approving the Objection (the "**Hearing**") will be conducted before the Honorable Michael E. Wiles, in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), on **January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the Objection requests the Bankruptcy Court disallow and expunge from the claims register the claims listed on Exhibit 1 to the proposed form of order annexed to the Objection as Exhibit A (the "**Proposed Order**") on the ground that each such claim has been satisfied in full during the Debtors' chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that any responses (the "**Responses**") to the Objection must (i) be in writing, (ii) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**"), and the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292] (the "**Case Management Order**"), (iii) be filed with the Bankruptcy Court by (a) attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) and (b) all other parties in interest on a CD-ROM, in text-searchable portable document format (PDF) (with two single-sided hard copies delivered to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and (iv) be served in accordance with General Order M-399, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Case Management Order, upon (a) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Gary Holtzer, Kelly DiBlasi, David

Griffiths, and Lauren Tauro), (b) the Office of the United States Trustee for Region 2 (Attn: Greg Zipes, Esq. & Annie Wells, Esq.), and (c) the attorneys for the Official Committee of Unsecured Creditors (Attn: Brett H. Miller, Todd M. Goren, Debra M. Sinclair, Craig A. Damast, and James H. Burbage), so as to be filed and received no later than **January 16, 2024 at 4:00 p.m. (Prevailing Eastern Time)** (the "**Response Deadline**").

PLEASE TAKE FURTHER NOTICE that any Response must contain the following: (i) the name of the claimant and description of the basis for the amount of the claim; (ii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged from the claims register for the reasons set forth in the Objection, including the specific factual and legal bases which will be relied upon in opposing the Objection; and (iii) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, which will be relied upon in opposing the Objection.

PLEASE TAKE FURTHER NOTICE that if no Responses are timely filed and served with respect to the Objection by the Response Deadline, the Bankruptcy Court may grant the relief requested in the Objection without further notice or an opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE that any claim that the Bankruptcy Court disallows and expunges will be treated as if it had not been filed and will not be entitled to any distribution on account thereof.**

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required

to attend any Hearing and failure to appear may result in relief being granted upon default.

Dated: December 23, 2023
         New York, New York

                                   */s/  Lauren Tauro*
                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone: (212) 310-8000
                                   Facsimile: (212) 310-8007
                                   Gary T. Holtzer
                                   Kelly DiBlasi
                                   David Griffiths
                                   Lauren Tauro

                                   *Attorneys for Debtors*
                                   *and Debtors in Possession*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

In re                                              :        **Chapter 11**
                                                   :
**SAS AB**, *et al.*,                              :        **Case No. 22-10925 (MEW)**
                                                   :
                    Debtors.[1]                    :        **(Jointly Administered)**

------------------------------------------------------------- x

**ELEVENTH OMNIBUS OBJECTION OF
DEBTORS TO DISALLOW AND EXPUNGE CLAIMS
(Satisfied Claims)**

---

**THIS OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW AND
EXPUNGE CERTAIN CLAIMS. PLEASE CAREFULLY REVIEW THIS
OBJECTION AND THE ATTACHMENT HERETO TO DETERMINE WHETHER
THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

---

SAS AB and its debtor subsidiaries, as debtors and debtors in possession in the

above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows

in support of this objection (the "**Objection**"):

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

## Background

1.      On July 5, 2022 (the "**Commencement Date**"), each Debtor commenced with the Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these chapter 11 cases.  On July 22, 2022, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") [ECF No. 75].

2.      The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

3.      Additional information regarding the Debtors' businesses, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Erno Hildén Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern District of New York*, dated July 5, 2022 [ECF No. 3], and the *Declaration of Michael Healy in Support of First Day Motions and Applications*, dated July 5, 2022 [ECF No. 4].

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

5.      By this Objection, pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007(d), the Debtors request entry of an order disallowing and expunging the claims listed on Exhibit 1 annexed to the Proposed Order (as defined below).

6.      A proposed form of order granting the relief requested herein is annexed hereto as Exhibit A (the "**Proposed Order**").

## Claims Reconciliation

7.      On November 8, 2022, the Court entered an order [ECF No. 605] establishing January 10, 2023 at 5:00 p.m. (Prevailing Eastern Time) as the deadline for all persons and entities (including governmental units) to file proofs of claim (each, a "**Proof of Claim**") against the Debtors for claims (each a "**Claim**") that arose on or prior to the Commencement Date, subject to certain exceptions (including for claims based on the rejection of executory contracts or unexpired leases).

8.      The Debtors have examined the Proofs of Claim identified on Exhibit 1 to the Proposed Order and have determined that each Claim under the heading "*Claims to be Disallowed and Expunged*" (each, a "**Satisfied Claim**" and, collectively, the "**Satisfied Claims**") has been satisfied in full during the Debtors' chapter 11 cases, including because (i) the claimed amounts have been paid by the Debtors during these chapter 11 cases pursuant to "first day" or other relief granted by the Court authorizing such payments, (ii) the Debtors paid such amounts in the ordinary course of business, or (iii) the Debtors assumed, and cured all prepetition amounts owing under, the contract(s) that form the basis of a Satisfied Claim.

## Satisfied Claims Should Be Disallowed

9.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).

10.     As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof of claim constitutes prima facie evidence of the validity and the amount of the claim under section 502(a) of the Bankruptcy Code.  Prima facie validity under Bankruptcy Rule 3001(f), however, can be overcome by rebuttal evidence. *See In re Ditech Holding Corp.*, No. 19-10412 (JLG), 2021

3

WL 408984, at *4 (Bankr. S.D.N.Y. Feb. 2, 2021); *In re Rockefeller Ctr. Props.*, 272 B.R. 524,

539 (Bankr. S.D.N.Y. 2000).   Accordingly, pursuant to Bankruptcy Rule 3007(a), a party in

interest may object to the allowance of a claim in a writing filed with the Bankruptcy Court.  Fed.

R. Bankr. P. 3007(a).  Upon an objection, the claimant has the burden to demonstrate the validity

of the claim.  *See Rozier v. Rescap Borrower Claims Tr. (In re Residential Cap., LLC)*, No. 15-cv-

3248 (KPF), 2016 WL 796860, at *9 (S.D.N.Y. Feb. 22, 2016); *In re Arcapita Bank B.S.C.(c)*,

No. 12–11076 (SHL), 2013 WL 6141616, at *1 (Bankr. S.D.N.Y. Nov. 21, 2013), *aff'd sub nom.*

*In re Arcapita Bank B.S.C.(c)*, 508 B.R. 814 (S.D.N.Y. 2014); *Hasson v. Motors Liquidation Co.*

*GUC Tr. (In re Motors Liquidation Co.)*, No. 11-cv-8444 (RJS), 2012 WL 1886755, at *3

(S.D.N.Y. May 12, 2012); *In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*

*sub nom. Peter J. Solomon Co., L.P. v. Oneida Ltd.*, No. 09-cv-2229 (DC), 2010 WL 234827

(S.D.N.Y. Jan. 22, 2010).

11.    Further, Bankruptcy Rule 3007(d) permits the Debtors to file objections to

more than one claim on the basis that, among other things, such claims "have been satisfied or

released during the case in accordance with the Code, applicable rules, or a court order." Fed. R.

Bankr. P. 3007(d)(5).

12.    The Debtors have carefully examined each Satisfied Claim and compared it

to their books and records and have determined that each Satisfied Claim identified on Exhibit 1

to the Proposed Order has already been satisfied in full during the Debtors' cases.  As no amounts

are owed on account of the Satisfied Claims, to ensure that the claims register is accurate and does

not inaccurately overstate the Debtors' liabilities, and to avoid the possibility of multiple

recoveries on account of already-satisfied liabilities, the Debtors seek entry of the Proposed Order

disallowing and expunging the Satisfied Claims from the claims register.

**Reservation of Rights**

13.      Nothing contained herein is intended or shall be construed as (i) an admission as to the validity of any Claim against the Debtors, (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any Claim against the Debtors, (iii) an agreement or obligation to pay any Claims, (iv) a waiver of any claims or causes of action that may exist against any creditor or interest holder, or (v) an approval, assumption, or adoption of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.  Likewise, if the Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended to be and should not be construed as an admission to the validity of any claim or a waiver of the Debtors' or any appropriate party in interest's rights to subsequently dispute such claim.

**Notice**

14.      Notice of this Objection will be provided in accordance with Bankruptcy Rule 3007 and the procedures set forth in the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292].  The Debtors respectfully submit that no further notice is required.

15.      No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

5

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: December 23, 2023
       New York, New York

/s/ Lauren Tauro

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors
and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

In re                                                    :    **Chapter 11**

                                                         :

**SAS AB**, *et al.*,                                    :    **Case No. 22-10925 (MEW)**

                                                         :

                              **Debtors.**[1]            :    **(Jointly Administered)**

                                                         :    **ECF No. [●]**

------------------------------------------------------------ x

### ORDER GRANTING ELEVENTH OMNIBUS OBJECTION
### OF DEBTORS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS
#### (Satisfied Claims)

Upon the objection, dated December 23, 2023 (the "**Objection**"),[2] of SAS AB and

its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), pursuant to section 502(b) of the Bankruptcy Code and

Bankruptcy Rule 3007(d), for entry of an order disallowing and expunging the Satisfied Claims,

all as more fully set forth in the Objection; and this Court having jurisdiction to consider the

Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

*Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of

the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §

157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Objection having been provided, and such notice having been

adequate and appropriate under the circumstances; and it appearing that no other or further notice

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Objection.

need be provided; and this Court having reviewed the Objection; and upon any hearing held on the

Objection; and all responses, if any, to the Objection having been withdrawn, resolved, or

overruled; and this Court having determined that the legal and factual bases set forth in the

Objection establish just cause for the relief granted herein; and is in the best interests of the

Debtors, their estates, their creditors, and all parties in interest; and upon all of the proceedings

had before this Court and after due deliberation and sufficient cause appearing therefor,

<strong>IT IS HEREBY ORDERED THAT:</strong>

1.      The Objection is granted to the extent set forth herein.

2.      Pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy

Rule 3007, each Satisfied Claim identified under the heading "*Claims to be Disallowed and*

*Expunged*" on **Exhibit 1** annexed to this Order is hereby disallowed and expunged.

3.      To the extent a response was filed regarding any Satisfied Claim, each such

Satisfied Claim, and the Objection as it pertains to such Satisfied Claim, constitutes a separate

contested matter as contemplated by Bankruptcy Rule 9014.  This Order will be deemed a separate

order with respect to each satisfied Claim.

4.      Nothing contained in the Objection or this Order shall be construed as (i) an

admission as to the validity of any Claim, (ii) an agreement or obligation to pay any Claims, (iii) a

waiver of the Debtors' or any appropriate party in interest's rights to dispute any Claim, (iv) a

waiver of any claims or causes of action which may exist against any creditor or interest holder,

or (v) an approval or assumption of any agreement, contract, program, policy or lease under

section 365 of the Bankruptcy Code.

5.      The Debtors' claims and noticing agent, Kroll Restructuring Administration, LLC, is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.


Dated: _____, 2024
        New York, New York


_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

3

# Exhibit 1

## Satisfied Claims

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| POSTEN NORGE AS, AVD.OSLO | POSTBOKS 1500 SENTRUM, OSLO, 1, NORWAY | 5339101 | Scandinavian Airlines System Denmark-Norway-Sweden | 237.86 |
| POURSHINS LTD. | LOEB & LOEB LLP SCHUYLER G. CARROLL 345 PARK AVE, NEW YORK, NY, 10154, UNITED STATES | 864 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,818,346.68 |
| PP PORTY LOTNICZE | ZWIRKI I WIGURY 1, WARSZAWA, 00-906, POLAND | 5339541 | Scandinavian Airlines System Denmark-Norway-Sweden | 85,464.78 |
| PREVIA AB | BOX 20, STOCKHOLM-ARLANDA, 190 45, SWEDEN | 5339105 | Scandinavian Airlines System Denmark-Norway-Sweden | 13,630.43 |
| PRI PENSIONSTJANST | JAKOBSGATAN 6, 111 52 STOCKHOLM, STOCKHOLM, 103 92, SWEDEN | 5339106 | Scandinavian Airlines System Denmark-Norway-Sweden | 23,058.43 |
| PRINTAVIA AVIATION AG | KLEEBODENWEG 14, ZWINGEN, 4222, SWITZERLAND | 5339108 | Scandinavian Airlines System Denmark-Norway-Sweden | 15,752.07 |
| PRO PAY SAS | SINT-STEVENS-WOLUWESTRAAT 55, BRUSSEL, 1130, BELGIUM | 5339111 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,196.49 |
| PS COMMUNICATION APS | TAGENSVEJ 85F 2 SAL, KOBENHAVN, 2200, DENMARK | 5339454 | Scandinavian Airlines System Denmark-Norway-Sweden | 98,285.27 |
| PSP-PALM SPRINGS INTL AIRPORT | ATTN: PFC 3400 E. TAHQUITZ CANYON WAY SUITE OFC, PALM SPRINGS, CA, 92262, UNITED STATES | 5339542 | Scandinavian Airlines System Denmark-Norway-Sweden | 30.73 |
| PVD - T.F. GREENE STATE | P.O. BOX 845419, BOSTON, MA, 02284-5419, UNITED STATES | 5339543 | Scandinavian Airlines System Denmark-Norway-Sweden | 30.29 |
| PWM-PORTLAND INTERNATIONAL AIR | PORTLAND FINANCIAL OFFICER 1001 WESTBROOK ST, PORTLAND, ME, 04102, UNITED STATES | 5339544 | Scandinavian Airlines System Denmark-Norway-Sweden | 21.95 |
| RADISSON BLU HOTEL TROMSØ | P.O.BOX 928, TROMSØ, 9259, NORWAY | 5339534 | Scandinavian Airlines System Denmark-Norway-Sweden | 460.78 |
| RAP-RADID CITY REGIONAL AIRPORT | 4550 TERMINAL RD SUITE 102, RAPID CITY, SD, 57703, UNITED STATES | 5339545 | Scandinavian Airlines System Denmark-Norway-Sweden | 21.95 |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
|---|---|---|---|---|
| RDD-REDDING REGIONAL AIRPORT | 6751 WOODRUM CIR #200, REDDING, CA, 96002, UNITED STATES | 5339546 | Scandinavian Airlines System Denmark-Norway-Sweden | 8.78 |
| RDU- RALEIGH DURHAM INTL AIRPORT | PFC REMITTANCE ACCOUNT CODE 125 P.O. BOX 63167, CHARLOTTE, NC, 28263-3167, UNITED STATES | 5339547 | Scandinavian Airlines System Denmark-Norway-Sweden | 384.45 |
| RECARO AIRCRAFT SEATING GMBH & CO. KG | DAIMLERSTRABE 21, SCHWÄBISCH HALL, 74523, GERMANY | 5339600 | Scandinavian Airlines System Denmark-Norway-Sweden | 309,455.56 |
| RECEIVER GENERAL OF CANADA | CANADA REVENUE AGENCY PRINCE EDWARD ISLAND TAX CENTRE 275 POPE RD, SUMMERSIDE, PE, C1N 6E7, CANADA | 5339548 | Scandinavian Airlines System Denmark-Norway-Sweden | 55,337.52 |
| REDACTED EMLOYEE NAME | , , , CHINA | 5340501 | Scandinavian Airlines System Denmark-Norway-Sweden | 119.04 |
| REED & MACKAY TRAVEL LTD | NEXUS PLACE 25 FARRINGDON STREET, LONDON, EC4A4AF, UNITED KINGDOM | 5339601 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,383.12 |
| REGIONAL JET OU | LENNUJAAMA TEE 13, TALLINN, 11101, ESTONIA | 5339602 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,051,979 |
| REJSEPARTNERNE A/S | ELKJAERVEJ 31, ABYHOJ, DK-8230, DENMARK | 5339603 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,645.98 |
| REMA 1000 HESSENG | E.K. ANDERSONSVEI 1, ANDERSONSVEI 1, 9912, NORWAY | 5339604 | Scandinavian Airlines System Denmark-Norway-Sweden | 8.91 |
| RENS & VASK ANS | POSTBOKS 44, LAKSELV, 9711, NORWAY | 5339606 | Scandinavian Airlines System Denmark-Norway-Sweden | 14.54 |
| RES TRAVEL MAGAZINE SWEDEN AB | ST PAULSGATAN 29A, STOCKHOLM, 11848, SWEDEN | 5339607 | Scandinavian Airlines System Denmark-Norway-Sweden | 36.44 |
| RESIA | KLOSTERGATAN 8, VÄXJÖ, 352 30, SWEDEN | 5339608 | Scandinavian Airlines System Denmark-Norway-Sweden | 32,245.68 |
| RETRIEVER SVERIGE AB | SOFIE ANNA ÖHRSTRÖM, ACCOUNTING MANAGER BLASIEHOLMSGATAN 4A, STOCKHOLM, SE, 11148, SWEDEN | 1142 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,962.00 |
| RETT24 AS | BOGATA 22, OSLO, 655, NORWAY | 5339612 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,708.65 |
| REZIDOR LOYALTY MANAGEMENT A/S | AMAGER STRANDVEJ 60-64 3RD FLOOR, COPENHAGEN S, DK-2300, DENMARK | 5339615 | Scandinavian Airlines System Denmark-Norway-Sweden | 25,573.64 |
| RIC-RICHMOND INTL AIRPORT | CAPITAL REGION AIRPORT COMISSI 1 RICHARD E BYRD TERMINAL DR, RICHMOND INTL AIRPORT, VA, 23250-2400, UNITED STATES | 5339549 | Scandinavian Airlines System Denmark-Norway-Sweden | 83.30 |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
|---|---|---|---|---|
| RNO - RENO CANNON INTERNATIONAL AIRPORT | AIRPORT AUTH. OF WASHOE CNTY P.O. BOX 12490, RENO, NV, 89510, UNITED STATES | 5339550 | Scandinavian Airlines System Denmark-Norway-Sweden | 12.62 |
| ROA-ROANOKE REG. AIRPORT | 5202 AVIATION DR PFC, ROANOKE, VA, 24012-1148, UNITED STATES | 5339551 | Scandinavian Airlines System Denmark-Norway-Sweden | 26.34 |
| ROCKWELL COLLINS | LOCK BOX 360772, PITTSBURGH, PA, 15251-6772, UNITED STATES | 5339776 | Scandinavian Airlines System Denmark-Norway-Sweden | 508.20 |
| ROC-ROCHESTER INTL AIRPORT | MONROE COUNTY PFC DEPT 1200 BROOKS AVE, ROCHESTER, NY, 14624, UNITED STATES | 5339552 | Scandinavian Airlines System Denmark-Norway-Sweden | 196.67 |
| RODMELL AVIATION LIMITED | 212 CONGLETON ROAD NORTH, SCHOLAR GREEN, STOKE ON TRENT, STAFFORDSHIRE, ST7 3HF, UNITED KINGDOM | 5339779 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,599.40 |
| RSW - SOUTHWEST FLORIDA INTERNATIONAL AIRPORT | ATTN: FINANCE DEPT 11000 TERMINAL ACCESS RD SUITE 8671, FORT MEYERS, FL, 33913, UNITED STATES | 5339553 | Scandinavian Airlines System Denmark-Norway-Sweden | 87.36 |
| RTG GROUND HANDLING OY | C/O AIRPRO OY PL 30, VANTAA, 1530, FINLAND | 5339788 | Scandinavian Airlines System Denmark-Norway-Sweden | 23,243.60 |
| RUSH BAG | UL. SW. U. LEDÓCHOWSKIEJ 5A / 1, WARSZAWA, 02-972, POLAND | 5339789 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,466.13 |
| RØDE KORS FØRSTEHJELP AS | SANDBREKKEVEIEN 95, NESTTUN, 5225, NORWAY | 5339778 | Scandinavian Airlines System Denmark-Norway-Sweden | 86.98 |
| SAC SOCIETA AEROPORTO CATANIA S.P.A. | AEROPORTO FONTANAROSSA, CATANIA, 95121, ITALY | 5339554 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,026.84 |
| SAFESTORE LTD | BRITTANIC HOUSE STIRLING WAY, BOREHAMWOOD, HERTFORDSHIRE, WD6 2BT, UNITED KINGDOM | 5339791 | Scandinavian Airlines System Denmark-Norway-Sweden | 2.98 |
| SAGAWA KYUBIN | 68 KAMITOBA TSUNODACHO, MINAMI WARD, KYOTO, , JAPAN | 5339988 | Scandinavian Airlines System Denmark-Norway-Sweden | 11.82 |
| SAGIO IT APS | RUGMARKEN 23 C, FARUM, DK-3520, DENMARK | 5339989 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,643.35 |
| SALESFORCE, INC. | C/O BIALSON, BERGEN & SCHWAB ATTN: LAWRENCE SCHWAB/GAYE HECK 830 MENLO AVE., SUITE 201, MENLO PARK, CA, 94025, UNITED STATES | 672 | Scandinavian Airlines System Denmark-Norway-Sweden | 251,347.39 |

3

| | | | | Claim Amount |
|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **(USD)** |
| SALZBURG AIRPORT SERVICES GMBH | INNSBRUCKER BUNDESSTRASSE 95, SALZBURG, 5020, AUSTRIA | 5339990 | Scandinavian Airlines System Denmark-Norway-Sweden | 10,394.35 |
| SAN FRANCISCO TERMINAL EQUIPMENT COMPANY, LLC | P.O. BOX 250400 SAN FRANCISCO INTERNATIONAL AIRPORT, SAN FRANCISCO, CA, 94125-0400, UNITED STATES | 5339555 | Scandinavian Airlines System Denmark-Norway-Sweden | 27,688.19 |
| SAN-SAN DIEGO REGIONAL AIRPORT AUTH. | TREASURER OFFICE P.O. BOX 81323, SAN DIEGO, CA, 92138-1323, UNITED STATES | 5339556 | Scandinavian Airlines System Denmark-Norway-Sweden | 371.83 |
| SANTANDER CONSUMER BANK AS | BOX 177, LYSAKER, N-1326, NORWAY | 733 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,681.00 |
| SANTANDER CONSUMER BANK AS | BOX 177, LYSAKER, N-1326, NORWAY | 740 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,681.00 |
| SANTANDER CONSUMER BANK AS | BOX 177, LYSAKER, N-1326, NORWAY | 850 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,959.00 |
| SANTANDER CONSUMER BANK AS | BOX 177, LYSAKER, N-1326, NORWAY | 863 | Scandinavian Airlines System Denmark-Norway-Sweden | 10,700.00 |
| SANTANDER CONSUMER BANK AS | BOX 177, LYSAKER, N-1326, NORWAY | 869 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,975.00 |
| SANTANDER CONSUMER BANK AS | BOX 177, LYSAKER, N-1326, NORWAY | 956 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,681.00 |
| SANTANDER CONSUMER BANK AS | BOX 177, LYSAKER, N-1326, NORWAY | 856 | Scandinavian Airlines System Denmark-Norway-Sweden | 21,948.00 |
| SANTANDER CONSUMER BANK AS | BOX 177, LYSAKER, N-1326, NORWAY | 862 | Scandinavian Airlines System Denmark-Norway-Sweden | 36,412.00 |
| SAPOS AB | UPPSALA SCIENCE PARK, UPPSALA, 751 83, SWEDEN | 177 | SAS AB | 11,956.00 |
| SAPSA | GUSTAVSLUNDSVÄGEN 151 D, BROMMA, 167 51, SWEDEN | 5339997 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,894.49 |
| SAT-SAN ANTONIO INTL AIRPORT | 9800 AIRPORT BLVD, SAN ANTONIO, TX, 78216, UNITED STATES | 5339557 | Scandinavian Airlines System Denmark-Norway-Sweden | 148.82 |
| SAV - SAVANNAH/HILTON HEAD INTERNATIONAL AIRPORT | 400 AIRWAYS AVENUE, SAVANNAH, GA, 31408, UNITED STATES | 5339558 | Scandinavian Airlines System Denmark-Norway-Sweden | 69.25 |
| SAVE S.P.A. | VIALE GALILEO GALILEI 30/1, VENEZIA TESSERA, 30173, ITALY | 5339559 | Scandinavian Airlines System Denmark-Norway-Sweden | 39,375.61 |
| SAVERA HEATHROW HOTEL LTD | LONG DRIVE, STATION APPROACH,, SOUTH RUISLIP MIDDLESEX, HA40HN, UNITED KINGDOM | 5340108 | Scandinavian Airlines System Denmark-Norway-Sweden | 17,880.56 |

4

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | |
|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| SBA-SANTA BARBARA AIRPORT | SANTA BARBARA MUNICIPAL AIRPORT 601 FIRESTONE ROAD, SANTA BARBARA, CA, 93117, UNITED STATES | 5339566 | Scandinavian Airlines System Denmark-Norway-Sweden | 30.73 |
| SBN-ST JOSEPH CNTY A/P AUTHORI | MICHIANA REGIONAL AIRPORT 4477 TERMINAL DRIVE, SOUTH BEND, IN, 46628-5594, UNITED STATES | 5339567 | Scandinavian Airlines System Denmark-Norway-Sweden | 13.17 |
| SBP-SAN LUIS OBISPO AIRPORT | 975 AIRPORT DR STE 1, SAN LUIS OBISPO, CA, 93401, UNITED STATES | 5339568 | Scandinavian Airlines System Denmark-Norway-Sweden | 21.95 |
| SCAN GSE AS | POSTBOKS 82, GARDERMOEN, 2061, NORWAY | 5340110 | Scandinavian Airlines System Denmark-Norway-Sweden | 267.14 |
| SCANDINAVIAN SERVICE PARTNER AB | TERMINALERNA BOX 67, STOCKHOLM-ARLANDA, 190 45, SWEDEN | 5340318 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,911.14 |
| SCANTRUCK A/S | KATKJÆRVEJ 5 7800 SKIVE, , , DENMARK | 1149 | Scandinavian Airlines System Denmark-Norway-Sweden | 13,294.86 |
| SCE - UNIVERSITY PARK AIRPORT | PENNSYLVANIA STATE UNIVERSITY 2535 FOX HILL RD, STATE COLLEGE, PA, 16803, UNITED STATES | 5339569 | Scandinavian Airlines System Denmark-Norway-Sweden | 39.40 |
| SCHAU`S BUSS AS | VESTBYVEIEN 15, VESTBY, 1540, NORWAY | 5340320 | Scandinavian Airlines System Denmark-Norway-Sweden | 74,335.15 |
| SCHIPHOL TELEMATICS | EVERT VAN DE BEEKSTRAAT 202, SCHIPHOL, 1118 CP, NETHERLANDS | 5339570 | Scandinavian Airlines System Denmark-Norway-Sweden | 682,332.26 |
| SCHIPHOL TRAVEL INTERNATIONAL B.V. | WORLD TRADE CENTRE AMSTERDAM AIRPORT SCHIPHOL BOULEVARD 235, SCHIPHOL, 1118, NETHERLANDS | 5340322 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,058.15 |
| SCHMITZ, ALEXANDER | DIEKMANN RECHTSANWAELTE 57 FELDBRUNNENSTRAßE, HAMBURG, 21048, GERMANY | 184 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,009.50 |
| SCS GLOBAL TAX CONSULTING JAPAN | 4TH FL. KYODO TSUSHIN KAIKAN 2-2-5 TORANOMON, MINATO-KU, TOKYO, 105-0001, JAPAN | 5340324 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,461.52 |
| SDF-LOUISVILLE REGIONAL AIRPORT AUTHORITY | LOUISVILLE REGIONAL AIRPORT AUTHORITY PFC DEPARTMENT 152 P.O. BOX 32160, LOUISVILLE, KY, 40232-2160, UNITED STATES | 5339571 | Scandinavian Airlines System Denmark-Norway-Sweden | 109.31 |
| SDP RAFAL BALINSKI | UL. REMBIELINSKA 10B/19, WARSZAWA, 03343, POLAND | 5340325 | Scandinavian Airlines System Denmark-Norway-Sweden | 106.42 |

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | |
|---|---|---|---|---|
| Claimant | Address of Claimant | Claim # | Debtor | Claim Amount (USD) |
| SEA-PORT OF SEATTLE PFC FUNDS | PO BOX 24507, SEATTLE, WA, 98124-0507, UNITED STATES | 5339573 | Scandinavian Airlines System Denmark-Norway-Sweden | 139.60 |
| SEB KORT AB OSLOFILIALEN | POSTBOKS 1373 VIKA, OSLO, 252, NORWAY | 5340327 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,852.13 |
| SEB KORT DENMARK | BERNSTORFFSGADE 50, KOBENHAVN, 1577, DENMARK | 5340328 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,532.78 |
| SELECT SERVICE PARTNER AS | HENRIK IBSENS VEG 7 FLYPORTEN GARDERMOEN , AKERSHUS, GARDERMOEN, 2060, NORWAY | 5340331 | Scandinavian Airlines System Denmark-Norway-Sweden | 894,748.75 |
| SELECT SERVICE PARTNER IRELAND | LEVEL 5, TERMINAL BUILDING DUBLIN AIRPORT, DUBLIN, , IRELAND | 5340447 | Scandinavian Airlines System Denmark-Norway-Sweden | 45.83 |
| SELECT SERVICE PARTNER UK LIMITED | 1 PARKLANDS, REDNAL, B45 9PZ, UNITED KINGDOM | 5340448 | Scandinavian Airlines System Denmark-Norway-Sweden | 227.19 |
| SERBIA AND MONTENEGRO AIR TRAFFIC SERVICES AGENCY LTD | TRG NIKOLE PASICA 10, BELGRADE, 11000, SERBIA | 5339574 | Scandinavian Airlines System Denmark-Norway-Sweden | 367.61 |
| SERVIFLIGHT MADEIRA–SERVICOS DE CATERING LDA | AEROPORTO DA MADEIRA, SANTA CRUZ-MADEIRA, 9100-105, PORTUGAL | 5340450 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,252.33 |
| SERWIZ A/S | OLDENBURG ALLE 1, TASTRUP, 2630, DENMARK | 5340451 | Scandinavian Airlines System Denmark-Norway-Sweden | 815,751.13 |
| SF EXPRESS | BUILDING 1 SHENZHEN SOFTWARE INDUSTRY BASE HI-TECH INDUSTRIAL PARK SHENZHEN, GUANGDONG, 518054, CHINA | 5340452 | Scandinavian Airlines System Denmark-Norway-Sweden | 33.18 |
| SFO FUEL COMPANY LLC | P.O. BOX 280900, SAN FRANCISCO, CA, 94128-0900, UNITED STATES | 5340453 | Scandinavian Airlines System Denmark-Norway-Sweden | 26,558.98 |
| SFO-SAN FRANCISCO AIRPORT COMMISSION | PO BOX 59753, LOS ANGELES, CA, 90074-9753, UNITED STATES | 5339575 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,287.85 |
| SFO-SAN FRANCISCO INTL AIRPORT | PFC ACCOUNTING P.O. BOX 8097, SAN FRANCISCO, CA, 94128, UNITED STATES | 5339576 | Scandinavian Airlines System Denmark-Norway-Sweden | 25,651.49 |
| SG EQUIPMENT FINANS | BOX 1534, SOLNA, 17129, SWEDEN | 5339298 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,163.81 |
| SGF-SPRINGFIELD BRANSON REGNL | 2300 N. AIRPORT BLVD. SUITE 100, SPRINGFIELD, MO, 65802, UNITED STATES | 5339577 | Scandinavian Airlines System Denmark-Norway-Sweden | 13.17 |
| SHA FASCO | , SHANGHAI, , CHINA | 5340454 | Scandinavian Airlines System Denmark-Norway-Sweden | 892.80 |
| SHA JIN QIAO CHU KOU | , , , CHINA | 5340455 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,273.60 |

6

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| SHA MOBILE | R94Q+R63 YUANSHAN MIDDLE RD YUANZHOU DISTRICT, YICHUN, 336000, CHINA | 5340456 | Scandinavian Airlines System Denmark-Norway-Sweden | 243.33 |
| SHA PVG CARGO CO. | ROOM 1605-1608,1788 NAN JING XI ROAD, SHANGHAI, , CHINA | 5340457 | Scandinavian Airlines System Denmark-Norway-Sweden | 36,102.99 |
| SHA XING JI | , , , CHINA | 5340458 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,582.72 |
| SHANGHAI TAIKOO AIRCRAFT ENGINEERING SERVICES CO.LTD | 3F NO.100 LING HANG ROAD PUDONG INTERNATIONAL AIRPORT, SHANGHAI, , CHINA | 5340495 | Scandinavian Airlines System Denmark-Norway-Sweden | 7,234.27 |
| SHANNON TECHNICAL SERVICES LIMITED | UNIT127, SHANNON FREE ZONE, CO CLARE, , IRELAND | 5340496 | Scandinavian Airlines System Denmark-Norway-Sweden | 38,303.56 |
| SHAOK/HAO YINGYI | NO 225 XIA´NAN ROAD 601 BUILDING 49, SHANGHAI, 200080, CHINA | 5340497 | Scandinavian Airlines System Denmark-Norway-Sweden | 119.00 |
| SHAOK/JI CHEN | ROOM 401 NO 86 LUOXIU RESIDENTAL QUARTER, SHANGHAI, 200000, CHINA | 5340498 | Scandinavian Airlines System Denmark-Norway-Sweden | 398.19 |
| SHAOK/JIN FEI | LUJIABANG RD RM2008.NO.1396., SHANGHAI, 200000, CHINA | 5340499 | Scandinavian Airlines System Denmark-Norway-Sweden | 119.04 |
| SHAOK/SUN WEIWEN | SONGJIANG ROAD E/301 PEACE GARDEN, SHANGHAI, 201600, CHINA | 5340500 | Scandinavian Airlines System Denmark-Norway-Sweden | 119.04 |