Hearing Date and Time: January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)
Response Deadline: January 16, 2024 at 4:00 p.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                    :    Chapter 11
                                         :
**SAS AB, *et al.*,**                    :    Case No. 22-10925 (MEW)
                                         :
                        Debtors.[1]      :    (Jointly Administered)
------------------------------------------------------------ x

**NOTICE OF TWELFTH OMNIBUS OBJECTION OF**
**DEBTORS TO DISALLOW AND EXPUNGE CLAIMS**
**(Satisfied Claims)**

> **THE ATTACHED OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS. PLEASE CAREFULLY REVIEW THE ATTACHED OBJECTION AND THE ATTACHMENT THERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

**PLEASE TAKE NOTICE** that, on December 23, 2023, SAS AB and its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

(collectively, the "**Debtors**") filed the *Twelfth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims)* (the "**Objection**").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider entry of an order approving the Objection (the "**Hearing**") will be conducted before the Honorable Michael E. Wiles, in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), on **January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Objection requests the Bankruptcy Court disallow and expunge from the claims register the claims listed on Exhibit 1 to the proposed form of order annexed to the Objection as Exhibit A (the "**Proposed Order**") on the ground that each such claim has been satisfied in full during the Debtors' chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that any responses (the "**Responses**") to the Objection must (i) be in writing, (ii) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**"), and the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292] (the "**Case Management Order**"), (iii) be filed with the Bankruptcy Court by (a) attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) and (b) all other parties in interest on a CD-ROM, in text-searchable portable document format (PDF) (with two single-sided hard copies delivered to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and (iv) be served in accordance with General Order M-399, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Case Management Order, upon (a) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Gary Holtzer, Kelly DiBlasi, David

2

Griffiths, and Lauren Tauro), (b) the Office of the United States Trustee for Region 2 (Attn: Greg Zipes, Esq. & Annie Wells, Esq.), and (c) the attorneys for the Official Committee of Unsecured Creditors (Attn: Brett H. Miller, Todd M. Goren, Debra M. Sinclair, Craig A. Damast, and James H. Burbage), so as to be filed and received no later than **January 16, 2024 at 4:00 p.m. (Prevailing Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that any Response must contain the following: (i) the name of the claimant and description of the basis for the amount of the claim; (ii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged from the claims register for the reasons set forth in the Objection, including the specific factual and legal bases which will be relied upon in opposing the Objection; and (iii) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, which will be relied upon in opposing the Objection.

**PLEASE TAKE FURTHER NOTICE** that if no Responses are timely filed and served with respect to the Objection by the Response Deadline, the Bankruptcy Court may grant the relief requested in the Objection without further notice or an opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE that any claim that the Bankruptcy Court disallows and expunges will be treated as if it had not been filed and will not be entitled to any distribution on account thereof.**

3

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required to attend any Hearing and failure to appear may result in relief being granted upon default.

Dated:  December 23, 2023
       New York, New York

                                       */s/  Lauren Tauro*
                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007
                                       Gary T. Holtzer
                                       Kelly DiBlasi
                                       David Griffiths
                                       Lauren Tauro

                                       *Attorneys for Debtors*
                                       *and Debtors in Possession*

Hearing Date and Time: January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time)
Response Deadline: January 16, 2024 at 4:00 p.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SAS AB, *et al.*, | : | Case No. 22-10925 (MEW) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

---

# TWELFTH OMNIBUS OBJECTION OF
# DEBTORS TO DISALLOW AND EXPUNGE CLAIMS
### (Satisfied Claims)

> **THIS OMNIBUS OBJECTION OF DEBTORS SEEKS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS. PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENT HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS ANY CLAIM(S) YOU MAY HAVE.**

SAS AB and its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows in support of this objection (the "**Objection**"):

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

**Background**

1. On July 5, 2022 (the "**Commencement Date**"), each Debtor commenced with the Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these chapter 11 cases. On July 22, 2022, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") [ECF No. 75].

2. The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

3. Additional information regarding the Debtors' businesses, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Erno Hildén Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern District of New York*, dated July 5, 2022 [ECF No. 3], and the *Declaration of Michael Healy in Support of First Day Motions and Applications*, dated July 5, 2022 [ECF No. 4].

**Jurisdiction**

4. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested**

5. By this Objection, pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007(d), the Debtors request entry of an order disallowing and expunging the claims listed on Exhibit 1 annexed to the Proposed Order (as defined below).

6. A proposed form of order granting the relief requested herein is annexed hereto as Exhibit A (the "**Proposed Order**").

### Claims Reconciliation

7. On November 8, 2022, the Court entered an order [ECF No. 605] establishing January 10, 2023 at 5:00 p.m. (Prevailing Eastern Time) as the deadline for all persons and entities (including governmental units) to file proofs of claim (each, a "**Proof of Claim**") against the Debtors for claims (each a "**Claim**") that arose on or prior to the Commencement Date, subject to certain exceptions (including for claims based on the rejection of executory contracts or unexpired leases).

8. The Debtors have examined the Proofs of Claim identified on Exhibit 1 to the Proposed Order and have determined that each Claim under the heading "*Claims to be Disallowed and Expunged*" (each, a "**Satisfied Claim**" and, collectively, the "**Satisfied Claims**") has been satisfied in full during the Debtors' chapter 11 cases, including because (i) the claimed amounts have been paid by the Debtors during these chapter 11 cases pursuant to "first day" or other relief granted by the Court authorizing such payments, (ii) the Debtors paid such amounts in the ordinary course of business, or (iii) the Debtors assumed, and cured all prepetition amounts owing under, the contract(s) that form the basis of a Satisfied Claim.

### Satisfied Claims Should Be Disallowed

9. A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).

10. As set forth in Bankruptcy Rule 3001(f), a properly executed and filed proof of claim constitutes prima facie evidence of the validity and the amount of the claim under section 502(a) of the Bankruptcy Code. Prima facie validity under Bankruptcy Rule 3001(f), however, can be overcome by rebuttal evidence. *See In re Ditech Holding Corp.*, No. 19-10412 (JLG), 2021

3

WL 408984, at *4 (Bankr. S.D.N.Y. Feb. 2, 2021); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000). Accordingly, pursuant to Bankruptcy Rule 3007(a), a party in interest may object to the allowance of a claim in a writing filed with the Bankruptcy Court. Fed. R. Bankr. P. 3007(a). Upon an objection, the claimant has the burden to demonstrate the validity of the claim. *See Rozier v. Rescap Borrower Claims Tr. (In re Residential Cap., LLC)*, No. 15-cv-3248 (KPF), 2016 WL 796860, at *9 (S.D.N.Y. Feb. 22, 2016); *In re Arcapita Bank B.S.C.(c)*, No. 12–11076 (SHL), 2013 WL 6141616, at *1 (Bankr. S.D.N.Y. Nov. 21, 2013), *aff'd sub nom. In re Arcapita Bank B.S.C.(c)*, 508 B.R. 814 (S.D.N.Y. 2014); *Hasson v. Motors Liquidation Co. GUC Tr. (In re Motors Liquidation Co.)*, No. 11-cv-8444 (RJS), 2012 WL 1886755, at *3 (S.D.N.Y. May 12, 2012); *In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd sub nom. Peter J. Solomon Co., L.P. v. Oneida Ltd.*, No. 09-cv-2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010).

11. Further, Bankruptcy Rule 3007(d) permits the Debtors to file objections to more than one claim on the basis that, among other things, such claims "have been satisfied or released during the case in accordance with the Code, applicable rules, or a court order." Fed. R. Bankr. P. 3007(d)(5).

12. The Debtors have carefully examined each Satisfied Claim and compared it to their books and records and have determined that each Satisfied Claim identified on Exhibit 1 to the Proposed Order has already been satisfied in full during the Debtors' cases. As no amounts are owed on account of the Satisfied Claims, to ensure that the claims register is accurate and does not inaccurately overstate the Debtors' liabilities, and to avoid the possibility of multiple recoveries on account of already-satisfied liabilities, the Debtors seek entry of the Proposed Order disallowing and expunging the Satisfied Claims from the claims register.

4

## Reservation of Rights

13. Nothing contained herein is intended or shall be construed as (i) an admission as to the validity of any Claim against the Debtors, (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any Claim against the Debtors, (iii) an agreement or obligation to pay any Claims, (iv) a waiver of any claims or causes of action that may exist against any creditor or interest holder, or (v) an approval, assumption, or adoption of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code. Likewise, if the Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended to be and should not be construed as an admission to the validity of any claim or a waiver of the Debtors' or any appropriate party in interest's rights to subsequently dispute such claim.

## Notice

14. Notice of this Objection will be provided in accordance with Bankruptcy Rule 3007 and the procedures set forth in the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292]. The Debtors respectfully submit that no further notice is required.

15. No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: December 23, 2023
New York, New York

/s/ Lauren Tauro
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors
and Debtors in Possession*

6

## Exhibit A

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                        :    Chapter 11
                                                             :
SAS AB, *et al.*,                                            :    Case No. 22-10925 (MEW)
                                                             :
            Debtors.[1]                     :    (Jointly Administered)
                                                             :    ECF No. [●]
------------------------------------------------------------ x

**ORDER GRANTING TWELFTH OMNIBUS OBJECTION
OF DEBTORS TO DISALLOW AND EXPUNGE CERTAIN CLAIMS**
**(Satisfied Claims)**

Upon the objection, dated December 23, 2023 (the "**Objection**"),[2] of SAS AB and its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007(d), for entry of an order disallowing and expunging the Satisfied Claims, all as more fully set forth in the Objection; and this Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Objection.

need be provided; and this Court having reviewed the Objection; and upon any hearing held on the Objection; and all responses, if any, to the Objection having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Objection is granted to the extent set forth herein.

2. Pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Satisfied Claim identified under the heading "*Claims to be Disallowed and Expunged*" on **Exhibit 1** annexed to this Order is hereby disallowed and expunged.

3. To the extent a response was filed regarding any Satisfied Claim, each such Satisfied Claim, and the Objection as it pertains to such Satisfied Claim, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order will be deemed a separate order with respect to each satisfied Claim.

4. Nothing contained in the Objection or this Order shall be construed as (i) an admission as to the validity of any Claim, (ii) an agreement or obligation to pay any Claims, (iii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute any Claim, (iv) a waiver of any claims or causes of action which may exist against any creditor or interest holder, or (v) an approval or assumption of any agreement, contract, program, policy or lease under section 365 of the Bankruptcy Code.

5. The Debtors' claims and noticing agent, Kroll Restructuring Administration, LLC, is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2024
       New York, New York

 

_____
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

## Satisfied Claims

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | |
|---|---|---|---|---|
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| SHELL AVIATION SWEDEN AB | ARMEGATAN 38, SOLNA, 171 79, SWEDEN | 5340502 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,652,917.19 |
| SIL-MID LTD | UNITS 1&2 ROMAN PARK ROMAN WAY, COLESHILL WEST MIDLANDS, B461HG, UNITED KINGDOM | 5340507 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,849.84 |
| SIVANTOS A/S | OVE GJEDDES VEJ 9, ODENSE SO, DK-5220, DENMARK | 5340510 | Scandinavian Airlines System Denmark-Norway-Sweden | 67.42 |
| SJR IN SWEDEN AB | HUMLEGARDSGATAN 20, STOCKHOLM, 11446, SWEDEN | 5340511 | Scandinavian Airlines System Denmark-Norway-Sweden | 24,343.63 |
| SKAGEN HOTEL | SKAGEN HOTEL AS NYHOLMSGATA 11, BODO, 8005, NORWAY | 182 | SAS AB | 200.84 |
| SKANDINAVISK AKUTTMEDISIN | SORKEDALSVEIEN 10B, OSLO, 369, NORWAY | 5340560 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,604.88 |
| SKATTEVERKET | STUREGATAN 4, SUNDBYBERG, SE-172 31, SWEDEN | 5339312 | SAS AB | 2,526,637.57 |
| SKATTEVERKET | STUREGATAN 4, SUNDBYBERG, SE-172 31, SWEDEN | 5339579 | Scandinavian Airlines System Denmark-Norway-Sweden | 74,773,619.68 |
| SKELLEFTEÅ AIRPORT AB | SKELLEFTEÅ FLYGPLATS 1, SKELLEFTEÅ, 931 92, SWEDEN | 5339580 | Scandinavian Airlines System Denmark-Norway-Sweden | 50,221.20 |
| SKEYES | 303 TERVUURSESTEENWEG, STEENOKKERZEEL, 1820, BELGIUM | 76 | Scandinavian Airlines System Denmark-Norway-Sweden | 12,186.42 |
| SKULAND, TORHILD | ROALD AMUNDSENS VEI 26 4016 STAVANGER, , , NORWAY | 245 | SAS Norge AS | 261.27 |
| SKY BUILSERVICE | , , , JAPAN | 5340564 | Scandinavian Airlines System Denmark-Norway-Sweden | 87.29 |
| SKY HANDLING PARTNER USA LLC | 1700 WEST IRVING PARK ROAD SUITE 302, CHICAGO, IL, 60613, UNITED STATES | 5340567 | Scandinavian Airlines System Denmark-Norway-Sweden | 61,887.00 |
| SKYPORT A.S. | LAGLEROVE 1075/4, PRAHA 6, 160 00, CZECH REPUBLIC | 5340569 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,931.33 |
| SKYSCANNER. | 10 WATERLOO PLACE, EDINBURGH, EH1 3EG, UNITED KINGDOM | 5340570 | Scandinavian Airlines System Denmark-Norway-Sweden | 41,875.04 |

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | |
|---|---|---|---|---|
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| SKYSERV S.A | ATHENS INTERNATIONAL AIRPORT EL. VENIZELOS, BUIL.48, SPATA/ARTEMIDA ATTIKHS, 19019, GREECE | 5340571 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,149.20 |
| SLC-SALT LAKE CITY DEPTS. OF AIRPORT | P.O. BOX 14550, SALT LAKE CITY, UT, 84114-5550, UNITED STATES | 5339616 | Scandinavian Airlines System Denmark-Norway-Sweden | 131.59 |
| SLITERORDNINGEN | POSTBOKS 386, LYSAKER, 1326, NORWAY | 5340572 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,488.33 |
| SMF-DIRECTOR OF AIRPORTS | COUNTY OF SACRAMENTO 6900 AIRPORT BLVD, SACRAMENTO, CA, 95837, UNITED STATES | 5339617 | Scandinavian Airlines System Denmark-Norway-Sweden | 121.49 |
| SNA-JOHN WAYNE AIRPORT | EDDIE MARTIN ADMINISTRATION BLDG. 3160 AIRWAY AVE., COSTA MESA, CA, 92626, UNITED STATES | 5339618 | Scandinavian Airlines System Denmark-Norway-Sweden | 65.85 |
| SPEED SERVICES AB | BOX 634, TYRESO, 13526, SWEDEN | 882 | Scandinavian Airlines System Denmark-Norway-Sweden | 35,254.34 |
| SPORTSHUSET BODO AS | GAMLE RIKSVEI 21 PB 133, BODO, 8008, NORWAY | 5339118 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,940.00 |
| ST1 NORGE AS | POSTBOKS 1154 OSLO, SENTRUM, 107, NORWAY | 5339619 | Scandinavian Airlines System Denmark-Norway-Sweden | 100.16 |
| STANDARD ONLINE AS | POSTBOKS 252, LYSAKER, 1326, NORWAY | 5339122 | Scandinavian Airlines System Denmark-Norway-Sweden | 333.24 |
| STARS SPECIAL TRANSPORT AND RAMP SERVICES GMBH & CO.KG | FLUGHAFEN GEBAUDE 235, HAMBURG, 22335, GERMANY | 5339124 | Scandinavian Airlines System Denmark-Norway-Sweden | 91.62 |
| STATENS OG KOMMUNERNES INDKØBS SERVICE A/S | ISLANDS BRYGGE 55, KØBENHAVN S, 2300, DENMARK | 5339125 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,349.78 |
| STATKRAFT VARME AS | POSTBOKS 2400, TRONDHEIM, 7005, NORWAY | 5339126 | Scandinavian Airlines System Denmark-Norway-Sweden | 101,326.35 |
| STENERSEN, JOHAN | GULDBERGS VEI 29, OSLO, 00375, NORWAY | 164 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,600.00 |
| STL-LAMBERT-ST. LOUIS INTL AIR | P O BOX 10212, ST. LOUIS, MO, 63145, UNITED STATES | 5339620 | Scandinavian Airlines System Denmark-Norway-Sweden | 358.99 |
| STOBART AVIATION SERVICES LIMITED | VIKING HOUSE, MATHIESON ROAD, WIDNES, WA8 0NX, UNITED KINGDOM | 5339130 | Scandinavian Airlines System Denmark-Norway-Sweden | 96,242.57 |
| STOREBRAND LYSAKER TORG AS | POSTBOKS 500, LYSAKER, 1327, NORWAY | 5339470 | Scandinavian Airlines System Denmark-Norway-Sweden | 60,843.98 |
| STRID, MAGNUS | BJORNSTIGEN 10, STROMSUND, 83334, SWEDEN | 156 | SAS Sverige AB | 1,000.00 |

2

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | |
|---|---|---|---|---|
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| STS ALPRESOR AB | KYRKOGATAN 48, GÖTEBORG, 41108, SWEDEN | 5339474 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,617.02 |
| STUDENT CONSULTING SWEDEN AB | NORDKALOTTVAGEN 1, LULEA, 972 54, SWEDEN | 5339475 | Scandinavian Airlines System Denmark-Norway-Sweden | 314,989.30 |
| SUNDSVALL TIMRA AIRPORT | SUNDSVALL, SUNDSVALL, 86183, SWEDEN | 5339480 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,105.64 |
| SUNFLOWER TOWER MANAGEMENT OFFICE | SUITE 1020,BEIJING SUNFLOWER TOWER NO.37 MAIZIDIAN STREET, CHAO YANG DISTRICT, BEIJING, 100026, CHINA | 5339481 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,621.58 |
| SUTHERLAND GLOBAL SERVICES PRIVATE LIMITED | #45A, VELACHERY MAIN ROAD, VIJAYNAGARAM,, CHENNAI, 600042, INDIA | 5339483 | Scandinavian Airlines System Denmark-Norway-Sweden | 506,708.69 |
| SVALBARD ADVENTURES AS | PO BOX 538, LONGYEARBYEN, 9171, NORWAY | 186 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,792.00 |
| SVALBARD LUFTHAVN AS | POSTBOKS 150, GARDERMOEN, 2061, NORWAY | 5339485 | Scandinavian Airlines System Denmark-Norway-Sweden | 141,569.22 |
| SVEA INKASSO AB | EVENEMANGSGATAN 31 A, SOLNA, 16981, SWEDEN | 1146 | Scandinavian Airlines System Denmark-Norway-Sweden | 6,486 |
| SVENSK PILOTFÖRENING | WILDER LAW GROUP, PLLC WILLIAM R. WILDER 1750 TYSONS BLVD. SUITE 1500, TYSONS, VA, 22102, UNITED STATES | 955 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,780,000.00 |
| SVENSKA RESEGRUPPEN AB | BOX 1340, UPPSALA, 751 43, SWEDEN | 5339562 | Scandinavian Airlines System Denmark-Norway-Sweden | 68,009.16 |
| SWEDAVIA | FLYGVAGEN 1, STOCKHOLM, 190 60, SWEDEN | 5339302 | Scandinavian Airlines System Denmark-Norway-Sweden | 71,035.38 |
| SWEDAVIA | FLYGVAGEN 1, STOCKHOLM, 190 60, SWEDEN | 5339303 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,080,239.27 |
| SWEDAVIA | FLYGVAGEN 1, STOCKHOLM, 190 60, SWEDEN | 5339304 | Scandinavian Airlines System Denmark-Norway-Sweden | 563,987.96 |
| SWEDAVIA | FLYGVAGEN 1, STOCKHOLM, 190 60, SWEDEN | 5339305 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,646,959.64 |
| SWEDAVIA | FLYGVAGEN 1, STOCKHOLM, 190 60, SWEDEN | 5339306 | Scandinavian Airlines System Denmark-Norway-Sweden | 745,216.16 |
| SWEDAVIA AB | ATTN: JONAS ABRAHAMSSON, CHIEF EXECUTIVE OFFICER STOCKHOLM ARLANDA AIRPORT, STOCKHOLM-ARLANDA, 190 45, SWEDEN | 5339637 | Scandinavian Airlines System Denmark-Norway-Sweden | 5,878,935.18 |

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | |
|---|---|---|---|---|
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| SYDKYSTENS KRANSERVICE APS | V. CLAUS JUL MADSEN GODSPARKEN 160, GREVE, 2670, DENMARK | 5339803 | Scandinavian Airlines System Denmark-Norway-Sweden | 935.32 |
| SYKES CYPRUS LTD | PO BOX 40249, LARNACA, 6302, CYPRUS | 5339804 | Scandinavian Airlines System Denmark-Norway-Sweden | 479,266.97 |
| SYKES ENTERPRISES DENMARK APS | AGERHATTEN 27 B, ODENSE, 5220, DENMARK | 5339805 | Scandinavian Airlines System Denmark-Norway-Sweden | 636,557.64 |
| SYKES INFORMATION SHA | NO. 2550, HONGQIAO ROAD CHANGNING DISTRICT, SHANGHAI, 200335, CHINA | 5339806 | Scandinavian Airlines System Denmark-Norway-Sweden | 14,013.73 |
| SYKES SWEDEN AB | BOX 631, STOCKHOLM, 101 32, SWEDEN | 5339807 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,857,681.54 |
| SYR-SYRACUSE HANCOCK INTL AIRP | DEPT OF AVIATION FISCAL OFFICE 1000 COL EILEEN COLLINS BLVD, SYRACUSE, NY, 13212, UNITED STATES | 5339638 | Scandinavian Airlines System Denmark-Norway-Sweden | 70.02 |
| SÖDERBERG & PARTNERS VEST AS | NATALJA SKAARET LYSAKER TORG, 15 POST 324, LYSAKER, 1326, NORWAY | 891 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,181.00 |
| T LINK | SUNDRY6500, , , JAPAN | 5339842 | Scandinavian Airlines System Denmark-Norway-Sweden | 293.65 |
| TAKS | 110 TORSHAVN POSTBOKS 2151, TOLLBUOIN, , FAROE ISLANDS | 5339639 | Scandinavian Airlines System Denmark-Norway-Sweden | 868.14 |
| TALLINN AIRPORT GH AS | LENNUJAAMA TEE 12, TALLINN, 11101, ESTONIA | 5339846 | Scandinavian Airlines System Denmark-Norway-Sweden | 48,323.20 |
| TALLINNA LENNUJAAM AS | LENNUJAAMA TEE 12, TALLINN, 11101, ESTONIA | 5339640 | Scandinavian Airlines System Denmark-Norway-Sweden | 307.95 |
| TAPPAN, JONATHAN | 2497 DORCHESTER RD, BIRMINGHAM, MI, 48009, UNITED STATES | 948 | Scandinavian Airlines of North America Inc. | 3,400.00 |
| TATA CONSULTANCY SERVICES SVERIGE AB | MÄSTER SAMUELSGATAN 42, STOCKHOLM, 111 57, SWEDEN | 5340114 | Scandinavian Airlines System Denmark-Norway-Sweden | 4,877,309.19 |
| TAXI STOCKHOLM 150000 AB (PUBL) | BOX 6576, STOCKHOLM, 113 83, SWEDEN | 5339713 | SAS AB | 263.66 |
| TAXI STOCKHOLM 150000 AB (PUBL) | BOX 6576, STOCKHOLM, 113 83, SWEDEN | 5340117 | Scandinavian Airlines System Denmark-Norway-Sweden | 450.27 |
| TAXI Y067 ASLE LINDSETH | BAKKEVEIEN 12, TANA, 9845, NORWAY | 5340118 | Scandinavian Airlines System Denmark-Norway-Sweden | 69.58 |
| TAXIBOKNING FINANS SVERIGE AB | BOX 1821, UPPSALA, 75148, SWEDEN | 5339714 | SAS AB | 773.10 |
| TAXIBOKNING FINANS SVERIGE AB | BOX 1821, UPPSALA, 75148, SWEDEN | 5340119 | Scandinavian Airlines System Denmark-Norway-Sweden | 13,011.59 |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** |
|---|---|---|---|---|

| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
|---|---|---|---|---|
| TBITEC | FILE 56416 LOS ANGELES INTERNATIONAL AIRPORT 380 WORLD WAY, LOS ANGELES, CA, 90045, UNITED STATES | 5339641 | Scandinavian Airlines System Denmark-Norway-Sweden | 9,156.22 |
| TDC ERHVERV A/S | TEGLHOMSGADE 1, KOBENHAVN C, 900, DENMARK | 5340124 | Scandinavian Airlines System Denmark-Norway-Sweden | 221.32 |
| TEC - TEKNISK ERHVERVSSKOLE CENTER | NORDRE FASANVEJ 27, FREDERIKSBERG, 2000, DENMARK | 5340125 | Scandinavian Airlines System Denmark-Norway-Sweden | 2,414.75 |
| TECHSTEP DENMARK APS | C/O BDO STATSAUTORISERET REVISIONSAKTI HAVNEHOLMEN 29, KØBENHAVN, 1561, DENMARK | 5340127 | Scandinavian Airlines System Denmark-Norway-Sweden | 51,316.72 |
| TECHSTEP NORWAY AS | TVETENVEIEN 6, OSLO, 661, NORWAY | 5340128 | Scandinavian Airlines System Denmark-Norway-Sweden | 191,040.46 |
| TECHSTEP SWEDEN AB | RAMGATAN 2B, KARLSTAD, SE-65341, SWEDEN | 5340129 | Scandinavian Airlines System Denmark-Norway-Sweden | 158,119.05 |
| TELEFONICA DE ESPANA | GRAN VIA 28, MADRID, 28013, SPAIN | 5340190 | Scandinavian Airlines System Denmark-Norway-Sweden | 29.28 |
| TELENOR FREDERIKSKAJ | FREDERIKSKAJ, KØBENHAVN, 1780, DENMARK | 5340191 | Scandinavian Airlines System Denmark-Norway-Sweden | 511.86 |
| TELENOR NORGE AS | STRANDGATA 9, RØRVIK, 7900, NORWAY | 5340192 | Scandinavian Airlines System Denmark-Norway-Sweden | 47.89 |
| TELENOR SVERIGE AB | KATARINAVÄGEN 15, STOCKHOLM, 116 45, SWEDEN | 5340193 | Scandinavian Airlines System Denmark-Norway-Sweden | 776,484.83 |
| TELIASONERA FINANS AB | VITSANDSGATAN 9, FARSTA, 123 86, SWEDEN | 5340195 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,121.36 |
| TENANT & PARTNER AB | BOX 22568, STOCKHOLM, 104 22, SWEDEN | 5340197 | Scandinavian Airlines System Denmark-Norway-Sweden | 765.84 |
| THE ANGELL PENSION GROUP INC. | 88 BOYD AVENUE EAST PROVIDENCE, EAST PROVIDENCE, RI, 02914, UNITED STATES | 5340202 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,200.00 |
| THE PORT AUTHORITY OF NY & NJ PHILADELPHIA | PO BOX 95000, PHILADELPHIA, PA, 19195-1517, UNITED STATES | 5339642 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,311,400.79 |
| THE STATE ENTERPRISE LITHUANIAN AIRPORTS | RODUNIOS KELIAS 10A, VILNIUS, 02189, LITHUANIA | 1117 | Scandinavian Airlines System Denmark-Norway-Sweden | 170,804 |
| THE TRUSTEES OF THE SCANDINAVIAN AIRLINES SYSTEM (INVESTMENTS) LIMITED PENSION AND ASSURANCE SCHEME | WEDLAKE BELL LLP JUSTIN MCGILLOWAY, ESQ. 71 QUEEN VICTORIA STREET, LONDON, EC4V 4AY, UNITED KINGDOM | 541 | Scandinavian Airlines System Denmark-Norway-Sweden | 3,686,822.40 |
| THE WESTIN HARBOUR CASTLE, TORONTO | 1 HARBOUR SQUARE, TORONTO, ON M5J 1A6, CANADA | 5340716 | Scandinavian Airlines System Denmark-Norway-Sweden | 22,122.00 |

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | |
|---|---|---|---|---|
| **Claimant** | **Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount (USD)** |
| THEDOME INTERNATIONAL | FABRIC MARY 37 BARNFIELD GARDENS HAM, KINGSTON UPON THAMES, KT2 5RH, UNITED KINGDOM | 1002 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,790.00 |
| THOMSEN, LARS STAGE | MOLLE ALLE 10, ST. TV, VALBY, 2500, DENMARK | 149 | SAS Danmark A/S | 259.00 |
| THON HOTEL OSLO AIRPORT | BALDER ALLE 2, GARDERMOEN, 2060, NORWAY | 5340721 | Scandinavian Airlines System Denmark-Norway-Sweden | 198.30 |
| THORVALDSEN, ARNE | ASBRATAN 124, KOLSAS, N-1352, NORWAY | 256 | SAS Norge AS | 1,223.00 |
| THRANE, PETTER | VIBES GATE 18, OSLO, 0356, NORWAY | 906 | SAS AB | 600.23 |
| TIAT TOKYO INTERNATIONAL AIR TERMINAL | 2-6-5 HANEDAKUKO, OTA-KU, TOKYO, 144-0041, JAPAN | 5340722 | Scandinavian Airlines System Denmark-Norway-Sweden | 497.61 |
| TICKET PRIVATRESOR AB | VÄRMDÖVÄGEN 84, NACKA, 13108, SWEDEN | 5340723 | Scandinavian Airlines System Denmark-Norway-Sweden | 42,705.65 |
| TINGSTAD PAPPER AB | BOX 13013, GÖTEBORG, 40251, SWEDEN | 5340726 | Scandinavian Airlines System Denmark-Norway-Sweden | 104,645.53 |
| TIRANA INTERNATIONAL AIRPORT SHPK | TIRANA INTERNATIONAL AIRPORT NENE TEREZA ADMINISTRATION BUILDING, RINAS, TIRANA, 1504, ALBANIA | 632 | Scandinavian Airlines System Denmark-Norway-Sweden | 0.00 |
| TJELDSUNDBRUA KRO & HOTELL AS | TJELDSUNDBRUA 214, EVENSKJER, 9440, NORWAY | 5340727 | Scandinavian Airlines System Denmark-Norway-Sweden | 8,121.18 |
| T-MOBILE POLSKA S.A. | UL. MARYNARSKA 12, WARSZAWA, 02-674, POLAND | 5340729 | Scandinavian Airlines System Denmark-Norway-Sweden | 3.73 |
| TOKYO INTERNATIONAL AIR TERMINAL CORPORATION | 1-B, TIAT TERMINAL 2 BLDG. 2 HANEDA AIRPORT OTA-KU, TOKYO, , JAPAN | 5339307 | Scandinavian Airlines System Denmark-Norway-Sweden | 91,573.28 |
| TOKYO SHOKO KAIGISHO | JA BLDG, 1-3-1 OTEMACHI CHIYODA-KU, TOKYO, 100-6810, JAPAN | 5340730 | Scandinavian Airlines System Denmark-Norway-Sweden | 4.80 |
| TOL-TOLEDO LUCA COUNTY | PORT AUTHORITY FIN. SECT. 1 MARITIME PLAZA, TOLEDO, OH, 43604, UNITED STATES | 5339644 | Scandinavian Airlines System Denmark-Norway-Sweden | 8.78 |
| TOSCANA AEROPORTI HANDLING S.R.L. | AEROPORTO GALITEO GALIEI, PISA, 56121, ITALY | 5339135 | Scandinavian Airlines System Denmark-Norway-Sweden | 11,990.55 |
| TOYOTA ROMERIKE AS | POSTBOKS 163, JESSHEAIM, 2051, NORWAY | 5339140 | Scandinavian Airlines System Denmark-Norway-Sweden | 1,354.92 |
| TP AEROSPACE LEASING APS | STAMHOLMEN 165., HVIDOVRE, 2650, DENMARK | 5339141 | Scandinavian Airlines System Denmark-Norway-Sweden | 232,283.61 |