Hearing Date and Time: February 6, 2024 at 11:00 a.m. (Prevailing Eastern Time)
Response Deadline: January 23, 2024 at 4:00 p.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                      :    Chapter 11
                                           :
SAS AB, *et al.*,                          :    Case No. 22-10925 (MEW)
                                           :
            Debtors.[1]                    :    (Jointly Administered)
------------------------------------------------------------ x

## NOTICE OF HEARING
## TO CONSIDER OMNIBUS OBJECTIONS OF
## DEBTORS TO DISALLOW AND EXPUNGE CLAIMS

**PLEASE TAKE NOTICE** that, on December 23, 2023, SAS AB and its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed certain omnibus claim objections [ECF Nos. 1754 – 1766] (collectively, the "**Omnibus Objections**" and, each, an "**Omnibus Objection**").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider entry of orders approving the Omnibus Objections (the "**Hearing**") was scheduled to be conducted before the Honorable Michael E. Wiles, in the United States Bankruptcy Court for the Southern District of

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

New York (the "**Bankruptcy Court**"), on January 23, 2024 at 11:00 a.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Hearing has been rescheduled for **February 6, 2024 at 11:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that any responses (the "**Responses**") to an Omnibus Objection must (i) be in writing, (ii) conform to the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**"), and the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 292] (the "**Case Management Order**"), (iii) be filed with the Bankruptcy Court by (a) attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) and (b) all other parties in interest on a CD-ROM, in text-searchable portable document format (PDF) (with two single-sided hard copies delivered to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and (iv) be served in accordance with General Order M-399, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Case Management Order, upon (a) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Gary Holtzer, Kelly DiBlasi, David Griffiths, and Lauren Tauro), (b) the Office of the United States Trustee for Region 2 (Attn: Greg Zipes, Esq. & Annie Wells, Esq.), and (c) the attorneys for the Official Committee of Unsecured Creditors (Attn: Brett H. Miller, Todd M. Goren, Debra M. Sinclair, Craig A. Damast, and James H. Burbage), so as to be filed and received no later than **January 23, 2024 at 4:00 p.m. (Prevailing Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that any Response must contain the following: (i) the name of the claimant and description of the basis for the amount of the claim; (ii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged from the claims register for the reasons set forth in the applicable Omnibus Objection, including the specific factual and legal bases, which will be relied upon in opposing the applicable Omnibus Objection; and (iii) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, which will be relied upon in opposing the applicable Omnibus Objection.

**PLEASE TAKE FURTHER NOTICE** that if no Responses are timely filed and served with respect to an Omnibus Objection by the Response Deadline, the Bankruptcy Court may grant the relief requested in the applicable Omnibus Objection without further notice or an opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any responding parties are required to attend any Hearing and failure to appear may result in relief being granted upon default.

Dated: January 9, 2024
      New York, New York

                                                            */s/  Lauren Tauro*
                                                      WEIL, GOTSHAL & MANGES LLP
                                                      767 Fifth Avenue
                                                      New York, New York 10153
                                                      Telephone: (212) 310-8000
                                                      Facsimile: (212) 310-8007
                                                      Gary T. Holtzer
                                                      Kelly DiBlasi
                                                      David Griffiths
                                                      Lauren Tauro

                                                      *Attorneys for Debtors*
                                                      *and Debtors in Possession*