UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11
:
SAS AB, *et al.*, : Case No. 22-10925 (MEW)
:
             Debtors.[1] : (Jointly Administered)
: ECF No. 1813
---------------------------------------------------------------x

### ORDER AUTHORIZING DEBTORS
### TO ASSUME EXECUTORY CONTRACT

Upon the motion, dated January 19, 2024 (the "**Motion**"),[2] of SAS AB and its debtor subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 365(a) of the Bankruptcy Code, Bankruptcy Rule 6006, and Local Rule 6006-1, for entry of an order authorizing the Consortium to assume the Qualitair Agreement, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and upon the Hughes Declaration; and upon

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

any hearing held on the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. The Amendments are approved.

3. Pursuant to section 365 of the Bankruptcy Code, Bankruptcy Rule 6006, and Local Rule 6006-1, the Qualitair Agreement, as amended by the Amendments is hereby approved and assumed as of the date of the entry of this Order.

4. The Debtors are authorized to cure existing defaults under the Qualitair Agreement, as amended by the Amendments, as required by section 365(b)(1)(A) of the Bankruptcy Code, promptly after this Court's entry of this Order.

5. The Debtors have provided adequate assurance of future performance under the Qualitair Agreement to the extent required pursuant to section 365(b) of the Bankruptcy Code.

6. The Debtors are further authorized to continue honoring, performing, and exercising their respective rights and obligations in the ordinary course of business in accordance with the Qualitair Agreement.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

8.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: January 31, 2024
      New York, New York

**s/Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE