WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SAS AB, *et al.*, | : | Case No. 22-10925 (MEW) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON FEBRUARY 6, 2024 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

**Time and Date of Hearing**: February 6, 2024 at 11:00 a.m. (Prevailing Eastern Time)

**Location of Hearing**: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House (the "**Bankruptcy Court**"), before the Honorable Michael E. Wiles, United States Bankruptcy Judge, **Room 617**, One Bowling Green, New York, NY 10004-1408

**Copies of Pleadings**: Copies of each pleading identified below can be viewed or obtained by (i) accessing the Bankruptcy Court's website at www.nysb.uscourts.gov or (ii) from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, at https://cases.ra.kroll.com/SAS or by calling (844) 242-7491 (toll free) for U.S. and Canada based parties or +1 (347) 338-6450 for international parties. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

---

[1] The Debtors in these chapter 11 cases are SAS AB, SAS Danmark A/S, SAS Norge AS, SAS Sverige AB, Scandinavian Airlines System Denmark-Norway-Sweden, Scandinavian Airlines of North America Inc. (2393), Gorm Asset Management Ltd., Gorm Dark Blue Ltd., Gorm Deep Blue Ltd., Gorm Sky Blue Ltd., Gorm Warm Red Ltd., Gorm Light Blue Ltd., Gorm Ocean Blue Ltd., and Gorm Engine Management Ltd. The Debtors' mailing address is AVD kod: STOUU-T, SE-195 87 Stockholm, Sweden.

**CONTESTED MATTERS GOING FORWARD**

1. Motion of Debtors for Entry of an Order (I) Approving (A) Disclosure Statement, (B) Solicitation, Voting, and Related Procedures, and (C) Proposed Cure Procedures, (II) Scheduling Confirmation Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Debtors' Chapter 11 Plan, and (IV) Granting Related Relief **(ECF No. 1733)**

   Response Deadline: January 30, 2024 at 4:00 p.m. (Prevailing Eastern Time); extended to February 5, 2024 at 12:00 p.m. (Prevailing Eastern Time) with respect to the Official Committee of Unsecured Creditors appointed in these chapter 11 cases and certain other parties.

   Response Received:

   A. Objection of the United States Trustee to Revised Disclosure Statement to the Joint Plan of Reorganization of SAS AB and Related Debtors Under Chapter 11 of the Bankruptcy Code **(ECF No. 1872)**

   Related Documents:

   B. Joint Chapter 11 Plan of Reorganization of SAS AB and Its Subsidiary Debtors **(ECF No. 1731)** (as may be amended, restated, amended and restated, supplemented or otherwise from time to time, the "**Plan**")

   C. Disclosure Statement for Joint Chapter 11 Plan of Reorganization of SAS AB and Its Subsidiary Debtors **(ECF No. 1732)**

   D. Amended Notice of Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Reorganization of SAS AB and Its Subsidiary Debtors **(ECF No. 1736)**

   E. Second Amended Notice of Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Reorganization of SAS AB and Its Subsidiary Debtors **(ECF No. 1777)**

   F. Amended Joint Chapter 11 Plan of Reorganization of SAS AB and Its Subsidiary Debtors **(ECF No. 1842)**

   G. Disclosure Statement for Amended Joint Chapter 11 Plan of Reorganization of SAS AB and Its Subsidiary Debtors **(ECF No. 1843)**

   H. Notice of Filing of Amended Joint Chapter 11 Plan of Reorganization of SAS AB and Its Subsidiary Debtors **(ECF No. 1844)**

I. Notice of Filing of Disclosure Statement for Amended Joint Chapter 11 Plan of Reorganization of SAS AB and Its Subsidiary Debtors **(ECF No. 1845)**

J. Notice of Filing of Revised Proposed Order (I) Approving (A) Disclosure Statement, (B) Solicitation, Voting, and Related Procedures, and (C) Proposed Cure Procedures, (II) Scheduling Confirmation Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Debtors' Amended Chapter 11 Plan, and (IV) Granting Related Relief **(ECF No. 1846)**

K. Second Amended Joint Chapter 11 Plan of Reorganization of SAS AB and its Subsidiary Debtors **(ECF No. 1904)**

L. Disclosure Statement for Second Amended Joint Chapter 11 Plan of Reorganization of SAS AB and its Subsidiary Debtors **(ECF No. 1905)**

M. Notice of Filing of Second Amended Joint Chapter 11 Plan of Reorganization of SAS AB and its Subsidiary Debtors **(ECF No. 1906)**

N. Notice of Filing of Disclosure Statement for Second Amended Joint Chapter 11 Plan of Reorganization of SAS AB and its Subsidiary Debtors **(ECF No. 1907**)

O. Notice of Filing of Further Revised Proposed Order (I) Approving (A) Disclosure Statement, (B) Solicitation, Voting, and Related Procedures, and (C) Proposed Cure Procedures, (II) Scheduling Confirmation Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Debtors' Amended Chapter 11 Plan, and (IV) Granting Related Relief **(ECF No. 1908)**

P. Notice of Filing of Revised Exhibits for Motion of Debtors for Entry of an Order (I) Approving (A) Disclosure Statement, (B) Solicitation Voting, and Related Procedures, and (C) Proposed Cure Procedures, (II) Scheduling Confirmation Hearing, (III) Establishing Notice and Objection Procedures for Confirmation of Debtors' Chapter 11 Plan, and (IV) Granting Related Relief **(ECF No. 1909)**

Status: This matter is going forward on a contested basis.

2. Motion for Relief of Stay **(ECF No. 1787)**

Response Deadline: January 30, 2024 at 4:00 p.m. (Prevailing Eastern Time)

Responses Received:

    A.    Debtor's Objection to Movant's Motion for Relief from the Automatic Stay **(ECF No. 1871)**

    B.    Reply to Objection by Debtor, and in Support of Motion for Relief of Stay **(ECF No. 1888)**

Related Document:

    C.    Notice of Hearing on Motion for Relief of Stay Scheduled for February 6, 2024 at 11:00 a.m. (Prevailing Eastern time) **(ECF No. 1801)**

Status: This matter is going forward on a contested basis.

## OMNIBUS OBJECTIONS GOING FORWARD

3. First Omnibus Objection of Debtors to Disallow and Expunge Claims (Duplicate Claims) **(ECF No. 1754)**

    Response Deadline:   January 23, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: Informal responses were received from (i) Federal Insurance Company, (ii) Westchester Fire Insurance Company or any of its affiliates, including any other company that is part of or added to ACE Group Holdings, Inc., (iii) the Trustees of the Scandinavian Airlines System (Investments) Limited Pension and Assurance Scheme, (iv) Citibank (Switzerland) AG, and (v) Gate Gourmet Inc. or any of its affiliates (collectively, "**Gate Group**").

    Related Documents:

        A.    Notice of Hearing to Consider Omnibus Objections of Debtors to Disallow and Expunge Claims **(ECF No. 1789)**

        B.    Declaration of Ginger Hughes in Support of Certain Omnibus Objections to Claims **(ECF No. 1802)**

        C.    Certificate of No Objection of First Omnibus Objection of Debtors to Disallow and Expunge Claims (Duplicate Claims) **(ECF No. 1891)**

    Status: This matter as it pertains to Claim Nos. 573, 574, 575, 576, 577, 580, 581, 582, 586, 663, 705, 764, 769, and 773 has been adjourned to a later date to be determined after confirmation of the Plan. This matter as it pertains to the remaining claims is going forward on an uncontested basis.

4. Second Omnibus Objection of Debtors to Disallow and Expunge Claims (Superseded Claims) **(ECF No. 1755)**

   Response Deadline: January 23, 2024 at 4:00 p.m. (Prevailing Eastern Time). The objection deadline with respect to Elbe Flugzeugwerke GMBH was extended to January 30, 2024 at 4:00 p.m. (Prevailing Eastern Time).

   Responses Received: Informal response was received from Elbe Flugzeugwerke GMBH.

   Related Documents:

   A. Notice of Hearing to Consider Omnibus Objections of Debtors to Disallow and Expunge Claims **(ECF No. 1789)**

   B. Declaration of Ginger Hughes in Support of Certain Omnibus Objections to Claims **(ECF No. 1802)**

   C. Certificate of No Objection of Second Omnibus Objection of Debtors to Disallow and Expunge Claims (Superseded Claims) **(ECF No. 1892)**

   Status: This matter is going forward on an uncontested basis.

5. Third Omnibus Objection of Debtors to Disallow and Expunge Claims (Superseded Claims) **(ECF No. 1756)**

   Response Deadline: January 23, 2024 at 4:00 p.m. (Prevailing Eastern Time)

   Responses Received: None.

   Related Documents:

   A. Notice of Hearing to Consider Omnibus Objections of Debtors to Disallow and Expunge Claims **(ECF No. 1789)**

   B. Declaration of Ginger Hughes in Support of Certain Omnibus Objections to Claims **(ECF No. 1802)**

   C. Certificate of No Objection of Third Omnibus Objection of Debtors to Disallow and Expunge Claims (Superseded Claims) **(ECF No. 1893)**

   Status: This matter is going forward on an uncontested basis.

6. Fourth Omnibus Objection of Debtors to Disallow and Expunge Claims (Superseded and Amended Claims) **(ECF No. 1757)**

   Response Deadline: January 23, 2024 at 4:00 p.m. (Prevailing Eastern Time)

Responses Received: None.

Related Documents:

    A.    Notice of Hearing to Consider Omnibus Objections of Debtors to Disallow and Expunge Claims **(ECF No. 1789)**

    B.    Declaration of Ginger Hughes in Support of Certain Omnibus Objections to Claims **(ECF No. 1802)**

    C.    Certificate of No Objection of Fourth Omnibus Objection of Debtors to Disallow and Expunge Claims (Superseded and Amended Claims) **(ECF No. 1894)**

Status: This matter is going forward on an uncontested basis.

7. Fifth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims) **(ECF No. 1758)**

Response Deadline: January 23, 2024 at 4:00 p.m. (Prevailing Eastern Time)

Responses Received: None.

Related Documents:

    A.    Notice of Hearing to Consider Omnibus Objections of Debtors to Disallow and Expunge Claims **(ECF No. 1789)**

    B.    Declaration of Ginger Hughes in Support of Certain Omnibus Objections to Claims **(ECF No. 1802)**

    C.    Certificate of No Objection of Fifth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims) **(ECF No. 1895)**

Status: This matter is going forward on an uncontested basis.

8. Sixth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims) **(ECF No. 1759)**

Response Deadline: January 23, 2024 at 4:00 p.m. (Prevailing Eastern Time)

Responses Received: None.

Related Documents:

    A.    Notice of Hearing to Consider Omnibus Objections of Debtors to Disallow and Expunge Claims **(ECF No. 1789)**

B. Declaration of Ginger Hughes in Support of Certain Omnibus Objections to Claims **(ECF No. 1802)**

C. Certificate of No Objection of Sixth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims) **(ECF No. 1896)**

Status: This matter as it pertains to (i) Claim No. 5340162 and (ii) Claim No. 5340163 has been adjourned to a later date to be determined. This matter as it pertains to the remaining claims is going forward on an uncontested basis.

9. Seventh Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims) **(ECF No. 1760)**

    Response Deadline: January 23, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: Informal responses were received from (i) Essity Hygiene and Health AB and (ii) Gate Group.

    Related Documents:

    A. Notice of Hearing to Consider Omnibus Objections of Debtors to Disallow and Expunge Claims **(ECF No. 1789)**

    B. Declaration of Ginger Hughes in Support of Certain Omnibus Objections to Claims **(ECF No. 1802)**

    C. Certificate of No Objection of Seventh Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims) **(ECF No. 1897)**

    Status: This matter is going forward on an uncontested basis.

10. Eighth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims) **(ECF No. 1761)**

    Response Deadline: January 23, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Response Received:

    A. Stephen & Meredith Hester's Letter to Honorable Michael E. Wiles, dated as of January 12, 2024 **(ECF No. 1840)**

    B. Informal responses were received from Gate Group.

    Related Documents:

    C. Notice of Hearing to Consider Omnibus Objections of Debtors to Disallow and Expunge Claims **(ECF No. 1789)**

D. Declaration of Ginger Hughes in Support of Certain Omnibus Objections to Claims **(ECF No. 1802)**

E. Certificate of No Objection of Eighth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims) **(ECF No. 1898)**

Status: This matter as it pertains to (i) Claim No. 1082 has been adjourned to the omnibus hearing scheduled for February 21, 2024 at 11:00 a.m. (Prevailing Eastern Time) and (ii) Claim No. 5340622 has been adjourned to a later date to be determined. This matter as it pertains to the remaining claims is going forward on an uncontested basis.

11. Ninth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims) **(ECF No. 1762)**

    Response Deadline: January 23, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: Informal responses were received from Gate Group.

    Related Documents:

    A. Notice of Hearing to Consider Omnibus Objections of Debtors to Disallow and Expunge Claims **(ECF No. 1789)**

    B. Declaration of Ginger Hughes in Support of Certain Omnibus Objections to Claims **(ECF No. 1802)**

    C. Certificate of No Objection of Ninth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims) **(ECF No. 1899)**

    Status: This matter as it pertains to Claim No. 5339669 has been adjourned to a later date to be determined. This matter as it pertains to the remaining claims is going forward on an uncontested basis.

12. Tenth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims) **(ECF No. 1763)**

    Response Deadline: January 23, 2024 at 4:00 p.m. (Prevailing Eastern Time). The objection deadline with respect to Nordea Finance Equipment AS and Nordea Finance Equipment AS, Sverige filial (together, "**Nordea**") was extended to January 30, 2024 at 4:00 p.m. (Prevailing Eastern Time).

    Response Received:

    A. Creditors Response and Objection of Objection of Debtors to Disallow and Expunge Claims **(ECF No. 1830)**

    B. Informal responses were received from Nordea.

Related Documents:

- C. Notice of Hearing to Consider Omnibus Objections of Debtors to Disallow and Expunge Claims **(ECF No. 1789)**

- D. Declaration of Ginger Hughes in Support of Certain Omnibus Objections to Claims **(ECF No. 1802)**

- E. Notice of Presentment of Stipulation and Order Among Debtors, Nordea Finance Equipment AS, and Nordea Finance Equipment AS, Sverige Filial **(ECF No. 1874)**

- F. Certificate of No Objection of Tenth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims) **(ECF No. 1900)**

Status: This matter as it pertains to (i) Claim No. 238 has been adjourned to the omnibus hearing scheduled for February 21, 2024 at 11:00 a.m. (Prevailing Eastern Time) and (ii) Claim No. 5340442 has been adjourned to a later date to be determined. This matter as it pertains to the remaining claims is going forward on an uncontested basis.

13. Eleventh Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims) **(ECF No. 1764)**

    Response Deadline: January 23, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: Informal responses were received from Gate Group.

    Related Documents:

    - A. Notice of Hearing to Consider Omnibus Objections of Debtors to Disallow and Expunge Claims **(ECF No. 1789)**

    - B. Declaration of Ginger Hughes in Support of Certain Omnibus Objections to Claims **(ECF No. 1802)**

    - C. Certificate of No Objection of Eleventh Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims) **(ECF No. 1901)**

    Status: This matter as it pertains to Claim No. 5340501 and Claim No. 5340458 has been adjourned to a later date to be determined. This matter as it pertains to the remaining claims is going forward on an uncontested basis.

14. Twelfth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims) **(ECF No. 1765)**

    Response Deadline: January 23, 2024 at 4:00 p.m. (Prevailing Eastern Time)

Responses Received: An informal response was received from the Trustees of the Scandinavian Airlines System (Investments) Limited Pension and Assurance Scheme.

Related Documents:

    A.    Notice of Hearing to Consider Omnibus Objections of Debtors to Disallow and Expunge Claims **(ECF No. 1789)**

    B.    Declaration of Ginger Hughes in Support of Certain Omnibus Objections to Claims **(ECF No. 1802)**

    C.    Certificate of No Objection of Twelfth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims) **(ECF No. 1902)**

Status: This matter is going forward on an uncontested basis.

15. Thirteenth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims) **(ECF No. 1766)**

    Response Deadline: January 23, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: None.

    Related Documents:

    A.    Notice of Hearing to Consider Omnibus Objections of Debtors to Disallow and Expunge Claims **(ECF No. 1789)**

    B.    Declaration of Ginger Hughes in Support of Certain Omnibus Objections to Claims **(ECF No. 1802)**

    C.    Certificate of No Objection of Thirteenth Omnibus Objection of Debtors to Disallow and Expunge Claims (Satisfied Claims) **(ECF No. 1903)**

Status: This matter as it pertains to Claim No. 5340734 has been adjourned to a later date to be determined. This matter, as it pertains to the remaining claims, is going forward on an uncontested basis.

**RESOLVED MATTERS**

16. Fourth Application of Weil, Gotshal & Manges LLP as Attorneys for Debtors for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 1, 2023 through and including October 31, 2023 **(ECF No. 1720)**

    Response Deadline: January 5, 2024 at 4:00 p.m. (Prevailing Eastern Time)

Responses Received: None.

Related Documents:

- A. Notice of Hearing on Applications for Interim Allowance of Compensation and Reimbursement of Expenses on February 6, 2024 at 11:00 a.m. **(ECF No. 1728)**

- B. Certificate of No Objection to Applications for Interim Allowance of Compensation and Reimbursement of Expenses **(ECF No. 1788)**

- C. Fourth Order Granting Applications of Professionals for Interim Allowance of Compensation and Reimbursement of Expenses **(ECF No. 1807)** (the "**Fourth Interim Fee Order**")

Status: On January 17, 2024, the Bankruptcy Court entered the Fourth Interim Fee Order resolving this matter. Therefore, no appearance is required.

17. Fourth Interim Application of Willkie Farr & Gallagher LLP as Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period July 1, 2023 through October 31, 2023 **(ECF No. 1716)**

    Response Deadline: January 5, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: None.

    Related Documents:

    - A. Notice of Hearing on Applications for Interim Allowance of Compensation and Reimbursement of Expenses on February 6, 2024 at 11:00 a.m. **(ECF No. 1728)**
    - B. Certificate of No Objection to Applications for Interim Allowance of Compensation and Reimbursement of Expenses **(ECF No. 1788)**

    - C. Fourth Interim Fee Order **(ECF No. 1807)**

    Status: On January 17, 2024, the Bankruptcy Court entered the Fourth Interim Fee Order resolving this matter. Therefore, no appearance is required.

18. Fourth Interim Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period July 1, 2023 through October 31, 2023 **(ECF No. 1717)**

    Response Deadline: January 5, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: None.

Related Documents:

- A. Notice of Hearing on Applications for Interim Allowance of Compensation and Reimbursement of Expenses on February 6, 2024 at 11:00 a.m. **(ECF No. 1728)**

- B. Certificate of No Objection to Applications for Interim Allowance of Compensation and Reimbursement of Expenses **(ECF No. 1788)**

- C. Fourth Interim Fee Order **(ECF No. 1807)**

Status: On January 17, 2024, the Bankruptcy Court entered the Fourth Interim Fee Order resolving this matter. Therefore, no appearance is required.

19. Fourth Interim Fee Application of DLA Piper as Scandinavian Counsel to Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period July 1, 2023 through October 31, 2023 **(ECF No. 1718)**

    Response Deadline: January 5, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: None.

    Related Documents:

    - A. Notice of Hearing on Applications for Interim Allowance of Compensation and Reimbursement of Expenses on February 6, 2024 at 11:00 a.m. **(ECF No. 1728)**

    - B. Certificate of No Objection to Applications for Interim Allowance of Compensation and Reimbursement of Expenses **(ECF No. 1788)**

    - C. Fourth Interim Fee Order **(ECF No. 1807)**

    Status: On January 17, 2024, the Bankruptcy Court entered the Fourth Interim Fee Order resolving this matter. Therefore, no appearance is required.

20. Fourth Interim Application of Alton Aviation Consultancy LLC for Allowance of Compensation for Specialized Aviation Advisory Services Rendered and Reimbursement of Expenses Incurred as Professionals to The Official Committee of Unsecured Creditors for the Period July 1, 2023 through and including October 31, 2023 **(ECF No. 1719)**

    Response Deadline: January 5, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: None.

Related Documents:

- A. Notice of Hearing on Applications for Interim Allowance of Compensation and Reimbursement of Expenses on February 6, 2024 at 11:00 a.m. **(ECF No. 1728)**

- B. Certificate of No Objection to Applications for Interim Allowance of Compensation and Reimbursement of Expenses **(ECF No. 1788)**

- C. Fourth Interim Fee Order **(ECF No. 1807)**

Status: On January 17, 2024, the Bankruptcy Court entered the Fourth Interim Fee Order resolving this matter. Therefore, no appearance is required.

21. Fourth Interim Fee Application of Jefferies LLC for Compensation for Professional Services Rendered And Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors from July 1, 2023 to and including October 31, 2023 **(ECF No. 1721)**

    Response Deadline: January 5, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: None.

    Related Documents:

    - A. Notice of Hearing on Applications for Interim Allowance of Compensation and Reimbursement of Expenses on February 6, 2024 at 11:00 a.m. **(ECF No. 1728)**

    - B. Certificate of No Objection to Applications for Interim Allowance of Compensation and Reimbursement of Expenses **(ECF No. 1788)**

    - C. Fourth Interim Fee Order **(ECF No. 1807)**

    Status: On January 17, 2024, the Bankruptcy Court entered the Fourth Interim Fee Order resolving this matter. Therefore, no appearance is required.

22. Fourth Application of Skandinaviska Enskilda Banken AB (publ) for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Co-Investment Bankers from July 1, 2023 through and including October 31, 2023 **(ECF No. 1722)**

    Response Deadline: January 5, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: None.

Related Documents:

- A. Notice of Hearing on Applications for Interim Allowance of Compensation and Reimbursement of Expenses on February 6, 2024 at 11:00 a.m. **(ECF No. 1728)**

- B. Certificate of No Objection to Applications for Interim Allowance of Compensation and Reimbursement of Expenses **(ECF No. 1788)**

- C. Fourth Interim Fee Order **(ECF No. 1807)**

Status: On January 17, 2024, the Bankruptcy Court entered the Fourth Interim Fee Order resolving this matter. Therefore, no appearance is required.

23. Fourth Interim Fee Application of Norton Rose Fulbright US LLP and Norton Rose Fulbright LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Aircraft Finance Counsel for the Debtors for the Period July 1, 2023 through and including October 31, 2023 **(ECF No. 1723)**

    Response Deadline: January 5, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: None.

    Related Documents:

    - A. Notice of Hearing on Applications for Interim Allowance of Compensation and Reimbursement of Expenses on February 6, 2024 at 11:00 a.m. **(ECF No. 1728)**

    - B. Certificate of No Objection to Applications for Interim Allowance of Compensation and Reimbursement of Expenses **(ECF No. 1788)**

    - C. Fourth Interim Fee Order **(ECF No. 1807)**

    Status: On January 17, 2024, the Bankruptcy Court entered the Fourth Interim Fee Order resolving this matter. Therefore, no appearance is required.

24. Fourth Application of Mannheimer Swartling Advoaktbyrå AB for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Special Counsel from July 1, 2023 through and including October 31, 2023 **(ECF No. 1724)**

    Response Deadline: January 5, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: None.

Related Documents:

- A. Notice of Hearing on Applications for Interim Allowance of Compensation and Reimbursement of Expenses on February 6, 2024 at 11:00 a.m. **(ECF No. 1728)**

- B. Certificate of No Objection to Applications for Interim Allowance of Compensation and Reimbursement of Expenses **(ECF No. 1788)**

- C. Fourth Interim Fee Order **(ECF No. 1807)**

Status: On January 17, 2024, the Bankruptcy Court entered the Fourth Interim Fee Order resolving this matter. Therefore, no appearance is required.

25. Fourth Application of Seabury Securities LLC for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Principal Restructuring Advisor, Co-Investment Banker, and Financial Advisor from July 1, 2023 through and including October 31, 2023 **(ECF No. 1725)**

    Response Deadline: January 5, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: None.

    Related Documents:

    - A. Notice of Hearing on Applications for Interim Allowance of Compensation and Reimbursement of Expenses on February 6, 2024 at 11:00 a.m. **(ECF No. 1728)**

    - B. Certificate of No Objection to Applications for Interim Allowance of Compensation and Reimbursement of Expenses **(ECF No. 1788)**

    - C. Fourth Interim Fee Order **(ECF No. 1807)**

    Status: On January 17, 2024, the Bankruptcy Court entered the Fourth Interim Fee Order resolving this matter. Therefore, no appearance is required.

26. Fourth Application of FTI Consulting, Inc. for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Financial Advisor to the Debtors from July 1, 2023 through and including October 31, 2023 **(ECF No. 1726)**

    Response Deadline: January 5, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: None.

Related Documents:

    A. Notice of Hearing on Applications for Interim Allowance of Compensation and Reimbursement of Expenses on February 6, 2024 at 11:00 a.m. **(ECF No. 1728)**

    B. Certificate of No Objection to Applications for Interim Allowance of Compensation and Reimbursement of Expenses **(ECF No. 1788)**

    C. Fourth Interim Fee Order **(ECF No. 1807)**

Status: On January 17, 2024, the Bankruptcy Court entered the Fourth Interim Fee Order resolving this matter. Therefore, no appearance is required.

27. Fourth Application of Advokatfirmaet Schjødt AS for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Special Counsel from July 1, 2023 through and including October 31, 2023 **(ECF No. 1727)**

    Response Deadline: January 5, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: None.

    Related Documents:

        A. Notice of Hearing on Applications for Interim Allowance of Compensation and Reimbursement of Expenses on February 6, 2024 at 11:00 a.m. **(ECF No. 1728)**

        B. Certificate of No Objection to Applications for Interim Allowance of Compensation and Reimbursement of Expenses **(ECF No. 1788)**

        C. Fourth Interim Fee Order **(ECF No. 1807)**

    Status: On January 17, 2024, the Bankruptcy Court entered the Fourth Interim Fee Order resolving this matter. Therefore, no appearance is required.

28. Motion of Debtors for Authority to Assume Executory Contract **(ECF No. 1813)**

    Response Deadline: January 26, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: None.

    Related Document:

        A. Certificate of No Objection of Motion of Debtors for Authority to Assume Executory Contract **(ECF No. 1875)**

        B. Order Authorizing Debtors to Assume Executory Contract **(ECF No. 1878)**

Status: On January 31, 2024, the Bankruptcy Court entered an order resolving this matter. Therefore, no appearance is required.

29. Motion of Debtors for Authority to Assume Executory Contract **(ECF No. 1814)**

    Response Deadline: January 26, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Received: None.

    Related Document:

    A. Certificate of No Objection of Motion of Debtors for Authority to Assume Executory Contract **(ECF No. 1876)**

    B. Order Authorizing Debtors to Assume Executory Contract **(ECF No. 1879)**

    Status: On January 31, 2024, the Bankruptcy Court entered an order resolving this matter. Therefore, no appearance is required.

Dated: February 4, 2024
New York, New York

                                               /s/ Lauren Tauro
                                               WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Kelly DiBlasi
David Griffiths
Lauren Tauro

*Attorneys for Debtors*
*and Debtors in Possession*